| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br><br>CENTRAL DISTRICT OF CALIFORNIA<br><br>Case number *(if known)* _____  Chapter  __11__ |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Mr. Tortilla, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5495356** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1112 Arroyo Street, Suite 1**<br>**San Fernando, CA 91340**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Mr. Tortilla, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3118_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Central District of California, San Fernando Valley** | When | **8/14/18** | Case number | **1:18-bk-12051-VK** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

Debtor    **Mr. Tortilla, Inc.**                                   Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in** *this district?*    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name    _____

           Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Mr. Tortilla, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/14/2024
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Anthony Alcazar
Printed name

Title    **President**

**18. Signature of attorney**

X _____          Date 02/14/2024
Signature of attorney for debtor                  MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**      Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Chapter 11 bankruptcy filed on 8/14/18.**
    **Case No.:1:18-bk-12051-VK**
    **Plan confirmed on 4/14/2020; Discharge entered on 6/26/2020**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **San Fernando**                              , California.

Date:        *02-14-24*                                    **Anthony Alcazar**
                                                           Signature of Debtor 1


                                                           Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*October 2018*                        *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mr. Tortilla, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8Fig, Inc. 11801 Domain Blvd, Third Floor Austin, TX 78758 | | Loan | | $299,590.14 | $0.00 | $299,590.14 |
| Amazon Capital Services, Inc. 410 Trry Ave. N. Seattle, WA 98109 | | Loan | | $751,539.61 | $0.00 | $751,539.61 |
| Blue Bridge Financial, Inc. 11921 Freedom Drive, Suite 1130 Reston, VA 20190 | | Model TCO-400 3 Layer Flour Tortilla Oven, Gas Fired SN: BBD3969 | Unliquidated | $185,625.90 | $0.00 | $185,625.90 |
| Bluevine 30 Montgomery Street, Ste 1400 Jersey City, NJ 07302 | | Loan | | $180,356.88 | $0.00 | $180,356.88 |
| Cedar Advance 2917 Avenue I Brooklyn, NY 11210 | | Loan | | $300,000.00 | $0.00 | $300,000.00 |
| EasyPost 2889 Ashton Boulevard, Suite 325 Lehi, UT 84043 | | Loan | | | | $571,894.85 |
| Facebook 1601 Willow Road Menlo Park, CA 94025 | | Accounts payable | | | | $368,070.85 |
| Fleetcor Technologies Inc. 3280 Peachtree Road, Ste 2400 Atlanta, GA 30305 | | Credit Card | | | | $197,636.16 |

Debtor  **Mr. Tortilla, Inc.** _____    Case number (if known) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenberg Traurig 1840 Century Park East, Ste 1900 Los Angeles, CA 90067 | | Accounts payable | | | | $538,200.44 |
| Huntington Valley Bank 990 Spring Garden Street 700 Philadelphia, PA 19123 | | Loan | | $185,464.12 | $0.00 | $185,464.12 |
| Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $370,066.00 |
| Lyneer Staffing 1011 Whitehead Rd Ext Trenton, NJ 08638 | | Accounts payable | | | | $176,748.74 |
| Metropolitan Capital Bank & Trust 9 East Ontario Street Chicago, IL 60611 | | Loan | | $252,670.14 | $0.00 | $252,670.14 |
| Parker Group, Inc. 2261 Market Street, #4106 San Francisco, CA 94114 | | Credit Card | | | | $354,883.23 |
| Parkside Funding Group LLC 865 Nj-33 Business 3 Unit 192 Freehold, NJ 07728 | | Loan | | $561,867.12 | $0.00 | $561,867.12 |
| Partners Personnel Management Services, LLC 3820 State Street, Ste B Santa Barbara, CA 93105 | | Loan | | $289,674.79 | $0.00 | $289,674.79 |
| Ramp 28 West 23rd Street, Floor 2 Washington, DC 20020 | | Credit Card | | | | $302,708.98 |
| Sand Park Capital LLC 2917 Avenue I Brooklyn, NY 11210 | | Loan | | $4,654,334.00 | $0.00 | $4,654,334.00 |

