| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>Michael.Berger@bankruptcypower.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Mr. Tortilla, Inc. | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Mr. Tortilla, Inc.<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-10228-VK<br><br>CHAPTER 11<br><br>**NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS**<br>**[11 U.S.C. § 366]**<br><br>This motion is being made under <u>ONLY ONE</u> of the following notice procedures:<br>☐ No hearing unless requested under LBR 9013-1(o)(4); or<br>☒ Hearing requested on emergency basis: LBR 9075-1(a); or<br>☐ Hearing requested on shortened notice: LBR 9075-1(b); or<br>☐ Hearing set on regular notice: LBR 9013-1(d):<br><br>DATE: February 29, 2024<br>TIME: 1:30 p.m.<br>COURTROOM: Courtroom 301 [via ZoomGov]<br>ADDRESS: 21041 Burbank Blvd., 3rd Floor<br>  Woodland Hills, CA 91367 |

1. **PLEASE TAKE NOTICE THAT** the Debtor, moves this court for an order authorizing the Debtor to provide adequate assurance of payment to utility service providers under 11 U.S.C. § 366

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as consent to the relief sought in the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual

   a. ☐ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing, unless a hearing is requested in writing. The entire Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose

this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☒ **Hearing Requested on Emergency Basis under LBR 9075-1(a):** Hearing Requested on Emergency Basis under LBR 9075-1(a): Debtor has contacted the court and requested an emergency hearing on less than 48-hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Debtor to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition

c. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Debtor has filed a separate applicaton asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice of the deadline to file and serve a written response. If the court denies the Application, the Debtor must provide written notice of a hearing date on regular notice or other proposed disposition of this Motion.

d. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The entire Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

e. ☐ **Other** (specify):

Date: 2/20/2024

By: _[signature]_
Signature of CEO of Debtor

Name: **Anthony Alcazar**
Printed name of CEO of Debtor

Date: 2/20/2024

By: /s/Michael Jay Berger
Signature of attorney for Debtor, if any

Name: **Michael Jay Berger**
Printed name of attorney for Debtor, if any

**MOTION FOR ORDER AUTHORIZING DEBTOR TO PROVIDE PAYMENT ADEQUATE ASSURANCE
OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366]**

In order to prepare properly a plan for reorganization, the Debtor must provide adequate assurance of payment to utility service providers.

Debtor requests that this court authorize the Debtor to provide the following type(s) of adequate assurance of payment to each of the utilities identified in the accompanying declaration.

11 U.S.C. § 366(c)(1)(A) specifies that "assurance of payment" (Adequate Assurance Method) means:

(i) A cash deposit. [For multiple accounts with varying deposit amounts, attach an exhibit detailing each account and it's respective cash deposit. Also, provide the overall total cash deposit amount for all accounts.];

(ii) A letter of credit;

(iii) A certificate of deposit;

(iv) A surety bond;

(v) A prepayment of utility consumption. [For multiple accounts with varying prepayment amounts, attach an exhibit detailing each account and it's respective prepayment amount. Also provide an overall total prepayment amount for all accounts.] or

(vi) Another form of security that is mutually agreed on between the utility and the Debtor. [Attach a declaration of Debtor detailing the terms of the agreement.

The Debtor requests authorization to provide the assurance of payments to the subject utility service(s) provided as described

Date: 2/20/2024        By: _____
                           Signature of CEO of Debtor

                       Name: **Anthony Alcazar**
                           Printed name of CEO of Debtor

Date: 2/20/2024        By: /s/Michael Jay Berger
                           Signature of attorney for Debtor, if any

                       Name: **Michael Jay Berger**
                           Printed name of attorney for Debtor, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2015        Page 3        F 2081-2.4.MOTION.UTILITIES

## DECLARATION OF DEBTOR IN SUPPORT OF MOTION
## FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE
## ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366]

1. I am the Chief Executive Officer of the Debtor in this chapter 11 bankruptcy case. The facts asserted in this declaration are of my own personal knowledge.

