MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:     (310) 271-6223
Facsimile:     (310) 271-9805
michael.berger@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

Mr. Tortilla, Inc.,

    Debtor and Debtor-in-Possession

CASE NO.: 1:24-bk-10228-VK

Chapter 11

DECLARATION OF PETER GARZA REGARDING TELEPHONIC NOTICE OF DEBTOR'S (1) EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF (2) CASH COLLATERAL, PAYMENT OF PRE-PETITON WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; AND (3) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS

Hearing on Cash Collateral and Payroll Motions:
Date: February 22, 2024
Time: 2:00 p.m.
Place: Courtroom 301
Location: 21041 Burbank Blvd.
Woodland Hills, CA  91367

Hearing on Utility Services Motion
Date: February 29, 2024
Time: 1:30 p.m.
Place: Courtroom 301
Location: 21041 Burbank Blvd.
Woodland Hills, CA  91367

# DECLARATION OF PETER GARZA

I, Karine Manvelian, declare as follows:

1.  I am currently employed by Law Offices of Michael Jay Berger. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2.  On February 21 2024, before the 11:00 a.m. deadline set by the Court, I gave telephonic Notice of the hearing for Mr. Tortilla, Inc's, Emergency Motion for Order Authorizing Use of Cash Collateral ("Cash Collateral Motion"), Payment of Pre-Petition Wages and Related Expenses (the "Payroll Motion") scheduled for February 22, 2024 at 2:00 p.m., and Emergency Motion to Provide Adequate Assurance of Payment to Utility Service Provider ("Utilities Motion") scheduled for February 29, 2024 at 1:30 p.m. with detailed instructions for any oppositions and method of appearance on the following parties secured parties:

1. 8FIG Advance
   Attn: Legal Dept.

2. Blue Bridge Financial
   Attn: Legal Dept.

3. Bluevine
   Attn: Officer

4. Cedar Advance
   Attn: Simon Cedar

5. Financial Pacific Leasing
   Attn: Allison Sweet

6. Huntington Valley Bank
   Attn: Erin

2
DECLARATION OF PETER GARZA REGARDING TELEPHONIC NOTICE OF DEBTOR'S (1) EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF (2) CASH COLLATERAL, PAYMENT OF PRE-PETITON WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; AND (3) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS

7. Mercury Capital

8. Metropolitan Capital Bank & Trust
   Attn: Jeffrey Brown

9. Parkside Funding Group LLC
   Attn: Adriana Harris

10. Partners Personnel Management Services, LLC
    Attn: Cherly Canty

11. Robert Reiser and Company

12. Sand Park Capital
    Attn: Simon Cedar

13. Sellers Funding
    Attn: Officer

14. Shopify Capital

15. Slope Advance
    Attn: Ashish Jain

16. Spartan Capital
    Attn: Jason Gang

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2024, at Beverly Hills, California.

By: *Peter Garza* (signature)
Peter Garza

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF PETER GARZA REGARDING TELEPHONIC NOTICE OF DEBTOR'S (1) EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF (2) CASH COLLATERAL, PAYMENT OF PRE-PETITON WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; AND (3) EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/21/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/21/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/21/2024 | Yathida Nipha | /s/Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE