MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: Michael.Berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Mr. Tortilla, Inc.<br><br>　　　　Debtor-in-Possession. | CASE NO.: 1:24-BK-10228-VK<br><br>Chapter 11<br><br>**DECLARATION OF YATHIDA NIPHA REGARDING TELEPHONIC NOTICE AND SERVICE BY EMAIL OF THE DEBTOR'S (1) EMERGENCY MOTION PURSUANT TO SECTION 363(C) OF THE BANKRUPTCY CODE AND RULE 4001(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL; (2) EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSE; (3) EMERGENCY MOTION NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366] ("EMERGENCY MOTIONS"); (4) NOTICE OF HEARINGS ON THE EMERGENCY MOTIONS; (5) ORDERS SETTING THE EMERGENCY MOTIONS FOR HEARING ; AND (6) SUPPLEMENTAL ZOOM NOTICES OF HEARING** |

1

DECLARATION OF YATHIDA NIPHA REGARDING TELEPHONIC NOITCE AND EMAIL
SERVICE OF THE HEARING ON THE EMERGENCY MOTIONS

## DECLARATION OF YATHIDA NIPHA

I, Yathida Nipha, declare as follows:

1. I am currently employed by Law Offices of Michael Jay Berger as a paralegal. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2. On February 20, 2024, at 7:22 p.m., I emailed the Debtor's (1) Emergency Motion Pursuant to Section 363(C) of the Bankruptcy Code and Rule 4001(B) of the Federal Rules of Bankruptcy Procedure For Order Authorizing Use of Cash Collateral ("Cash Collateral Motion"); (2) Emergency Motion For Order Authorizing Payment of Wages and Related Expense ("Payroll Motion"); (3) Emergency Motion Notice Of Motion And Motion In Chapter 11 Case For Order Authorizing Debtor To Provide Adequate Assurance Of Payment To Utility Service Providers [11 U.S.C. § 366] ("Utilities Motion") collectively (the "Emergency Motions"); (4) Notice Of Hearings On The Emergency Motions (5) Supplemental Zoom Notice of the Emergency Motions and (6) Orders Setting the Cash Collateral and Payroll Motions for hearing (" Emergency Hearings") on the following parties:

U.S. Trustee:
Katherine Bunker
kate.bunker@usdoj.gov

SECURED CREDITORS:

8FIG Advance
Attn: Legal Dept.

legal@8fig.com;

mstout@pandfieldstout.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com

Blue Bridge Financial
Attn: Legal Dept.
Legal@bluebridgefinancial.com

Bluevine
Attn: Officer
Support@bluevine.com

jcarney@pandbcapitalgroup.com

Cedar Advance
Attn: Simon Cedar
simon@cedaradvance.com

Corporation Service Company
SPRFiling@cscglobal.com

CT Corporation
uccfilingreturn@wolterskluwer.com

Fasanara Securitisation S.A. Acting
info@northdata.com

Financial Pacific Leasing
Attn: Allison Sweet
ASweet@FinPac.com

First Corporate Resolution
SPRS@FICOSO.COM

Huntington Valley Bank
Attn: Erin
erin@braavobank.com

Mercury Capital
info@mcadv.com

Metropolitan Capital Bank & Trust
Attn: Jeffrey Brown

rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com; chanson@thompsoncoburn.com

DECLARATION OF YATHIDA NIPHA REGARDING TELEPHONIC NOITCE AND EMAIL
SERVICE OF THE HEARING ON THE EMERGENCY MOTIONS

Parkside Funding Group LLC
Attn: Adriana Harris
Adriana@nomasrecovery.com

Partners Personnel Management Services, LLC
Attn: Cherly Canty
CCanty@espererholdings.com

Robert Reiser and Company
uccfilingreturn@wolterskluwer.com

Sand Park Capital
Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com

Shopify Capital
Legal@bluebridgefinancial.com; customercare@webbank.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com

U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov

20 LARGEST UNSECURED CREDITORS

Easy Post
Attn: Dustin Henrie
dhenrie@easypost.com

Facebook
Attn: Anthony Miller
Anthony.Miller@radiusgs.com

Fleetcor Technologies Inc.
Attn: Officer
PartnerServices@FleetCor.com; jowilliams@willamsandwilliams.com

Greenberg Traurig
Attn: Reid Hockaday
hockadayr@gtlaw.com

IRS
Attn: Officer
Irs.gov.website.helpdesk@speedymail.com

Lyneer Staffying
Attn: Billing Dept.
billing@lyneer.com

Parker Group Inc.
Attn: Larry Nessenson, Esq.
lnessenson@jaffeandasher.com

Ramp
Attn: Officer
communications@ramp.com; support@ramp.com

Jeeves
Terry@tryjeeves.com

Southern California Edison
netbill@sce.com

UPS
Attn: Mary Kay
MaryKay.Pallas@iqor.com

We Pack it All
jesse.fonseca@wepackitall.com

Rapid Fulfillment LLC
Attn: Adam Brumage
ABrumage@collectmoore.com

Frisbi
billing@frisbi.com

Taboola
Attn: Fred Sampliner
fsampliner@sampliner.com nminassian@hatkofflaw.com

---

5

DECLARATION OF YATHIDA NIPHA REGARDING TELEPHONIC NOITCE AND EMAIL
SERVICE OF THE HEARING ON THE EMERGENCY MOTIONS

MNTN
legal@mountain.com

Perpetua
billing@perpetua.io

Uline
accounts.receivable@uline.com

Bakers Authority
yoni@bakersauthority.com

Attentive Mobile
GMCCREADIE@nixonpeabody.com

SoCal Gas
customerservice@socalgas.com

  3. On February 21, 2024, at 11:26 a.m., I emailed the Emergency Motions to

Fleetcor Technologies,
John C. Williams & Associates
jowilliams@willamsandwilliams.com

RAMP
support@ramp.com

Taboola
nminassian@hatkofflaw.com

8 FIG
mstout@pandfieldstout.com

Bluevine
jcarney@pandbcapitalgroup.com

Metropolitan Capital Bank & Trust
chanson@thompsoncoburn.com

Shopify Capital
customercare@webbank.com

  4. On February 21, 2024, between 10:30 a.m. and 12:00 p.m. I gave telephonic notice of the hearings on the Emergency Motions on the following parties:

U.S. Trustee
Katherin Bunker, Esq.

U.S. Business Administration
Elan Levey, Esq.

Amazon Capital Services
Michael Gearin, Esq.

Blue Bridge Financial
c/o Corporate Servicecs Company

Fasanara Securitisation
c/o UCC Sellers

STOR RB One Limited
c/o Wolters Kluwer Lien

IRS
Ms. Dorletta Godley

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2024, at Beverly Hills, California.

By: _____
Yathida Nipha

## Yathida Nipha

| | |
|---|---|
| **To:** | 'kate.bunker@usdoj.gov'; 'legal@8fig.com'; 'laurendorsett@dwt.com'; 'mike.gearin@klgates.com'; 'Legal@bluebridgefinancial.com'; 'Support@bluevine.com'; 'SPRFiling@cscglobal.com'; 'uccfilingreturn@wolterskluwer.com'; 'info@northdata.com'; 'ASweet@FinPac.com'; 'SPRS@FICOSO.COM'; 'erin@braavobank.com'; 'info@mcadv.com'; 'rrabin@thompsoncoburn.com'; 'jbrown@thompsoncoburn.com'; 'Adriana@nomasrecovery.com'; 'CCanty@espererholdings.com'; 'simon@cedaradvance.com'; 'osaro@sellersfi.com'; 'Legal@bluebridgefinancial.com'; 'ashish@slope.com'; 'jason@jasongang.com'; 'elan.levey@usdoj.gov'; 'dhenrie@easypost.com'; 'Anthony.Miller@radiusgs.com'; 'PartnerServices@FleetCor.com'; 'hockadayr@gtlaw.com'; 'accounts.receivable@uline.com'; 'Irs.gov.website.helpdesk@speedymail.com'; 'billing@lyneer.com'; 'lnessenson@jaffeandasher.com'; 'communications@ramp.com'; 'Terry@tryjeeves.com'; 'netbill@sce.com'; 'MaryKay.Pallas@iqor.com'; 'jesse.fonseca@wepackitall.com'; 'ABrumage@collectmoore.com'; 'billing@frisbi.com'; 'fsampliner@sampliner.com'; 'legal@mountain.com'; 'accounts.receivable@uline.com'; 'yoni@bakersauthority.com'; 'GMCCREADIE@nixonpeabody.com'; 'nminassian@hatkofflaw.com'; 'customerservice@socalgas.com'; 'ccet@republicservices.com' |
| **Cc:** | Sofya Davtyan; Robert Poteete; Michael Berger |
| **Subject:** | RE: Mr. Tortilla, Inc. Hearing on Use of Cash Collateral / Payroll Motion / Utilities Motion |

**From:** Yathida Nipha
**Sent:** Tuesday, February 20, 2024 7:22 PM
**To:** 'kate.bunker@usdoj.gov' <kate.bunker@usdoj.gov>; 'legal@8fig.com' <legal@8fig.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; 'mike.gearin@klgates.com' <mike.gearin@klgates.com>; 'Legal@bluebridgefinancial.com' <Legal@bluebridgefinancial.com>; 'Support@bluevine.com' <Support@bluevine.com>; 'SPRFiling@cscglobal.com' <SPRFiling@cscglobal.com>; 'uccfilingreturn@wolterskluwer.com' <uccfilingreturn@wolterskluwer.com>; 'info@northdata.com' <info@northdata.com>; 'ASweet@FinPac.com' <ASweet@FinPac.com>; 'SPRS@FICOSO.COM' <SPRS@FICOSO.COM>; 'erin@braavobank.com' <erin@braavobank.com>; 'info@mcadv.com' <info@mcadv.com>; 'rrabin@thompsoncoburn.com' <rrabin@thompsoncoburn.com>; 'jbrown@thompsoncoburn.com' <jbrown@thompsoncoburn.com>; 'Adriana@nomasrecovery.com' <Adriana@nomasrecovery.com>; 'CCanty@espererholdings.com' <CCanty@espererholdings.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'osaro@sellersfi.com' <osaro@sellersfi.com>; 'Legal@bluebridgefinancial.com' <Legal@bluebridgefinancial.com>; 'ashish@slope.com' <ashish@slope.com>; 'jason@jasongang.com' <jason@jasongang.com>; 'elan.levey@usdoj.gov' <elan.levey@usdoj.gov>; 'dhenrie@easypost.com' <dhenrie@easypost.com>; 'Anthony.Miller@radiusgs.com' <Anthony.Miller@radiusgs.com>; 'PartnerServices@FleetCor.com' <PartnerServices@FleetCor.com>; 'hockadayr@gtlaw.com' <hockadayr@gtlaw.com>; 'accounts.receivable@uline.com' <accounts.receivable@uline.com>; 'Irs.gov.website.helpdesk@speedymail.com' <Irs.gov.website.helpdesk@speedymail.com>; 'billing@lyneer.com' <billing@lyneer.com>; 'lnessenson@jaffeandasher.com' <lnessenson@jaffeandasher.com>; 'communications@ramp.com' <communications@ramp.com>; 'Terry@tryjeeves.com' <Terry@tryjeeves.com>; 'netbill@sce.com' <netbill@sce.com>; 'MaryKay.Pallas@iqor.com' <MaryKay.Pallas@iqor.com>; 'jesse.fonseca@wepackitall.com' <jesse.fonseca@wepackitall.com>; 'ABrumage@collectmoore.com' <ABrumage@collectmoore.com>; 'billing@frisbi.com' <billing@frisbi.com>; 'fsampliner@sampliner.com' <fsampliner@sampliner.com>; 'legal@mountain.com' <legal@mountain.com>; 'accounts.receivable@uline.com' <accounts.receivable@uline.com>; 'yoni@bakersauthority.com' <yoni@bakersauthority.com>; 'GMCCREADIE@nixonpeabody.com' <GMCCREADIE@nixonpeabody.com>; 'nminassian@hatkofflaw.com' <nminassian@hatkofflaw.com>;

1

'customerservice@socalgas.com' <customerservice@socalgas.com>; 'ccet@republicservices.com' <ccet@republicservices.com>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>; Robert Poteete <Robert.Poteete@bankruptcypower.com>; Michael Berger <Michael.Berger@bankruptcypower.com>
**Subject:** Mr. Tortilla, Inc. Hearing on Use of Cash Collateral / Payroll Motion / Utilities Motion

**To the Office of the United States Trustee; Secured Creditors; and 20 Largest Unsecured Creditors:**

**PLEASE TAKE NOTICE** that the hearing on Mr. Tortilla, Inc's (1) <u>Emergency</u> Motion for an Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363; and (2) Debtor's <u>Emergency</u> Motion For Order Authorizing Payment Of Pre-Petition Wages And Related Expenses Memorandum of Points and Authorities will take place on **February 22, 2024 at 2:00 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367. Attached with this email please find, the 1. Emergency Cash Collateral Motion, 2. Order Setting the Cash Collateral on Shortened Notice, 3. Payroll Motion, 4. Order Setting the Payroll Motion on Shortened Notice, 5. Notice of Hearing on the Motions, 5. Supplemental Notice of Hearing

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing.

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address: https://cacb.zoomgov.com/j/1616957480
Meeting ID: 161 695 7480
Password: 828260
Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 161 695 7480
Password: 828260

**PLEASE TAKE NOTICE** that the hearing on Debtor's Emergency Motion In Chapter 11 Case for Order Authorizing Debtor To Provide Adequate Assurance of Payment to Utility Service Providers [11 U.S.C. § 366] will take place on **February 29, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing. Attached with this email please find, 1. Utilities Motion, 2. Notice of Hearing, and 3. Supplemental Notice of Hearing

2

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address:
https://cacb.zoomgov.com/j/ 1618218496
Meeting ID: 161 821 8496
Password: 088603
Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 161 821 8496
Password: 088603

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.*

## Yathida Nipha

| | |
|---|---|
| **To:** | 'mstout@pandfieldstout.com'; 'jcarney@pandbcapitalgroup.com'; 'chanson@thompsoncoburn.com'; 'customercare@webbank.com'; 'mstout@pandfieldstout.com'; 'jcarney@pandbcapitalgroup.com'; 'chanson@thompsoncoburn.com'; 'customercare@webbank.com'; 'nminassian@hatkofflaw.com'; 'jowilliams@willamsandwilliams.com'; 'support@ramp.com' |
| **Cc:** | Sofya Davtyan; Robert Poteete |
| **Subject:** | RE: Mr. Tortilla, Inc. Hearing on Use of Cash Collateral / Payroll Motion / Utilities Motion |

**From:** Yathida Nipha
**Sent:** Wednesday, February 21, 2024 11:26 AM
**To:** 'mstout@pandfieldstout.com' <mstout@pandfieldstout.com>; 'jcarney@pandbcapitalgroup.com' <jcarney@pandbcapitalgroup.com>; 'chanson@thompsoncoburn.com' <chanson@thompsoncoburn.com>; 'customercare@webbank.com' <customercare@webbank.com>; 'mstout@pandfieldstout.com' <mstout@pandfieldstout.com>; 'jcarney@pandbcapitalgroup.com' <jcarney@pandbcapitalgroup.com>; 'chanson@thompsoncoburn.com' <chanson@thompsoncoburn.com>; 'customercare@webbank.com' <customercare@webbank.com>; 'nminassian@hatkofflaw.com' <nminassian@hatkofflaw.com>; 'jowilliams@willamsandwilliams.com' <jowilliams@willamsandwilliams.com>; 'support@ramp.com' <support@ramp.com>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>; Robert Poteete <Robert.Poteete@bankruptcypower.com>
**Subject:** FW: Mr. Tortilla, Inc. Hearing on Use of Cash Collateral / Payroll Motion / Utilities Motion

**To the Secured Creditors and 20 Largest Unsecured Creditors:**

**PLEASE TAKE NOTICE** that the hearing on Mr. Tortilla, Inc's (1) <u>Emergency</u> Motion for an Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363; and (2) Debtor's <u>Emergency</u> Motion For Order Authorizing Payment Of Pre-Petition Wages And Related Expenses Memorandum of Points and Authorities will take place on **February 22, 2024 at 2:00 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367. Attached with this email please find, the 1. Emergency Cash Collateral Motion, 2. Order Setting the Cash Collateral on Shortened Notice, 3. Payroll Motion, 4. Order Setting the Payroll Motion on Shortened Notice, 5. Notice of Hearing on the Motions, 5. Supplemental Notice of Hearing

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing.

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address: https://cacb.zoomgov.com/j/1616957480

1

Meeting ID: 161 695 7480
Password: 828260
Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 161 695 7480
Password: 828260

**PLEASE TAKE NOTICE** that the hearing on Debtor's Emergency Motion In Chapter 11 Case for Order Authorizing Debtor To Provide Adequate Assurance of Payment to Utility Service Providers [11 U.S.C. § 366] will take place on **February 29, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing. Attached with this email please find, 1. Utilities Motion, 2. Notice of Hearing, and 3. Supplemental Notice of Hearing

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address:
https://cacb.zoomgov.com/j/ 1618218496
Meeting ID: 161 821 8496
Password: 088603
Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 161 821 8496
Password: 088603

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.*

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF YATHIDA NIPHA REGARDING TELEPHONIC NOITCE AND EMAIL SERVICE OF THE HEARING ON THE EMERGENCY MOTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/21/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Proposed Counsel: Michael Jay Berger   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/21/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/21/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             F 9013-3.1.PROOF.SERVICE