MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223
F: (310) 271.9805
E: Michael.Berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

Mr. Tortilla, Inc.

                Debtor-in-Possession.

CASE NO.: 1:24-BK-10228-VK

Chapter 11

**DECLARATION OF YATHIDA NIPHA REGARDING SERVICE BY EMAIL OF THE (1) DEBTOR'S NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366] (2) NOTICE OF HEARING ON THE UTILITIES MOTION; (3) ORDER SETTING THE UTILITIES MOTION FOR HEARING; AND (4) SUPPLEMENTAL ZOOM NOTICE OF HEARING**

Date    February 29, 2024
Time:   1:30 p.m.
Ctrm:   301 [via ZoomGov]
Place:  21041 Burbank Blvd., 3rd Floor
        Woodland Hills, CA 91367

## **DECLARATION OF YATHIDA NIPHA**

I, Yathida Nipha, declare as follows:

    1.  I am currently employed by Law Offices of Michael Jay Berger as a paralegal. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

    2.  On February 22, 2024, at 11:54 a.m. p.m., I emailed the Debtor's (1) Emergency Motion In Chapter 11 Case For Order Authorizing Debtor To Provide Adequate Assurance Of Payment To Utility Service Providers [11 U.S.C. § 366] ("Utilities Motion"); (2) Notice of Hearing on the Utilities Motion; (3) Supplemental Zoom Notice of the Utilities Motion; and (4) Orders Setting the Utilities Motion for hearing on the following parties:

U.S. Trustee:
Katherine Bunker
kate.bunker@usdoj.gov

SoCalGas
customerservice@socalgas.com

Republic Services
ccet@republicservices.com

Southern California Edison
netbill@sce.com

2

DECLARATION OF YATHIDA NIPHA REGARDING EMAIL SERVICE OF THE HEARING ON UTILITIES MOTION

**SECURED CREDITORS:**

8FIG Advance
Attn: Legal Dept.
legal@8fig.com;

mstout@pandfieldstout.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com

Blue Bridge Financial
Attn: Legal Dept.
Legal@bluebridgefinancial.com

Bluevine
Attn: Officer
Support@bluevine.com

jcarney@pandbcapitalgroup.com

Cedar Advance
Attn: Simon Cedar
simon@cedaradvance.com

Corporation Service Company
SPRFiling@cscglobal.com

CT Corporation
uccfilingreturn@wolterskluwer.com

Fasanara Securitisation S.A. Acting
info@northdata.com

Financial Pacific Leasing
Attn: Allison Sweet
ASweet@FinPac.com

First Corporate Resolution
SPRS@FICOSO.COM

Huntington Valley Bank
Attn: Erin
erin@braavobank.com

Mercury Capital
info@mcadv.com

3

DECLARATION OF YATHIDA NIPHA REGARDING EMAIL SERVICE OF THE HEARING ON
UTILITIES MOTION

Metropolitan Capital Bank & Trust
Attn: Jeffrey Brown
rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com; chanson@thompsoncoburn.com

Parkside Funding Group LLC
Attn: Adriana Harris
Adriana@nomasrecovery.com

Partners Personnel Management Services, LLC
Attn: Cherly Canty
CCanty@espererholdings.com

Robert Reiser and Company
uccfilingreturn@wolterskluwer.com

Sand Park Capital
Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com

Shopify Capital

Legal@bluebridgefinancial.com; customercare@webbank.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com


U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov

4

DECLARATION OF YATHIDA NIPHA REGARDING EMAIL SERVICE OF THE HEARING ON UTILITIES MOTION

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February 2024, at Beverly Hills, California.

By: _____
Yathida Nipha

# Yathida Nipha

| | |
|---|---|
| **To:** | 'kate.bunker@usdoj.gov'; 'customerservice@socalgas.com'; 'netbill@sce.com'; 'ccet@republicservices.com'; 'legal@8fig.com'; 'laurendorsett@dwt.com'; 'mike.gearin@klgates.com'; 'Legal@bluebridgefinancial.com'; 'Support@bluevine.com'; 'simon@cedaradvance.com'; 'SPRFiling@cscglobal.com'; 'uccfilingreturn@wolterskluwer.com'; 'info@northdata.com'; 'ASweet@FinPac.com'; 'SPRS@FICOSO.COM'; 'erin@braavobank.com'; 'info@mcadv.com'; 'rrabin@thompsoncoburn.com'; 'jbrown@thompsoncoburn.com'; 'Adriana@nomasrecovery.com'; 'CCanty@espererholdings.com'; 'osaro@sellersfi.com'; 'ashish@slope.com'; 'jason@jasongang.com'; 'elan.levey@usdoj.gov' |
| **Cc:** | Sofya Davtyan; Michael Berger |
| **Subject:** | RE: Mr. Tortilla, Inc. Hearing on Utilities Motion Set for 2/29/2024 at 1:30 p.m. |

**From:** Yathida Nipha
**Sent:** Thursday, February 22, 2024 11:54 AM
**To:** 'kate.bunker@usdoj.gov' <kate.bunker@usdoj.gov>; 'customerservice@socalgas.com' <customerservice@socalgas.com>; 'netbill@sce.com' <netbill@sce.com>; 'ccet@republicservices.com' <ccet@republicservices.com>; 'legal@8fig.com' <legal@8fig.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; 'mike.gearin@klgates.com' <mike.gearin@klgates.com>; 'Legal@bluebridgefinancial.com' <Legal@bluebridgefinancial.com>; 'Support@bluevine.com' <Support@bluevine.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'SPRFiling@cscglobal.com' <SPRFiling@cscglobal.com>; 'uccfilingreturn@wolterskluwer.com' <uccfilingreturn@wolterskluwer.com>; 'info@northdata.com' <info@northdata.com>; 'ASweet@FinPac.com' <ASweet@FinPac.com>; 'SPRS@FICOSO.COM' <SPRS@FICOSO.COM>; 'erin@braavobank.com' <erin@braavobank.com>; 'info@mcadv.com' <info@mcadv.com>; 'rrabin@thompsoncoburn.com' <rrabin@thompsoncoburn.com>; 'jbrown@thompsoncoburn.com' <jbrown@thompsoncoburn.com>; 'Adriana@nomasrecovery.com' <Adriana@nomasrecovery.com>; 'CCanty@espererholdings.com' <CCanty@espererholdings.com>; 'osaro@sellersfi.com' <osaro@sellersfi.com>; 'ashish@slope.com' <ashish@slope.com>; 'jason@jasongang.com' <jason@jasongang.com>; 'elan.levey@usdoj.gov' <elan.levey@usdoj.gov>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>; Michael Berger <Michael.Berger@bankruptcypower.com>
**Subject:** Mr. Tortilla, Inc. Hearing on Utilities Motion Set for 2/29/2024 at 1:30 p.m.

**To the United States Trustee, Secured Creditors and Utility Service Providers:**

**PLEASE TAKE NOTICE** that the hearing on Debtor's Emergency Motion In Chapter 11 Case for Order Authorizing Debtor To Provide Adequate Assurance of Payment to Utility Service Providers [11 U.S.C. § 366] will take place on **February 29, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing. Attached with this email please find, 1. Utilities Motion, 2. Notice of Hearing, 3. Supplemental Notice of Hearing; and 4. Order Setting Hearing on Shortened Notice.

1

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address:
https://cacb.zoomgov.com/j/ 1618218496
Meeting ID: 161 821 8496
Password: 088603
Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 161 821 8496
Password: 088603

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF YATHIDA NIPHA REGARDING SERVICE BY EMAIL OF THE (1) DEBTOR'S NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366] (2) NOTICE OF HEARING ON THE UTILITIES MOTION; (3) ORDER SETTING THE UTILITIES MOTION FOR HEARING; AND (4) SUPPLEMENTAL ZOOM NOTICE OF HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/22/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/22/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                     **F 9013-3.1.PROOF.SERVICE**