1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:     (310) 271-6223
   Facsimile:     (310) 271-9805
4  Michael.Berger@bankruptcypower.com

5  Proposed Counsel for Debtor and Debtor-in-Possession
   Mr. Tortilla, Inc.
6

FILED & ENTERED

FEB 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9              SAN FERNANDO VALLEY DIVISION

10

11 In re:                              )  CASE NO.:  1:24-bk-10228-VK
                                       )
12                                     )  Chapter 11
                                       )
13 Mr. Tortilla, Inc.,                 )  **ORDER GRANTING DEBTOR'S
                                       )  EMERGENCY MOTION FOR ORDER
14       Debtor and Debtor-in-Possession.) AUTHORIZING PAYMENT OF WAGES
                                       )  AND RELATED EXPENSES**
15                                     )
                                       )
16                                     )  Hearing Date:
                                       )  Date:    2/22/2024
17                                     )  Time:    2:00 p.m.
                                       )  Place:   Courtroom 301 [via ZoomGov and in-
18                                     )  person]
                                       )  21041 Burbank Blvd., 3rd Floor
19                                     )  Woodland Hills, CA 91367
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24 _____)

25      A hearing took place at the above time and place to consider the Emergency Motion for

26 Order Authorizing Payment of Wages and Related Expenses (the "Payroll Motion") [docket no.:

27 14] filed by Mr. Tortilla, Inc., the Debtor and Debtor-in-Possession herein (the "Debtor").

28

                                      1

Appearances are noted on the record. The court having reviewed the Payroll Motion, the

arguments made at the hearing, and good cause appearing:

**HEREBY ORDERS** that:

1.      Payroll Motion is granted.

2.      Debtor has satisfied the "immediate and irreparable harm" standard of Bankruptcy

Rule 6003.

3.      Payment of the insider compensation and any related benefits will not occur until

Notice Setting Insider Compensation form has been submitted and the time to object has expired.

###

Date: February 26, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

2