**Fill in this information to identify the case:**

Debtor name **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **1:24-bk-10228-VK**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **Amended List of 20 Largest Unsecured**
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Amended Verification and Mailing Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **2-28-24**    X _____
                                Signature of individual signing on behalf of debtor

                                **Anthony Alcazar**
                                Printed name

                                **President**
                                Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mr. Tortilla, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **1:24-bk-10228-VK** |

☑ Check if this is an

amended filing

## Official Form 204

## AMENDED Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **8Fig, Inc. 11801 Domain Blvd, Third Floor Austin, TX 78758** | | **Merchant Cash Advance** | **Disputed** | **$299,590.14** | **$0.00** | **$299,590.14** |
| **Blue Bridge Financial, Inc. 11921 Freedom Drive, Suite 1130 Reston, VA 20190** | | **Model TCO-400 3 Layer Flour Tortilla Oven, Gas Fired SN: BBD3969** | **Unliquidated** | **$212,460.92** | **$25,000.00** | **$187,460.92** |
| **Bluevine 30 Montgomery Street, Ste 1400 Jersey City, NJ 07302** | | **Merchant Cash Advance** | | **$180,356.88** | **$0.00** | **$180,356.88** |
| **Cedar Advance 2917 Avenue I Brooklyn, NY 11210** | | **Merchant Cash Advance** | | **$300,000.00** | **$0.00** | **$300,000.00** |
| **EasyPost 2889 Ashton Boulevard, Suite 325 Lehi, UT 84043** | | **Vendor** | | | | **$571,894.85** |
| **Facebook 1601 Willow Road Menlo Park, CA 94025** | | **Vendor** | | | | **$368,070.85** |
| **Fleetcor Technologies Inc. 3280 Peachtree Road, Ste 2400 Atlanta, GA 30305** | | **Credit Card** | | | | **$197,636.16** |
| **Greenberg Traurig 1840 Century Park East, Ste 1900 Los Angeles, CA 90067** | | **Vendor** | | | | **$538,200.44** |

| Debtor | **Mr. Tortilla, Inc.** | | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington Valley Bank 990 Spring Garden Street 700 Philadelphia, PA 19123** | | **Merchant Cash Advance** | | $185,464.12 | $0.00 | $185,464.12 |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Tax obligation** | | | | $713,702.51 |
| **Jeeves 2035 Sunset Lake Rd. Suite B-2 Newark, DE 19702** | | **Credit Card** | | | | $172,419.46 |
| **Lyneer Staffing 1011 Whitehead Rd Ext Trenton, NJ 08638** | | **Vendor** | | | | $176,748.74 |
| **Metropolitan Capital Bank & Trust 9 East Ontario Street Chicago, IL 60611** | | **Merchant Cash Advance** | | $252,670.14 | $0.00 | $252,670.14 |
| **Parker Group, Inc. 2261 Market Street, #4106 San Francisco, CA 94114** | | **Credit Card** | | | | $354,883.23 |
| **Parkside Funding Group LLC 865 Nj-33 Business 3 Unit 192 Freehold, NJ 07728** | | **Merchant Cash Advance** | **Disputed** | $561,867.12 | $0.00 | $561,867.12 |
| **Partners Personnel Management Services, LLC 3820 State Street, Ste B Santa Barbara, CA 93105** | | **Merchant Cash Advance** | | $289,674.79 | $0.00 | $289,674.79 |
| **Partnership Staffing 1230 San Fernando Rd. Suite K San Fernando, CA 91340** | | **Vendor** | | | | $159,436.60 |
| **Ramp 28 West 23rd Street, Floor 2 Washington, DC 20020** | | **Credit Card** | | | | $302,708.98 |

Debtor   **Mr. Tortilla, Inc.**
      Name

Case number *(if known)*   **1:24-bk-10228-VK**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sand Park Capital LLC 2917 Avenue I Brooklyn, NY 11210** | | **Merchant Cash Advance** | | **$4,654,334.00** | **$0.00** | **$4,246,379.94** |
| **Slope Advance 7 Freelon Street San Francisco, CA 94107** | | **Merchant Cash Advance** | | **$282,898.07** | **$0.00** | **$282,898.07** |

## United States Bankruptcy Court
### Central District of California

| | | | |
|---|---|---|---|
| In re | **Mr. Tortilla, Inc.** | Case No. | **1:24-bk-10228-VK** |
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Alcazar**<br>**1112 Arroyo Street, #1**<br>**San Fernando, CA 91340** | **common** | **81%** | |
| **Ronald Alcazar**<br>**6258 Peach Avenue**<br>**Van Nuys, CA 91411** | **common** | **19%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Anthony Alcazar, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    2/28/2024                              Signature _____
                                                                            **Anthony Alcazar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name    **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10228-VK**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................    $      **1,830,573.67**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $      **1,830,573.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **8,953,129.26**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **754,674.65**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **4,256,886.98**

4.  Total liabilities ........................................................................................................
Lines 2 + 3a + 3b    $      **13,964,690.89**

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Mr. Tortilla, Inc.** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)  **1:24-bk-10228-VK** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking account** | **9918** | **$4,345.00** |
| 3.2. | **Metropolitan Capital Bank** | **Checking account** | **3373** | **$981.00** |
| 3.3. | **California Bank & Trust** | **Checking account** | **6630** | **$314.00** |
| 3.4. | **Chase Bank** | **Checking account** | **8266** | **$912.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| **$6,552.00** |

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| Debtor | **Mr. Tortilla, Inc.** | | Case number *(If known)* **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit for the 1112 #A Arroyo  Street property (Landlord is 1102-1112 Arroyo Street, LLC c/o JS/JS Properties, Inc,). | $7,500.00 |
| 7.2. | Security deposit for the 1104 Arroyo  Street property (Landlord) | $7,000.00 |
| 7.3. | Security deposit for the 8134 Lankershim Street property (Landlord) | $34,000.00 |
| 7.4. | Security deposit for the 1112 #B Arroyo  Street property. | $4,200.00 |
| 7.5. | Security deposit  for 1110 Arroyo Street (landlord) | $2,065.50 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                                                    **$54,765.50**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | 596,698.00 | - | | = .... | $596,698.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 42,128.00 | - | | = .... | $42,128.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 116,577.00 | - | | = .... | $116,577.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,427.00 | - | | = .... | $1,427.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 7,631.81 | - | | = .... | $7,631.81 |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

| | 11b. Over 90 days old: | **74,000** | - | **14,800** | =.... | **$59,200.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$823,661.81** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Debtor has the following inventory: finished goods, ingredients, poly bags, boxes, ingredient batch pack, labels. The valuation is based on costs and some of the inventory includes perishable items. See the attached list for details of each inventory.** | | | | **$243,433.45** |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | **$243,433.45** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Mr. Tortilla, Inc.** | Case number *(If known)* **1:24-bk-10228-VK** |
|---|---|---|
| | Name | |

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**　Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Chairs, desks, cabinets, and other miscellaneous office furniture** | | | **$1,000.00** |
| 40. **Office fixtures**<br>**Walk-in coolers, equipment chairs, cubicles, desks, office related furniture, computers, phones, scales, and other miscellaneous office fixtures** | | | **$33,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, phones, and printers** | | | **$1,000.00** |
| **Equipment subject to Financial Pacific Leasing, Inc's lease; Contract #: 001-1388475-302, dated 3/24/2022, together with all attachments, additions, accessories, substitutions, and replacements thereto.** | | | **$12,600.00** |
| **RSV2225 Solid Ink Coding Continuous Bak Sealer (one)** | | | **$2,730.00** |
| **Model TCO-400 3 Layer Flour Tortilla Oven, Gas Fired SN: BBD3969** | | | **$25,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$75,330.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**　Machinery, equipment, and vehicles

Debtor   **Mr. Tortilla, Inc.**                                    Case number *(If known)* **1:24-bk-10228-VK**
         Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2007 INTL Refrigerated truck** | | | **$6,200.00** |
| 47.2.   **2007 Honda Element** | | | **$5,200.00** |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery and Equipment (See** the attached<br>list**).** | | | **$615,430.91** |

**51.   Total of Part 8.**                                               | **$626,830.91** |

Add lines 47 through 50.  Copy the total to line 87.

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**Lease for property located at 1112 Arroyo St. Ste B, San Fernando Valley, CA 91340.**
**Lease for property located at 1104 Arroyo St., San Fernando, CA 91340.**
**Lease for property located at 1112 Arroyo St. Ste A, San Fernando Valley, CA 91340.**
**Lease for property located at 8134 Lankershim Blvd., North Hollywood, CA 91605.**
**Sublease for property located at 1110 Arroyo St., San Fernando, CA 91340.**

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

| Debtor | **Mr. Tortilla, Inc.** | Case number *(If known)* | **1:24-bk-10228-VK** |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trade secrets, formulas, patents for food.** | | | **Unknown** |

| | | | | |
| --- | --- | --- | --- | --- |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>**City of San Fernando Business License Tax**<br>**#02105847** | | | **$0.00** |
| | **California Dept. of Tax & Fee Administration**<br>**Seller's Permit #238661824** | | | **$0.00** |
| | **County of Los Angeles Public Health License**<br>**#PR0202186** | | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Proprietary marketing content such as ads,**<br>**videos, commercials. No liquidation value.** | | | **$0.00** |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - [✓] No
   - [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - [✓] No
   - [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - [✓] No
   - [ ] Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - [ ] No.  Go to Part 12.
   - [✓] Yes Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

| | | |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit** | |

| Debtor | **Mr. Tortilla, Inc.** | Case number *(If known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

**has been filed)**

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Debtor anticipates receiving Employee Retention Creditor (ERC) but the amount is unknown at this time.** | **Unknown** |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Mr. Tortilla, Inc.**                                    Case number *(If known)*  **1:24-bk-10228-VK**
_____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,552.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $54,765.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $823,661.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $243,433.45 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $75,330.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $626,830.91 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,830,573.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,830,573.67 |

# Mr. Tortilla, Inc.
## Inventory Summary
### As of February 9, 2024

|  | Total |
|---|---|
| **Finished Goods Inventory** | 124,336.29 |
| **Ingredients Inventory** | 55,106.82 |
| **Poly Bags Inventory** | 18,019.20 |
| **Boxes Inventory** | 17,904.07 |
| **Ingredient Batch Pack Inventory** | 22,276.40 |
| **Labels Inventory** | 5,790.67 |
| **TOTAL** | $ 243,433.45 |

# Machinery and Equipment List as of Feb 9 2024

| Description | Liquidation Value | Location |
|---|---|---|
| **Tortilla Manufacturing Line (Arroyo)** | | |
| 300 lb Horizontal Dough Mixer | $ 49,350.00 | 1112 Arroyo St., San Fernando CA |
| Water Metering and Cooling System | $ 13,650.00 | 1112 Arroyo St., San Fernando CA |
| Dough Rounder | $ 12,600.00 | 1112 Arroyo St., San Fernando CA |
| Casa Herrera Tortilla Press | $ 73,500.00 | 1112 Arroyo St., San Fernando CA |
| Pre-Mix Tortilla Oven | $ 73,500.00 | 1112 Arroyo St., San Fernando CA |
| Tortilla Cooling Conveyor | $ 52,500.00 | 1113 Arroyo St., San Fernando CA |
| Metal Detector | $ 7,350.00 | 1112 Arroyo St., San Fernando CA |
| Continuous Band Sealers (2x) | $ 1,260.00 | 1112 Arroyo St., San Fernando CA |
| Tortilla Counter- Stacker | $ 15,750.00 | 1112 Arroyo St., San Fernando CA |
| | $ - | |
| **Tortilla Manufacturing Line (Lankershim)** | $ | |
| Dough Rounder | $ 12,600.00 | 8134 Lankershim Blvd, North Hollywood CA |
| 150 lb Horizontal Dough Mixer | $ 24,150.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Metal Detector | $ 5,250.00 | 8134 Lankershim Blvd, North Hollywood CA |
| BBD Tortilla Press | $ 63,000.00 | 8134 Lankershim Blvd, North Hollywood CA |
| BBD Cooling Conveyor | $ 43,050.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Continuous Band Sealers (2x) | $ 1,260.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Tortilla Counter-Stacker | $ 14,280.00 | 8134 Lankershim Blvd, North Hollywood CA |
| | $ - | |
| **Chip Packaging Line (Lankershim)** | $ | |
| Viking Masek M400 Vertical Form Fill and Sealer | $ 9,450.00 | 8134 Lankershim Blvd, North Hollywood CA |
| | $ - | |
| **Chip Frying Line (Lankershim)** | $ | |
| Deep Frying Equipment | $ 2,520.00 | 8134 Lankershim Blvd, North Hollywood CA |
| | $ - | |
| **Backup Machinery (Arroyo)** | $ | |
| 150 lb horizontal dough Mixer | $ 22,050.00 | 1112 Arroyo St., San Fernando CA |
| 600 lb Horizontal Dough Mixer | $ 52,500.00 | 1104 Arroyo St., San Fernando, CA |
| 1000 lb Horizontal Dough Mixer | $ 63,000.00 | 1104 Arroyo St., San Fernando, CA |
| Dough Rounder | $ 12,600.00 | 1112 Arroyo St., San Fernando CA |
| Lawrence Tortilla Press | $ 52,500.00 | 1104 Arroyo St., San Fernando, CA |
| Safeline Metal Detector | $ 5,250.00 | 1104 Arroyo St., San Fernando, CA |
| Continuous Band Sealers (4x) | $ 2,520.00 | 1112 Arroyo St., San Fernando CA |
| | $ - | |
| **Miscellaneous Eqiupment** | $ | |
| Hobart Double Rack Oven Gas Model DRO2G | $ 7,560.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Hobart Double Rack Oven Gas Model DRO2G | $ 7,560.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Pallet Wrapping Machine | $ 2,415.00 | 1112 Arroyo St., San Fernando CA |
| Pallet Wrapping Machine | $ 2,415.00 | 8134 Lankershim Blvd, North Hollywood CA |
| Material Handling Equipment | $ 2,845.09 | 1112 Arroyo St., San Fernando CA |
| Utensils | $ 2,711.80 | 1112 Arroyo St., San Fernando CA |
| | | |
| Total | $ 710,946.89 | |
| Accum. Depr. | $ (95,515.98) | |
| | | |
| | $ 615,430.91 | |

**Fill in this information to identify the case:**

Debtor name    **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10228-VK**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  8Fig, Inc.**<br>Creditor's Name<br><br>**11801 Domain Blvd, Third Floor**<br>**Austin, TX 78758**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/14/2022**<br>**Last 4 digits of account number**<br>**1725**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Debtor's property as described in the UCC-1 Statement**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$299,590.14** | **$0.00** |
| **2.2  Amazon Capital Services, Inc.**<br>Creditor's Name<br><br>**410 Trry Ave. N.**<br>**Seattle, WA 98109**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/8/2021**<br>**Last 4 digits of account number**<br>**5624**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Debtor's assets as identified in the UCC-1 Financing Statement**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $751,539.61 | $751,539.61 |

| Debtor | **Mr. Tortilla, Inc.** | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**1. U.S. Small Business Administration**

**2. Amazon Capital Services, Inc.**

---

| 2.3 | **Blue Bridge Financial, Inc.** | | |
|---|---|---|---|

Creditor's Name

**11921 Freedom Drive, Suite 1130**
**Reston, VA 20190**

Creditor's mailing address

Describe debtor's property that is subject to a lien     $212,460.92     $25,000.00

**Model TCO-400 3 Layer Flour Tortilla Oven, Gas Fired SN: BBD3969**

Describe the lien

**UCC-1 / Equipment Lease**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**12/13/2022**

Last 4 digits of account number
**4834**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Bluevine** | | |
|---|---|---|---|

Creditor's Name

**30 Montgomery Street, Ste 1400**
**Jersey City, NJ 07302**

Creditor's mailing address

Describe debtor's property that is subject to a lien     $180,356.88     $0.00

**Debtor's assets as identified in the UCC-1 financing statement**

Describe the lien

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Cedar Advance** | | |
|---|---|---|---|

Creditor's Name

**2917 Avenue I**
**Brooklyn, NY 11210**

Creditor's mailing address

Describe debtor's property that is subject to a lien     $300,000.00     $0.00

**Debtor's assets as identified in the UCC-1 financing statement**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

---

| Debtor | **Mr. Tortilla, Inc.** | | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.6**

**Corporation Service Company**
Creditor's Name

**As Representative
PO Box 2576
Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/30/2022**
**Last 4 digits of account number**
**6030**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets as described in UCC-1 financing statement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Unknown**

**Unknown. UCC Statement does not identify the secured creditor. Debtor contacted CSC and is waiting to receive information about the underlying secured creditor to amend the schedules.**

---

| Debtor | Mr. Tortilla, Inc. | | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|---|
| | Name | | | |

**2.7**

**Corporation Service Company**
Creditor's Name

**As Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/27/2022**
Last 4 digits of account number
**1220**

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Unknown**

**Unknown. UCC Statement does not identify the secured creditor. Debtor contacted CSC and is waiting to receive information about the underlying secured creditor to amend the schedules**

---

**2.8**

**CT Corporation Service Company**
Creditor's Name

**as Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien
**UCC-1**

**Unknown**

**Unknown. UCC Statement does not identify the secured creditor. Debtor contacted CSC and is waiting to receive information about the underlying secured creditor to amend the schedules**

---

| Debtor | **Mr. Tortilla, Inc.** | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/23/2024**

**Last 4 digits of account number**
**2926**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.9 | **CT Corporation System** |
|---|---|

Creditor's Name

**As Representative**
**330 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**12/13/2021**

**Last 4 digits of account number**
**4028**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**RSV2225 Solid Ink Coding Continuous Bak Sealer (one)**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

| | $2,000.00 | $2,730.00 |
|---|---|---|

---

| 2.10 | **Fasanara Securitisation S.A. Acting** |
|---|---|

Creditor's Name

**For and On Behalf of Its Compartmen**
**36-38 Grand-RUE**
**Grand Duchy of Luxembourg**
**Grand Duchy of Luxembourt 1660**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**9/20/2022**

**Last 4 digits of account number**
**5230**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Debtor's assets as described in UCC-1 financing statement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | Unknown | Unknown |
|---|---|---|

---

Debtor    **Mr. Tortilla, Inc.**
_____
Name

Case number (if known)    **1:24-bk-10228-VK**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 1 | **Financial Pacific Leasing, Inc.** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**Equipment subject to Financial Pacific Leasing, Inc's lease; Contract #: 001-1388475-302, dated 3/24/2022, together with all attachments, additions, accessories, substitutions, and replacements thereto.**

$57,309.87    $12,600.00

Creditor's Name

**PO Box 4568
Auburn, WA 98001**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/24/2022**

**Last 4 digits of account number**
**3025**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | Unknown. UCC Statement does not identify the secured creditor. Debtor contacted First Corporate Solutions and is waiting to receive information about the underlying secured creditor to amend the schedules |
|---|---|---|---|

**First Corporate Solutions**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Debtor's assets as described in UCC-1 financing statement**

Unknown

**as Representative
914 S. Street
Sacramento, CA 95811**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/31/2023**

**Last 4 digits of account number**

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|
| | Name | | |

**8433**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☑ Unliquidated |
| | ☑ Disputed |

---

**2.1 3**

| **Huntington Valley Bank** | Describe debtor's property that is subject to a lien | $185,464.12 | $0.00 |
|---|---|---|---|
| Creditor's Name | **Debtor's assets as described in UCC-1 financing statement** | | |
| **990 Spring Garden Street 700** | | | |
| **Philadelphia, PA 19123** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **UCC-1** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| **12/28/2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **6422** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| ☑ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.1 4**

| **Mercury Capital** | Describe debtor's property that is subject to a lien | $23,634.71 | $0.00 |
|---|---|---|---|
| Creditor's Name | **Machine** | | |
| **27702 Crown Valley Pkwy Bldg D4 #205** | | | |
| **Ladera Ranch, CA 92694** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| ☑ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.1 5**

| **Metropolitan Capital Bank & Trust** | Describe debtor's property that is subject to a lien | $252,670.14 | $0.00 |
|---|---|---|---|
| Creditor's Name | **Debtor's assets as described in UCC-1 financing statement** | | |
| **9 East Ontario Street** | | | |
| **Chicago, IL 60611** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **UCC-1** | | |

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**4/7/2023**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2824**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Parkside Funding Group LLC** | Describe debtor's property that is subject to a lien | $561,867.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**865 Nj-33 Business 3 Unit 192**
**Freehold, NJ 07728**
Creditor's mailing address

**Debtor's assets as described in UCC-1 financing statement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/16/2024**

**Last 4 digits of account number**
**0122**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 7 | **Partners Personnel** | Describe debtor's property that is subject to a lien | $289,674.79 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Management Services, LLC**
**3820 State Street, Ste B**
**Santa Barbara, CA 93105**
Creditor's mailing address

**Debtor's assets as described in UCC-1 financing statement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/13/2023**

**Last 4 digits of account number**
**6122**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|
| | Name | | |

| 2.1 8 | **Robert Reiser and Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**725 Dedham Street
Canton, MA 02021**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**One VEMAG Model 500 Clontinuous Stuffer;
the equipment was returned**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/22/2023**

**Last 4 digits of account number**
**2131**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 9 | **Sand Park Capital LLC** | **Describe debtor's property that is subject to a lien** | **$4,654,334.00** | **$407,954.06** |
|---|---|---|---|---|

Creditor's Name

**2917 Avenue I
Brooklyn, NY 11210**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets as described in UCC-1
financing statement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/16/2022**

**Last 4 digits of account number**
**8027**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 0 | **Sellers Funding** | **Describe debtor's property that is subject to a lien** | **$118,500.04** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**45 N. Broad Street, Suite
100
Ridgewood, NJ 07450**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets as described in UCC-1
financing statement**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.21**

**Shopify Capital**
Creditor's Name

**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,198.85                    $0.00

---

**2.22**

**Slope Advance**
Creditor's Name

**7 Freelon Street**
**San Francisco, CA 94107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$282,898.07                    $0.00

---

**2.23**

**Spartan Capital**
Creditor's Name

**371 E Main St, Suite 2**
**Middletown, NY 10940**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?

$69,500.00                    $0.00

---

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.2 4**

**Stor RB One Limited**
Creditor's Name

**14 Old Queen Street
London, UK SW1H9HP
GBR**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/27/2023**
**Last 4 digits of account number**
**3329**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

---

**2.2 5**

**U.S. Small Business Administration**
Creditor's Name

**10737 Gateway West, #300
El Paso, TX 79935**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/22/2020**
**Last 4 digits of account number**
**3462**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**Debtor's assets as described in UCC-1 financing statement**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$688,130.00**          **$688,130.00**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$8,953,129.26**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 12

| Debtor | **Mr. Tortilla, Inc.** | | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|---|
| | Name | | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **8Fig, Inc.**<br>**1717 W. 6th Street, Suite 335**<br>**Austin, TX 78703** | Line **2.1** | |
| **Amazon Capital Services**<br>**PO Box 84837**<br>**Seattle, WA 98124-6137** | Line **2.2** | |
| **Amazon Capital Services, Inc.**<br>**c/o Davis Wright Tremaine LLP**<br>**Attn: Lauren Dorsett, Esq.**<br>**A 920 5th Avenue, Suite 330**<br>**Seattle, WA 98104-1610** | Line **2.2** | |
| **Financial Pacific Leasing, Inc.**<br>**3455 S 344th Way #300**<br>**Auburn, WA 98001-9546** | Line **2.11** | |
| **Huntington Valley Bank**<br>**First Citizen Square**<br>**15 South Main Street**<br>**Mansfield, PA 16933-1590** | Line **2.13** | |
| **U.S. Small Business Administration**<br>**c/o Elan S. Levey**<br>**300 N. Los Angeles Street**<br>**Fed. Bldg. Rm. 7516**<br>**Los Angeles, CA 90012** | Line **2.25** | |

**Fill in this information to identify the case:**

Debtor name    **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10228-VK**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Employee Development<br>Department<br>PO Box 826203<br>Sacramento, CA 94230** | **$40,972.14** | **$40,972.14** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2022 - 6/2023**

Basis for the claim:
**Taxes**

Last 4 digits of account number **5356**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346** | **$713,702.51** | **$713,702.51** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020 - 2022**

Basis for the claim:
**unfiled tax returns**

Last 4 digits of account number **5356**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,041.04** |
|---|---|---|
| **1102 - 1112 Arroyo Street, LLC** | ☐ Contingent | |
| **c/o JS/JS Properties, Inc.** | ☐ Unliquidated | |
| **21625 Prairie Street** | ☐ Disputed | |
| **Chatsworth, CA 91311** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **One-month delinquent rent for 1112 Arroyo Street, Suite B.** | |
| Last 4 digits of account number **n/a** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,589.00** |
|---|---|---|
| **1102 - 1112 Arroyo Street, LLC** | ☐ Contingent | |
| **c/o JS/JS Properties, Inc.** | ☐ Unliquidated | |
| **21625 Prairie Street** | ☐ Disputed | |
| **Chatsworth, CA 91311** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **One-month unpaid rent for 1104 Arroyo St.** | |
| Last 4 digits of account number **n/a** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,775.00** |
|---|---|---|
| **1102-1112 Arroyo Street, LLC** | ☐ Contingent | |
| **c/o JS/JS Properties, Inc.** | ☐ Unliquidated | |
| **Adam Saitman, CEO** | ☐ Disputed | |
| **21625 Prairie St** | | |
| **Chatsworth, CA 91311** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **One-month delinquent rent for 1112 Arroyo Street, Ste A.** | |
| Last 4 digits of account number **n/a** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,929.72** |
|---|---|---|
| **2Cube** | ☐ Contingent | |
| **200 E Cedar Street** | ☐ Unliquidated | |
| **Ontario, CA 91761** | ☐ Disputed | |
| Date(s) debt was incurred **2020 - 2024** | **Basis for the claim:** **Vendor** | |
| Last 4 digits of account number **_** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,083.57** |
|---|---|---|
| **Allied Blending** | ☐ Contingent | |
| **121 Royal Road** | ☐ Unliquidated | |
| **Keokuk, IA 52632** | ☐ Disputed | |
| Date(s) debt was incurred **2020-2024** | **Basis for the claim:** **Vendor** | |
| Last 4 digits of account number **_** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,176.52** |
|---|---|---|
| **Aramark** | ☐ Contingent | |
| **2400 Market Street** | ☐ Unliquidated | |
| **Philadelphia, PA 19103** | ☐ Disputed | |
| Date(s) debt was incurred **2020-2024** | **Basis for the claim:** **Vendor** | |
| Last 4 digits of account number **_** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,820.57** |
|---|---|---|
| **ArcBest,Inc.** | ☐ Contingent | |
| **3801 Old Greenwood Rd** | ☐ Unliquidated | |
| **Fort Smith, AR 72901** | ☐ Disputed | |
| Date(s) debt was incurred **1/2024** | **Basis for the claim:** **Goods sold** | |
| Last 4 digits of account number **n/a** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Mr. Tortilla, Inc.** | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Arrandas Tortilleria**
**1318 E. Scotts Avenue**
**Stockton, CA 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,204.46**

**Attentive Mobile**
**221 River Street, Suite 9047**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00**

**Avask**
**First Floor, Oceana House**
**39-49 Commercial Road**
**Southampton, Hampshire, SO15 1GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

**Bakers Authority**
**59-21 Queens Midtown Expy**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,000.00**

**Brex**
**650 S 500 W**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,142.99**

**Chase**
**700 Kansas Lane**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,857.70**

**Ciuti**
**10865 Jersey Blvd.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,510.00**

**Dekirmendjian Family Trust**
**8120 Lankershim Blvd.**
**North Hollywood, CA 91605**

Date(s) debt was incurred **2024**

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **One-month delinquent rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,716.75**

**Divvy**
**13707 S 200 W STE 100**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$571,894.85**

**EasyPost**
**2889 Ashton Boulevard, Suite 325**
**Lehi, UT 84043**

Date(s) debt was incurred **2020-2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368,070.85**

**Facebook**
**1601 Willow Road**
**Menlo Park, CA 94025**

Date(s) debt was incurred **2020-2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,636.16**

**Fleetcor Technologies Inc.**
**3280 Peachtree Road, Ste 2400**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,797.14**

**Frisbi**
**1267 57th Street, Ground Floor**
**Brooklyn, NY 11219**

Date(s) debt was incurred **2020-2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,482.47**

**Google**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

Date(s) debt was incurred **2020-2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mr. Tortilla, Inc.** | Case number (*if known*) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Greenberg Traurig**
**1840 Century Park East, Ste 1900**
**Los Angeles, CA 90067**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$538,200.44**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**ICW**
**15025 Innovation Drive**
**San Diego, CA 92128**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,000.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Intelligent Relations**
**588a Godfrey Rd. W**
**Weston, CT 06883**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,793.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Intralox LLC**
**PO Box 730367**
**Dallas, TX 75373-0367**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,333.80**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Jeeves**
**2035 Sunset Lake Rd. Suite B-2**
**Newark, DE 19702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$172,419.46**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Keynes Digital**
**12655 W Jefferson Blvd**
**Los Angeles, CA 90066**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,463.64**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**KTLA**
**Nexstar Media Inc.**
**5000 Riverside Pkwy, Blvd 5 Ste 200**
**San Fernando, CA 91340**

Date(s) debt was incurred  _

Last 4 digits of account number  **3549**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoices**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,800.00**

---

| Debtor | **Mr. Tortilla, Inc.** | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**Lobasso**
**18627 Brookhurst St., #515**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,027.65

---

**3.30** | Nonpriority creditor's name and mailing address
**Lyneer Staffing**
**1011 Whitehead Rd Ext**
**Trenton, NJ 08638**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$176,748.74

---

**3.31** | Nonpriority creditor's name and mailing address
**MNTN**
**823 Congress Avenue, #1827**
**Austin, TX 78768**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$45,299.49

---

**3.32** | Nonpriority creditor's name and mailing address
**Nielson IQ**
**6255 Sunset Blvd**
**Los Angeles, CA 90028**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

**3.33** | Nonpriority creditor's name and mailing address
**Old Dominion Freight Line**
**500 Old Dominion Way**
**Thomasville, NC 27360**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$16,378.41

---

**3.34** | Nonpriority creditor's name and mailing address
**Onetext**
**236 West Portal Avenue, #166**
**San Francisco, CA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

$6,171.14

---

**3.35** | Nonpriority creditor's name and mailing address
**Open Sponsorship**
**122 W 26th Street, Fl 2**
**New York, NY 10001**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$3,000.00

---

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Orkin**
**2170 Piedmont Rd NE**
**Atlanta, GA 30324-4135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,315.91**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Parker Group, Inc.**
**2261 Market Street, #4106**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$354,883.23**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Partnership Staffing**
**1230 San Fernando Rd. Suite K**
**San Fernando, CA 91340**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$159,436.60**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Pawnee Leasing**
**3801 Automation Way, Ste 207**
**Fort Collins, CO 80525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Open invoice**

Is the claim subject to offset? ☑ No ☐ Yes

**$30,466.63**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Perpetua**
**36 Maplewood Avenue**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising services**

Is the claim subject to offset? ☑ No ☐ Yes

**$66,356.61**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Post Script**
**3370 North Hayden Road**
**Scottsdale, AZ 85254**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,000.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Quench USA, Inc.**
**14800 Frye Road, 2nd Floor**
**Fort Worth, TX 76155**

Date(s) debt was incurred  **2020-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,866.06**

---

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address
**Ramp**
**28 West 23rd Street, Floor 2**
**Washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

**$302,708.98**

---

**3.44** | Nonpriority creditor's name and mailing address
**Rapid Fulfillment LLC**
**12924 Piernce Street**
**Pacoima, CA 91331**

Date(s) debt was incurred  __2020-2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$36,038.39**

---

**3.45** | Nonpriority creditor's name and mailing address
**Resnik Hayes Moradi LLP**
**17609 Ventura Blvd., Suite 314**
**Encino, CA 91316**

Date(s) debt was incurred  __2018 - 2020__

Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Legal fees__

Is the claim subject to offset? ■ No  ☐ Yes

**$52,770.00**

---

**3.46** | Nonpriority creditor's name and mailing address
**Saker Shoprites, Inc.**
**10 Centerville Road**
**Holmdel, NJ 07733**

Date(s) debt was incurred  __2020-2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$158,210.00**

---

**3.47** | Nonpriority creditor's name and mailing address
**Southern California Edison**
**2244 Walnut Grove Avenue**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset? ■ No  ☐ Yes

**$85,059.69**

---

**3.48** | Nonpriority creditor's name and mailing address
**Storfund**
**14 Old Queen Street**
**London, SW1H9HP United Kingdom**

Date(s) debt was incurred  __2020-2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$126,228.26**

---

**3.49** | Nonpriority creditor's name and mailing address
**Taboola**
**16 Madison Square West, 7th Floor**

Date(s) debt was incurred  __2020-2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$32,171.51**

---

| Debtor | **Mr. Tortilla, Inc.** | Case number (if known) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,296.51**

**Take 2 Production Services Inc.**
**1310 Cypress Avenue**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023 - 2024**

Basis for the claim: **Unpaid rent for 1110 Arroyo Street**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,570.23**

**Teikametrics**
**280 Summer Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,680.82**

**Tiktok**
**5800 Bristol Parkway C3**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,583.33**

**Total Quality Logistics**
**4289 Ivy Pointe Blvd**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,747.80**

**Uline**
**12575 Uline Drive, H1**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,993.00**

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,138.86**

**We Pack It All**
**2745 Huntington Drive**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2024**

Basis for the claim: **Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Mr. Tortilla, Inc.** | Case number (*if known*) | **1:24-bk-10228-VK** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **KTLA**<br>**c/o Law Offices of Gary A. Bemis**<br>**3870 La Sierra Avenue, Ste 239**<br>**Riverside, CA 92505** | Line  **3.28**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **LaSource Group**<br>**PO Box 422**<br>**North East, PA 16428** | Line  **3.29**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 754,674.65 |
| **5b. Total claims from Part 2** | 5b. | + $ | 4,256,886.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,011,561.63 |

**Fill in this information to identify the case:**

Debtor name    **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10228-VK**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease for property located at 1112 Arroyo St. Ste. B, San Fernando Valley, CA 91340. It's a warehouse space (2169 sq. ft) with a small office. Lease commence 6/1/2022 and will terminate 5/31/2027.  Monthly payment is $3,798. Security deposit is $4,200.** | |
| State the term remaining | **May 31, 2027** | **1102 - 1112 Arroyo Street, LLC c/o JS/JS Properties, Inc. 21625 Prairie Street Chatsworth, CA 91311** |
| List the contract number of any government contract | | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Lease for property located at 1104 Arroyo St., San Fernando, CA 91340.  The property is a 5200 sq. ft warehouse with small office. Lease commence 10/1/2020, lease termination 9/30/2025. Monthly lease is $6,534. Security deposit is $7,000.** | |
| State the term remaining | **9/30/2025** | **1102 - 1112 Arroyo Street, LLC c/o JS/JS Properties, Inc. 21625 Prairie Street Chatsworth, CA 91311** |
| List the contract number of any government contract | | |

| Debtor 1 | **Mr. Tortilla, Inc.** | | | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for property located at 1112 Arroyo St. Ste. A, San Fernando Valley, CA 91340 for a tortilla manufacturing warehouse (5200 sq. ft). Lease commence 6/1/2016 and will terminate in on 9/30/2025. Current monthly payment is $7,036.** | |
|---|---|---|---|
| | State the term remaining | **September 30, 2025** | **1102-1112 Arroyo Street, LLC c/o JS/JS Properties, Inc. c/o Adam Saitman, CEO 21625 Prairie St Chatsworth, CA 91311** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for property located at 8134 Lankershim Blvd., North Hollywood, CA 91605. The premises is used for food production. Lease commence 9/15/2022. Lease termination 10/31/2027. Monthly rent is $17,510.00. Security deposit is $34,000.** | |
|---|---|---|---|
| | State the term remaining | **10/31/2027** | **Dekirmendjian Family Trust 8120 Lankershim Blvd. North Hollywood, CA 91605** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for property located at 1110 Arroyo St., San Fernando, CA 91340. The property is used as an office space (appx. 1875 sq. ft). Lease commence: 11/1/2020. Lease termination 10/31/2024. Monthly rent is $2,400.00. Security deposit is $2,065.50.** | |
|---|---|---|---|
| | State the term remaining | **October 31, 2024** | **Take 2 Production Services Inc. 1310 Cypress Ave Los Angeles, CA 90065** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Mr. Tortilla, Inc.**__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**1:24-bk-10228-VK**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Alcazar** | **1112 Arroyo Street, Suite 1 San Fernando, CA 91340** | **Parkside Funding Group LLC** | ■ D __**2.16**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Anthony Alcazar** | **1112 Arroyo Street, Suite 1 San Fernando, CA 91340** | **CT Corporation Service Company** | ■ D __**2.8**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Mister Tortilla** | **1112 Arroyo Street San Fernando, CA 91340** | **CT Corporation Service Company** | ■ D __**2.8**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Mr. Tortilla Consulting Corp.** | **6485 West 24 Avenue, Apt 605 Hialeah, FL 33016** | **CT Corporation Service Company** | ■ D __**2.8**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Anthony Alcazar** | **1112 Arroyo Street, #1 San Fernando, CA 91340** | **1102 - 1112 Arroyo Street, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.2**__ |

| Debtor | **Mr. Tortilla, Inc.** | | Case number *(if known)* | **1:24-bk-10228-VK** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| 2.6 | **Ronald Alcazar** | **6258 Peach Avenue**<br>**Van Nuys, CA 91411** | **1102 - 1112 Arroyo**<br>**Street, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.2**___ |

**Fill in this information to identify the case:**

Debtor name    **Mr. Tortilla, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10228-VK**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$834,430.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,440,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$10,251,260.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Mr. Tortilla, Inc.**                                                    Case number *(if known)* **1:24-bk-10228-VK**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Debtor is working on the list and will file an amendment when the list of creditors who received payments within 90 days is completed** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Anthony Alcazar<br>1112 Arroyo Street, #1<br>San Fernando, CA 91340<br>President** | **2023** | **$130,000.00** | **Wages** |
| 4.2. **Ronald Alcazar<br>6258 Peach Avenue<br>Van Nuys, CA 91411<br>COO** | **2023** | **$114,000.00** | **Wages** |
| 4.3. **Tony Alcazar<br>6258 Peach Avenue<br>Van Nuys, CA 91411<br>Father of the principal & consultant** | **2023** | **$104,000.00** | **Wages** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Mr. Tortilla, Inc.** | Case number *(if known)* | **1:24-bk-10228-VK** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212** | **Attorney Fees** | **2/7/2024** | **$20,000.00** |
| | **Email or website address<br>michael.berger@bankruptcypower.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:24-bk-10228-VK |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Debtor   **Mr. Tortilla, Inc.**                                          Case number *(if known)*   **1:24-bk-10228-VK**

---

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Mr. Tortilla, Inc. | Case number (if known)  1:24-bk-10228-VK |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Debbie Tyrell**<br>**1865 E. Villa Street**<br>**Pasadena, CA 91107** | **2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Debbie Tyrell**<br>**1865 E. Villa Street**<br>**Pasadena, CA 91107** | |
| 26c.2. | **Ronald Alcazar**<br>**6258 Peach Avenue**<br>**Van Nuys, CA 91411** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor **Mr. Tortilla, Inc.**                                                    Case number (if known) **1:24-bk-10228-VK**

| 27.1. | Name of the person who supervised the taking of the inventory<br>**Ronald Alcazar** | Date of inventory<br>**February 7, 2024** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**$243,433.45 liquidation value for Inventory (see the list attached to Schedule A/B)** |
|---|---|---|---|
| | Name and address of the person who has possession of inventory records<br>**Mr. Tortilla, Inc.**<br>**1112 Arroyo Street, Suite 1**<br>**San Fernando, CA 91340** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Alcazar** | **1112 Arroyo Street, #1**<br>**San Fernando, CA 91340** | **President and CEO** | **81% ownership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Alcazar** | **6258 Peach Avenue**<br>**Van Nuys, CA 91411** | **COO** | **19% ownership interest** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anthony Alcazar**<br>**1112 Arroyo Street, #1**<br>**San Fernando, CA 91340** | **130,000** | **2023** | **Wages** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **Ronald Alcazar**<br>**6258 Peach Avenue**<br>**Van Nuys, CA 91411** | **114,000** | **2023** | **Wages** |
| | Relationship to debtor<br>**COO** | | | |

Debtor   **Mr. Tortilla, Inc.**                                        Case number *(if known)* **1:24-bk-10228-VK**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | **Tony Alcazar**<br>**6258 Peach Avenue**<br>**Van Nuys, CA 91411** | **104,000** | **2023** | **Wages** |
| | **Relationship to debtor**<br>**Father of principal and cousultant** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                   **Employer identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ 2-28-24 _____

_____          **Anthony Alcazar**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Mr. Tortilla, Inc.**          Case No. **1:24-bk-10228-VK**

Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept A RETAINER OF     $     **20,000.00**

   Prior to the filing of this statement I have received A RETAINER OF     $     **20,000.00**

   Balance Due     $     **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**2/28/2024**          /s/ Michael Jay Berger

*Date*          **Michael Jay Berger**
         *Signature of Attorney*
         **Law Offices of Michael Jay Berger**
         **9454 Wilshire Boulevard, 6th floor**
         **Beverly Hills, CA 90212**
         **(310) 271-6223  Fax: (310) 271-9805**
         **michael.berger@bankruptcypower.com**
         *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Mr. Tortilla, Inc.** | CASE NO.: **1:24-bk-10228-VK**<br>CHAPTER: **11** |
|---|---|
| | **AMENDED VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  2-28-24

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 2/24/2024

/s/Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                        **F 1007-1.MAILING.LIST.VERIFICATION**

Mr. Tortilla, Inc.
1112 Arroyo Street, Suite 1
San Fernando, CA 91340


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


1102 - 1112 Arroyo Street, LLC
c/o JS/JS Properties, Inc.
21625 Prairie Street
Chatsworth, CA 91311


1102-1112 Arroyo Street, LLC
c/o JS/JS Properties, Inc.
Adam Saitman, CEO
21625 Prairie St
Chatsworth, CA 91311


1102-1112 Arroyo Street, LLC
c/o JS/JS Properties, Inc.
c/o Adam Saitman, CEO
21625 Prairie St
Chatsworth, CA 91311


2Cube
200 E Cedar Street
Ontario, CA 91761


8Fig, Inc.
11801 Domain Blvd, Third Floor
Austin, TX 78758


8Fig, Inc.
1717 W. 6th Street, Suite 335
Austin, TX 78703

Allied Blending
121 Royal Road
Keokuk, IA 52632


Amazon Capital Services
PO Box 84837
Seattle, WA 98124-6137


Amazon Capital Services, Inc.
410 Trry Ave. N.
Seattle, WA 98109


Amazon Capital Services, Inc.
c/o Davis Wright Tremaine LLP
Attn: Lauren Dorsett, Esq.
A 920 5th Avenue, Suite 330
Seattle, WA 98104-1610


Anthony Alcazar
1112 Arroyo Street, Suite 1
San Fernando, CA 91340


Anthony Alcazar
1112 Arroyo Street, #1
San Fernando, CA 91340


Aramark
2400 Market Street
Philadelphia, PA 19103


ArcBest,Inc.
3801 Old Greenwood Rd
Fort Smith, AR 72901

Arrandas Tortilleria
1318 E. Scotts Avenue
Stockton, CA 95205


Attentive Mobile
221 River Street, Suite 9047
Hoboken, NJ 07030


Avask
First Floor, Oceana House
39-49 Commercial Road
Southampton, Hampshire, SO15 1GA


Bakers Authority
59-21 Queens Midtown Expy
Maspeth, NY 11378


Blue Bridge Financial, Inc.
11921 Freedom Drive, Suite 1130
Reston, VA 20190


Bluevine
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302


Brex
650 S 500 W
Salt Lake City, UT 84101


Cedar Advance
2917 Avenue I
Brooklyn, NY 11210

Chase
700 Kansas Lane
Monroe, LA 71203


Ciuti
10865 Jersey Blvd.
Rancho Cucamonga, CA 91730


Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708


CT Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708


CT Corporation System
As Representative
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Dekirmendjian Family Trust
8120 Lankershim Blvd.
North Hollywood, CA 91605


Divvy
13707 S 200 W STE 100
Draper, UT 84020


EasyPost
2889 Ashton Boulevard, Suite 325
Lehi, UT 84043

Employee Development Department
PO Box 826203
Sacramento, CA 94230


Facebook
1601 Willow Road
Menlo Park, CA 94025


Fasanara Securitisation S.A. Acting
For and On Behalf of Its Compartmen
36-38 Grand-RUE
Grand Duchy of Luxembourg
Grand Duchy of Luxembourt 1660


Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001


Financial Pacific Leasing, Inc.
3455 S 344th Way #300
Auburn, WA 98001-9546


First Corporate Solutions
as Representative
914 S. Street
Sacramento, CA 95811


Fleetcor Technologies Inc.
3280 Peachtree Road, Ste 2400
Atlanta, GA 30305


Frisbi
1267 57th Street, Ground Floor
Brooklyn, NY 11219

Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Greenberg Traurig
1840 Century Park East, Ste 1900
Los Angeles, CA 90067

Huntington Valley Bank
990 Spring Garden Street 700
Philadelphia, PA 19123

Huntington Valley Bank
First Citizen Square
15 South Main Street
Mansfield, PA 16933-1590

ICW
15025 Innovation Drive
San Diego, CA 92128

Intelligent Relations
588a Godfrey Rd. W
Weston, CT 06883

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Intralox LLC
PO Box 730367
Dallas, TX 75373-0367

Jeeves
2035 Sunset Lake Rd. Suite B-2
Newark, DE 19702


Keynes Digital
12655 W Jefferson Blvd
Los Angeles, CA 90066


KTLA
Nexstar Media Inc.
5000 Riverside Pkwy, Blvd 5 Ste 200
San Fernando, CA 91340


KTLA
c/o Law Offices of Gary A. Bemis
3870 La Sierra Avenue, Ste 239
Riverside, CA 92505


LaSource Group
PO Box 422
North East, PA 16428


Lobasso
18627 Brookhurst St., #515
Fountain Valley, CA 92708


Lyneer Staffing
1011 Whitehead Rd Ext
Trenton, NJ 08638


Mercury Capital
27702 Crown Valley Pkwy
Bldg D4 #205
Ladera Ranch, CA 92694

Metropolitan Capital Bank & Trust
9 East Ontario Street
Chicago, IL 60611


Mister Tortilla
1112 Arroyo Street
San Fernando, CA 91340


MNTN
823 Congress Avenue, #1827
Austin, TX 78768


Mr. Tortilla Consulting Corp.
6485 West 24 Avenue, Apt 605
Hialeah, FL 33016


Nielson IQ
6255 Sunset Blvd
Los Angeles, CA 90028


Old Dominion Freight Line
500 Old Dominion Way
Thomasville, NC 27360


Onetext
236 West Portal Avenue, #166
San Francisco, CA


Open Sponsorship
122 W 26th Street, Fl 2
New York, NY 10001

Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324-4135


Parker Group, Inc.
2261 Market Street, #4106
San Francisco, CA 94114


Parkside Funding Group LLC
865 Nj-33 Business 3 Unit 192
Freehold, NJ 07728


Partners Personnel
Management Services, LLC
3820 State Street, Ste B
Santa Barbara, CA 93105


Partnership Staffing
1230 San Fernando Rd. Suite K
San Fernando, CA 91340


Pawnee Leasing
3801 Automation Way, Ste 207
Fort Collins, CO 80525


Perpetua
36 Maplewood Avenue
Portsmouth, NH 03801


Post Script
3370 North Hayden Road
Scottsdale, AZ 85254

Quench USA, Inc.
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155


Ramp
28 West 23rd Street, Floor 2
Washington, DC 20020


Rapid Fulfillment LLC
12924 Piernce Street
Pacoima, CA 91331


Resnik Hayes Moradi LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316


Robert Reiser and Company
725 Dedham Street
Canton, MA 02021


Ronald Alcazar
6258 Peach Avenue
Van Nuys, CA 91411


Saker Shoprites, Inc.
10 Centerville Road
Holmdel, NJ 07733


Sand Park Capital LLC
2917 Avenue I
Brooklyn, NY 11210

Sellers Funding
45 N. Broad Street, Suite 100
Ridgewood, NJ 07450


Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Slope Advance
7 Freelon Street
San Francisco, CA 94107


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770


Spartan Capital
371 E Main St, Suite 2
Middletown, NY 10940


Stor RB One Limited
14 Old Queen Street
London, UK SW1H9HP  GBR


Storfund
14 Old Queen Street
London, SW1H9HP United Kingdom


Taboola
16 Madison Square West, 7th Floor

Take 2 Production Services Inc.
1310 Cypress Avenue
Los Angeles, CA 90065


Take 2 Production Services Inc.
1310 Cypress Ave
Los Angeles, CA 90065


Teikametrics
280 Summer Street
Boston, MA 02210


Tiktok
5800 Bristol Parkway C3
Culver City, CA 90230


Total Quality Logistics
4289 Ivy Pointe Blvd
Cincinnati, OH 45245


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


Uline
12575 Uline Drive, H1
Pleasant Prairie, WI 53158

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


We Pack It All
2745 Huntington Drive
Duarte, CA 91010