MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: Michael.Berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 1:24-BK-10228-VK |
| | ) | |
| Mr. Tortilla, Inc. | ) | Chapter 11 |
| | ) | |
|           Debtor-in-Possession. | ) | **DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363** |
| | ) | |
| | ) | Date    March 7, 2024 |
| | ) | Time:   1:30 p.m. |
| | ) | Ctrm:   301 [via ZoomGov] |
| | ) | Place:  21041 Burbank Blvd., 3rd Floor |
| | ) |          Woodland Hills, CA 91367 |

DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363

# DECLARATION OF YATHIDA NIPHA

I, Yathida Nipha, declare as follows:

1. I am currently employed by Law Offices of Michael Jay Berger as a paralegal. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2. On February 23, 2024, I inadvertently filed the incorrect Notice of Hearing on the Debtor's Motion Pursuant to Section 363(C) of the Bankruptcy Code and Rule 4001(B) of the Federal Rules of Bankruptcy Procedure for Order Authorizing Use of Cash Collateral ("Cash Collateral Motion"). Instead of filing the Notice of Continued Hearing with the March 7, 2024 hearing date, I attached the previously filed Notice of Hearing. Although I attached the incorrect Notice of Hearing when I served it via email on February 23, 2024, the body of my February 23, 2024 email referenced the correct continued March 7, 2024 hearing date and time with the March 7, 2024 ZoomGov information and March 5, 2024 opposition deadline. A true and correct copy of the February 23, 2024 email is attached hereto as **Exhibit 1**.

3. On February 29, 2024, I refiled the Notice of Continued Hearing on the Cash Collateral Motion with the March 7, 2024 hearing date [docket no.: 41] and at 3:39 p.m., I emailed the Notice to the following parties:

U.S. Trustee:
Katherine Bunker

kate.bunker@usdoj.gov

SECURED CREDITORS:

8FIG Advance
Attn: Legal Dept.
legal@8fig.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com

Blue Bridge Financial
Attn: Legal Dept.
Legal@bluebridgefinancial.com

Bluevine
Attn: Officer
Support@bluevine.com

Cedar Advance
Attn: Simon Cedar
simon@cedaradvance.com

Corporation Service Company
SPRFiling@cscglobal.com; UCCSPREP@cscglobal.com

CT Corporation
uccfilingreturn@wolterskluwer.com

Fasanara Securitisation S.A. Acting
info@northdata.com

Financial Pacific Leasing
Attn: Allison Sweet
ASweet@FinPac.com

First Corporate Resolution
SPRS@FICOSO.COM

Huntington Valley Bank
Attn: Erin
erin@braavobank.com

Mercury Capital
info@mcadv.com

Metropolitan Capital Bank & Trust
Attn: Jeffrey Brown
rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com

DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363

Parkside Funding Group LLC
Attn: Adriana Harris
Adriana@nomasrecovery.com

Partners Personnel Management Services, LLC
Attn: Cherly Canty
CCanty@espererholdings.com

Robert Reiser and Company
uccfilingreturn@wolterskluwer.com

Sand Park Capital
Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com; legal@sellersFi.com

Shopify Capital
Legal@bluebridgefinancial.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com

U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov

20 LARGEST UNSECURED CREDITORS

Easy Post
Attn: Dustin Henrie
dhenrie@easypost.com

Facebook
Attn: Anthony Miller
Anthony.Miller@radiusgs.com

DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363

| | |
|---|---|
| 1 | Fleetcor Technologies Inc.<br>Attn: Officer |
| 2 | PartnerServices@FleetCor.com; jowilliams@willamsandwilliams.com |
| 3 | Greenberg Traurig<br>Attn: Reid Hockaday |
| 4 | hockadayr@gtlaw.com |
| 5 | IRS<br>Attn: Officer |
| 6 | Irs.gov.website.helpdesk@speedymail.com; robert.l.textor@irs.gov |
| 7 | |
| | Lyneer Staffying<br>Attn: Billing Dept. |
| 8 | billing@lyneer.com |
| 9 | |
| | Parker Group Inc.<br>Attn: Larry Nessenson, Esq. |
| 10 | lnessenson@jaffeandasher.com |
| 11 | |
| 12 | Ramp<br>Attn: Officer |
| 13 | communications@ramp.com; support@ramp.com |
| 14 | Jeeves |
| | alexg@tryjeeves.com; lucio@tryjeeves.com |
| 15 | |
| 16 | Southern California Edison<br>Anthony Tarantino |
| 17 | Anthony.Tarantino@sce.com |
| 18 | UPS<br>Attn: Mary Kay |
| 19 | MaryKay.Pallas@iqor.com |
| 20 | We Pack it All |
| 21 | jesse.fonseca@wepackitall.com |
| 22 | Rapid Fulfillment LLC<br>Attn: Adam Brumage |
| 23 | ABrumage@collectmoore.com |
| 24 | Frisbi |
| 25 | billing@frisbi.com |
| 26 | Taboola<br>Attn: Fred Sampliner |
| 27 | fsampliner@sampliner.com nminassian@hatkoflaw.com |
| 28 | MNTN |

legal@mountain.com

Perpetua
billing@perpetua.io

Uline
accounts.receivable@uline.com

Bakers Authority
yoni@bakersauthority.com

Attentive Mobile
GMCCREADIE@nixonpeabody.com

SoCal Gas
customerservice@socalgas.com

Republic Services
ccet@republicservices.com

    A true and correct copy of my February 29, 2024 email with the Amended Notice of Continued Hearing is attached hereto as **Exhibit 2**.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February 2024, at Beverly Hills, California.

By: _____
       Yathida Nipha

DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363

# EXHIBIT 1

## Sofya Davtyan

| | |
|---|---|
| **From:** | Yathida Nipha |
| **Sent:** | Friday, February 23, 2024 4:27 PM |
| **To:** | kate.bunker@usdoj.gov; legal@8fig.com; laurendorsett@dwt.com; mike.gearin@klgates.com; legal@8fig.com; Support@bluevine.com; simon@cedaradvance.com; SPRFiling@cscglobal.com; UCCSPREP@cscglobal.com; uccfilingreturn@wolterskluwer.com; info@northdata.com; ASweet@FinPac.com; erin@braavobank.com; info@mcadv.com; rrabin@thompsoncoburn.com; jbrown@thompsoncoburn.com; Adriana@nomasrecovery.com; CCanty@espererholdings.com; simon@cedaradvance.com; osaro@sellersfi.com; legal@sellersFi.com; ashish@slope.com; jason@jasongang.com; elan.levey@usdoj.gov; dhenrie@easypost.com; Anthony.Miller@radiusgs.com; PartnerServices@FleetCor.com; jowilliams@willamsandwilliams.com; hockadayr@gtlaw.com; Irs.gov.website.helpdesk@speedymail.com; robert.l.textor@irs.gov; billing@lyneer.com; lnessenson@jaffeandasher.com; communications@ramp.com; support@ramp.com; alexg@tryjeeves.com; lucio@tryjeeves.com; Anthony Tarantino; MaryKay.Pallas@iqor.com; jesse.fonseca@wepackitall.com; ABrumage@collectmoore.com; billing@frisbi.com; fsampliner@sampliner.com; nminassian@hatkofflaw.com; legal@mountain.com; billing@perpetua.io; accounts.receivable@uline.com; yoni@bakersauthority.com; gmccreadie@nixonpeabody.com; customerservice@socalgas.com; ccet@republicservices.com |
| **Cc:** | Sofya Davtyan; Michael Berger |
| **Subject:** | Mr. Tortilla's Notice of Continued Cash Collateral Hearing 3/7/2024 @ |
| **Attachments:** | Notice of Hearing.pdf |

**PLEASE TAKE NOTICE** that the continued hearing on Debtor's Motion for an Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363 will take place on **March 7, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file a written opposition to the Cash Collateral Motion is March 5, 2024. (See the attached Notice of Hearing)

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address: https://cacb.zoomgov.com/j/1608055403
Meeting ID: 160 805 5403
Password: 464345

Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 160 805 5403
Password: 464345

1

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.*

# EXHIBIT 2

## Yathida Nipha

**Subject:** FW: Mr. Tortilla's Notice of Continued Cash Collateral Hearing 3/7/2024 - Amended Notice of Hearing
**Attachments:** Amended Notice of Hearing.pdf

**From:** Yathida Nipha
**Sent:** Thursday, February 29, 2024 3:39 PM
**To:** 'kate.bunker@usdoj.gov' <kate.bunker@usdoj.gov>; 'legal@8fig.com' <legal@8fig.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; 'mike.gearin@klgates.com' <mike.gearin@klgates.com>; 'legal@8fig.com' <legal@8fig.com>; 'Support@bluevine.com' <Support@bluevine.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'SPRFiling@cscglobal.com' <SPRFiling@cscglobal.com>; 'UCCSPREP@cscglobal.com' <UCCSPREP@cscglobal.com>; 'uccfilingreturn@wolterskluwer.com' <uccfilingreturn@wolterskluwer.com>; 'info@northdata.com' <info@northdata.com>; 'ASweet@FinPac.com' <ASweet@FinPac.com>; 'erin@braavobank.com' <erin@braavobank.com>; 'info@mcadv.com' <info@mcadv.com>; 'rrabin@thompsoncoburn.com' <rrabin@thompsoncoburn.com>; 'jbrown@thompsoncoburn.com' <jbrown@thompsoncoburn.com>; 'Adriana@nomasrecovery.com' <Adriana@nomasrecovery.com>; 'CCanty@espererholdings.com' <CCanty@espererholdings.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'osaro@sellersfi.com' <osaro@sellersfi.com>; 'legal@sellersFi.com' <legal@sellersFi.com>; 'ashish@slope.com' <ashish@slope.com>; 'jason@jasongang.com' <jason@jasongang.com>; 'elan.levey@usdoj.gov' <elan.levey@usdoj.gov>; 'dhenrie@easypost.com' <dhenrie@easypost.com>; 'Anthony.Miller@radiusgs.com' <Anthony.Miller@radiusgs.com>; 'PartnerServices@FleetCor.com' <PartnerServices@FleetCor.com>; 'jowilliams@willamsandwilliams.com' <jowilliams@willamsandwilliams.com>; 'hockadayr@gtlaw.com' <hockadayr@gtlaw.com>; 'Irs.gov.website.helpdesk@speedymail.com' <Irs.gov.website.helpdesk@speedymail.com>; 'robert.l.textor@irs.gov' <robert.l.textor@irs.gov>; 'billing@lyneer.com' <billing@lyneer.com>; 'lnessenson@jaffeandasher.com' <lnessenson@jaffeandasher.com>; 'communications@ramp.com' <communications@ramp.com>; 'support@ramp.com' <support@ramp.com>; 'alexg@tryjeeves.com' <alexg@tryjeeves.com>; 'lucio@tryjeeves.com' <lucio@tryjeeves.com>; 'Anthony Tarantino' <Anthony.Tarantino@sce.com>; 'MaryKay.Pallas@iqor.com' <MaryKay.Pallas@iqor.com>; 'jesse.fonseca@wepackitall.com' <jesse.fonseca@wepackitall.com>; 'ABrumage@collectmoore.com' <ABrumage@collectmoore.com>; 'billing@frisbi.com' <billing@frisbi.com>; 'fsampliner@sampliner.com' <fsampliner@sampliner.com>; 'nminassian@hatkofflaw.com' <nminassian@hatkofflaw.com>; 'legal@mountain.com' <legal@mountain.com>; 'billing@perpetua.io' <billing@perpetua.io>; 'accounts.receivable@uline.com' <accounts.receivable@uline.com>; 'yoni@bakersauthority.com' <yoni@bakersauthority.com>; 'gmccreadie@nixonpeabody.com' <gmccreadie@nixonpeabody.com>; 'customerservice@socalgas.com' <customerservice@socalgas.com>; 'ccet@republicservices.com' <ccet@republicservices.com>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>; Michael Berger <Michael.Berger@bankruptcypower.com>
**Subject:** RE: Mr. Tortilla's Notice of Continued Cash Collateral Hearing 3/7/2024 - Amended Notice of Hearing

**PLEASE TAKE NOTICE** that the continued hearing on Debtor's Motion for an Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363 will take place on **March 7, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367. **Please find the attached Amended Notice of Hearing on the Cash Collateral Motion.**

1

**PLEASE TAKE FURTHER NOTICE** that the deadline to file a written opposition to the Cash Collateral Motion is March 5, 2024.

The hearing will be held remotely via ZoomGov

Join CACB ZoomGov Meeting Video/audio web address: https://cacb.zoomgov.com/j/1608055403
Meeting ID: 160 805 5403
Password: 464345

Join by Telephone
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID: 160 805 5403
Password: 464345

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.*

**From:** Yathida Nipha
**Sent:** Friday, February 23, 2024 4:27 PM
**To:** 'kate.bunker@usdoj.gov' <kate.bunker@usdoj.gov>; 'legal@8fig.com' <legal@8fig.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; 'mike.gearin@klgates.com' <mike.gearin@klgates.com>; 'legal@8fig.com' <legal@8fig.com>; 'Support@bluevine.com' <Support@bluevine.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'SPRFiling@cscglobal.com' <SPRFiling@cscglobal.com>; 'UCCSPREP@cscglobal.com' <UCCSPREP@cscglobal.com>; 'uccfilingreturn@wolterskluwer.com' <uccfilingreturn@wolterskluwer.com>; 'info@northdata.com' <info@northdata.com>; 'ASweet@FinPac.com' <ASweet@FinPac.com>; 'erin@braavobank.com' <erin@braavobank.com>; 'info@mcadv.com' <info@mcadv.com>; 'rrabin@thompsoncoburn.com' <rrabin@thompsoncoburn.com>; 'jbrown@thompsoncoburn.com' <jbrown@thompsoncoburn.com>; 'Adriana@nomasrecovery.com' <Adriana@nomasrecovery.com>; 'CCanty@espererholdings.com' <CCanty@espererholdings.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'osaro@sellersfi.com' <osaro@sellersfi.com>; 'legal@sellersFi.com' <legal@sellersFi.com>; 'ashish@slope.com' <ashish@slope.com>; 'jason@jasongang.com' <jason@jasongang.com>; 'elan.levey@usdoj.gov' <elan.levey@usdoj.gov>; 'dhenrie@easypost.com' <dhenrie@easypost.com>; 'Anthony.Miller@radiusgs.com' <Anthony.Miller@radiusgs.com>; 'PartnerServices@FleetCor.com' <PartnerServices@FleetCor.com>; 'jowilliams@willamsandwilliams.com' <jowilliams@willamsandwilliams.com>; 'hockadayr@gtlaw.com' <hockadayr@gtlaw.com>; 'Irs.gov.website.helpdesk@speedymail.com' <Irs.gov.website.helpdesk@speedymail.com>; 'robert.l.textor@irs.gov' <robert.l.textor@irs.gov>; 'billing@lyneer.com' <billing@lyneer.com>; 'lnessenson@jaffeandasher.com'

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF YATHIDA NIPHA REGARDING INADVERTENTLY FILING THE WRONG NOTICE OF HEARING AND SERVICE BY EMAIL OF THE AMENDED NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/29/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/29/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/29/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE