| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Boulevard, 6th Floor<br>Beverly Hills, California 90212<br>T: (310) 271.6223 \|<br>F: (310) 271.9805<br>E: Michael.Berger@bankruptcypower.com<br><br>Proposed Counsel for Debtor-in-Possession<br>Mr. Tortilla, Inc.<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Mr. Tortilla, Inc. | **FILED & ENTERED**<br><br>MAR 01 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Cetulio    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA — SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Mr. Tortilla, Inc.<br><br><br><br>Debtor(s) | CASE NO.: 1:24-bk-10228-VK<br>CHAPTER: 11<br><br>**ORDER RE NOTICE OF MOTION AND MOTION IN ~~INDIVIDUAL~~ CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY SERVICE PROVIDERS [11 U.S.C. § 366]**<br><br>DATE: February 29, 2024<br>TIME: 1:30 p.m.<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd.,<br>Woodland Hills, CA 90212 |

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. Appearances are stated in the court record.

3. Based upon the findings and conclusions made at the hearing, IT IS ORDERED THAT:

   ☒ The Motion is granted pursuant to 11 U.S.C. § 366.

   ☐ The Motion is denied.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                              Page 1                              F 2081-2.4.ORDER.UTILITIES

4. IT IS FURTHER ORDERED THAT: The Debtor is authorized to provide adequate assurance of payment to utility service providers as indicated in the Motion.

5. ☐ Other:

###

Date: March 1, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 2    **F 2081-2.4.ORDER.UTILITIES**