MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223
F: (310) 271.9805
E: Michael.Berger@bankruptcypower.com

*Proposed* Counsel for Debtor-in-Possession
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

Mr. Tortilla, Inc.,

    Debtor-in-Possession.

CASE NO.: 1:24-bk-10228-VK

Chapter 11

**SUPPLEMENTAL DECLARATION OF ANTHONY ALCAZAR IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363**

Date: March 7, 2024
Time: 1:30 p.m.
Place: Courtroom 301
      21041 Burbank Blvd. Suite 354
      Woodland Hills, CA 91367

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SECURED CREDITORS; TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES ENTITLED TO NOTICE:

## DECLARATION OF ANTHONY ALCAZAR

I, Anthony Alcazar, declare and state as follows:

1. I am the Chief Executive Officer of Mr. Tortilla, Inc. (the "Debtor") herein. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. On February 20, 2024, the Debtor filed an Emergency Motion for Order Authorizing Interim Use of Cash Collateral ("Cash Collateral Motion") [docket no.: 12]. The hearing took place on February 22, 2024 and has been continued to March 7, 2024 at 1:30 p.m.

3. I submit this supplemental declaration to add the Debtor's six-month projections for March 2024 - August 2024, a true and correct copy of which is attached hereto as **Exhibit-1.**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 1, 2024 at San Fernando, California.

_____
Anthony Alcazar

# EXHIBIT 1

Projected 6 Months Income and Expenses - Mr. Tortilla, Inc.

| Income | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Comments |
|---|---|---|---|---|---|---|---|
| Amazon FBA Inventory Credit | $3,949.20 | $4,107.17 | $4,271.45 | $4,442.31 | $4,620.00 | $4,804.81 | |
| Amazon Gift wrap credits | $3.33 | $3.46 | $3.60 | $3.74 | $3.89 | $4.05 | |
| Amazon Promotional Rebate Refunds | $569.45 | $592.23 | $615.92 | $640.56 | $666.18 | $692.83 | |
| Amazon Sales - CAD | $84,410.06 | $87,786.46 | $91,297.92 | $94,949.84 | $98,747.83 | $102,697.75 | |
| Amazon Sales - DE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Amazon Sales - UK | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Amazon Sales - US | $4,429.29 | $4,606.46 | $4,790.72 | $4,982.35 | $5,181.65 | $5,388.91 | |
| Amazon Sales - Vendor US | $296,280.90 | $308,132.14 | $320,457.42 | $333,275.72 | $346,606.75 | $360,471.02 | |
| Amazon Shipping Credits | $55.65 | $57.88 | $60.20 | $62.60 | $65.11 | $67.71 | |
| eBay Sales | $128.74 | $133.89 | $139.24 | $144.81 | $150.61 | $156.63 | |
| Other Sales | $105,203.05 | $113,619.30 | $122,708.84 | $132,525.55 | $143,127.59 | $154,577.80 | Adjusted this forecast due to large strides made in the last month |
| Sales Tax | $900.97 | $937.01 | $974.49 | $1,013.47 | $1,054.01 | $1,096.17 | |
| Shopify Promotional Discounts | -$75,824.89 | -$78,857.89 | -$82,012.20 | -$85,292.69 | -$88,704.40 | -$92,252.58 | Placed in the income category as this deduction is taken from Shopify income before it is paid. |
| Shopify Sales | $229,626.86 | $238,811.94 | $248,364.41 | $258,298.99 | $268,630.95 | $279,376.19 | |
| Shopify Shipping | $2,828.78 | $2,941.94 | $3,059.61 | $3,182.00 | $3,309.28 | $3,441.65 | |
| Walmart Sales | $9,014.62 | $9,375.20 | $9,750.21 | $10,140.22 | $10,545.82 | $10,967.66 | |
| Gross Income | $661,576.02 | $692,247.18 | $724,481.84 | $758,369.47 | $794,005.27 | $831,490.59 | |
| Expenses | | | | | | | |
| Amazon Adjustments | $310.74 | $320.06 | $329.66 | $339.55 | $349.74 | $360.23 | |
| Amazon Carrier shipping label adjustments | $307.71 | $316.94 | $326.45 | $336.25 | $346.33 | $356.72 | |
| Amazon Cost of Advertising | $22,287.96 | $22,956.60 | $23,645.30 | $24,354.66 | $25,085.30 | $25,837.86 | Marketing Activities inside Amazon Ads Platform. |
| Amazon FBA inventory and inbound services fees | $1,047.04 | $1,078.45 | $1,110.81 | $1,144.13 | $1,178.46 | $1,213.81 | |
| Amazon FBA product sale refunds | $578.80 | $596.16 | $614.04 | $632.47 | $651.44 | $670.98 | |
| Amazon FBA selling fees | $4,941.32 | $5,089.56 | $5,242.24 | $5,399.51 | $5,561.50 | $5,728.34 | |
| Amazon FBA transaction fees | $9,619.89 | $9,908.49 | $10,205.74 | $10,511.91 | $10,827.27 | $11,152.09 | |
| Amazon Promotional Rebates | $26,372.51 | $27,163.68 | $27,978.59 | $28,817.95 | $29,682.49 | $30,572.96 | |
| Amazon Refund administration fees | $100.77 | $103.79 | $106.90 | $110.11 | $113.41 | $116.81 | |
| Amazon Seller fulfilled selling fees | $6,549.84 | $6,746.34 | $6,948.73 | $7,157.19 | $7,371.91 | $7,593.06 | |
| Amazon Service fees | $3,271.52 | $3,369.66 | $3,470.75 | $3,574.87 | $3,682.12 | $3,792.58 | |

| Category | | | | | | Notes |
|---|---|---|---|---|---|---|
| Amazon Shipping credit refunds | $59.54 | $61.33 | $63.17 | $65.06 | $67.01 | $69.03 | |
| Amazon Shipping label purchases | $2,057.54 | $2,119.27 | $2,182.84 | $2,248.33 | $2,315.78 | $2,385.25 | |
| Amazon Vendor Base Co-Op | $35,553.71 | $36,975.86 | $38,454.89 | $39,993.09 | $41,592.81 | $43,256.52 | Amazon Vendor deducts this from our monthly sales (12%) |
| Amazon Vendor Damage Allowance | $5,925.62 | $6,162.64 | $6,409.15 | $6,665.51 | $6,932.13 | $7,209.42 | Amazon Vendor deducts this from our monthly sales (2%) |
| Amazon Vendor Marketing Expense | $12,152.34 | $12,516.91 | $12,892.42 | $13,279.19 | $13,677.56 | $14,087.89 | Amazon Marketing Activities outside of Amazon Ads Platform |
| Amazon Vendor Pick Up Allowance | $8,888.43 | $9,243.96 | $9,613.72 | $9,998.27 | $10,398.20 | $10,814.13 | Amazon Vendor deducts this from our monthly sales (3%) |
| Raw Materials | $111,179.00 | $116,737.95 | $120,240.09 | $123,847.29 | $127,562.71 | $131,389.59 | We will be purchasing a bit heavier than normal to make up for a deficit in raw materials pre-petition |
| Payroll | $163,000.00 | $167,890.00 | $172,926.70 | $178,114.50 | $183,457.94 | $188,961.67 | Payroll increases as product orders increase, necessitating more hours of production labor |
| Insider Compensation - Anthony Alcazar | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | |
| Insider Compensation - Ronald Alcazar | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | |
| Insider Compensation - Tony Alcazar | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | |
| Ebay Fees | $82.19 | $84.66 | $87.20 | $89.81 | $92.51 | $95.28 | |
| PayPal Fees | $10.88 | $11.21 | $11.55 | $11.89 | $12.25 | $12.62 | |
| Sales Tax Expense | $1,801.85 | $1,855.90 | $1,911.58 | $1,968.93 | $2,028.00 | $2,088.84 | |
| Shipping, Freight & Delivery | $66,543.01 | $68,539.30 | $70,595.48 | $72,713.34 | $74,894.74 | $77,141.58 | Direct to Customer Shipping Expenses. |
| Shopify Fees | $3,895.35 | $4,051.16 | $4,213.21 | $4,381.74 | $4,557.01 | $4,739.29 | |
| Shopify Refunds | $2,145.46 | $2,209.82 | $2,276.12 | $2,344.40 | $2,414.73 | $2,487.18 | |
| Walmart Fulfillment Services | $1,172.77 | $1,207.95 | $1,244.19 | $1,281.52 | $1,319.96 | $1,359.56 | |
| Walmart Adjustments | $15.75 | $16.22 | $16.71 | $17.21 | $17.73 | $18.26 | |
| Walmart Commission | $816.16 | $840.65 | $865.87 | $891.84 | $918.60 | $946.16 | |
| Walmart Refunds | $74.23 | $76.46 | $78.75 | $81.12 | $83.55 | $86.06 | |
| Auto Expense | $1,200.00 | $1,236.00 | $1,273.08 | $1,311.27 | $1,350.61 | $1,391.13 | |
| Car Lease | $3,046.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | Company vehicles |
| Insurance | $3,234.58 | $3,234.58 | $3,234.58 | $3,234.58 | $3,234.58 | $3,234.58 | |
| Machinery Lease Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | Equipment from Blue Bridge, Financial Pacific, and Pawnee (mercury). We are negotiating adjusted terms with them moving forward |

| Category | | | | | | Notes |
|---|---|---|---|---|---|---|
| Repair & Maintenance | $2,000.00 | $2,060.00 | $2,121.80 | $2,185.45 | $2,251.02 | $2,318.55 | |
| Outside Sales | | | | | | $13,100.00 | Outside Salespeople to Generate "Other Sales" Revenue |
| Bank Charges & Fees | $13,100.00 | $13,100.00 | $13,100.00 | $13,100.00 | $13,100.00 | | |
| | $1,000.00 | $1,030.00 | $1,060.90 | $1,092.73 | $1,125.51 | $1,159.27 | Wire Fees, ACH fees, monthly charges, etc. |
| Facebook Advertising | $32,740.44 | $34,704.87 | $36,787.16 | $38,994.39 | $41,334.05 | $43,814.09 | |
| Google Advertising | $15,000.00 | $15,450.00 | $15,913.50 | $16,390.91 | $16,882.63 | $17,389.11 | |
| Licenses & Fees | $3,169.10 | $3,264.17 | $3,362.10 | $3,462.96 | $3,566.85 | $3,673.85 | |
| Marketing Expenses | $7,410.16 | $7,632.46 | $7,861.44 | $8,097.28 | $8,340.20 | $8,590.41 | Includes email platform fees, and expenses related to client relationships |
| Moving & Storage | $292.11 | $300.87 | $309.89 | $319.19 | $328.77 | $338.63 | |
| Office Expenses | $3,200.00 | $3,296.00 | $3,394.88 | $3,496.73 | $3,601.63 | $3,709.68 | Miscellanious expenses including: office supplies, break room, printer fees |
| Equipment Rental | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | Forklifts and other rented equipment |
| 8134 Lankershim Rent | | $17,510.00 | $17,510.00 | $17,510.00 | $17,510.00 | $17,510.00 | Currently negotiating With landlords for delayed rent payment to April 1st as we do not have access to our funds yet |
| 1112 Arroyo St. Unit A | | $7,775.00 | $7,775.00 | $7,986.00 | $7,986.00 | $7,986.00 | Currently negotiating With landlords for delayed rent payment to April 1st as we do not have access to our funds yet |
| 1112 Arroyo St. Unit B | | $4,029.00 | $4,029.00 | $4,143.00 | $4,143.00 | $4,143.00 | Currently negotiating With landlords for delayed rent payment to April 1st as we do not have access to our funds yet |
| 1110 Arroyo St. Office | | $2,287.50 | $2,287.50 | $2,287.50 | $2,287.50 | $2,287.50 | Currently negotiating With landlords for delayed rent payment to April 1st as we do not have access to our funds yet |
| 1104 Arroyo St. | | $7,589.00 | $7,589.00 | $7,589.00 | $7,589.00 | $7,589.00 | Currently negotiating With landlords for delayed rent payment to April 1st as we do not have access to our funds yet |
| Software Subscription License | $1,469.50 | $1,513.58 | $1,558.99 | $1,605.76 | $1,653.93 | $1,703.55 | Monthly applications that make up our tech stack, as our ecommerce revenue grows this expense also scales |

| | | | | | | |
|---|---|---|---|---|---|---|
| Travel | $1,066.64 | $1,098.63 | $1,131.59 | $1,165.54 | $1,200.51 | $1,236.52 meetings, flights with customers and shows to obtain distribution |
| Trade Shows | | | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 |
| Utilities | $5,108.31 | $5,261.56 | $5,419.40 | $5,581.98 | $5,749.44 | $5,921.93 Power, Gas, Water, Trash |
| Adequate Protection Payments to SBA | $1,237.00 | $1,237.00 | $1,237.00 | $1,237.00 | $1,237.00 | $1,237.00 |
| Adequate Protection Payments to Amazon Capital Services, Inc. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Deborah Tyrell (Bookkeeping Services)- For Preparation of MOR | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 She worked with our previous case and understands our business |
| Amazon US Seller Account Payments | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Law Offices of Michael Jay Berger (general bankruptcy counsel) - subject to court approval | | | | $20,000.00 | | |
| Office of the U.S. Trustee - Quarterly Fees (estimated) | | $7,474.03 | | | $8,625.67 | |
| Total Expenses | $622,835.74 | $690,635.23 | $712,819.66 | $752,962.91 | $762,091.08 | $774,677.58 |
| Net Income | $38,740.29 | $1,611.95 | $11,662.18 | $5,406.56 | $31,914.19 | $56,813.01 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF ANTHONY ALCAZAR IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/1/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Katherine Bunker    kate.bunker@usdoj.gov
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/1/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/1/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

3. Served by Email:

U.S. Trustee:
Katherine Bunker
kate.bunker@usdoj.gov

SECURED CREDITORS:

8FIG Advance
Attn: Legal Dept.
legal@8fig.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com

Blue Bridge Financial
Attn: Legal Dept.
Legal@bluebridgefinancial.com

Bluevine
Attn: Officer
Support@bluevine.com

Cedar Advance
Attn: Simon Cedar
simon@cedaradvance.com

Corporation Service Company
SPRFiling@cscglobal.com; UCCSPREP@cscglobal.com

CT Corporation
uccfilingreturn@wolterskluwer.com

Fasanara Securitisation S.A. Acting
info@northdata.com

Financial Pacific Leasing
Attn: Allison Sweet
ASweet@FinPac.com

First Corporate Resolution
SPRS@FICOSO.COM

Huntington Valley Bank
Attn: Erin
erin@braavobank.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Mercury Capital
info@mcadv.com

Metropolitan Capital Bank & Trust
Attn: Jeffrey Brown
rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com

Parkside Funding Group LLC
Attn: Adriana Harris
Adriana@nomasrecovery.com

Partners Personnel Management Services, LLC
Attn: Cherly Canty
CCanty@espererholdings.com

Robert Reiser and Company
uccfilingreturn@wolterskluwer.com

Sand Park Capital
Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com; legal@sellersFi.com

Shopify Capital
Legal@bluebridgefinancial.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com

U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

## 20 LARGEST UNSECURED CREDITORS

Easy Post
Attn: Dustin Henrie
dhenrie@easypost.com

Facebook
Attn: Anthony Miller
Anthony.Miller@radiusgs.com

Fleetcor Technologies Inc.
Attn: Officer
PartnerServices@FleetCor.com; jowilliams@willamsandwilliams.com

Greenberg Traurig
Attn: Reid Hockaday
hockadayr@gtlaw.com

IRS
Attn: Officer
Irs.gov.website.helpdesk@speedymail.com; robert.l.textor@irs.gov

Lyneer Staffying
Attn: Billing Dept.
billing@lyneer.com

Parker Group Inc.
Attn: Larry Nessenson, Esq.
lnessenson@jaffeandasher.com

Ramp
Attn: Officer
communications@ramp.com; support@ramp.com

Jeeves
alexg@tryjeeves.com; lucio@tryjeeves.com

Southern California Edison
Anthony Tarantino
Anthony.Tarantino@sce.com

UPS
Attn: Mary Kay
MaryKay.Pallas@igor.com

We Pack it All
jesse.fonseca@wepackitall.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

Rapid Fulfillment LLC
Attn: Adam Brumage
ABrumage@collectmoore.com

Frisbi
billing@frisbi.com

Taboola
Attn: Fred Sampliner
fsampliner@sampliner.com   nminassian@hatkoflaw.com

MNTN
legal@mountain.com

Perpetua
billing@perpetua.io

Uline
accounts.receivable@uline.com

Bakers Authority
yoni@bakersauthority.com

Attentive Mobile
GMCCREADIE@nixonpeabody.com

SoCal Gas
customerservice@socalgas.com

Republic Services
ccet@republicservices.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE