MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: Michael.Berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

Mr. Tortilla, Inc.

            Debtor-in-Possession.

CASE NO.: 1:24-BK-10228-VK

Chapter 11

**DECLARATION OF YATHIDA NIPHA REGARDING SERVICE VIA EMAIL OF THE (1) NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION; (2) CRITICAL VENDOR MOTION; (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE; AND (4) SUPPLEMENTAL NOTICE RE ZOOMGOV FOR REMOTE APPEARANCES**

Date    March 7, 2024
Time:   1:30 p.m.
Ctrm:   301 [via ZoomGov and in-person]
Place:  21041 Burbank Blvd., 3rd Floor
         Woodland Hills, CA 91367

1

# **DECLARATION OF YATHIDA NIPHA**

I, Yathida Nipha, declare as follows:

1. I am currently employed by Law Offices of Michael Jay Berger as a paralegal. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2. On March 5, 2024, I gave telephonic notice of the hearing on Debtor's Motion for an Order Authorizing Debtor to Satisfy Pre-Petition Claims Of Critical Vendor Amazon.Com Services, LLC Necessary for Debtor's Continued Business Operation ("<u>Critical Vendor Motion</u>") to Ms. Bunker with the United States Trustee. At 2:30 p.m., I served via email (1) Debtor's Critical Vendor Motion, (2) Notice of Hearing on the Critical Vendor Motion, (3) Order Granting the Application on Shortened Notice, and (4) Supplemental Notice Regarding ZoomGov for Remote Appearances on the following parties:

U.S. Trustee:
Katherine Bunker
kate.bunker@usdoj.gov; julie.morales@usdoj.gov

SECURED CREDITORS:

8FIG Advance
Attn: Legal Dept.
legal@8fig.com; jjohnson@padfieldstout.com

Amazon Capital Services:
Attn: Lauren Dorsett & Michael Gearin
laurendorsett@dwt.com
mike.gearin@klgates.com ; brandy.sargent@klgates.com; litigation.docketing@klgates.com; janna.leasy@klgates.com

Blue Bridge Financial

2

DECLARATION OF YATHIDA NIPHA REGARDING SERVICE VIA EMAIL OF THE (1) NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION; (2) CRITICAL VENDOR MOTION; (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE; AND (4) SUPPLEMENTAL NOTICE RE ZOOMGOV FOR REMOTE APPEARANCES

| | |
|---|---|
| 1 | Attn: Amy Joy |
| | ajoy@bluebridgefinancial.com |
| 2 | Legal@bluebridgefinancial.com |
| 3 | Bluevine |
| | Attn: Officer |
| 4 | Support@bluevine.com |
| 5 | Cedar Advance |
| | Attn: Simon Cedar |
| 6 | simon@cedaradvance.com |
| 7 | |
| | Corporation Service Company |
| 8 | SPRFiling@cscglobal.com; UCCSPREP@cscglobal.com |
| 9 | CT Corporation |
| | uccfilingreturn@wolterskluwer.com |
| 10 | |
| | Fasanara Securitisation S.A. Acting |
| 11 | info@northdata.com |
| 12 | |
| | Financial Pacific Leasing |
| 13 | Attn: Allison Sweet |
| | ASweet@FinPac.com |
| 14 | |
| | First Corporate Resolution |
| 15 | SPRS@FICOSO.COM |
| 16 | |
| | Huntington Valley Bank |
| 17 | Attn: Erin |
| | erin@braavobank.com |
| 18 | Mercury Capital |
| | info@mcadv.com |
| 19 | |
| | Metropolitan Capital Bank & Trust |
| 20 | Attn: Jeffrey Brown |
| | rrabin@thompsoncoburn.com ; jbrown@thompsoncoburn.com |
| 21 | |
| 22 | Parkside Funding Group LLC |
| | Attn: Adriana Harris |
| 23 | Adriana@nomasrecovery.com |
| 24 | Partners Personnel Management Services, LLC |
| | Attn: Cherly Canty |
| 25 | CCanty@espererholdings.com |
| 26 | |
| | Robert Reiser and Company |
| 27 | uccfilingreturn@wolterskluwer.com |
| 28 | Sand Park Capital |

3

DECLARATION OF YATHIDA NIPHA REGARDING SERVICE VIA EMAIL OF THE (1) NOTICE OF HEARING ON
DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL
VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION: (2)
CRITICAL VENDOR MOTION; (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE: AND (4)
SUPPLEMENTAL NOTICE RE ZOOMGOV FOR REMOTE APPEARANCES

Attn: Simon Cedar
simon@cedaradvance.com

Sellers Funding
Attn: Officer
osaro@sellersfi.com; legal@sellersFi.com

Shopify Capital
Legal@bluebridgefinancial.com

Slope Advance
Attn: Ashish Jain
ashish@slope.com

Spartan Capital
Attn: Jason Gang
jason@jasongang.com

Stor RB One Limited
uccfilingreturn@wolterskluwer.com

U.S. Business Administration
Attn: Elan Levey
elan.levey@usdoj.gov

20 LARGEST UNSECURED CREDITORS

Easy Post
Attn: Dustin Henrie
dhenrie@easypost.com

Facebook
Attn: Anthony Miller
Anthony.Miller@radiusgs.com

Fleetcor Technologies Inc.
Attn: Officer
PartnerServices@FleetCor.com: jowilliams@willamsandwilliams.com

Greenberg Traurig
Attn: Reid Hockaday
hockadayr@gtlaw.com

IRS
Attn: Officer
Irs.gov.website.helpdesk@speedymail.com; Dorletha.M.Godley@irs.gov

Lyneer Staffing
Attn: Billing Dept.

4

DECLARATION OF YATHIDA NIPHA REGARDING SERVICE VIA EMAIL OF THE (1) NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION: (2) CRITICAL VENDOR MOTION; (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE: AND (4) SUPPLEMENTAL NOTICE RE ZOOMGOV FOR REMOTE APPEARANCES

billing@lyneer.com

Parker Group Inc.
Attn: Larry Nessenson, Esq.
lnessenson@jaffeandasher.com

Ramp
Attn: Officer
communications@ramp.com; support@ramp.com

Jeeves
alexg@tryjeeves.com; lucio@tryjeeves.com

Southern California Edison
Anthony Tarantino
Anthony.Tarantino@sce.com

UPS
Attn: Mary Kay
MaryKay.Pallas@iqor.com

We Pack it All
jesse.fonseca@wepackitall.com

Rapid Fulfillment LLC
Attn: Adam Brumage
ABrumage@collectmoore.com

Frisbi
billing@frisbi.com

Taboola
Attn: Fred Sampliner
fsampliner@sampliner.com nminassian@hatkoflaw.com

MNTN
legal@mountain.com

Perpetua
billing@perpetua.io

Uline
accounts.receivable@uline.com

Bakers Authority
yoni@bakersauthority.com

Attentive Mobile

DECLARATION OF YATHIDA NIPHA REGARDING SERVICE VIA EMAIL OF THE (1) NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION: (2) CRITICAL VENDOR MOTION; (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE; AND (4) SUPPLEMENTAL NOTICE RE ZOOMGOV FOR REMOTE APPEARANCES

bankruptcy@attentivemobile.com

SoCal Gas
customerservice@socalgas.com

Republic Services
ccet@republicservices.com

ADDITIONAL CREDITORS:

ArcBest, Inc.
dlott@arcb.com

Old Dominion Freight Line, Inc.
Attn: Rusty Frazier
Rusty.frazier@odfl.com

TikTok Inc.
Attn: Emely Andino
usbilling@bytedance.com

Pawnee Leasing Corp.
Bankruptcy@pawneeleasing.com

KTLA/KTLA
c/o The Law Offices of Gary A Bemis
LegalService@bemislawoffices.com

   I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March 2024, at Beverly Hills, California.

By: _____
Yathida Nipha

# Yathida Nipha

| | |
|---|---|
| **Subject:** | FW: Mr. Tortilla's Notice of Hearing on the Critical Vendors Motion 1:24-bk-10228-VK |
| **Attachments:** | Notice of Hearing on Critical Vendor Motion.pdf; Critical Vendor Motion.pdf; Order granting application for shortened notice signed.pdf; Supplemental Notice.pdf |

**From:** Yathida Nipha
**Sent:** Tuesday, March 5, 2024 2:30 PM
**To:** 'kate.bunker@usdoj.gov' <kate.bunker@usdoj.gov>; 'julie.morales@usdoj.gov' <julie.morales@usdoj.gov>; 'legal@8fig.com' <legal@8fig.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; 'mike.gearin@klgates.com' <mike.gearin@klgates.com>; 'ajoy@bluebridgefinancial.com' <ajoy@bluebridgefinancial.com>; 'Legal@bluebridgefinancial.com' <Legal@bluebridgefinancial.com>; 'Support@bluevine.com' <Support@bluevine.com>; 'simon@cedaradvance.com' <simon@cedaradvance.com>; 'SPRFiling@cscglobal.com' <SPRFiling@cscglobal.com>; 'SPRS@FICOSO.COM' <SPRS@FICOSO.COM>; 'UCCSPREP@cscglobal.com' <UCCSPREP@cscglobal.com>; 'uccfilingreturn@wolterskluwer.com' <uccfilingreturn@wolterskluwer.com>; 'ASweet@FinPac.com' <ASweet@FinPac.com>; 'erin@braavobank.com' <erin@braavobank.com>; 'info@mcadv.com' <info@mcadv.com>; 'rrabin@thompsoncoburn.com' <rrabin@thompsoncoburn.com>; 'jbrown@thompsoncoburn.com' <jbrown@thompsoncoburn.com>; 'Adriana@nomasrecovery.com' <Adriana@nomasrecovery.com>; 'CCanty@espererholdings.com' <CCanty@espererholdings.com>; 'osaro@sellersfi.com' <osaro@sellersfi.com>; 'legal@sellersFi.com' <legal@sellersFi.com>; 'ashish@slope.com' <ashish@slope.com>; 'jason@jasongang.com' <jason@jasongang.com>; 'elan.levey@usdoj.gov' <elan.levey@usdoj.gov>; 'dhenrie@easypost.com' <dhenrie@easypost.com>; 'PartnerServices@FleetCor.com' <PartnerServices@FleetCor.com>; 'jowilliams@williamsandwilliams.com' <jowilliams@williamsandwilliams.com>; 'hockadayr@gtlaw.com' <hockadayr@gtlaw.com>; 'Dorletha.M.Godley@irs.gov' <Dorletha.M.Godley@irs.gov>; 'billing@frisbi.com' <billing@frisbi.com>; 'billing@lyneer.com' <billing@lyneer.com>; 'billing@perpetua.io' <billing@perpetua.io>; 'lnessenson@jaffeandasher.com' <lnessenson@jaffeandasher.com>; 'communications@ramp.com' <communications@ramp.com>; 'support@ramp.com' <support@ramp.com>; 'alexg@tryjeeves.com' <alexg@tryjeeves.com>; 'lucio@tryjeeves.com' <lucio@tryjeeves.com>; 'Anthony Tarantino' <Anthony.Tarantino@sce.com>; 'MaryKay.Pallas@iqor.com' <MaryKay.Pallas@iqor.com>; 'jesse.fonseca@wepackitall.com' <jesse.fonseca@wepackitall.com>; 'ABrumage@collectmoore.com' <ABrumage@collectmoore.com>; 'fsampliner@sampliner.com' <fsampliner@sampliner.com>; 'nminassian@hatkofflaw.com' <nminassian@hatkofflaw.com>; 'legal@mountain.com' <legal@mountain.com>; 'accounts.receivable@uline.com' <accounts.receivable@uline.com>; 'yoni@bakersauthority.com' <yoni@bakersauthority.com>; 'gmccreadie@nixonpeabody.com' <gmccreadie@nixonpeabody.com>; 'customerservice@socalgas.com' <customerservice@socalgas.com>; 'ccet@republicservices.com' <ccet@republicservices.com>; 'dlott@arcb.com' <dlott@arcb.com>; 'Rusty.frazier@odfl.com' <Rusty.frazier@odfl.com>; 'usbilling@bytedance.com' <usbilling@bytedance.com>; 'Bankruptcy@pawneeleasing.com' <Bankruptcy@pawneeleasing.com>; 'LegalService@bemislawoffices.com' <LegalService@bemislawoffices.com>; 'jjohnson@padfieldstout.com' <jjohnson@padfieldstout.com>; 'brandy.sargent@klgates.com' <brandy.sargent@klgates.com>; 'litigation.docketing@klgates.com' <litigation.docketing@klgates.com>; 'janna.leasy@klgates.com' <janna.leasy@klgates.com>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>; Michael Berger <Michael.Berger@bankruptcypower.com>
**Subject:** Mr. Tortilla's Notice of Hearing on the Critical Vendors Motion 1:24-bk-10228-VK

**PLEASE TAKE NOTICE** that the hearing on Debtor's Motion for an Order Authorizing Debtor to Satisfy Pre-Petition Claims of Critical Vendor Amazon.Com Services, LLC Necessary for Debtor's Continued Business Operation will take place on **March 7, 2024 at 1:30 p.m.** in Courtroom 301 of the above-referenced Courthouse located at 21041 Burbank Blvd., 3rd Fl., Woodland Hills, California 91367. Attached hereto is the

1

Critical Vendors Motion, Notice of Hearing Supplemental Notice, and order granting the application on shortened notice.

**PLEASE TAKE FURTHER NOTICE** that any oppositions and replies may be made orally at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held simultaneously in person in Courtroom 301 and remotely via ZoomGov:

**Join CACB ZoomGov**

Meeting Video/audio web address: https://cacb.zoomgov.com/j/1608055403

Meeting ID: 160 805 5403

Password: 464345

**Join by Telephone**

Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666

Meeting ID: 160 805 5403

Password: 464345

*Thank you,*

*Yathida Nipha-Roshan*
*Paralegal to Attorney Sofya Davtyan*
*Law Offices of Michael Jay Berger*
*9454 Wilshire Boulevard, 6th Floor*
*Beverly Hills, CA 90212-2929*
*Tel. (310) 271-6223*
*Fax (310) 271-9805*
*Website www.bankruptcypower.com*

*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this communication or by telephone at (310) 271-6223.*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF YATHIDA NIPHA REGARDING VIA EMAIL SERVICE OF THE (1) NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION; (2) CRITICAL VENDOR MOTION; AND (3) ORDER GRANTING THE APPLICATION ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/5/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Proposed Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**U.S. Trustee: Katherine Bunker**    kate.bunker@usdoj.gov
**Counsel for 8fig Inc.: John E Johnson**    jjohnson@padfieldstout.com
**Interested Party: Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
**Counsel for Amazon.com: Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
**United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/5/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367 United States Bankruptcy Court

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/5/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**