**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Eryk R. Escobar, Bar No. 281904
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone: (213) 894-3362
Facsimile: (213) 894-0276
E-mail: kate.bunker@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**MR. TORTILLA, INC.**,<br><br>Debtor. | Case No. 1:24-bk-10228-VK<br><br>Chapter 11<br><br>**APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following two (2) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: March 12, 2024                                         UNITED STATES TRUSTEE

/s/ *Eryk R. Escobar*
Eryk R. Escobar
Assistant U.S. Trustee

1  **(1)  Simpler Postage, Inc. (dba EasyPost)**

2  Creditor's Representative: Peter Chess
3  Mailing Address: 2889 Ashton Boulevard, Ste. 325, Lehi, UT 84043
   Tel: (628) 203-8496
4  E-mail: legal@easypost.com

5  **(2)  Jeeves**

6  Creditor's Representative: Alexander Grimwood
   Mailing Address: 2035 Sunset Lake Road, Ste. B-2, Newark, DE 19702
7  Tel: +442045794908
   E-mail: alexg@tryjeeves.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                               **EXHIBIT A**
28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/12/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/12/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/12/2024 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| Date | Printed Name | Signature |

# SERVICE LIST FOR PROOF OF SERVICE

| | |
|---|---|
| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
| Katherine Bunker    kate.bunker@usdoj.gov | U.S. Bankruptcy Court |
| Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com | San Fernando Valley Division 21041 Burbank Boulevard Woodland Hills, California 91367 |
| Jeffrey N Brown    jbrown@thompsoncoburn.com, cmamayson@thompsoncoburn.com,smagnus@thompsoncoburn.com,DocketLA@thompsoncoburn.com | Simpler Postage, Inc. (dba EasyPost) Creditor's Representative: Peter Chess Mailing Address: 2889 Ashton Boulevard, Ste. 325, Lehi, UT 84043 |
| Brian T Corrigan    bcorrigan@cormorllp.com, scm@cormorllp.com | |
| Anthony F. Giuliano    afg@glpcny.com | |
| John E Johnson    jjohnson@padfieldstout.com | Jeeves |
| Bret D Lewis    Bretlewis@aol.com, bdlawyager@gmail.com | Creditor's Representative: Alexander Grimwood |
| Matthew D. Resnik    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com | Mailing Address: 2035 Sunset Lake Road, Ste. B-2, Newark, DE 19702 |
| | Mr. Tortilla, Inc. 1112 Arroyo Street, Suite 1 San Fernando, CA 91340 |
| Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com | |