MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:   (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession
Mr. Tortilla, Inc.

**FILED & ENTERED**

**MAR 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

Mr. Tortilla, Inc.,

Debtor and Debtor-in-Possession.

CASE NO.: 1:24-bk-10228-VK

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO SATISFY PRE-PETITION CLAIMS OF CRITICAL VENDOR AMAZON.COM SERVICES, LLC NECESSARY FOR DEBTOR'S CONTINUED BUSINESS OPERATION**

Hearing Held On:
Date:   3/7/2024
Time:   2:30 p.m.
Place:  Courtroom 301 [ZoomGov and in-person]
21041 Burbank Blvd., 3rd Floor
Woodland Hills, CA 91367

On March 7, 2024 at 2:30 p.m. in Courtroom 301 of the above-entitled Court, with the Honorable Victoria S. Kaufman, Judge presiding, Debtor-In-Possession, Mr. Tortilla, Inc's (the "Debtor") Motion for Order Authorizing Debtor to Satisfy Pre-Petition Claims

1

of Critical Vendor Amazon.com Services, LLC Necessary for Debtor's Continued Business Operation (the "Critical Vendor Motion") [Docket No. 46] came on for hearing. Appearances were stated on the record.

The Court having read and considered the Critical Vendor Motion, U.S. Trustee's Limited Objection to the Critical Vendor Motion [docket no.: 66], finding that notice and service of the Critical Vendor Motion was proper and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Critical Vendor Motion is **GRANTED**.

2. Debtor is authorized, pursuant to 11 U.S.C. §§ 105(a) and 363(b) of the Bankruptcy Code, to pay the pre-petition claims of Amazon.com Services LLC ("Amazon") as identified in the Critical Vendor Motion on the terms and in the manner provided for in the Critical Vendor Motion and this Order. More specifically, Amazon may deduct from sales proceeds in the seller account amounts necessary to satisfy the prepetition fees and expenses in the approximate amount of Five Thousand Dollars ($5,000) from the Canadian channel account, may deduct the sum of One Thousand Dollars ($1,000) per month from the US channel account to apply to prepetition fees and expenses for that account, and may deduct from payments on pre-petition invoices under the Vendor account, amounts necessary to satisfy the prepetition fees and expenses in the approximate amount of Twenty Three Thousand Dollars ($23,000) relating to the vendor account (collectively the "Prepetition Claims").

3. Payments of the Prepetition Claims are conditioned on Amazon lifting the reserve on the seller accounts and vendor account and resuming performance under the Business Solutions Agreement and Vendor Terms and Conditions.

4. The Debtor shall maintain a matrix tracking the amount and date of payments made to Amazon on account of the Prepetition Claims that is to be submitted as part of the Debtor's monthly operating report.

5.  Amazon and the Debtor are authorized to continue to perform under the terms of the Vendor Terms and Conditions (the "Vendor Contract") in the ordinary course, and Amazon is further authorized to deduct from future payments to the Debtor credits, fees, expenses, and other charges (whether or not related to prepetition or post-petition sales) from the Debtor's payments on invoices and remit, to the Debtor, the Debtor's net invoice amounts.

6.  Amazon and the Debtor are authorized to continue to perform under the terms of the Business Solutions Agreement (the "BSA") in the ordinary course, and Amazon is further authorized to continue netting fees, expenses, and other charges (whether or not related to prepetition or post-petition sales) from the Debtor's Amazon Store sales proceeds in the Amazon seller account and remit net proceeds to the Debtor.

7.  The automatic stay under Bankruptcy Code Section 362(a) is hereby modified as necessary to effectuate all of the terms and provisions of this Order.

APPROVED BY:

PETER C. ANDERSON
UNITED STATES TRUSTEE
Eryk R. Escobar,
Assistant United States Trustee

_____
Katherine C. Bunker
Trial Attorney

E. MARTIN ESTRADA
United States Attorney

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

Date: January ___, 2024        By:_____
ELAN S. LEVEY
Assistant United States Attorney
Attorneys for U.S. Small Business Administration


K&L GATES LLP


_____
Brandy A. Sargent
Counsel for Amazon Capital Services, Inc.
And Amazon.com Services LLC


CORRIGAN & MORRIS LLP


_____
Brian T. Corrigan
Counsel for Secured Creditors
Sand Park Capital, LLC and
Cedar Advance, LLC

###

Date: March 20, 2024

*[signature]*
Victoria S. Kaufman
United States Bankruptcy Judge

4

5.  Amazon and the Debtor are authorized to continue to perform under the terms of the Vendor Terms and Conditions (the "Vendor Contract") in the ordinary course, and Amazon is further authorized to deduct from future payments to the Debtor credits, fees, expenses, and other charges (whether or not related to prepetition or post-petition sales) from the Debtor's payments on invoices and remit, to the Debtor, the Debtor's net invoice amounts.

6.  Amazon and the Debtor are authorized to continue to perform under the terms of the Business Solutions Agreement (the "BSA") in the ordinary course, and Amazon is further authorized to continue netting fees, expenses, and other charges (whether or not related to prepetition or post-petition sales) from the Debtor's Amazon Store sales proceeds in the Amazon seller account and remit net proceeds to the Debtor.

7.  The automatic stay under Bankruptcy Code Section 362(a) is hereby modified as necessary to effectuate all of the terms and provisions of this Order.

APPROVED BY:

        PETER C. ANDERSON
        UNITED STATES TRUSTEE
        Eryk R. Escobar,
        Assistant United States Trustee

*Katherine C. Bunker*
Katherine C. Bunker
Trial Attorney

        E. MARTIN ESTRADA
        United States Attorney

3

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

By:_____
ELAN S. LEVEY
Assistant United States Attorney
Attorneys for U.S. Small Business Administration

Date: March 19, 2024

K&L GATES LLP

_____
Brandy A. Sargent
Counsel for Amazon Capital Services, Inc.
And Amazon.com Services LLC


CORRIGAN & MORRIS LLP


_____
Brian T. Corrigan
Counsel for Secured Creditors
Sand Park Capital, LLC and
Cedar Advance, LLC



###

|  |  |
|---|---|
|  | DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |
| Date: ~~January~~ March 19, 2024 | By: _____<br>ELAN S. LEVEY<br>Assistant United States Attorney<br>Attorneys for U.S. Small Business Administration |

K&L GATES LLP

_____
Brandy A. Sargent
Counsel for Amazon Capital Services, Inc.
And Amazon.com Services LLC

CORRIGAN & MORRIS LLP

_____
Brian T. Corrigan
Counsel for Secured Creditors
Sand Park Capital, LLC and
Cedar Advance, LLC

###

## Sofya Davtyan

| | |
|---|---|
| **From:** | Levey, Elan (USACAC) <Elan.Levey@usdoj.gov> |
| **Sent:** | Tuesday, March 19, 2024 4:14 PM |
| **To:** | Sofya Davtyan; Brian Corrigan; Gearin, Mike; Sargent, Brandy A.; Bunker, Kate (USTP) |
| **Cc:** | Michael Berger; Yathida Nipha |
| **Subject:** | RE: Mr. Tortilla - Proposed Cash Collateral Order |

I did not object and do not need to sign off.

### Elan S. Levey | Assistant United States Attorney
United States Attorney's Office | Central District of California
300 N. Los Angeles Street | Fed. Bldg., Rm. 7516 | Los Angeles, CA 90012
T: 213.894.3997 | F: 213.894.7819 | elan.levey@usdoj.gov

**From:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>
**Sent:** Tuesday, March 19, 2024 2:15 PM
**To:** Brian Corrigan <bcorrigan@cormorllp.com>; Gearin, Mike <Mike.Gearin@klgates.com>; Sargent, Brandy A. <Brandy.Sargent@klgates.com>; Levey, Elan (USACAC) <elevey@usa.doj.gov>; Bunker, Kate (USTP) <Kate.Bunker@usdoj.gov>
**Cc:** Michael Berger <Michael.Berger@bankruptcypower.com>; Yathida Nipha <Yathida.Nipha@bankruptcypower.com>
**Subject:** [EXTERNAL] RE: Mr. Tortilla - Proposed Cash Collateral Order

Attached please find the final proposed order on the critical vendor motion. Please return your signatures so that we can upload the order. Thank you.

**Sofya Davtyan, Esq.**
**Partner**
**Certified Specialist in Bankruptcy Law**
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, CA  90212-2929
Tel. (310) 271-6223
Fax (310) 271-9805
Website www.bankruptcypower.com



*CONFIDENTIALITY NOTICE: The following message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is*

1