MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Proposed Attorney for Debtor-in-Possession,
Mr. Tortilla, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MR. TORTILLA, INC.,<br><br>       Debtor-in-Possession. | Case No.: 1:24-bk-10228-VK<br><br>Chapter 11<br><br>**DEBTOR'S UPDATED STATUS CONFERENCE REPORT; DECLARATION OF ANTHONY ALCAZAR IN SUPPORT THEREOF**<br><br>*Continued Status Conference:*<br>Date: June 27, 2024<br>Time: 1:00 P.M.<br>Place: Courtroom 301 (in-person and ZoomGov)<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

**TO THE HONORABLE VICTORIA S. KAUFMAN, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO THE SECURED CREDITORS, TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On behalf of Mr. Tortilla, Inc. ("Debtor"), debtor and debtor-in-possession herein, the Law Offices of Michael Jay Berger ("Debtor's Counsel") hereby submits the following updated Status Conference Report ("Status Report"), as follows:

1
DEBTOR'S UPDATED STATUS CONFERENCE REPORT; DECLARATION OF ANTHONY ALCAZAR IN SUPPORT THEREOF

## 1. SIGNIFICANT EVENTS IN THE BANKRUPTCY CASE SINCE THE PRIOR STATUS CONFERENCE

On April 19, 2024 the Official Committee of Unsecured Creditors ("Creditors' Committee") filed its Application to Employ Genesis Credit Partners, LLC ("Genesis") as Financial Advisor and Investment Banker ("Application to Employ Genesis") [docket no. 141]. On May 24, 2024 the Court entered an Order granting the Application to Employ Genesis [docket no. 204].

On April 22, 2024, Debtor filed its Opposition to Creditors' Committee's Application to Employ Orrick Herrington & Sutcliffe LLP as Counsel ("Opposition to Application to Employ Orrick") [docket no. 146]. On May 9, 2024, the Creditors' Committee filed its Reply to the Debtor's Opposition to the Application to Employ Orrick as well as to other responses and oppositions on file [docket no. 165]. On May 20, 2024 the Court entered an Order approving the Application to Employ Orrick [docket no. 189].

On April 25, 2024, Debtor filed a Motion for Turnover of Property ("Turnover Motion") [docket no. 148]. On May 16, 2024, the Turnover Motion came for hearing, and on May 22, 2024 the Court entered an Order granting the Turnover Motion [docket no. 196].

On May 8, 2024, the Creditors' Committee filed its Motion for 2004 Examination of the Debtor ("2004 Motion") [docket no. 160]. On May 9, 2024, the Court granted the 2004 Motion [docket no. 162]. Debtor has cooperated with the Creditors' Committee, and produced the documents requested in the 2004 Motion on May 29, 2024.

On May 9, 2024, the Creditors' Committee filed its Objection to the Notice of Setting Insider Compensation of Debtor's insiders ("Insider Compensation Objection") [docket no. 163]. On May 14, 2024 Debtor filed its Reply to the Insider Compensation Objection [docket no. 180]. Hearing was held on the Insider Compensation Objection on

May 16, 2024. On June 4, 2024 the Court issued an Order that resolved the Insider Compensation Objection [docket no. 209].

On May 9, 2024, the Debtor filed its Emergency Motion for Order Authorizing Interim Use of Cash Collateral ("Cash Collateral Motion") [docket no. 166]. On May 16, 2024 the Creditors' Committee filed its Objection to the Cash Collateral Motion [docket no. 185], and on May 17, 2024 creditor Sand Park Capital, LLC filed its Objection to the Cash Collateral Motion [docket no. 188]. On May 24, 2024 the Debtor filed its Reply to the Objections to its Cash Collateral Motion [docket no. 203]. Hearing on the Cash Collateral Motion is scheduled for June 27, 2024 at 1:00 p.m.

On May 16, 2024, the Debtor filed its Motion to Reject Sublease for Non-Residential Property at 1110 Arroyo Street, San Fernando, CA 91340 ("Motion to Reject Sublease") [docket no. 183]. The Motion to Reject Sublease was not objected to, and was granted by the Court on June 10, 2024 [docket no. 215].

On June 5, 2024, Debtor filed its Stipulation to Assume Lease for Non-Residential Property At 1104 Arroyo Street, 1112 Arroyo Street Unit A And 1112 Arroyo Street Unit B, San Fernando, CA 91340 ("Stipulation to Assume Lease") [docket no. 210]. Hearing on the Stipulation to Assume Lease has been set for June 27, 2024 [see docket no. 217].

## 2. DEBTOR'S PROGRESS TOWARD CONFIRMING A CHAPTER 11 PLAN

Debtor, though counsel, has been working with counsel for the Creditors' Committee in negotiating with Amazon for the release of Debtor's receivables in Amazon vendor accounts. Release of these accounts to the Debtor is necessary for Debtor to have the income to pay its operating costs, and to propose a feasible Plan of reorganization that includes payment to creditors.

Debtor is reviewing the claims filed to its bankruptcy case, to determine if objection to any of the claims is appropriate.

Debtor is in the process of interviewing candidates to hire as an accountant. Once a suitable candidate is found, Debtor will file an application to hire the accountant with

the Court, and Debtor anticipates filing such an application to employ prior to the June 27, 2024 continued status conference.

During the pendency of the bankruptcy, Debtor has adjusted its business model to obtain subscriptions from customers, and focus on monthly recurring revenue. In the past month, Debtor has increased its monthly subscribers from approximately 200 to over 500. Over the past two months, Debtor has increased its local distribution, and currently has over 150 local stores carrying its products.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: June 13, 2024        By: /s/ Michael J. Berger
Michael Jay Berger
Attorney for Debtor,
Mr. Tortilla, Inc.

## DECLARATION OF ANTHONY ALCAZAR

I, Anthony Alcazar, declare and state as follows:

1. I am the President and Director of Mr. Tortilla, Inc., the Debtor and Debtor-in-Possession (the "Debtor"). I am over the age of 18. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could and would competently testify about what I have written in this declaration.

2. On April 19, 2024 the Official Committee of Unsecured Creditors ("Creditors' Committee") filed its Application to Employ Genesis Credit Partners, LLC ("Genesis") as Financial Advisor and Investment Banker ("Application to Employ Genesis") [docket no. 141]. On May 24, 2024 the Court entered an Order granting the Application to Employ Genesis [docket no. 204].

3. On April 22, 2024, Debtor filed its Opposition to Creditors' Committee's Application to Employ Orrick Herrington & Sutcliffe LLP as Counsel ("Opposition to Application to Employ Orrick") [docket no. 146]. On May 9, 2024, the Creditors' Committee filed its Reply to the Debtor's Opposition to the Application to Employ Orrick as well as to other responses and oppositions on file [docket no. 165]. On May 20, 2024 the Court entered an Order approving the Application to Employ Orrick [docket no. 189].

4. On April 25, 2024, Debtor filed a Motion for Turnover of Property ("Turnover Motion") [docket no. 148]. On May 16, 2024, the Turnover Motion came for hearing, and on May 22, 2024 the Court entered an Order granting the Turnover Motion [docket no. 196].

5. On May 8, 2024, the Creditors' Committee filed its Motion for 2004 Examination of the Debtor ("2004 Motion") [docket no. 160]. On May 9, 2024, the Court granted the 2004 Motion [docket no. 162]. Debtor has cooperated with the Creditors' Committee, and produced the documents requested in the 2004 Motion on May 29, 2024.

6.    On May 9, 2024, the Creditors' Committee filed its Objection to the Notice of Setting Insider Compensation of Debtor's insiders ("Insider Compensation Objection") [docket no. 163]. On May 14, 2024 Debtor filed its Reply to the Insider Compensation Objection [docket no. 180]. Hearing was held on the Insider Compensation Objection on May 16, 2024. On June 4, 2024 the Court issued an Order that resolved the Insider Compensation Objection [docket no. 209].

7.    On May 9, 2024, the Debtor filed its Emergency Motion for Order Authorizing Interim Use of Cash Collateral ("Cash Collateral Motion") [docket no. 166]. On May 16, 2024 the Creditors' Committee filed its Objection to the Cash Collateral Motion [docket no. 185], and on May 17, 2024 creditor Sand Park Capital, LLC filed its Objection to the Cash Collateral Motion [docket no. 188]. On May 24, 2024 the Debtor filed its Reply to the Objections to its Cash Collateral Motion [docket no. 203]. Hearing on the Cash Collateral Motion is scheduled for June 27, 2024 at 1:00 p.m.

8.    On May 16, 2024, the Debtor filed its Motion to Reject Sublease for Non-Residential Property at 1110 Arroyo Street, San Fernando, CA 91340 ("Motion to Reject Sublease") [docket no. 183]. The Motion to Reject Sublease was not objected to, and was granted by the Court on June 10, 2024 [docket no. 215].

9.    On June 5, 2024, Debtor filed its Stipulation to Assume Lease for Non-Residential Property At 1104 Arroyo Street, 1112 Arroyo Street Unit A And 1112 Arroyo Street Unit B, San Fernando, CA 91340 ("Stipulation to Assume Lease") [docket no. 210]. Hearing on the Stipulation to Assume Lease has been set for June 27, 2024 [see docket no. 217].

10.    Debtor, though counsel, has been working with counsel for the Creditors' Committee in negotiating with Amazon for the release of Debtor's receivables in Amazon vendor accounts. Release of these accounts to the Debtor is necessary for Debtor to have the income to pay its operating costs, and to propose a feasible Plan of reorganization that includes payment to creditors.

11.   Debtor is reviewing the claims filed to its bankruptcy case, to determine if objection to any of the claims is appropriate.

12.   Debtor is in the process of interviewing candidates to hire as an accountant. Once a suitable candidate is found, Debtor will file an application to hire the accountant with the Court, and Debtor anticipates filing such an application to employ prior to the June 27, 2024 continued status conference.

13.   During the pendency of the bankruptcy, Debtor has adjusted its business model to obtain subscriptions from customers, and focus on monthly recurring revenue. In the past month, Debtor has increased its monthly subscribers from approximately 200 to over 500. Over the past two months, Debtor has increased its local distribution, and currently has over 150 local stores carrying its products.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 13, 2024 at San Fernando, California.

_____
Anthony Alcazar

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S UPDATED STATUS CONFERENCE REPORT; DECLARATION OF ANTHONY ALCAZAR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _6/13/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/13/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _6/13/2024__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/13/2024 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

**Counsel for Debtor: Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
**Counsel for Metropolitan Capital Bank & Trust: Jeffrey N Brown**   jbrown@thompsoncoburn.com, cmamayson@thompsoncoburn.com, smagnus@thompsoncoburn.com, DocketLA@thompsoncoburn.com
**U.S. Trustee: Katherine Bunker**   kate.bunker@usdoj.gov
**Counsel for Sand Park: Brian T Corrigan**   bcorrigan@cormorllp.com, scm@cormorllp.com
**Counsel for Spartan Business Solutions: Anthony F. Giuliano**   afg@glpcny.com
**Counsel for 8fig Inc.: John E Johnson**   jjohnson@padfieldstout.com
**Counsel for Dekirmenjian Family Trust: Bret D Lewis**   Bretlewis@aol.com, bdlawyager@gmail.com
**Interested Party: Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com
**Counsel for Amazon Capital: Brandy A Sargent**   brandy.sargent@klgates.com, litigation.docketing@klgates.com; janna.leasy@klgates.com
**United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
**Counsel for SBA: Elan S Levey**   elan.levey@usdoj.gov, manalili47@gmail.com; julie.morales@usdoj.gov
**Official Committee of Unsecured Creditors Jeffery D Hermann**   jhermann@orrick.com, casestream@ecf.courtdrive.com
**Counsel for Blue Bridge: Jeffrey Garfinkle**   jgarfinkle@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com

## 2. SERVED BY UNITED STATES MAIL

U.S. Trustee:
Katherine Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

SECURED CREDITORS:

8Fig, Inc.
11801 Domain Blvd, Third Floor
Austin, TX 78758

8Fig, Inc.
1717 W. 6th Street, Suite 335
Austin, TX 78703

Amazon Capital Services, Inc.
c/o K&L Gates LLP
One SW Columbia St. Ste. 1900
Portland, OR 97204

Amazon Capital Services
PO Box 84837
Seattle, WA 98124-6137

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Amazon Capital Services, Inc.
410 Trry Ave. N.
Seattle, WA 98109

Amazon Capital Services, Inc.
c/o Davis Wright Tremaine LLP
Attn: Lauren Dorsett, Esq.
A 920 5th Avenue, Suite 330
Seattle, WA 98104-1610

Blue Bridge Financial, Inc.
11921 Freedom Drive, Suite 1130
Reston, VA 20190 (Address from POC)

Bluevine
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302

Cedar Advance
2917 Avenue I
Brooklyn, NY 11210

Cedar Advance
c/o Corrigan & Morris LLP
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401

Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708

CT Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708

Fasanara Securitisation S.A. Acting
For and On Behalf of Its Compartmen
36-38 Grand-RUE
Grand Duchy of Luxembourg
Grand Duchy of Luxembourt 1660

Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                   F 9013-3.1.PROOF.SERVICE

Financial Pacific Leasing, Inc.
3455 S 344th Way #300
Auburn, WA 98001-9546

First Corporate Solutions
as Representative
914 S. Street
Sacramento, CA 95811

Huntington Valley Bank
990 Spring Garden Street 700
Philadelphia, PA 19123

Huntington Valley Bank
First Citizen Square
15 South Main Street
Mansfield, PA 16933-1590

Mercury Capital
27702 Crown Valley Pkwy
Bldg D4 #205
Ladera Ranch, CA 92694

Metropolitan Capital Bank & Trust
9 East Ontario Street
Chicago, IL 60611

Parkside Funding Group LLC
865 Nj-33 Business 3 Unit 192
Freehold, NJ 07728

Partners Personnel
Management Services, LLC
3820 State Street, Ste B
Santa Barbara, CA 93105

Robert Reiser and Company
725 Dedham Street
Canton, MA 02021

Sand Park Capital LLC
c/o Corrigan & Morris LLP
5401 Collins Ave, Ste. Cu-9A
Miami, FL 33140

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

Sand Park Capital LLC
c/o Corrigan & Morris LLP
Attn: Brian T. Corrigan
1425 Foothills Village Dr.
Henderson, NV 89012

Sellers Funding
45 N. Broad Street, Suite 100
Ridgewood, NJ 07450

Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Slope Advance
7 Freelon Street
San Francisco, CA 94107

Spartan Capital
371 E Main St, Suite 2
Middletown, NY 10940

Stor RB One Limited
14 Old Queen Street
London, UK SW1H9HP  GBR

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

CREDITORS COMMITEE:

Simpler Postage, Inc. (dba EasyPost)
2889 Ashton Boulevard, Ste. 325
Lehi, UT 84043

Jeeves
c/o Alexander Grimwood
2035 S. Sunset Lake Rd., Ste. B-2
Newark, DE 19702

Orrick
c/o Herrington & Sutcliffe LLP
Brandon Batzel, Esq.
51 West 52nd
New York, NY 10019-6142

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE