MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

**FILED & ENTERED**

**JUL 17 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

Counsel for Debtor and Debtor-in-Possession,
Mr. Tortilla, Inc.

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Mr. Tortilla, Inc.,<br><br>      Debtor and Debtor-in-Possession. | CASE NO.: 1:24-bk-10228-VK<br><br>Chapter 11<br><br>**ORDER AUTHORIZING DEBTOR TO EMPLOY NATALIE OLIVER AS DEBTOR'S BOOKKEEPER**<br><br>*[No Hearing Required]* |

The Court, having considered Mr. Tortilla, Inc.'s (the "Debtor") Application for Order Authorizing it to Employ Natalie Oliver as its Bookkeeper (the "Application"), finds that it is necessary to employ a bookkeeper.

**WHEREFORE IT IS HEREBY ORDERED** that the Debtor is authorized to employ Natalie Oliver to act as its Bookkeeper, effective as of June 18, 2024, at the expense of Debtor's estate, under the hourly fee arrangement *and flat fee arrangement* as described in the Application, with the extent, rate and amount of compensation to be determined by this Court upon proper applications. Employment is pursuant to 11 U.S.C. § 327.

###

Date: July 17, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

ORDER AUTHORIZING DEBTOR TO EMPLOY NATALIE OLIVER AS DEBTOR'S BOOKKEEPER