RANIERO D'AVERSA (admitted *pro hac vice*)
rdaversa@orrick.com
MARK FRANKE (admitted *pro hac vice*)
mfranke@orrick.com
BRANDON BATZEL (admitted *pro hac vice*)
bbatzel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

JEFFERY D. HERMANN (STATE BAR NO. 90445)
jhermann@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Counsel for The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MR. TORTILLA, INC.,<br><br>Debtor. | Case No. 1:24-bk-10228-VK<br><br>Chapter 11 Case<br><br>Hon. Victoria S. Kaufman<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S OBJECTION TO MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF BRANDON BATZEL**<br><br>[Related Dkt. No. 277]<br><br>Date: August 29, 2024<br>Time: 1:30 P.M. (Pacific Time)<br>Place: Courtroom 301 |

The Official Committee of Unsecured Creditors (the "Committee") of Mr. Tortilla, Inc., the debtor and debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), hereby submits this objection (the "Objection") to the motion to withdraw as counsel of record for the Debtor [Dkt. No. 277] (the "Motion")[1] filed by the Law Offices of Michael Jay Berger ("Debtor Counsel") together with the accompanying memorandum of points and authorities (the "Memo"). In support of this Objection, the Committee submits the accompanying Declaration of Brandon Batzel (the "Batzel Declaration"), which is incorporated herein by reference, and respectfully states as follows:

## OBJECTION

1. On July 12, Debtor Counsel filed its first interim fee application [Dkt. No. 246] (the "First Interim Fee Application").

2. On August 8, this Court held a hearing on the First Interim Fee Application and determined that although the fees and expenses requested by Debtor Counsel should be allowed, the Debtor would not be permitted to pay the balance of those allowed fees in excess of Debtor Counsel's prepetition retainer absent further order from the Court. [*See* Dkt. No. 281].

3. Immediately after the August 8 hearing, Debtor Counsel filed the Motion requesting to withdraw as the Debtor's bankruptcy counsel. *See* Memo at 2:6-8.

4. While Debtor Counsel points to the Debtor's "lack of cooperation" as the reason for the Motion, the statements made by Mr. Berger at the August 8 hearing combined with the timing of the Motion make abundantly clear that the real reason for the Motion is because Debtor Counsel is unhappy that this Court denied in part the First Interim Fee Application. The Motion does not, however, request withdrawal based on nonpayment nor does it cite to any authorities supporting Debtor Counsel's ability to withdraw due to nonpayment. As the Court noted at the hearing on the First Interim Fee Application, a risk attendant to representing debtors in bankruptcy is non-payment or delays in payment. The Motion should be denied for this reason alone.

---

[1] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion or the Memo, as applicable.

OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S OBJECTION TO MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL

- 2 -

5.  More importantly, the Motion should be denied because the Debtor has not obtained competent replacement counsel to represent the Debtor at similar rates to Debtor Counsel. To the Committee's knowledge, Mr. Berger has made no attempt to assist the Debtor in retaining new counsel. To be clear, the Committee sympathizes with Debtor Counsel's desire to paid, but the Debtor in ***must*** have legal advisors to represent it in this Case. Indeed, Mr. Berger acknowledged this himself in an email to the Debtor's owners shortly after the August 8 hearing in which he notified them of his intention to withdraw: "***Corporations must be represented by counsel in a Chapter 11***."[2] Aug. 8 Berger Email (emphasis added). Accordingly, the Committee objects to the Motion and submits that the Court should not permit Debtor Counsel to withdraw unless and until Debtor Counsel and the Debtor are able to locate suitable replacement counsel.

[*Remainder of page intentionally left blank*]

---

[2] A true and correct copy of this August 8 email (the "August 8 Berger Email") is attached to the Batzel Declaration as Exhibit A. As reflected in the August 8 Berger Email chain, Anthony Alcazar forwarded Mr. Berger's email to the Committee's advisors on August 8.

Dated: August 14, 2024

By: /s/ *Jeffery D. Hermann*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Raniero D'Aversa, Jr. (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: rdaversa@orrick.com
mfranke@orrick.com
bbatzel@orrick.com

Jeffery D. Hermann, State Bar No. 90445
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email: jhermann@orrick.com

*Counsel for The Official Committee of Unsecured Creditors*

**DECLARATION OF BRANDON BATZEL**

I, BRANDON BATZEL, declare:

1. I am an attorney at law that has been admitted *pro hac vice* in this Court with respect to this Case. I am a Senior Associate in the law firm of Orrick, Herrington & Sutcliffe LLP, proposed counsel to the Committee. The facts stated herein are of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. A true and correct copy of the August 8 Berger Email is attached hereto as Exhibit A.

[*Remainder of page intentionally left blank*]

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
2   United States, that the foregoing statements are true and correct to the best of my knowledge,
3   information, and belief.
4   Dated: August 14, 2024

By: /s/ Brandon Batzel
    Brandon Batzel

OFFICIAL COMMITTEE OF UNSECURED
CREDITOR'S OBJECTION TO MOTION TO
WITHDRAW AS DEBTOR'S BANKRUPTCY
COUNSEL

# EXHIBIT A

**August 8 Berger Email**

**Batzel, Brandon**

| | |
|---|---|
| From: | Anthony Alcazar <anthony@mrtortilla.com> |
| Sent: | Thursday, August 8, 2024 5:43 PM |
| To: | Eric Mendez |
| Cc: | Franke, Mark; Batzel, Brandon; Ronald Alcazar |
| Subject: | Fw: MJB Motion to Withdraw as Counsel |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**[EXTERNAL]**
Hey Eric,

Do you have an attorney recommendation?

**From:** Michael Berger <Michael.Berger@bankruptcypower.com>
**Sent:** Thursday, August 8, 2024 11:27 AM
**To:** Anthony Alcazar <anthony@mrtortilla.com>; Ronald Alcazar <ronald@mrtortilla.com>
**Cc:** Sofya Davtyan <Sofya.Davtyan@bankruptcypower.com>
**Subject:** MJB Motion to Withdraw as Counsel

**Dear Anthony and Ronald,**

Later today, I will file a Motion to Withdraw as Counsel for Mr. Tortilla, Inc. The hearing on my Motion will take place on August 29, 2024 at 1:30 pm.

You should immediately look for new counsel to represent Mr. Tortilla, Inc. in its Chapter 11. Corporations must be represented by counsel in a Chapter 11.

Sincerely,

Michael Berger

**Michael Jay Berger
Certified Bankruptcy Law Specialist
The State Bar of California Board of Legal Specialization
Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Telephone (310) 271-6223**

1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**405 Howard Street San Francisco, CA 94105-2669**

A true and correct copy of the foregoing document entitled (*specify*): **Official Committee of Unsecured Creditor's Objection to Motion to Withdraw as Debtor's Bankruptcy Counsel; Declaration of Brandon Batzel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**[See Attachment A]**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **August 14, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **By First Class Mail:** | **By First Class Mail:** | **By First Class Mail:** |
|---|---|---|
| Judge | Debtor | Debtor's Counsel |
| Hon. Victoria Kaufman | Mr. Tortilla, Inc. | Law Offices of Michael Jay Berger |
| United States Bankruptcy Court | Attn: Anthony Alcazar | Attn: Michael Berger |
| Central District of California | 1112 Arroyo St., Ste. I | 9454 Wilshire Boulevard, 6th floor |
| San Fernando Valley Division | San Fernando Valley, CA 913340 | Beverly Hills, CA 90212 |
| 21041 Burbank Blvd., Suite 354 | | |
| Courtroom 201 | | |
| Woodland Hills, CA 91367 | | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 14, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**By Email:**
**Debtor's Counsel**
Law Offices of Michael Jay Berger
Attn: Michael Berger
9454 Wilshire Blvd, 6th Floor
Beverly Hills, CA 90212
michael.berger@bankruptcypower.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2024 | Daniel Carnie | /s/ Daniel Carnie |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT A -1:24-bk-10228-VK -
## In re Mr. Tortilla, Inc.

Michael Jay Berger on behalf of Debtor Mr. Tortilla, Inc.
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com

Jeffrey N Brown on behalf of Creditor Metropolitan Capital Bank & Trust
jbrown@thompsoncoburn.com; cmamayson@thompsoncoburn.com; smagnus@thompsoncoburn.com, DocketLA@thompsoncoburn.com

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Brian T Corrigan on behalf of Creditor Sand Park Capital, LLC
bcorrigan@cormorllp.com, scm@cormorllp.com

Keith S Dobbins on behalf of Creditor JS/JS Properties, Inc
keith@kdobbinslaw.com

Jeffrey Garfinkle on behalf of Creditor Blue Bridge Financial, LLC
jgarfinkle@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com

Anthony F. Giuliano on behalf of Interested Party Spartan Business Solutions, LLC
afg@glpcny.com

Jeffery D Hermann on behalf of Creditor Committee Official Committee of Unsecured Creditors jhermann@orrick.com, casestream@ecf.courtdrive.com

John E Johnson on behalf of Creditor 8fig Inc.
jjohnson@padfieldstout.com

Elan S Levey on behalf of Creditor U.S. Small Business Administration
elan.levey@usdoj.gov, manalili47@gmail.com; julie.morales@usdoj.gov

Bret D Lewis on behalf of Creditor The Dekirmenjian Family Trust, dated February 22, 2002 Garo Dekirmenjian, Trustee
Bretlewis@aol.com, bdlawyager@gmail.com

Matthew D. Resnik on behalf of Other Professional Matthew Resnik
Matt@rhmfirm.com; roksana@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; Rebeca@rhmfirm.com; david @rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com

Brandy A Sargent on behalf of Creditor Amazon Capital Services, Inc.
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor Amazon.com Services LLC
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE