

**FILED & ENTERED**

**DEC 16 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** Cetulio **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>MR. TORTILLA, INC.,<br><br>                                    Debtor. | Case No.: 1:24-bk-10228-VK<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL AS MOOT**<br><br>Date:   December 11, 2024<br>Time:  1:00 p.m.<br>Place:  Courtroom 301<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

On February 14, 2024, Mr. Tortilla, Inc. ("Debtor"), represented by the Law Offices of

Michael Jay Berger ("Movant"), filed a chapter 11 petition, initiating the above-captioned

bankruptcy case. On February 26, 2024, Debtor filed an application to employ Movant as its

general bankruptcy counsel (the "Application") [doc. 36]. On April 1, 2024, the Court entered an

order granting the Application [doc. 111].

On August 8, 2024, Movant filed a *Motion to Withdraw as Debtor's Counsel* ("the Motion") [doc. 277]. On December 4, 2024, Debtor filed a *Substitution of Attorney* (the "Substitution") [doc. 301].

On December 11, 2024 at 1:00 p.m., the Court held a continued hearing on the Motion, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

In light of the Substitution, it is hereby

ORDERED, that the Motion is denied as moot.

###

Date: December 16, 2024

Victoria S. Kaufman
United States Bankruptcy Judge