Debtor    **Mr. Tortilla, Inc.**                                    Case number *(if known)* _____
        <sub>Name</sub>

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Slope Advance 7 Freelon Street San Francisco, CA 94107 | | Vendor | | $282,898.07 | $0.00 | $282,898.07 |
| U.S. Small Business Administration 10737 Gateway West, #300 El Paso, TX 79935 | | Loan | | $688,130.00 | $0.00 | $688,130.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Mr. Tortilla, Inc.**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _02-14-2024_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _C2-14-2024_

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Mr. Tortilla, Inc.
1112 Arroyo Street, Suite 1
San Fernando, CA 91340


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


2Cube
200 E Cedar Street
Ontario, CA 91761


8Fig, Inc.
11801 Domain Blvd, Third Floor
Austin, TX 78758


8Fig, Inc.
1717 W. 6th Street, Suite 335
Austin, TX 78703


Allied Blending
121 Royal Road
Keokuk, IA 52632


Amazon Capital Services
PO Box 84837
Seattle, WA 98124-6137


Amazon Capital Services, Inc.
410 Trry Ave. N.
Seattle, WA 98109

Amazon Capital Services, Inc.
c/o Davis Wright Tremaine LLP
Attn: Lauren Dorsett, Esq.
A 920 5th Avenue, Suite 330
Seattle, WA 98104-1610


Anthony Alcazar
1112 Arroyo Street, Suite 1
San Fernando, CA 91340


Aramark
2400 Market Street
Philadelphia, PA 19103


Arrandas Tortilleria
1318 E. Scotts Avenue
Stockton, CA 95205


Attentive Mobile
221 River Street, Suite 9047
Hoboken, NJ 07030


Avask
First Floor, Oceana House
39-49 Commercial Road
Southampton, Hampshire, SO15 1GA


Bakers Authority
59-21 Queens Midtown Expy
Maspeth, NY 11378


Blue Bridge Financial, Inc.
11921 Freedom Drive, Suite 1130
Reston, VA 20190

Bluevine
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302


Brex
650 S 500 W
Salt Lake City, UT 84101


Cedar Advance
2917 Avenue I
Brooklyn, NY 11210


Chase
700 Kansas Lane
Monroe, LA 71203


Ciuti
10865 Jersey Blvd.
Rancho Cucamonga, CA 91730


Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708


CT Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708


CT Corporation System
As Representative
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Deukermendjian Family Trust
8120 Lankershim Blvd.
North Hollywood, CA 91605


Divvy
13707 S 200 W STE 100
Draper, UT 84020


EasyPost
2889 Ashton Boulevard, Suite 325
Lehi, UT 84043


Employee Development Department
PO Box 826203
Sacramento, CA 94230


Facebook
1601 Willow Road
Menlo Park, CA 94025


Fasanara Securitisation S.A. Acting
For and On Behalf of Its Compartmen
36-38 Grand-RUE
Grand Duchy of Luxembourg
Grand Duchy of Luxembourt 1660


Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001


Financial Pacific Leasing, Inc.
3455 S 344th Way #300
Auburn, WA 98001-9546

First Corporate Solutions
as Representative
914 S. Street
Sacramento, CA 95811


Fleetcor Technologies Inc.
3280 Peachtree Road, Ste 2400
Atlanta, GA 30305


Frisbi
1267 57th Street, Ground Floor
Brooklyn, NY 11219


Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Greenberg Traurig
1840 Century Park East, Ste 1900
Los Angeles, CA 90067


Huntington Valley Bank
990 Spring Garden Street 700
Philadelphia, PA 19123


Huntington Valley Bank
First Citizen Square
15 South Main Street
Mansfield, PA 16933-1590


ICW
15025 Innovation Drive
San Diego, CA 92128

Intelligent Relations
588a Godfrey Rd. W
Weston, CT 06883


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Intralox LLC
PO Box 730367
Dallas, TX 75373-0367


Jeeves
2035 Sunset Lake Rd. Suite B-2
Newark, DE 19702


JS/JS Properties, Inc.
21625 Prairie Street
Chatsworth, CA 91311


Keynes Digital
12655 W Jefferson Blvd
Los Angeles, CA 90066


KTLA
Nexstar Media Inc.
5000 Riverside Pkwy, Blvd 5 Ste 200
San Fernando, CA 91340


Lobasso
18627 Brookhurst St., #515
Fountain Valley, CA 92708

Lyneer Staffing
1011 Whitehead Rd Ext
Trenton, NJ 08638


Mercury Capital
27702 Crown Valley Pkwy
Bldg D4 #205
Ladera Ranch, CA 92694


Metropolitan Capital Bank & Trust
9 East Ontario Street
Chicago, IL 60611


Mister Tortilla
1112 Arroyo Street
San Fernando, CA 91340


MNTN
823 Congress Avenue, #1827
Austin, TX 78768


Mr. Tortilla Consulting Corp.
6485 West 24 Avenue, Apt 605
Hialeah, FL 33016


Nielson IQ
6255 Sunset Blvd
Los Angeles, CA 90028


Old Dominion Freight Line
500 Old Dominion Way
Thomasville, NC 27360

Open Sponsorship
122 W 26th Street, Fl 2
New York, NY 10001


Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324-4135


Parker Group, Inc.
2261 Market Street, #4106
San Francisco, CA 94114


Parkside Funding Group LLC
865 Nj-33 Business 3 Unit 192
Freehold, NJ 07728


Partners Personnel
Management Services, LLC
3820 State Street, Ste B
Santa Barbara, CA 93105


Partnership Staffing
1230 San Fernando Rd. Suite K
San Fernando, CA 91340


Pawnee Leasing
3801 Automation Way, Ste 207
Fort Collins, CO 80525


Perpetua
36 Maplewood Avenue
Portsmouth, NH 03801

Post Script
3370 North Hayden Road
Scottsdale, AZ 85254


Quench USA, Inc.
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155


Ramp
28 West 23rd Street, Floor 2
Washington, DC 20020


Rapid Fulfillment LLC
12924 Piernce Street
Pacoima, CA 91331


Resnik Hayes Moradi LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316


Robert Reiser and Company
725 Dedham Street
Canton, MA 02021


Sand Park Capital LLC
2917 Avenue I
Brooklyn, NY 11210


Sellers Funding
45 N. Broad Street, Suite 100
Ridgewood, NJ 07450

Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Slope Advance
7 Freelon Street
San Francisco, CA 94107


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770


Spartan Capital
371 E Main St, Suite 2
Middletown, NY 10940


Stor RB One Limited
14 Old Queen Street
London, UK SW1H9HP  GBR


Taboola
16 Madison Square West, 7th Floor


Take 2
1310 Cypress Avenue
Los Angeles, CA 90065


Teikametrics
280 Summer Street
Boston, MA 02210

Tiktok
5800 Bristol Parkway C3
Culver City, CA 90230


Total Quality Logistics
4289 Ivy Pointe Blvd
Cincinnati, OH 45245


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


Uline
12575 Uline Drive, H1
Pleasant Prairie, WI 53158


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


We Pack It All
2745 Huntington Drive
Duarte, CA 91010

<table>
<tr>
<td>
Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. &
Email Address<br>
<b>Michael Jay Berger</b><br>
<b>Law Offices of Michael Jay Berger</b><br>
<b>9454 Wilshire Boulevard, 6th floor</b><br>
<b>Beverly Hills, CA 90212</b><br>
<b>(310) 271-6223 Fax: (310) 271-9805</b><br>
California State Bar Number: <b>100291 CA</b><br>
<b>michael.berger@bankruptcypower.com</b>
</td>
<td>FOR COURT USE ONLY</td>
</tr>
</table>

☑ *Attorney for:  Mr. Tortilla, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    **Mr. Tortilla, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Anthony Alcazar** _____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:  **Anthony Alcazar (81%); Ronald Alcazar (19%).**

    b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_12-1-24_
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    **Anthony Alcazar**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012
                                   **F 1007-4.CORP.OWNERSHIP.STMT**