2. ☒ I have current accounts with the following utilities and, unless an alternative is offered in section 4 below, recommended the following deposit amounts:

| NAME OF UTILITY | LAST 4 DIGITS OF ACCOUNT NUMBER | CURRENT DEPOSIT PROVIDED | AMOUNT (IF ANY) OF PROPOSED ADDITIONAL DEPOSIT |
|---|---|---|---|
| Southern California Gas ("SoCalGas") | 5851 | $100.00 | $0.00 |
| Republic Services (trash) | 5916 | $100.00 | $0.00 |
| Southern California Edison | 0504 | $4,000.00 | $0.00 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

b. ☐ Attached as Exhibit B is a continuation chart for utility service providers

3. I have the ability to pay the proposed deposits set forth in section 2.

4. a. ☐ As an alternative to deposits, or in addition to a deposit, I propose the following:

| NAME OF UTILITY | LAST 4 DIGITS OF ACCOUNT NUMBER | ADEQUATE ASSURANCE METHOD categories (i) through (vi) from previous page | AMOUNT (IF ANY) OF ADEQUATE ASSURANCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

b. ☐ Attached as Exhibit A is a continuation chart for utility service providers

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/20/2024 | **Anthony Alcazar** | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/20/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/20/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/20/2024 | Yathida Nipha | /s/Yathida Nipha |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

3. Served by Email:

U.S. Trustee:
Katherine Bunker
kate.bunker@usdoj.gov

SoCalGas
customerservice@socalgas.com

Republic Services
ccet@republicservices.com

SECURED CREDITORS:

8FIG Advance
Attn: Legal Dept.
legal@8fig.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com

Blue Bridge Financial
Attn: Legal Dept.
Legal@bluebridgefinancial.com

Bluevine
Attn: Officer
Support@bluevine.com

Cedar Advance
Attn: Simon Cedar
simon@cedaradvance.com

Corporation Service Company
SPRFiling@cscglobal.com

CT Corporation
uccfilingreturn@wolterskluwer.com

Fasanara Securitisation S.A. Acting
info@northdata.com

Financial Pacific Leasing
Attn: Allison Sweet
ASweet@FinPac.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                           F 9013-3.1.PROOF.SERVICE

First Corporate Resolution
SPRS@FICOSO.COM

Huntington Valley Bank
Attn: Erin
erin@braavobank.com

Mercury Capital
info@mcadv.com

Metropolitan Capital Bank & Trust
Attn: Jeffrey Brown
rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com

Parkside Funding Group LLC
Attn: Adriana Harris
Adriana@nomasrecovery.com

Partners Personnel Management Services, LLC
Attn: Cherly Canty
CCanty@espererholdings.com

Robert Reiser and Company
uccfilingreturn@wolterskluwer.com

Sand Park Capital
Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com

Shopify Capital
Legal@bluebridgefinancial.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov
20 LARGEST UNSECURED CREDITORS

Easy Post
Attn: Dustin Henrie
dhenrie@easypost.com

Facebook
Attn: Anthony Miller
Anthony.Miller@radiusgs.com

Fleetcor Technologies Inc.
Attn: Officer
PartnerServices@FleetCor.com

Greenberg Traurig
Attn: Reid Hockaday
hockadayr@gtlaw.com

IRS
Attn: Officer
Irs.gov.website.helpdesk@speedymail.com

Lyneer Staffying
Attn: Billing Dept.
billing@lyneer.com

Parker Group Inc.
Attn: Larry Nessenson, Esq.
lnessenson@jaffeandasher.com

Ramp
Attn: Officer
communications@ramp.com

Jeeves
Terry@tryjeeves.com

Southern California Edison
netbill@sce.com

UPS
Attn: Mary Kay
MaryKay.Pallas@iqor.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

We Pack it All
jesse.fonseca@wepackitall.com

Rapid Fulfillment LLC
Attn: Adam Brumage
ABrumage@collectmoore.com

Frisbi
billing@frisbi.com

Taboola
Attn: Fred Sampliner
fsampliner@sampliner.com  nminassian@hatkofflaw.com

MNTN
legal@mountain.com

Perpetua
billing@perpetua.io

Uline
accounts.receivable@uline.com

Bakers Authority
yoni@bakersauthority.com

Attentive Mobile
GMCCREADIE@nixonpeabody.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE