1  GIOVANNI ORANTES – SBN 190060
   **THE ORANTES LAW FIRM, P.C.**
2  3435 Wilshire Blvd., 27th Floor
   Los Angeles, CA 90010
3  Telephone: (213) 389-4362
   Facsimile: (877) 789-5776
4  go@gobklaw.com

5  Attorney for Debtor and Debtor-in-
   Possession
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

12  In re:                          | Case No. 1:24-bk-10228-VK

13  Mr. Tortilla, Inc.,             | Chapter 11 Proceeding

14       Debtor and Debtor-in-Possession. | **OMNIBUS REPLY TO OBJECTIONS TO DISCLOSURE STATEMENT**

15                                   |

16                                   | **HEARING:**

17                                   | Date:  March 5, 2025
                                     | Time:  1:00 P.M.
18                                   | Place: 21041 Burbank Blvd.
                                     |        Courtroom 301
19                                   |        Woodland Hills, CA 91367

20

21

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

COMES NOW, Mr. Tortilla, Inc. (the "Debtor"), through counsel, in Reply ("Response") to Objections To Disclosure Statement ("Reply") and states as follows, first by the U.S. Trustee and then by the FTB::

For ease, the Debtor reproduces the basic issues highlighted by each of the two objecting parties and discusses its proposed resolution after each objection.

**Issues Raised by the U.S. Trustee Program**

The U.S.T. states that additional information needs to be provided in the Disclosure Statement regarding key retail partnerships with Walmart, Aldi, Home Goods, and KeHE so a hypothetical creditor can determine if these partnerships are anticipated to still be in place five, ten, and fifteen years from now.

The Debtor will insert a discussion of recent developments immediately after the discussion of the KeHE relationship on page 16 (per the numbering on the bottom of each page of the Disclosure Statement). See redlined Disclosure Statement ("Disclosure Statement) attached as Exhibit "1" hereto, which is attached without the redlining as Exhibit "2." The Debtor's representative will sign off on the filed Disclosure Statement as well as the supporting declaration within the Disclosure Statement.

Furthermore, the Debtor will insert a discussion of how it arrived at its projections and explains the increase in revenue from April to May after the above discussion, which can be seen in the Disclosure Statement.

The U.S.T. also says that the Debtor should provide the amount of anticipated administrative claims. The Debtor has provided estimates of the amounts on page 17 and Exhibit C to the Disclosure Statement and will make an equivalent revision in the plan after the hearing on approval of the Disclosure Statement since the information that has to be set forth in the plan has to match information in the disclosure statement. As to Lyneer, however, even though the Debtor believes it knows the approximate amount of its claim and has prepared its projections based on

1  such number, the Debtor will insert the amount it receives from Lyneer after it does.  The Debtor,

2  through counsel, has requested again the number from Lyneer's counsel.

3      As to quarterly fees for the U.S. Trustee, the Debtor will request a final decrease closing

4  the case as soon as possible so as to not incur more quarterly fees.  However, the Debtor's

5  projections have a surplus every month which the Debtor believes suffices to pay the U.S.

6  Trustee's quarterly fees.

7      As to quarterly fees for the U.S. Trustee, the Debtor will request a final decrease closing

8  the case as soon as possible so as to not incur more quarterly fees.  However, the Debtor's

9  projections have a surplus every month which the Debtor believes suffices to pay the U.S.

10 Trustee's quarterly fees.

11     As to the IRS and FTB claims, the original Disclosure Statement and Plan were prepared

12 under the assumption that since it suffered a loss of approximately $4,314,501 in 2022, it would be

13 able to offset income for the other years listed in the proofs of claim of the IRS and of the FTB.

14 However, upon further review, it appears that the Debtor will be able to offset its income for both

15 entities from 2022 through 2024 and for some time in the future but not for years before 2022.

16 Furthermore, the IRS' proof of claim includes estimated amounts for employee-related taxes.

17 However, the Debtor leased its employees during the relevant years. A result, the Debtor has

18 recalculated the amounts to be paid to the IRS and the FTB which are reflected in Exhibit G to the

19 Disclosure Statement, in the treatment set forth in Section III.B.2. to the Disclosure Statement and

20 will be reflected in the Plan after the hearing and after the Debtor receives any additional feedback

21 from interested parties. The proposed revised Exhibit G to the Disclosure Statement is Exhibit "3,"

22 Exhibit "4" is a  chart showing the amounts payable over 15 years to unsecured creditors while

23 Exhibit "5" hereto are amended projections. The Debtor has drafts of the missing tax returns and

24 will file them through an employed accountant.  The Debtor will file a motion to disallow partially

25 the claims of the IRS and FTB requesting that their claims be consistent with the amounts set forth

26 in the Disclosure Statement and Plan or be otherwise established by the Court.

27     With respect to the U.S. Trustee's request that the Disclosure Statement (and Plan) discuss

28 the requirement of filing quarterly reports and that the Debtor provide a notice of the effectiveness

of the Plan, the Debtor is revising the end of the Disclosure Statement accordingly by inserting new sections.  Again, the Debtor will make an equivalent revision in the plan after the hearing on approval of the Disclosure Statement.

**Issues Raised by the California Franchise Tax Board**

The objection of the FTB regarding its treatment is addressed above as the U.S. Trustee made a similar objection.  As to the FTB's comment regarding the discharge, the Disclosure Statement and the Plan, the Debtor simply invokes the provisions of Sections 524 and/or 1141 of the Bankruptcy Code and, therefore, do not see how its language can be over broad but is open to suggestion from the FTB.  As to the FTB's request that the disclosure statement or plan indicate that the Debtor insert see discussion that the FTB may have an administrative claim, doing so would be confusing and unnecessary since Bankruptcy law is clear that the Debtor incurs tax liabilities post-petition in the ordinary course of its operations just as it incurs debt to any other post-petition claimant as defined by the Bankruptcy Code.

Wherefore, the Debtor prays that the Court approve its disclosure statement or continue the hearing to give the Debtor an opportunity to make any additional or different issues raised at the hearing on approval of the Debtor's disclosure statement and for other relief the Court deems just and proper.


Date:  February 26, 2025                    **THE ORANTES LAW FIRM, P.C.**

By: /s/ Giovanni Orantes
    Giovanni Orantes, Esq.
    Attorney for Debtor and Debtor-In-Possession

# Exhibit 1

Giovanni Orantes, Esq.,SBN. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Tel: 213-389-4362
Fax: 877-789-5776
go@gobklaw.com

Attorney for Debtor and
Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>**MR. TORTILLA, INC.,**<br><br>          Debtor and Debtor-in-Possession. | Case No.  1:24-bk-10228-VK<br><br>Chapter 11 Proceeding<br><br>**FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Disclosure Statement Hearing**<br><br>Date:     March 5, 2025<br>Time:    1:00 P.M.<br>Place:   Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367<br><br>**Plan Confirmation Hearing**<br><br>Date:     TBD<br>Time:    TBD<br>Place:   Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

Table of Contents

I. INTRODUCTION ........................................................................................................ - 1 -
   A.      Purpose of This Document .................................................................... - 2 -
   B.      Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing ........ - 3 -
         1.     Time and Place of the Confirmation Hearing ......................... - 3 -
         2.     Deadline for Voting for or Against the Plan .......................... - 3 -
         3.     Deadline for Objecting to the Confirmation of the Plan ........... - 3 -
         4.     Identity of Person to Contact for More Information Regarding the
             Plan .................................................................................. - 3 -
   C.      Disclaimer ....................................................................................... - 3 -
   D.      Source of the Information Contained in the Disclosure Statement .......... - 5 -
   E.      The Accounting Method Used to Produce Financial Information and the
       Identity of the Accountant(s) or Others Responsible for Such Information ..... - 6 -

II. BACKGROUND ...................................................................................................... - 6 -
   A.      Description and History of the Debtor's Business ............................... - 6 -
   B.      Principals/Affiliates of the Debtor's Business .................................... - 11 -
   C.      Management of the Debtor Before and After the Bankruptcy, Including
       Qualifications and Compensation ....................................................... - 12 -
   D.      Relationship of the Debtor With Affiliates, Subsidiaries, Merger or
       Acquisition Interests, Plan Proponents .............................................. - 12 -
   E.      Events Leading to Chapter 11 Filing ................................................. - 12 -
   F.      Significant Events .............................................................................. - 13 -
         1.     Bankruptcy Proceedings ....................................................... - 13 -
         2.     Cash Collateral Use .............................................................. - 13 -
              c.     Administrative Matters .............................................. - 14 -
         3.     Description of the Available Assets and Their Value ............. - 14 -
         4.     Actual and Projected Recovery of Preferential or Fraudulent Transfers - 14
            -
         8.     Anticipated Future of the Debtor .......................................... - 15 -

III. SUMMARY OF PLAN OF REORGANIZATION ............................................. - 18 -
   A.      What Creditors and Interest Holders Will Receive Under the Proposed
       Plan ................................................................................................... - 18 -
   B.      Unclassified Claims ........................................................................... - 18 -
         1.     Administrative Expenses ...................................................... - 18 -
         2.     Priority Tax Claims .............................................................. - 20 -

C.    Classified Claims and Interests.................................................. 21 -
        1.    Classes of Secured Claims ................................................ 21 -
        2.    Classes of Priority Unsecured Claims ................................. 38 -
        3.    Classes of General Unsecured Claims ................................. 38 -
        32.   Class of Interest Holders .................................................. 40 -
D.    Means of Effectuating the Plan .................................................. 41 -
        1.    Funding for the Plan ....................................................... 41 -
        2.    Post-confirmation Management ........................................ 41 -
        3.    Disbursing Agent .......................................................... 41 -
E.    Risk Factors .......................................................................... 41 -
F.    Other Provisions of the Plan ...................................................... 42 -
        1.    Executory Contracts and Unexpired Leases ........................ 42 -
                a.    Assumptions ......................................................... 42 -
                b.    Rejections ............................................................ 43 -
        2.    Retention of Jurisdiction ................................................. 44 -
                a.    Allowance of Claims or Interests ............................. 44 -
                b.    Executory Contract Proceedings .............................. 44 -
                c.    Plan Interpretation ................................................ 45 -
                d.    Plan Implementation .............................................. 45 -
                e.    Plan Modification .................................................. 45 -
                f.    Adjudication of Controversies .................................. 45 -
                g.    Injunctive Relief ................................................... 45 -
                h.    Correct Minor Defects ........................................... 45 -
                i.    Post-Confirmation Orders Regarding Confirmation ...... 46 -
G.    Tax Consequences of the Plan .................................................... 46 -

II. CONFIRMATION REQUIREMENTS AND PROCEDURES ...................... 48 -
A.    Who May Vote or Object .......................................................... 48 -
        1.    Who May Object to Confirmation of the Plan ...................... 48 -
        2.    Who May Vote to Accept/Reject the Plan............................ 48 -

a)      What Is an Allowed Claim/Interest ............................... - 48 -

b)      What Is an Impaired Claim/Interest.............................. - 49 -

3.      Who Is Not Entitled to Vote ............................................ - 49 -

4.      Who Can Vote in More Than One Class ........................ - 50 -

5.      Votes Necessary to Confirm the Plan ............................ - 50 -

6.      Votes Necessary for a Class to Accept the Plan ........... - 50 -

7.      Treatment of Nonaccepting Classes .............................. - 50 -

8.      Request for Confirmation Despite Nonacceptance by Impaired
Class(es)............................................................................. - 51 -

B.      Liquidation Analysis............................................................. - 51 -
C.      Feasibility .............................................................................. - 53 -

III. EFFECT OF CONFIRMATION OF PLAN......................................... - 54 -
A.      Discharge ............................................................................... - 54 -
B.      Revesting of Property in the Debtor ................................... - 55 -
C.      Modification of Plan ............................................................. - 55 -
D.      Post-Confirmation Status Report ....................................... - 55 -
E.      Quarterly Fees ...................................................................... - 55 -
F.      Post-Confirmation Conversion/Dismissal ......................... - 56 -
G.      Default Defined .................................................................... - 56 -
H.      Notice...................................................................................... - 56 -
I.      Final Decree........................................................................... - 58 -

IV. SUPPORTING DECLARATIONS ........................................................ - 1 -

V. SUPPORTING exhibits .......................................................................... - 3 -

EXHIBIT A – ASSETS ................................................................................ - 4 -

EXHIBIT B – HISTORICAL AND PROJECTED INCOME AND EXPENSE
STATEMENTS .................................................................... - 5 -

EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS ............. - 6 -

EXHIBIT D – LIST OF UNSECURED CREDITORS ................................. - 8 -

EXHIBIT E – LIST OF EQUITY INTERESTS .......................................... - 9 -

EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE
ASSUMED OR REJECTED ................................................ - 10 -

EXHIBIT G – CLAIMS SUMMARY, ANALYSIS AND TREATMENT ....... - 11 -

EXHIBIT H – ALLOWANCE AND DISALLOWANCE OF CLAIMS .......... - 12 -

I. INTRODUCTION ............................................................................................................. - 1 -

   A.      Purpose of This Document ..................................................................... - 2 -

   B.      Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing ........ - 3 -

         1.    Time and Place of the Confirmation Hearing........................................... - 3 -

         2.    Deadline for Voting for or Against the Plan............................................ - 3 -

         3.    Deadline for Objecting to the Confirmation of the Plan ......................... - 3 -

         4.    Identity of Person to Contact for More Information Regarding the Plan - 3 -

   C.      Disclaimer.............................................................................................. - 3 -

   D.      Source of the Information Contained in the Disclosure Statement .................. - 5 -

   E.      The Accounting Method Used to Produce Financial Information and the Identity
of the Accountant(s) or Others Responsible for Such Information .................... - 6 -

II. BACKGROUND ............................................................................................................. - 6 -

   A.      Description and History of the Debtor's Business ............................................ - 6 -

   B.      Principals/Affiliates of the Debtor's Business................................................... - 11 -

   C.      Management of the Debtor Before and After the Bankruptcy, Including
Qualifications and Compensation....................................................................... - 12 -

   D.      Relationship of the Debtor With Affiliates, Subsidiaries, Merger or Acquisition
Interests, Plan Proponents.................................................................................. - 12 -

   E.      Events Leading to Chapter 11 Filing ................................................................. - 12 -

   F.      Significant Events............................................................................................... - 13 -

         1.    Bankruptcy Proceedings ......................................................................... - 13 -

         2.    Cash Collateral Use ................................................................................ - 13 -

         3.    Administrative Matters ........................................................................... - 14 -

         4.    Description of the Available Assets and Their Value ............................. - 14 -

         5.    Actual and Projected Recovery of Preferential or Fraudulent Transfers - 14 -

   G.      Current and Historical Financial Conditions ..................................................... - 14 -

   H.      Anticipated Future of the Debtor....................................................................... - 15 -

III. SUMMARY OF PLAN OF REORGANIZATION ................................................................ - 18 -

   A.       What Creditors and Interest Holders Will Receive Under the Proposed Plan .. - 18 -

   B.       Unclassified Claims ........................................................................................ - 18 -

       1.     Administrative Expenses ................................................................ - 18 -

       2.     Priority Tax Claims ....................................................................... - 20 -

   C.       Classified Claims and Interests .................................................................... - 21 -

       1.     Classes of Secured Claims ............................................................ - 21 -

       2.     Classes of Priority Unsecured Claims .......................................... - 38 -

       3.     Classes of General Unsecured Claims .......................................... - 38 -

       4.     Class of Interest Holders ............................................................... - 40 -

   D.       Means of Effectuating the Plan .................................................................... - 41 -

       1.     Funding for the Plan ...................................................................... - 41 -

       2.     Post-confirmation Management ..................................................... - 41 -

       3.     Disbursing Agent .......................................................................... - 41 -

   E.       Risk Factors ................................................................................................... - 41 -

   F.       Other Provisions of the Plan ......................................................................... - 42 -

       1.     Executory Contracts and Unexpired Leases .................................. - 42 -

             a.     Assumptions ...................................................................... - 42 -

             b.     Rejections .......................................................................... - 43 -

       2.     Retention of Jurisdiction ............................................................... - 44 -

             a.     Allowance of Claims or Interests ...................................... - 44 -

             b.     Executory Contract Proceedings ....................................... - 44 -

             c.     Plan Interpretation ............................................................. - 45 -

             d.     Plan Implementation .......................................................... - 45 -

             e.     Plan Modification .............................................................. - 45 -

             f.     Adjudication of Controversies .......................................... - 45 -

             g.     Injunctive Relief ............................................................... - 45 -

             h.     Correct Minor Defects ....................................................... - 45 -

    i.  Post-Confirmation Orders Regarding Confirmation ................- 46 -

 G.  Tax Consequences of the Plan.........................................................- 46 -

II. CONFIRMATION REQUIREMENTS AND PROCEDURES .......................................- 48 -

 A.  Who May Vote or Object ................................................................- 48 -

  1.  Who May Object to Confirmation of the Plan ....................- 48 -

  2.  Who May Vote to Accept/Reject the Plan...........................- 48 -

    a)  What Is an Allowed Claim/Interest ..........................- 48 -

    b)  What Is an Impaired Claim/Interest..........................- 49 -

  3.  Who Is Not Entitled to Vote ................................................- 49 -

  4.  Who Can Vote in More Than One Class ..............................- 50 -

  5.  Votes Necessary to Confirm the Plan .................................- 50 -

  6.  Votes Necessary for a Class to Accept the Plan..................- 50 -

  7.  Treatment of Nonaccepting Classes ....................................- 50 -

  8.  Request for Confirmation Despite Nonacceptance by Impaired Class(es)................................................................................- 51 -

 B.  Liquidation Analysis.......................................................................- 51 -

 C.  Feasibility .......................................................................................- 53 -

III. EFFECT OF CONFIRMATION OF PLAN...............................................................- 54 -

 A.  Discharge ........................................................................................- 54 -

 B.  Revesting of Property in the Debtor ...............................................- 55 -

 C.  Modification of Plan .......................................................................- 55 -

 D.  Post-Confirmation Status Report ...................................................- 55 -

 E.  Post-Confirmation Quarterly Reports to the United States Trustee ................- 55 -

 F.  Quarterly Fees.................................................................................- 55 -

 G.  Notice of Effective Date of the Plan...............................................- 56 -

 H.  Post-Confirmation Conversion/Dismissal ......................................- 56 -

 I.  Default Defined ..............................................................................- 56 -

 J.  Notice..............................................................................................- 56 -

K.        Final Decree ................................................................ - 58 -

IV. SUPPORTING DECLARATIONS ................................................ - 1 -

V. SUPPORTING exhibits ............................................................. - 3 -

EXHIBIT A – ASSETS ................................................................... - 4 -

EXHIBIT B – HISTORICAL AND PROJECTED INCOME AND EXPENSE
        STATEMENTS ..................................................................... - 5 -

EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS ............ - 6 -

EXHIBIT D – LIST OF UNSECURED CREDITORS .............................. - 8 -

EXHIBIT E – LIST OF EQUITY INTERESTS ...................................... - 9 -

EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE
        ASSUMED OR REJECTED ...................................................... - 10 -

EXHIBIT G - CLAIMS SUMMARY, ANALYSIS AND TREATMENT ........... - 11 -

EXHIBIT H - ALLOWANCE AND DISALLOWANCE OF CLAIMS .............. - 12 -

**I.**

**INTRODUCTION**

The Plan Proponent is Mr. Tortilla, Inc., the Debtor and Debtor-In-Possession (the "Debtor" or "Mr. Tortilla") in the above-captioned chapter 11 bankruptcy case (the "Case").  On February 14, 2024 (the "Petition Date"), the Debtor commenced the Case by filing a voluntary chapter 11 petition under title 11 of the United States Code, sections 101 *et seq*. (the "Bankruptcy Code").  The Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Case.

Chapter 11 allows the Debtor, the creditors and others parties in interest to propose a plan of reorganization.  A plan of reorganization may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both.  The Debtor is the party proposing the accompanying chapter 11 plan of reorganization (the "Plan") being sent to you in the same envelope as this document.  THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT DESCRIBING THE PLAN (the "Disclosure Statement").  The Disclosure Statement is provided to help you understand the Plan.  All terms which are not otherwise defined in the Plan shall have the same meaning as such terms are provided in this Disclosure Statement.

The Plan is a reorganizing plan.  In other words, the Proponent seeks to accomplish payments under the Plan by its earnings from the operation of the Debtor as tortilla manufacturer and seller including e-commerce.  The Plan's effective date (the "Effective Date") will be the first business day of the first full calendar month that is at least fifteen (15) days following the date of entry of the Court order confirming the Plan, as it may be amended (the "Plan Confirmation Order") when and provided that all of the following conditions to the effectiveness of the Plan have been satisfied or waived by the Debtor: (a) there shall not be any stay in effect with respect to the Plan Confirmation Order; or (b) the Plan Confirmation Order shall not be subject to any appeal or rehearing.

Following the Effective Date, the Debtor shall be referred to as the "Reorganized Debtor."

**A.      Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

**(1)      WHO CAN VOTE OR OBJECT,**

**(2)      WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD RECEIVE IN LIQUIDATION,**

**(3)      THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

**(4)      WHAT THINGS THE COURT WILL LOOK AT TO DECIDE WHETHER OR NOT TO CONFIRM THE PLAN,**

**(5)      WHAT IS THE EFFECT OF CONFIRMATION, AND**

**(6)      WHETHER THE PLAN IS FEASIBLE.**

This Disclosure Statement cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how the Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as this Disclosure Statement.  If there are any inconsistencies between the Plan and this Disclosure Statement, the Plan provisions will govern.

The Bankruptcy Code requires a Disclosure Statement to contain "adequate information" concerning the Plan.  The Bankruptcy Court has approved this document as an adequate Disclosure Statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.

**B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT.  IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.    Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take place on **TBD at __P.M.** in Courtroom 301 of the United States Bankruptcy Court, located at 21041 Burbank Blvd. Woodland Hills, CA 91367.

**2.    Deadline for Voting for or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot and return the ballot in the enclosed envelope to Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, California 90010.  Your ballot must be received by 5:00 p.m., Pacific Daylight-Saving Time, on **TBD** or it will not be counted.

**3.    Deadline for Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed by **TBD** with the Court and served by same day service upon Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, California 90010, Telephone:  (213) 389-4362; Facsimile: (877) 789-5776, e-mail: go@gobklaw.com.

**4.    Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, CA 90010, Telephone:  (213) 389-4362; Facsimile:  (877) 789-5776, email: go@gobklaw.com.

**C.    Disclaimer**

FOR A COMPLETE UNDERSTANDING OF THE PLAN, YOU SHOULD READ THIS DISCLOSURE STATEMENT, THE PLAN AND THE EXHIBITS HERETO AND THERETO

IN THEIR ENTIRETY.  IF ANY INCONSISTENCY EXISTS BETWEEN THE PLAN AND

THIS DISCLOSURE STATEMENT, THE TERMS OF THE PLAN ARE CONTROLLING.

HOLDERS OF CLAIMS SHOULD NOT CONSTRUE THE CONTENTS OF THIS

DISCLOSURE STATEMENT AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL OR

TAX ADVICE, AND SHOULD CONSULT WITH THEIR OWN ADVISORS BEFORE

CASTING A VOTE WITH RESPECT TO THE PLAN.

ALL CREDITORS ARE ADVISED AND ENCOURAGED TO READ THIS

DISCLOSURE STATEMENT AND THE PLAN IN THEIR ENTIRETY BEFORE VOTING TO

ACCEPT OR REJECT THE PLAN.  THE PLAN SUMMARIES AND STATEMENTS MADE

IN THIS DISCLOSURE STATEMENT, INCLUDING THE FOLLOWING SUMMARY, ARE

QUALIFIED IN THEIR ENTIRETY BY REFERENCE TO THE PLAN, EXHIBITS ANNEXED

TO THE PLAN, THIS DISCLOSURE STATEMENT AND ALL EXHIBITS TO THIS

DISCLOSURE STATEMENT.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE

STATEMENT ARE MADE ONLY AS OF THE DATE HEREOF UNLESS OTHERWISE

SPECIFIED, AND THERE CAN BE NO ASSURANCE THAT THE STATEMENTS

CONTAINED HEREIN WILL BE CORRECT AT ANY TIME AFTER SUCH DATE.  ALL

CREDITORS SHOULD READ CAREFULLY THE "RISK FACTORS" SECTION HEREOF

BEFORE VOTING TO ACCEPT OR REJECT THE PLAN.  SEE SECTION V BELOW,

"CERTAIN RISK FACTORS TO BE CONSIDERED."

THIS DISCLOSURE STATEMENT HAS BEEN PREPARED IN ACCORDANCE WITH

SECTION 1125 OF THE BANKRUPTCY CODE AND RULE 3016 OF THE FEDERAL RULES

OF BANKRUPTCY PROCEDURE AND NOT NECESSARILY IN ACCORDANCE WITH

FEDERAL OR STATE SECURITIES LAWS OR OTHER APPLICABLE LAW.  THIS

DISCLOSURE STATEMENT HAS BEEN NEITHER APPROVED NOR DISAPPROVED BY

THE SECURITIES AND EXCHANGE COMMISSION (THE "SEC") NOR HAS THE SEC

PASSED UPON THE ACCURACY OR ADEQUACY OF THE STATEMENTS CONTAINED

HEREIN.  PERSONS OR ENTITIES TRADING IN OR OTHERWISE PURCHASING,

SELLING, OR TRANSFERRING CLAIMS OR INTERESTS OF THE DEBTOR SHOULD

1  EVALUATE THIS DISCLOSURE STATEMENT AND THE PLAN IN LIGHT OF THE

2  PURPOSES FOR WHICH THEY WERE PREPARED.

3      THE INFORMATION IN THIS DISCLOSURE STATEMENT IS BEING PROVIDED

4  SOLELY FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN.  NOTHING IN

5  THIS DISCLOSURE STATEMENT MAY BE USED BY ANY ENTITY FOR ANY OTHER

6  PURPOSE.

7      THE TERMS OF THE PLAN GOVERN IN THE EVENT OF ANY INCONSISTENCY

8  WITH THE PLAN SUMMARY IN THIS DISCLOSURE STATEMENT.  ALL EXHIBITS TO

9  THIS DISCLOSURE STATEMENT ARE INCORPORATED INTO AND ARE A PART OF

10 THIS DISCLOSURE STATEMENT AS IF SET FORTH IN FULL HEREIN.

11     AS TO CONTESTED MATTERS, EXISTING LITIGATION INVOLVING, OR

12 POSSIBLE ADDITIONAL LITIGATION TO BE BROUGHT BY, OR AGAINST, THE

13 DEBTOR, ADVERSARY PROCEEDINGS, AND OTHER ACTIONS OR THREATENED

14 ACTIONS, THIS DISCLOSURE STATEMENT SHALL NOT CONSTITUTE OR BE

15 CONSTRUED AS AN ADMISSION OF ANY FACT OR LIABILITY, A STIPULATION, OR A

16 WAIVER, BUT RATHER AS A STATEMENT MADE WITHOUT PREJUDICE SOLELY FOR

17 SETTLEMENT PURPOSES, WITH FULL RESERVATION OF RIGHTS, AND IS NOT TO BE

18 USED FOR ANY LITIGATION PURPOSE WHATSOEVER BY ANY PERSON, PARTY OR

19 ENTITY.  AS SUCH, THIS DISCLOSURE STATEMENT SHALL NOT BE ADMISSIBLE IN

20 ANY NONBANKRUPTCY PROCEEDING INVOLVING THE DEBTOR OR ANY OTHER

21 PARTY IN INTEREST, NOR SHALL IT BE CONSTRUED TO BE CONCLUSIVE ADVICE

22 ON THE TAX, SECURITIES, FINANCIAL OR OTHER EFFECTS OF THE PLAN AS TO

23 HOLDERS OF CLAIMS AGAINST OR INTERESTS IN THE DEBTOR.

24 **D.**    **Source of the Information Contained in the Disclosure Statement**

25     The financial data relied upon in formulating the Plan is based on the Debtor's books and

26 records which, unless otherwise indicated, is unaudited.  The information contained in this

27 Disclosure Statement is provided by the Debtor.  The Debtor represents that everything stated in

28 this Disclosure Statement is true to the Debtor's best knowledge.  The Bankruptcy Court has not

yet determined whether or not the Plan is confirmable and makes no recommendation as to whether or not you should support or oppose the Plan.

**E.     The Accounting Method Used to Produce Financial Information and the Identity of the Accountant(s) or Others Responsible for Such Information**

The accounting methods used to prepare the cash flow projections and the other financial documents is the "accrual" method, unless otherwise expressly specified.  The person responsible for preparing financial information is the Debtor's Chief Financial Officer and Chief Operating Officer, Ronald Alcazar with the input and assistance of Anthony Alcazar, the President and Chief Executive Officer.

**II.**

**BACKGROUND**

**A.     Description and History of the Debtor's Business**

Mr. Tortilla commenced its bankruptcy case on February 14, 2024 (the "Petition Date"). The Debtor is wholly owned by brothers Anthony and Ronald Alcazar: Anthony owns 81% of the shares and is the President and Chief Executive Officer; Ronald owns 19% of the shares and is the Chief Financial Officer.

Throughout their lives, Anthony and Ronald watched their father work tirelessly, leading food companies to success. Despite his significant contributions, he never owned a part of any of these businesses; he was always an employee. Witnessing this, in 2012, Anthony and Ronald became determined to create a company of their own.

After graduating from UCLA, Anthony worked for six years and managed to save $120,000. Around the same time, Ronald also graduated from UCLA. With their combined experiences and savings, Anthony proposed that they start their own business.

When they consulted their father, he shared his extensive experience in snacks, frozen foods, spices, and tortillas. The moment they heard "tortillas," they knew that was their path. As kids, they had always complained about the bitter taste of store-bought tortillas, and they recognized the market need for a great-tasting, high-quality tortilla.

1    With their father as a consultant, they took the plunge and founded their company. The

2   first thing they did was move both their families into one house, dedicating all their time to the

3   business. They knew they would have to go without income for a while, and their wives supported

4   them wholeheartedly as they poured their hearts and souls into their dream.

5    They initially gave the company a placeholder name, "L.A. Tortilla," which no one has

6   happy with. One day, while handing out their business card, someone misread the business name

7   and called them "Mr. Tortilla." To their delight, the name was available, and they quickly

8   trademarked it.

9   They worked tirelessly, designing their logo, printing bags, and perfecting their recipes. The entire

10  family was involved in the R&D process, cooking and tasting different flavors for long hours in

11  their mom's kitchen.

12   In 2013, they rented an office on the third floor of a building and a small warehouse, then

13  began their search for a co-packer—a factory equipped to manufacture products for other

14  companies, often under private label. After a year of preparation, they were ready to launch their

15  line of flavored tortillas. They embarked on their mission to offer their product to the world. Their

16  tortillas are delicious, and everyone loved them.

17   Between 2015 and 2018, they started to grow and needed a truck to transport their finished

18  goods. They applied for an SBA loan through one of the non-profit organizations assigned to

19  handle such loans. Despite having a solid business plan and significant investment of both time

20  and money in their company, their loan application was denied. After persistent inquiries, they

21  were finally told that the organization simply did not have the funds to support their loan.

22   They wrote to the SBA headquarters seeking clarification or assistance but received no

23  response. It was frustrating to see their growth hindered by a system that seemed unable to support

24  small businesses like theirs.

25   After a family discussion about their struggles with the process, they found the solution

26  while watching "The Shawshank Redemption." In the movie, an inmate writes letters every week

27  to request funds for a library, they decided to take a similar approach. They sent letters every day

28

1    expressing their concerns, not just for themselves but for small businesses in general, asking them

2    to review their business plan.

3          Six months later, they received a call from the Valley Economic Development Center

4    (VEDC), one of the institutions handling loans and grants. They informed them that the SBA had

5    directed them to assist them. They were granted a $50,000 microloan, which allowed them to buy

6    a used 16-foot truck, saving them money and facilitating their growth.

7          As they continued to grow, they encountered issues with their co-packer, who was

8    unwilling to maintain quality control standards, ultimately costing them their largest account, the

9    US Military. Thankfully they were able to find a new co-packer quickly. They shared these

10   struggles with VEDC, expressing their need for their own factory. VEDC then approached them to

11   obtain a federal grant to purchase machinery and promised support to build out their factory.

12         It wasn't until VEDC's bankruptcy filing years later that they learned of their dire financial

13   state, and their history of mishandling funds. They had obtained federal grant money for their

14   project but delayed disbursements to them and delaying their machine being built as long as they

15   possibly could. This caused them to incur massive expenses due to the delays and ultimately led to

16   their first Chapter 11 filing when they attempted to auction their company's assets, leaving them

17   with no recourse.

18         Then, when VEDC required the Debtor to lease a larger facility, but did not release the

19   funds from the Department of Health and Human Services (DHHS) that it had contracted to

20   release, the Debtor found itself with a prohibitive amount of unnecessary overhead, which was the

21   catalyst for filing the first bankruptcy petition in 2018.

22         They continued to push forward in both food service and retail, aiming to get their tortillas

23   into supermarkets. Their product was superior to any other on the market in terms of quality and

24   taste, but breaking into the stores proved nearly impossible. Mission Foods held a virtual

25   monopoly over the tortilla market, buying up shelf space and ensuring their dominance. The

26   monopoly in the tortilla industry is more pronounced than in any other. For example, when you go

27   to a store, Coke is not the only refreshment drink available. Despite their superior product, they

28   had no chance in the big supermarkets due to this stranglehold.

1    However, they found opportunities with independent and neighborhood markets that were

2    eager to offer new products. They started delivery routes to these markets and found success.

3    People loved their tortillas, recognized their brand, and it was incredibly rewarding. Every market

4    they visited left with a display full of their product, becoming a part of their growing network.

5    Unfortunately, they could not continue to grow their retail line because of their Co-Packer at the

6    time. The problem started when they started to outsell their co-packer in the neighborhood

7    markets and they refused to continue to produce their tortillas.

8    To emerge from Chapter 11 the first time, they built a restaurant distribution route and

9    food service business, selling their burrito tortillas. This growth was slow and steady. They began

10    research and development on a unique product—a 1-net carb, 15-calorie tortilla aimed at making

11    Mexican food healthier.

12    In 2019, their revenue was $743,000. However, when the pandemic hit in 2020, they lost

13    their distribution route and food service business. They decided to reach consumers through e-

14    commerce and launched their 1-net carb tortilla in the third quarter of 2020.

15    Selling tortillas online at scale was unprecedented, but their venture was an instant success,

16    leading to explosive growth. In 2020, their e-commerce sales approached $4 million, contributing

17    to a total revenue of $4.7 million. Ron and Anthony perfected a combination of UGC, branding,

18    digital marketing, SEO, and photography, which they implemented into highly effective ads

19    targeted at the right consumers—what they call their "Algorithm." To execute and scale their

20    advertising, they had to dedicate 4-6 uninterrupted hours daily. They scaled without financing by

21    reinvesting their profits.  During this time, they were also doing research and development for

22    their low carb chips.

23    In 2021 they grew faster than ever, reaching 13MM in revenue, selling tortillas primarily

24    on their website. This was uncharted territory for them, and when they most needed his guidance,

25    their father, Tony Alcazar, in charge of manufacturing and operations, almost died from COVID-

26    19 and was sidelined and was limited to helping them remotely.

27    At the time, they launched their chips with a new co-packer in late October 2021. The chip

28    launch was successful and they sold close to $25,000 on the first day. They dedicated a

1  tremendous amount of time, effort, money and marketing into this new line over the course of the

2  next year.

3       They initially faced many difficulties with copackers frying their chips and had to seek

4  legal recourse several times. They eventually switched to a new co-packer. They were getting

5  ready for a big push on Amazon for these chips, when they discovered that their co-packer had

6  mishandled their product, and had to stop all sales, as well as return and dispose of all products.

7       The first problem started when their co-packer delayed production of their chips. The

8  normal 7–10-day lead time they were promised was not honored. They kept pushing them back

9  and without an alternative they were forced to wait. This continued until late September when

10 they discovered that their-co-packers mishandled their chips which caused them to become rancid.

11      Finally, in 2023, to avoid the recurring co-packer problems, they focused on expanding

12 their production capacity so that they would not have to work with co-packers, which were

13 instrumental in causing both of the Debtor's bankruptcy cases. They built out their facility as they

14 aimed to raise capital for growth. Their father was fully recovered and would be physically

15 involved with production.

16      In general, they have great relationships with their creditors as they believe in them. They

17 have always had open communication and dialogue. Their plan was to hit the ground running in

18 2024 and use profitability to scale (like in 2020 and 2021) since they had the production capacity

19 to scale, they had their father back, and they have a unique product that people love. Also – they

20 were approached by BenchMark International in December of 2023 assuring them that they could

21 find them the right minority partner that would give them the support needed. They also

22 mentioned that their company was perfect for the Market as E-commerce + food and beverage

23 manufacturing businesses were highly sought after. Benchmark International claims to be the #1

24 M&A Firm in the world so they decided to engage them to raise capital and refinance their debt

25 for their creditors.

26      2024 started off with a bang – All the algorithms Anthony and Ronald worked on during

27 2023 were paying dividends. The Debtor started to grow and everything was looking like it would

28 work out. Benchmark was getting ready to put them on the market all over the world, but

1  unfortunately a Merchant Cash Advance lender ("MCA"), 8Fig, a junior creditor, froze their

2  e.commerce revenue, the lifeblood of their business, and brought their operation to a halt. After

3  pleading with them and telling them that they were engaging BenchMark and that their freezing

4  their e.commerce revenue would put them into a bankruptcy case, they froze the account anyway.

5  Thus, the Debtor had to file for Chapter 11 for the automatic stay in order to be able to continue to

6  operate.

7      After initially concentrating on selling the business of the Debtor as requested by the

8  Committee of Unsecured Creditors ("Committee") and the Court-appointed Financial Advisor,

9  Genesis Credit Partners LLC as Financial Advisor and Investment Banker, the Debtor's principals

10  have now focused on the business as an ongoing operation and have adjusted their business model

11  to obtain subscriptions over one-time-purchases. This focus on Monthly Recurring Revenue

12  (MRR) will give their company a better ability to forecast and predict demand, as well as

13  maximize the value from advertising. Lastly, they have built a sizeable local distribution route

14  over the last 2 months, now having over 150 local stores carrying their products. They have signed

15  several new distributors in this time.

16      They have launched a brand new line of flavored tortillas, including a Spinach & Nopal

17  tortilla flavor that has 7 vegetables and is kid-friendly. This tortilla is targeted to all moms that

18  need their kids to eat vegetables.

19      Many things that happened to them were beyond their control, but the Debtor's principals

20  take responsibility for everything, and they have learned from this experience. After facing

21  significant challenges, they demonstrated their resilience. That's why the consumers have made them

22  the #1 Tortilla on Amazon.

23      In 2025, the Debtor is expanding into retail on a nationwide scale with placement on shelves in

24  the following retailers and distributors such as Walmart, Aldi, Home Goods, KeHe, C&S Wholesale

25  Groceries.

26  **B.    Principals/Affiliates of the Debtor's Business**

27      Anthony Alcazar is the President and Chief Executive Officer of the Debtor while Ronald

28  Alcazar is its Chief Financial Officer.

**C.    Management of the Debtor Before and After the Bankruptcy, Including Qualifications and Compensation**

As discussed above, Anthony Alcazar is the President and Chief Executive Officer of the Debtor while Ronald Alcazar is its Chief Financial Officer.  Messrs. Alcazar will continue to manage the operations of the Debtor after confirmation of the Plan.

**D.    Relationship of the Debtor With Affiliates, Subsidiaries, Merger or Acquisition Interests, Plan Proponents**

The Debtor is the Plan Proponent.

**E.    Events Leading to Chapter 11 Filing**

The Debtor filed a Chapter 11 case in 2018 and confirmed a Chapter 11 plan previously. The previous filing was required in no small part because of the inability of the Debtor to get a reliable copacker (that is, a factory that will fry and/or pack its products) combined with overexpansion. After plan confirmation, there were still difficult growing pains that combined to require the present case. The Debtor spent time building up its production capacity only to have the combination of a 7 digit loss caused by co-packer acts and omissions plus a freeze of crucial working capital to force the Debtor into the instant case to make sure it would have timely access to capital.

As previously detailed, 2024 started off with a bang – All the algorithms Anthony and Ronald worked on during 2023 were paying dividends. In January and February 2024, the debtor had $1,044,118.50 in sales. The Debtor started to grow and everything was looking like it would work out. Benchmark was getting ready to put them on the market all over the world, but unfortunately an MCA froze their E-commerce revenue, the lifeblood of their business, and brought their operation to a halt. After pleading with them and telling them that they were engaging BenchMark and that their freezing their E-commerce revenue would put them into a bankruptcy, they froze the account anyway. Thus, the Debtor had to file for Chapter 11 for the automatic stay in order to be able to continue to operate.

**F.    Significant Events.**

      1.    <u>Bankruptcy Proceedings</u>

      The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on February 14, 2024.  The Debtor continues to operate its business and manage its financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

      On February 26, 2024, Attorney Michael Jay Berger filed his employment application as General Bankruptcy Counsel as Docket No. 36 which was granted by order entered on April 1, 2024.

      On April 8, 2024, the Official Committee of Unsecured Creditor filed its application to Employ Orrick Herrington & Sutcliffe LLP as Counsel as docket No. 117 which was granted by order entered on May 20, 2024.

      On April 19, 2024, the Official Committee of Unsecured Creditor filed its application to Employ Genesis Credit Partners LLC as Financial Advisor And Investment Banker as docket No. 141 which was granted by order entered on May 24, 2024.

      On June 27, 2024, Natalie Oliver filed her application to Employ as Bookkeeper as Docket No. 227, which was granted by order entered on July 17, 2024.

      On December 27, 2024, the Orantes Law Firm, P.C.  filed its employment application as General Insolvency Counsel as Docket No. 308.

      2.    Cash Collateral Use

      On February 20, 2024, the Debtor caused to be filed the Debtors Emergency Motion For Order Authorizing Interim Use Of Cash Collateral Pursuant To 11 U.S.C. § 363 and granted by order entered on March 5, 2024.

      The Debtor continued to operate pursuant to authorization for use of cash collateral but last requested authorization for ongoing use on May 9, 2024, when the Debtor caused to be filed the Debtors Emergency Motion For Order Authorizing Interim Use Of Cash Collateral Pursuant To 11 U.S.C. § 363; which was granted by order entered on August 20, 2024.

c3.    Administrative Matters

The Debtor was required to address the various administrative matters attendant to the commencement of this Case.  These matters included the preparation of the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs, and the preparation of the materials required by the Office of the United States Trustee (the "OUST"), including, without limitation, the 7-Day Package for the Debtor and monthly operating reports.  The Debtor made every effort to comply with its duties under 11 U.S.C. Sections 521, 1106 and 1107 and all applicable OUST guidelines, including the filing of the Debtor's monthly operating reports with the OUST.  The Debtor also attended its initial interview with the OUST, and the meeting of creditors required under 11 U.S.C. § 341(a).

3 4.    Description of the Available Assets and Their Value

As their recent unsuccessful attempt to sell the Debtor's business demonstrated, the Debtor's value is basically just the value of its personal assets and leases. So, the Debtor's liquidation analysis assumes that the value consists of the scheduled assets less the value of the assets subject to leases.  The Debtor places a value on its assets in the liquidation analysis hereinbelow.

4 5.    Actual and Projected Recovery of Preferential or Fraudulent Transfers

The Debtor is still analyzing its claims and will amend this section prior to the hearing on approval of its disclosure statement, if necessary.

**7G.    Current and Historical Financial Conditions**

The Debtor's historical financial condition and some of its current condition is described to a great extent in the "Description and History of the Debtor's Business" to which the Debtor directs the reader's attention. However, further needs to be said about its current and future financial condition.

Genesis, the firm appointed by the creditors' committee, was unable to secure a buyer for Mr. Tortilla. They sought $5 million for a full sale but were unsuccessful. The only potential buyer, Eric Donnelly, was introduced to Genesis by the Debtor's principals who complied with every request made by Genesis and the Committee. Eric Donnelly was already familiar with

Mr. Tortilla prior to the involvement by Genesis and the Committee. Despite initial progress, his

interest waned after a conversation in which Mr. Donnelly was misled into believing the Debtor

had not paid its employees even though Lyneer Staffing Solutions, LLC had kept them paid.

Pivoting, Genesis introduced the debtor to New Mill Holdings, an auctioneer for sales of

Machinery. The Debtor's machinery is antiquated and lacks automation, the debtor shared

information and photographs with New Mill Holdings and they opted not to pursue as it was not

worth their time.

Ultimately, since no purchaser has materialized despite the intense focus on a sale by the

Debtor with the Committee and Genesis' encouragement, the Debtor believes returning the focus

to operations will result in a payment for all parties of 100% of the amounts required by the

Bankruptcy Code.

**~~8~~H.    Anticipated Future of the Debtor**

The Debtor is confident that a reorganization is quite feasible as it has secured key retail

partnerships for 2025.  The Debtor's plan is built on strategic growth through partnerships with

major retailers, which it has, in fact, been establishing:

**Walmart Golden Ticket**: ~~Awarded~~The Debtor was awarded this prestigious recognition

and is set to launch in Walmart stores in March 2025. Walmart is starting the Debtor off in their

top two states: Texas (#1) and Florida (#2), where the Debtor will be entering a total of 572 stores

with multiple SKUs. California, their #3 state, is expected to follow shortly, though the Debtor is

intentionally pacing ~~ourselves~~itself to ensure a smooth rollout.

Winning Walmart's Golden Ticket is a major milestone and a critical component of ~~our~~the

Debtor's plan to strengthen our position and move forward. This opportunity highlights the

significant growth potential ~~we have~~the Debtor has as ~~we work~~it works toward emerging stronger.

**Aldi** (California Stores): Approved to stock our products in 108 locations, with potential

for private label collaboration.

**Home Goods**: Initial purchase orders received by the Debtor for distribution to 1,000

stores.

**KeHE** (Nationwide Distributor): Secured nationwide distribution, with first orders shipping in January 2025.

**Retail Expansion Update as of End of February 2025**. Initially, Mr. Tortilla projected first-year sales of approximately $699,056.23 before receiving a full store count or official projections from Walmart. However, on January 24, 2025, Walmart's Replenishment Manager—the individual responsible for purchase orders—provided internally generated estimates of projected sales by units for each of the eight Distribution Centers (DCs) where the Debtor's products will be stocked.

According to Walmart's internal figures, they anticipate ordering $67,781.56 every three weeks, which translates to $1,174,880.37 in first-year sales—significantly higher than the Debtor's initial conservative estimates. Furthermore, Walmart's projections indicate that stores will sell approximately 12 bags per week of the De top-selling product, 8 bags per week of our second-best seller, and 6 bags per week of our third-best seller.

Based on experience in retail, the Debtor has not a retailer sell through its products at such a slow pace. The Debtor believes that Walmart is underestimating sales. Given past performance in other retailers, the Debtor strongly anticipates far surpassing Walmart's projected sales.

Importantly, Walmart's first purchase orders (POs) totaled $85,619.04, which aligns with and verifies the projected order volumes provided by Walmart's internal estimates.

As Walmart Golden Ticket winners, this is just the first step into the Debtor's expansion into Walmart, and the projections do not take into account additional distribution centers that would be added through the first 12 months.  The Debtor has a report about the foregoing but due to confidentiality concerns since aspects of the orders can be used by competitors to the Debtor's detriment, the Debtor can share a report from Walmart about the above subject to a confidentiality agreement.

As to KeHE, HomeGoods, and Aldi. following the Debtor's participation in KeHE's Summer Show in February in Phoenix, Arizona, the Debtor successfully closed deals with several chain retailers, expanding its KeHE distribution network to over 80 stores. These orders are

1   scheduled for May and include placements with Hugo's, Pete's Fresh Market, Brookshire

2   Brothers, and Strack & Van Til.

3           The first orders for these retailers amount to $59,508.27, confirming strong demand and

4   retailer confidence in Mr. Tortilla's products. Please see the attached show report for reference.

5           Additionally, HomeGoods has placed a reorder for our chips at a higher volume than

6   before, indicating strong sell-through and aligning with Mr. Tortilla's projections. This reorder

7   confirms that the Debtor is past the initial testing phase, demonstrating sustained demand for its

8   product in their stores. Again, a reorder purchase order is available to parties-in-interest subject to

9   a confidentiality agreement.

10          Meanwhile, ALDI's buyers have officially approved the Debtor, and the Debtor isnow in

11  the process of exchanging QA documentation to finalize compliance and onboarding. The Debtor

12  anticipates receiving its first order next month as it moves forward in its expansion into ALDI

13  stores.

14          Needless to say, it is difficult to predict events for 15 years; however, the Debtor's product

15  is a staple, especially for millions of people from cultures where tortillas are used in many

16  different ways or with virtually all disches, which is unlikely to be less popular in the future after

17  hundreds of years, and the Debtor's product is being received with enthusiasm.  While the Debtor

18  is exceeding its expectations, it is using conservative projections to enhance its ability to deliver on

19  its promises.

20          The Debtor has prepared Financial Projections which are part of Exhibit B hereto which

21  demonstrate that the Debtor can afford to propose a feasible Chapter 11 plan of reorganization,

22  which pays secured creditors 100% of the value of their assets over 84 months with interest and

23  100% of their unsecured claims, including the portion of the claims of the secured creditors that

24  exceeds the value of their collateral, over 15 years.

25          The Debtor has projected its performance over the next few months based on historical

26  sales and anticipated order but is subject to fluctuations in this stage of its path. Note that the

27  Debtor has estimated a significant jump in revenue from April 2025 to May 2025 because the

28  orders from the above retailers were anticipated to result in payment about May of 2025 since

there is a natural delay in payment after product is made and delivered to retailers and the time that the Debtor would get payment from the above retail clients.  The Debtor may receive payment earlier, but it erred on the side of caution when making its projections.

## III.

## SUMMARY OF PLAN OF REORGANIZATION

**A.    What Creditors and Interest Holders Will Receive Under the Proposed Plan**

As required by the Bankruptcy Code, the Plan classifies claims and interests in various classes, which are designated as impaired or unimpaired.  The Plan provides the treatment each class will receive.

**B.    Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Debtor has not placed the following claims in a class:

**See Exhibit G to this Disclosure Statement for a list of all claims and a summary of the proposed treatment, which is hereby incorporated by reference as if set forth in full herein.**

**1.    Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Case that are allowed under Bankruptcy Code Section 507(a)(1).  The Bankruptcy Code requires that all administrative claims be paid on the Effective Date unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's 11 U.S.C. § 507(a)(1) administrative claims and their treatment under the Plan:

| Name | Amount Owed (Estimates) | Treatment |
|------|------------------------|-----------|
| The Orantes Law Firm, P.C. | $70,000[1] (estimated) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. |

[1] This is an estimate of fees net of retainer received.  It is only an estimate and actual fees may be higher or lower.

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| | | The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Law Offices of Michael J Berger | $69,951.43 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Genesis Credit Partners LLC | ~~TBD~~ $61,460.31 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Lyneer Staffing Solutions, LLC | ~~TBD~~ Pending (Estimate) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Orrick, Herrington & Sutcliffe LLP | ~~TBD~~ $175,000 (estimate through 2/24/25) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Clerk's Office Fees | $0 | The Debtor is not aware of any fees presently owed to the Clerk's Office.  To the extent such fees will exist on the Effective Date, they shall be paid in full from Estate Funds on the Effective Date. |
| Office of the United States Trustee | $~~250~~3,000 (estimated) | The Debtor anticipates paying the U.S. Trustee quarterly fees as they come due and the amount in the Amount Owed column is used for budgeting purposes. The U.S. Trustee quarterly will stop upon closing of the case, which the Debtor anticipates requesting soon after substantially consummating its plan with the first payments required by its plan. |
| TOTAL | TBD | |

<u>Court Approval of Fees Required</u>:

The Court must rule on all pre-plan confirmation fees listed in this chart before the fees will be owed by the estate, except for fees owing to the Clerk's Office and U.S. Trustee or fees to be paid from non-Debtor sources.  The professional in question must file and serve a properly noticed fee application, and the Court must rule on the application.  Only the amount of fees and expenses allowed by the Court will be owed and required to be paid under the Plan by a reorganized debtor.  As discussed in this Disclosure Statement, the Debtor will have sufficient funds from its continued operations to satisfy the foregoing administrative claims.

**2.    Priority Tax Claims**

Priority tax claims are certain unsecured income, employment and other taxes described by Bankruptcy Code Section 507(a)(8).  The Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive the present value of such claim in deferred cash payments, over a period not exceeding five (5) years from the date the bankruptcy petition was filed.

| DESCRIPTION | IMPAIRED | TREATMENT | |
|---|---|---|---|
| Claim of: City of Los Angeles, Office of Finance<br>Proof of Claim = #48<br>Proof of Claim Amount = $18,113.33<br>Allowed Priority Amount = $18,113.33<br>***Total Allowed Claim = $18,113.33 (Same)*** | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $548.21 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 18% |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Employment Development Department<br>Claim = #27<br>Proof of Claim Amount = $41,074.13<br>Allowed Priority Amount = $41,074.13<br>***Total Allowed Claim = $41,074.13 (Same)*** | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $912.76 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 0% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Franchise Tax Board | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $~~17,784~~,998.28 |
| | | Pmts Begin= | Effective Date |

| DESCRIPTION | IMPAIRED | TREATMENT | |
|---|---|---|---|
| Claim = #40<br>Proof of Claim Amount = $~~800~~395,663.58 ~~Allowed~~Anticipated llowed Priority Amount = $~~800~~224,922.58<br>*~~Total Allowed Claim = $0~~  Debtor suffered a loss of approximately $4,314,501 in 2022 and anticipated offsetting ~~all income~~income from 2022 through 2024 and several more years.* | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | ~~0~~7% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Internal Revenue Service<br>Allowed Claim = #6<br>Proof of Claim Amount = $1,159,496.88<br>Anticipated Allowed Priority Amount = ~~Unknown~~$531,591.58<br>*~~Total Allowed Claim = $0~~  Debtor suffered a loss of approximately $4,314,501 in 2022 and anticipated offsetting ~~all income~~income from 2022 through 2024 and several more years.* | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | ~~0~~$11,813.15 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | ~~0~~7% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |

**C.    Classified Claims and Interests**

See **Exhibit G** to this Disclosure Statement for a list of all claims and a summary of the proposed treatment, which is hereby incorporated by reference as if set forth in full herein.

**1.    Classes of Secured Claims**

Secured claims are claims secured by liens on property of the estate.

**Section 1111(b) Election** – Under Section 1111(b) of the Bankruptcy Code, a creditor holding a non-recourse claim or a partially secured creditor may elect to be considered a full recourse creditor, which would entitle it to receive payment based on the total amount of its allowed claim unless the Debtor sells the collateral according to 11 U.S.C. § 1129(b)(2)(A)(ii) or elects to provide it with the indubitable equivalent of its claim under 11 U.S.C. § 1129(b)(2)(A)(iii).  However, under Section 1129(a)(7)(B), the Debtor may provide for the recovery of a secured creditor making such election to be equal to payment of the full amount of its allowed claim without interest if such payment has a present value at least equal to the amount of its allowed claim, which may result in a lower total payment amount than what the Debtor otherwise proposes. Kenneth N. Klee, *All You Ever Wanted to Know About Cram Down under the Bankruptcy Code*, 53 Am. Bankr.L.J. 133, 156 (1979). Holders of secured claims are advised to

consult their own counsel to evaluate whether or not it is in their best interest to make the election.

Federal Rule of bankruptcy procedure 3014 states that such election must be made prior to the

conclusion of the hearing on the disclosure statement.  If this election is made by any claimholder,

the Debtor proposes to make the required payments to such claimholder over the term specified

for each class below and use the interest rate set forth therein or as otherwise established by the

Court as the applicable Discount Rate, if necessary.  Debtor reserves the right to sell or refinance

collateral and pay the allowed claim amount in full satisfaction thereof, which shall obligate the

claimholder to reconvey or release its deed of trust or other lien in conjunction with such

transaction without further order of this Court.

The following charts list the classes containing the Debtor's secured pre-petition claims

and their treatment under the Plan:

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| 1 | Claimant's Name = U.S. Small Business Administrative<br>Proof of Claim #, if any= 15<br>Scheduled Amount = $688,130<br><br>Amount in Filed Claim = $745,003.53<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,774,923.67<br>Allowed Secured Amount = $275,916.21<br>Priority of lien = First | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $4,140.16 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 7% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. *Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.* | |
| 2 | Claimant's Name = Amazon Capital Services, Inc.<br>Proof of Claim #, if any= 43<br>Scheduled Amount = $751,539.61<br>Amount in Filed Claim = $770,925.36 with nonpriority unsecured balance of $0<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,499,007.46<br>Allowed Secured Amount = $770,925.36<br>Priority of lien = second<br>***Amazon Capital Services, Inc. has agreed to receive no distribution for this claim.*** | N | Y | The Debtor shall make payments as follows**:** | |
| | | | | Monthly payment = | $~~11,567.850~~ |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | ~~83 months after first payment made on Effective Date – 84 payments in total~~T~~7%~~NA |
| | | | | Interest Rate = | |
| | | | | Treatment of Lien = | Extinguished upon ~~payment~~entry of ~~Allowed Secured Amount.~~order confirming plan |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |

| | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | | TREATMENT |
|---|---|---|---|---|---|
| **3** | Claimant's Name = Cedar Advance Proof of Claim #, if any= 43 Scheduled Amount = $300,000 Amount in Filed Claim = $350,000 with nonpriority unsecured balance of $0 Alleged Collateral Description = All Assets Value of Collateral = $~~728,082.10~~1,499,007.46 Allowed Secured Amount = $350,000 Priority of lien = Third | **N** | **Y** | The Debtor shall make payments as follows**:** | |
| | | | | Monthly payment = | $5,251.80 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 7% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| **4** | Claimant's Name = Fasanara Securitisation S.A. Acting Proof of Claim #, if any= None Scheduled Amount = Unknown Amount in Filed Claim = None with nonpriority unsecured balance of $0 Alleged Collateral Description = All Assets Value of Collateral = NA Allowed Secured Amount = $0.00 Priority of lien = Fourth | **N** | **Y** | The Debtor shall make payments as follows**:** | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | NA |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 5 | Claimant's Name = Sand Park Capital LLC<br>Proof of Claim #, if any= 42<br>Scheduled Amount = $4,654,334.00<br>Amount in Filed Claim = $4,848,240.00<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,149,007.46<br>Allowed Secured Amount = $378,082.10<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $4,470,157.90<br>Priority of lien = Fifth | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $17,241.03 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 5 | Claimant's Name = Sand Park Capital LLC<br>Proof of Claim #, if any= 42<br>Scheduled Amount = $4,654,334.00<br>Amount in Filed Claim = $4,848,240.00 | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $5,673.18 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| | ~~Alleged Collateral Description = All Assets~~ ~~Value of Collateral = $378,082.10~~ ~~Allowed Secured Amount = $378,082.10~~ ~~Amount rendered unsecured by operation of 11 U.S.C. § 506 = $4,470,157.90~~ ~~Priority of lien = Fifth~~ | | | ~~Interest Rate =~~ | ~~0%~~ |
| | | | | ~~Treatment of Lien =~~ | ~~Extinguished upon payment of Allowed Secured Amount.~~ |
| | | | | ~~Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court.~~ | |
| 6 | Claimant's Name = Sellers Funding International Portfolio Ltd. Proof of Claim #, if any= 14 Scheduled Amount = $118,500.04 Amount in Filed Claim = $163,055.60 Alleged Collateral Description = All Assets Value of Collateral = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $163,055.60 – See General Unsecured Class for Amount Priority of lien = Sixth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 7 | Claimant's Name = 8Fig, Inc. Proof of Claim #, if any= None Scheduled Amount = $299,590.14 (Disputed) | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = | 0% |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Amount in Filed Claim = None Alleged Collateral Description = All Assets Value of Collateral = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 as no timely proof of claim was filed – See General Unsecured Class for Amount Priority of lien = Seventh | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 8 | Claimant's Name = Huntington Valley Bank (First Citizens Community Bank is successor by merger) Proof of Claim #, if any= 31 Scheduled Amount = $185,454.12 Amount in Filed Claim = $213,652.53 Alleged Collateral Description = All Assets Value of Collateral = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $213,652.53– See General Unsecured Class for Amount Priority of lien = Eighth | N | Y | The Debtor shall make payments as follows: Monthly payment = $0 / Pmts Begin= Effective Date / Pmts End = 0 months after first payment made on Effective Date – 0 payments in total / Interest Rate = 0% / Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 9 | Claimant's Name = Bluevine Proof of Claim #, if any= 25 Scheduled Amount = $180,356.88 Amount in Filed Claim = $202,777.54 | N | Y | The Debtor shall make payments as follows: Monthly payment = $0 / Pmts Begin= Effective Date |

- 27 -

| | CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|---|
| | | Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $202,777.54– See General Unsecured Class for Amount<br>Priority of lien = Ninth | | | Pmts End =   0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate =   0% |
| | | | | | Treatment of Lien =   Extinguished upon payment of Allowed Secured Amount. |
| | | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. *Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.* |
| | 10 | Claimant's Name = Partners Personnel<br>Proof of Claim #, if any= None<br>Scheduled Amount = $289,674.79<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $289,674.79– See General Unsecured Class for Amount<br>Priority of lien = Tenth | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment =   $0<br>Pmts Begin=   Effective Date<br>Pmts End =   0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate =   0% |
| | | | | | Treatment of Lien =   Extinguished upon payment of Allowed Secured Amount. |
| | | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. *Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.* |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 11 | Claimant's Name = Metropolitan Capital Bank & Trust<br>Proof of Claim #, if any= 37<br>Scheduled Amount = $252,670.14<br>Amount in Filed Claim = $277,762.91<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $277,762.91 See General Unsecured Class for Amount<br>Priority of lien = Eleventh | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment =    $0<br>Pmts Begin=    Effective Date<br>Pmts End =    0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate =    0%<br>Treatment of Lien =    Extinguished upon payment of Allowed Secured Amount.<br><br>Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 12 | Claimant's Name = Stor RB One Limited<br>Proof of Claim #, if any= None<br>Scheduled Amount = Unknown<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 See General Unsecured Class for Amount<br>Priority of lien = Twelfth | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment =    $0<br>Pmts Begin=    Effective Date<br>Pmts End =    0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate =    0%<br>Treatment of Lien =    Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 13 | Claimant's Name = Parkside Funding Group LLC<br>Proof of Claim #, if any= None<br>Scheduled Amount = 561,867.12 (Disputed)<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 See General Unsecured Class for Amount<br>Priority of lien = Thirteenth | N | Y | The Debtor shall make payments as follows: |

| | |
|---|---|
| Monthly payment = | $0 |
| Pmts Begin= | Effective Date |
| Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| Interest Rate = | 0% |
| Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 14 | | N | Y | The Debtor shall make payments as follows: |

| | |
|---|---|
| Monthly payment = | $0 |
| Pmts Begin= | Effective Date |
| Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| Interest Rate = | 0% |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Spartan Capital aka Spartan Business Solutions LLC<br>Proof of Claim #, if any= 18<br>Scheduled Amount = $69,500.00<br>Amount in Filed Claim = $67,716.00<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $67,716.00 - See General Unsecured Class for Amount<br>Priority of lien = Fourteenth | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount.<br><br>Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 15 | Claimant's Name = Blue Bridge Financial, Inc.<br>Proof of Claim #, if any= 2<br>Scheduled Amount = $212,460.92<br>Amount in Filed Claim = $212,460.92 with nonpriority unsecured balance of $13,228.16<br>Alleged Collateral Description = Model TCO-400 3 Layer Flour Tortilla Oven, GS.<br>Value of Property = $43,050<br>Allowed Secured Amount = $43,050<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $169,410.92 - See General Unsecured Class for Amount<br>Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment = $189.06<br>Pmts Begin= Effective Date<br>Pmts End = 83 months after first payment made on Effective Date – 84 payments in total<br>Interest Rate = 7%<br>Treatment of Lien = Extinguished upon payment of Allowed Secured Amount.<br><br>Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 16 | | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment = $0.00<br>Pmts Begin= Effective Date |

- 31 -

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---------|-------------|----------------|----------------|-----------|---|
| | Claimant's Name = Corporation Service Company. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description UCC-1. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Fifteenth | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 17 | Claimant's Name = Corporation Service Company. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description UCC-1. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Sixteenth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0.00 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---------|-------------|----------------|----------------|-----------|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---------|-------------|----------------|----------------|-----------|---|
| 18 | Claimant's Name = CT Corporation Service Company. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien =.Seventeenth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0.00 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---------|-------------|----------------|----------------|-----------|---|
| 19 | | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0.00 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = CT Corporation System.<br>Proof of Claim #, if any<br>Scheduled Amount = $2,000.00<br>Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00<br>Alleged Collateral Description<br><br>Value of Property = 0.00<br>Allowed Secured Amount = 0.00<br>Priority of lien = Eighteenth | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 20 | Claimant's Name Financial Pacific Leasing, Inc,.<br>Proof of Claim #, if any= 47<br>Scheduled Amount = $57,309.87<br>Amount in Filed Claim = $90,969.31 with nonpriority unsecured balance of $0.00<br>Alleged Collateral Description 1<br>UnIon Dough Rounder-divider Model UDD-600 SN BBD3922.<br>Value of Property = $12,600.00<br>Allowed Secured Amount = $12,600.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $78,369.31 - See General Unsecured Class for Amount<br>Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $189.06 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = 7% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 21 | | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0.00 |
| | | | | Pmts Begin= Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| | Claimant's Name = First Corporation Solutions. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description UCC-1. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Twenty-First | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 22 | Claimant's Name = Mercury Capital. Proof of Claim #, if any= Scheduled Amount = $23,634.71 Amount in Filed Claim = $0.00 with nonpriority unsecured balance of $0.00 Alleged Collateral Description = Machine. Value of Property = $2,730.00 Allowed Secured Amount = $2,730.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $20,904.71 - See General Unsecured Class for Amount Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $40.96 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 7% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. *Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.* |
| 23 | Claimant's Name = Robert Reiser and Company<br>Proof of Claim #, if any<br>Scheduled Amount = Unknown (Disputed)<br>Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00<br>Alleged Collateral Description = UCC-1 - One VEMAG Model 500 Continuous Stuffer.<br>Value of Property = $0.00<br>Allowed Secured Amount = $0.00<br>Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment =    $0.00 – Property was and is surrendered. |
| | | | | Pmts Begin=    Effective Date |
| | | | | Pmts End =    83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate =    0% |
| | | | | Treatment of Lien =    Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. *Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.* |
| 24 | | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment =    $0.00 |
| | | | | Pmts Begin=    Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Shopify Capital. Proof of Claim #, if any= 22 Scheduled Amount = $23,198.85 Amount in Filed Claim = $37,485.00 with nonpriority unsecured balance of $0.00 Alleged Collateral Description = All Assets Value of Property = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $37,485.00 - See General Unsecured Class for Amount Priority of lien = None | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total<br>Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 25 | Claimant's Name Slope Advance. Proof of Claim #, if any= 23 Scheduled Amount = $282,898.07 Amount in Filed Claim = $285,395.63 with nonpriority unsecured balance of $0.00 Alleged Collateral Description = . Value of Property = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $285,385.63 - See General Unsecured Class for Amount Priority of lien = None | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0.00 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total<br>Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |

2.      **Classes of Priority Unsecured Claims**

Certain priority claims that are referred to in Bankruptcy Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Bankruptcy Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim. However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims. The Debtor is not aware of any claims that would qualify as priority unsecured claims under 11 U.S.C. §§ 507(a)(3), (a)(4), (a)(5), (a)(6), or (a)(7). Except for claims enjoying priority under 507(a)(4), which are set forth immediately below, to the best of Debtor's knowledge, no such claims exist in this case.

None.

3.      **Classes of General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Bankruptcy Code Section 507(a). The following chart identifies the Plan's treatment of the class containing <u>all</u>

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 30 | All General Unsecured Claims Other than Claims in Convenience class | N | Y | Allowed general unsecured claims shall receive a total of 100% of the amount of their claims over 180 months from the Effective Date in full satisfaction of their claims, commencing at the end of the first calendar quarter after the Effective. Payments will increase over time as administrative, secured and priority claims are paid off or where the |

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
|  |  |  |  | Debtor projects higher net income as specifically set forth in the chart attached at the end of the Chapter 11 plan. |

**Monthly Payments to Unsecured Creditors**

| Year | Payment |
|---|---|
| 2025 | $ 6,118.79 |
| 2026 | $ 19,000.00 |
| 2027 | $ 39,000.00 |
| 2028 | $ 39,000.00 |
| 2029 | $ 49,000.00 |
| 2030 | $ 59,000.00 |
| 2031 | $ 59,000.00 |
| 2032 | $ 70,000.00 |
| 2033 | $ 70,000.00 |
| 2034 | $ 80,000.00 |
| 2035 | $ 90,000.00 |
| 2036 | $ 90,000.00 |
| 2037 | $ 100,000.00 |
| 2038 | $ 100,000.00 |
| 2039 | $ 104,687.51 |

**Monthly Payments to Unsecured Creditors**

| Year | Payment |
|---|---|
| 2025 | $ 6,118.79 |
| 2026 | $ 19,000.00 |
| 2027 | $ 22,000.00 |
| 2028 | $ 39,000.00 |
| 2029 | $ 49,000.00 |
| 2030 | $ 59,000.00 |
| 2031 | $ 59,000.00 |
| 2032 | $ 70,000.00 |
| 2033 | $ 70,000.00 |
| 2034 | $ 80,000.00 |
| 2035 | $ 90,000.00 |
| 2036 | $ 90,000.00 |
| 2037 | $ 100,000.00 |
| 2038 | $ 108,500.00 |
| 2039 | $ 120,712.82 |
| Total | $ 11,787,979.28 |

The monthly amounts to be shared proportionately by members of Class 30 are as follows:

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 31 | All Allowed General Unsecured Claims in the amount of $1,000 or less OR as to which its holder elects to receive $500 in full satisfaction thereof ("Convenience Class") | N | Y | The Debtor will pay 100% of such claims on the Effective Date. |

- 39 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 4.    <u>Class of Interest Holders</u>

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtor. Debtor's owners will retain their ownership interest in the Debtor.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**D.    Means of Effectuating the Plan**

      1.    <u>Funding for the Plan</u>

It is projected that on the Effective Date, the Debtor will have approximately no less than $115,000 on the Effective Date. The amount available as of the Effective Date may be less than $115,000 by an amount equal to allowed administrative amounts paid before the Effective Date order, which will reduce the amounts due on the Effective Date by a corresponding amount. Please review Exhibit B and Exhibit G for a demonstration that the Debtor can fund its proposed plan payments as the Debtor's projections estimate that the Debtor will have an amount sufficient to make all plan payments at all times.

Based on the foregoing required Plan payments, the Debtor is confident that it will have sufficient cash on hand to make all required Effective Date payments. **Note, however, that the amount of administrative claims may not be determined until after the Effective Date of the Plan; therefore, the Debtor need not have estate funds to make payments to holders of administrative claims until the Court enters an order or orders awarding them.**

After the payments on the Effective Date, the Debtor's projections, which are attached hereto as **Exhibit "B"** show that the Debtor will have cash to meet its obligations.

      2.    <u>Post-confirmation Management</u>

The Reorganized Debtor's post-confirmation management will be the same as the Debtor's management during the Chapter 11 case.  Please see Section II. C.

      3.    <u>Disbursing Agent</u>

The Reorganized Debtor shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan except when made through escrow as part of the planned refinancing transaction.  The Disbursing Agent shall serve without bond and shall not receive any compensation for distribution services rendered and expenses incurred pursuant to the Plan.

**E.    Risk Factors**

The Debtor believes that the Plan has the following risks:

It is difficult to speculate about all the risks that may exist which may prevent the successful consummation of the proposed plan.  However, the Plan (e.g., payments to holders of

priority, secured and unsecured claims, etc) is being funded from the future revenue to be

generated by the business, which necessarily will require the Reorganized Debtor to continue

operating.  The Debtor cannot foresee whether events will occur that would disrupt or interfere

with the ability to maintain or improve its operations. The Debtor's projections represent their best

efforts to anticipate their future income based on the current state of its facilities, its marketing

model, the demand for its products and consumer tastes, among other things.

**F.     Other Provisions of the Plan**

      **1.     Executory Contracts and Unexpired Leases**

           a.     Assumptions

           The following are the unexpired leases and executory contracts to be

assumed as obligations of the Reorganized Debtor under the Plan:

**Debtor is current with leases to be assumed:**

          **i.**     Lease for property located at 1112 Arroyo St. Ste. B, San Fernando Valley, CA 91340. It's a warehouse space (2169 sq. ft) with a small office. Lease commence 6/1/2022 and will terminate 5/31/2027. Monthly payment is $3,798. Security deposit is $4,200.

          **ii.**     Lease for property located at 1104 Arroyo St., San Fernando, CA 91340. The property is a 5200 sq. ft warehouse with small office. Lease commence 10/1/2020. Lease termination 9/30/2025. Monthly lease is $6,534. Security deposit is $7,000.

          **iii.**     Lease for property located at 1112 Arroyo St. Ste. A, San Fernando Valley, CA 91340 for a tortilla manufacturing warehouse (5200 sq. ft). Lease commence 6/1/2016 and will terminate in on 9/30/2025. Current monthly payment is $7,036.

          **iv.**     Executory contract with Perpetua Labs, Inc. for managed services for displays . and video advertising using Amazon Demand Side Platform. On March 21, 2024, the Debtor entered into Joint Stipulation To Reject Executory Contract With Perpetua Labs, Inc.

1          [docket no.: 96], which the court approved on March 25, 2025

2          [docket no.: 102].

3          The Debtor reserves the right to negotiate different terms or file a separate motion to

4 assume the aforementioned lease.

5          On the Effective Date, each of the unexpired leases and executory contracts listed above

6 shall be assumed as obligations of the Reorganized Debtor.  The Order of the Court confirming

7 the Plan shall constitute an Order approving the assumption of each lease and contract listed

8 above.  If you are a party to a lease or contract to be assumed and you object to the assumption of

9 your lease or contract, you must file and serve your objection to the Plan within the deadline for

10 objecting to the confirmation of the Plan.  See Section I of this Disclosure Statement describing

11 the Plan for the specific date.

12                  b.       Rejections

13          If not already rejected by order of the Court, on the Effective Date, the following

14 executory contracts and unexpired leases will be rejected:  any executory contracts or unexpired

15 lease not expressly assumed hereby in addition to the following:

16 **Rejected:**

17                      `i.`     Lease for property located at 8134 Lankershim Blvd., North

18                             Hollywood, CA 91605. The premises is used for food production.

19                             Lease commence 9/15/2022. Lease termination 10/31/2027. Monthly

20                             rent is $17,510.00. Security deposit is $34,000. On March 25, 2024,

21                             the Debtor entered into a Stipulation with the landlord to reject the

22                             lease [docket no.: 103]. On March 28, 2024, the Court entered an

23                             order approving the stipulation [docket no.: 107]. REJECTED

24                      `ii.`   Sublease for property located at 1110 Arroyo St., San Fernando, CA

25                             91340. The property is used as an office space (appx. 1875 sq. fi).

26                             Lease commence: 11/1/2020. Lease termination 10/31/2024.

27                             Monthly rent is $2,400.00. Security deposit is $2,065.50.

28                             REJECTED

1   The Order confirming the Plan shall constitute an Order approving the rejection of the

2   lease or contract.  If you are a party to a contract or lease to be rejected and you object to the

3   rejection of your contract or lease, you must file and serve your objection to the Plan within the

4   deadline for objecting to the confirmation of the Plan.  See this Disclosure Statement above for the

5   specific date.

6   THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING

7   FROM THE REJECTION OF A LEASE OR CONTRACT IS THIRTY (30) DAYS FROM THE

8   EFFECTIVE DATE OF THE PLAN.  Any claim based on the rejection of an executory contract

9   or unexpired lease will be barred if the proof of claim is not timely filed, unless the Court later

10  orders otherwise.

11  **2.      Retention of Jurisdiction**

12  Until the Effective Date, the Bankruptcy Court shall retain jurisdiction over the Debtor, its

13  assets and this Estate.  Thereafter, jurisdiction of the Bankruptcy Court over the Debtor, its assets

14  and this Estate shall be limited to the subject matters set forth:

15  a.      Allowance of Claims or Interests

16  The Court shall retain jurisdiction to allowed, disallow, determine, liquidate, classify,

17  estimate or establish the priority or secured or unsecured status of any Claim or Interest (whether

18  filed before or after the Effective Date and whether or not contingent, disputed or unliquidated),

19  including the compromise, settlement and resolution of any request for payment of any

20  Administrative Claim or Priority Claim, the resolution of any objections to the allowance or

21  priority of Claims or Interests and the resolution of any dispute as to the treatment necessary to

22  reinstate a Claim pursuant to the Plan, and to hear and determine any other issue presented hereby

23  or arising hereunder, including during the pendency of any appeal relating to any objection to such

24  Claim or Interest (to the extent permitted under applicable law).

25  b.      Executory Contract Proceedings

26  The Court shall retain jurisdiction to act with respect to proceedings regarding the rejection

27  of any executory contract or unexpired lease of a Debtor pursuant to sections 365 and 1123 of the

28

- 44 -

Bankruptcy Code and to determine the allowance and proper classification of any Claims arising
from the resolution of any such proceedings.

          c.      Plan Interpretation

The Court shall retain jurisdiction to resolve controversies and disputes regarding the
interpretation of the Plan and the Confirmation Order.

          d.      Plan Implementation

The Court shall retain jurisdiction to implement and enforce the provisions of the Plan, the
Confirmation Order, and otherwise to enter orders in aid of confirmation and implementation of
the Plan.

          e.      Plan Modification

The Court shall retain jurisdiction to modify the Plan pursuant to section 1127 of the
Bankruptcy Code and the applicable Bankruptcy Rules.

          f.      Adjudication of Controversies

The Court shall retain jurisdiction to adjudicate such contested matters and adversary
proceedings as may be pending or subsequently initiated in the Court including, but not limited to,
objections to Claims, or actions relating to taxes.

          g.      Injunctive Relief

The Court shall retain jurisdiction to issue any injunction or other relief appropriate to
implement the intent of the Plan, and to enter such further orders enforcing any injunctions or
other relief issued under the Plan or pursuant to the Confirmation Order.

          h.      Correct Minor Defects

The Court shall retain jurisdiction to correct any defect, cure any omission or reconcile any
inconsistency or ambiguity in the Plan, the Confirmation Order or any document executed or to be
executed in connection therewith, as may be necessary to carry out the purposes and intent of the
Plan, provided that the rights of any holder of an Allowed Claim or Allowed Interest are not
materially and adversely affected thereby.

i.        Post-Confirmation Orders Regarding Confirmation

The Court shall retain jurisdiction to enter and implement such orders as may be appropriate in the event the Confirmation Order is, for any reason, stayed, reversed, revoked, modified or vacated.

If the Bankruptcy Court abstains from exercising or declines to exercise jurisdiction over any matter arising under, arising in or related to the Debtor's Estate, including with respect to the matters set forth in hereinabove, such provisions shall not prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such subject matter.

**G.    Tax Consequences of the Plan**

The following discussion summarizes certain federal income tax consequences of the Plan to the Debtor.  This summary does not address the federal income tax consequences to creditors or interest holders.  This summary does not address foreign, state or local income tax consequences, estate or gift tax consequences of the Plan.

This summary is based on the Internal Revenue Code of 1986, as amended (the "IRC"), the Treasury Regulations promulgated and proposed thereunder (the "Regulations"), judicial decisions, and published administrative rulings and pronouncements of the Internal Revenue Service (the "IRS") currently in effect.  These authorities are all subject to change, possibly with retroactive effect, and any such change could alter or modify the federal income tax consequences described below.

THE TAX CONSEQUENCES TO CREDITORS OR INTEREST HOLDERS MAY VARY BASED UPON THE INDIVIDUAL CIRCUMSTANCES OF EACH SUCH HOLDER. CREDITORS MAY RECOGNIZE INCOME OR LOSS AS A RESULT OF THE PLAN.  THIS DISCUSSION DOES NOT CONSTITUTE TAX ADVICE OR A TAX OPINION CONCERNING THE MATTERS DESCRIBED.  THERE CAN BE NO ASSURANCE THAT THE INTERNAL REVENUE SERVICE WILL NOT CHALLENGE ANY OR ALL OF THE TAX CONSEQUENCES DESCRIBED HEREIN, OR THAT SUCH A CHALLENGE, IF ASSERTED, WOULD NOT BE SUSTAINED.  ACCORDINGLY, EACH CREDITOR IS

STRONGLY URGED TO CONSULT WITH ITS OWN TAX ADVISOR REGARDING THE FEDERAL, STATE, LOCAL, FOREIGN OR OTHER TAX CONSEQUENCES OF THE PLAN.

In general, the Debtor does not expect the Debtor to incur any substantial tax liability as a result of implementation of the Plan.

The IRC provides that a debtor in a Chapter 11 bankruptcy case must reduce certain of its tax attributes by the amount of any cancellation of indebtedness ("COD") income that is realized as a result of the bankruptcy plan, instead of recognizing the income.  COD income is the excess of the amount of a taxpayer's indebtedness that is discharged over the amount or value of the consideration exchanged therefore.  As a result of the discharge and satisfaction of Claims pursuant to the Plan, the Debtor will realize some COD income, and, accordingly, the Debtor will reduce certain tax attributes by the amount of unrecognized COD income.

Tax attributes that are subject to reduction include net operating losses, capital losses, loss carryovers, certain tax credits and, subject to certain limitations, and the tax basis of property.  The reduction of tax attributes occurs after the determination of the Debtor's tax for the taxable year in which the COD income is realized.

Payments of interest, dividends, and certain other payments are generally subject to withholding unless the payee of such payment furnishes such payee's correct taxpayer identification number (social security number or employer identification number) to the payor.  The Debtor may be required to withhold the applicable percentage of any payments made to a holder who does not provide its taxpayer identification number.  Backup withholding is not an additional tax, but an advance payment that may be refunded to the extent it results in an overpayment of tax.

THE FOREGOING IS INTENDED TO BE ONLY A SUMMARY OF CERTAIN UNITED STATES FEDERAL INCOME TAX CONSEQUENCES OF THE PLAN, AND IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING WITH A TAX PROFESSIONAL. THE FEDERAL, STATE AND LOCAL INCOME AND OTHER TAX CONSEQUENCES OF THE PLAN ARE COMPLEX AND, IN SOME CASES, UNCERTAIN.  SUCH CONSEQUENCES MAY ALSO VARY BASED ON THE INDIVIDUAL CIRCUMSTANCES

1    OF EACH CREDITOR OR INTEREST HOLDER.  ACCORDINGLY, EACH CREDITOR IS

2    STRONGLY URGED TO CONSULT WITH HIS, HER OR ITS OWN TAX ADVISOR

3    REGARDING THE FEDERAL, STATE AND LOCAL INCOME AND OTHER TAX

4    CONSEQUENCES UNDER THE PLAN.

5                                          **II.**

6                    **CONFIRMATION REQUIREMENTS AND PROCEDURES**

7              PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OF THE PLAN

8    SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON

9    CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX.  The following

10   discussion is intended solely for the purpose of alerting readers about basic confirmation issues,

11   which they may wish to consider, as well as certain deadlines for filing claims. The Debtor

12   CANNOT and DOES NOT represent that the discussion contained below is a complete summary

13   of the law on this topic.

14         Many requirements must be met before the Court can confirm the Plan.  Some of the

15   requirements include that the Plan must be proposed in good faith, acceptance of the Plan, whether

16   the Plan pays creditors at least as much as creditors would receive in a chapter 7 liquidation, and

17   whether the Plan is feasible.  These requirements are <u>not</u> the only requirements for confirmation.

18   **A.**      **Who May Vote or Object**

19         1.      Who May Object to Confirmation of the Plan

20         Any party in interest may object to the confirmation of the Plan, but, as explained below,

21   not everyone is entitled to vote to accept or reject the Plan.

22         2.      Who May Vote to Accept/Reject the Plan

23         A creditor or interest holder has a right to vote for or against the Plan if that creditor or

24   interest holder has a claim which is both (1) allowed or allowed for voting purposes, and (2)

25   classified in an impaired class.

26              a)      <u>What Is an Allowed Claim/Interest</u>

27         As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to

28   have the right to vote.  Generally, any proof of claim or interest will be allowed, unless a party in

interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

**THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE WAS SET FOR <u>May 31, 2024</u>.**  A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest was not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim.  An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest.

b)      <u>What Is an Impaired Claim/Interest</u>

As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan.  A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.  For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed.

In this Case, the Debtor believes that holders of all claims are impaired.  All holders of claims are entitled to vote. Parties that dispute the Debtor's characterization of their claims or interests as being impaired or unimpaired may file an objection to the Plan and contend that the Debtor has incorrectly characterized the class.

3.      Who Is <u>Not</u> Entitled to Vote

The following four types of claims are <u>not</u> entitled to vote: (1) claims that are not allowed claims or deemed allowed, which will include claims that are subject to a pending claim objection; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan.  Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan.  Claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Bankruptcy Code.

Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

4.    Who Can Vote in More Than One Class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject the Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

5.    Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, if any, as discussed later in Section IV.A.8.  Debtor will not seek cramdown on any class of creditors.

6.    Votes Necessary for a Class to Accept the Plan

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan.  A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

7.    Treatment of Nonaccepting Classes

As noted above, even if all impaired classes do not accept the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Bankruptcy Code.  The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Bankruptcy Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate

1    unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the

2    Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

3        8.    Request for Confirmation Despite Nonacceptance by Impaired Class(es)

4    The Debtor requests that the Court confirm the Plan and cramdown the Plan on any and all

5    impaired classes that do not vote to accept the Plan.

6    **B.**    **Liquidation Analysis**

7    Another confirmation requirement is the "Best Interest Test", which requires a liquidation

8    analysis.  Under the Best Interest Test, if a claimant or interest holder is in an impaired class and

9    that claimant or interest holder does not vote to accept the Plan, then that claimant or interest

10   holder must receive or retain under the Plan property of a value not less than the amount that such

11   holder would receive or retain if the Debtor was liquidated under chapter 7 of the Bankruptcy

12   Code.

13   In a chapter 7 case, the Debtor's assets are usually sold by a chapter 7 trustee.  Secured

14   creditors are paid first from the sales proceeds of properties on which the secured creditor has a

15   lien.  Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining

16   sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority

17   share in proportion to the amount of their allowed claim in relationship to the amount of total

18   allowed unsecured claims.  Finally, interest holders receive the balance that remains after all

19   creditors are paid, if any.

20   For the Court to be able to confirm the Plan, the Court must find that all creditors and

21   interest holders who do not accept the Plan will receive at least as much under the Plan as such

22   holders would receive under a chapter 7 liquidation.  Hereinbelow is a chart listing the Debtor's

23   assets and setting forth the value of such assets:

24        [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

25

26

27

28

| | | | Current Value |
|---|---|---|---|
| CURRENT ASSETS | | | |
| a.  Cash on hand | | | $0.00 |
| b.  Bank Accounts | | | $6,552.00 |
| c.  Security Deposits | | | $54,765.50 |
| d.  Account Receivable | | | $823,661.81 |
| TOTAL CURRENT ASSETS | | | **$884,979.31** |
| | | | |
| FIXED ASSETS | | | |
| a.  Automobiles | | | |
| 2007 Honda Element | $5,200.00 | | |
| 2007 INTL Refrigerated truck | $6,200.00 | | |
| Subtotal of Automobiles | | | **$11,400.00** |
| b.  Buildings & Land | | | |
| | $0.00 | | |
| | | | |
| | | | |
| | | | |
| Subtotal of Buildings & Land | | | $0.00 |
| TOTAL FIXED ASSETS | | | **$896,379.31** |
| | | | |
| BUSINESS ASSETS | | | |
| a. | Furniture | $34,000.00 | |
| b. | Raw Material | $243,433.45 | |
| c. | Office equipment, computer and communication | $41,330.00 | |
| d. | Trade secrets, formulas, patents for food | unknown | |
| e. | Debtor anticipates receiving Employee Retention Creditor (ERC) but the amount is unknown at this time. | unknown | |
| Subtotal | | | **$318,763.45** |
| HOUSEHOLD ASSETS | | | |
| a. | Household Goods and Furnishings | $0.00 | |
| b. | Wearing apparel | $0.00 | |
| c. | Jewelry | $0.00 | |
| d. | Electronics, misc. | $0.00 | |
| e | Claims against third parties | $0.00 | |
| f | Debtor Owns the equity of TIP TOP KITCHEN & GRILL, INC. & TIP TOP'S BAGUETTES & SANWICHES, INC. | $0.00 | |
| g | UCC1 against  Boujee F&B, LLC & Roots F&B, LLC | $0.00 | |
| Subtotal | | | $0.00 |
| | | | |
| TOTAL BUSINESS , HOUSEHOLD AND OTHER ASSETS | | | **$318,763.45** |
| | | | |
| **TOTAL ASSETS AT LIQUIDATION VALUE** | | | **$2,100,122.07** |
| **Less:** | | | |
| Secured Creditors Recovery* | Value | Recovery | |
| a. Total Current Assets | $884,979.31 | $0.00 | |
| b. Total Fixed Assets | $11,400.00 | $0.00 | |
| c.  Buildings & Land | | | |
| 1500 -1512 W. Slauson Ave. Los Angeles, CA 90047 | $0.00 | $1,712,387.45 | |
| Total Secured Creditors Recovery | | | $1,712,387.45 |
| **Less:** | | | |
| Priority claims, excluding administrative expense claims | $45,687.05 | | $45,687.05 |
| **Less:** | | | |
| Debtor's claimed exemptions | | | |
| **Less:** | | | |
| Chapter 7 trustee fees and expenses** | | | $3,250.00 |
| | | | |
| **Total Deductions** | | | $1,761,324.50 |
| (1)   Balance for unsecured claims | | | -$864,945.19 |
| (2)   Total amount of unsecured claims | | | **$764,784.90** |

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WOULD RECEIVE OR RETAIN IN A CHAPTER 7 LIQUIDATION BECAUSE AN EXEMPT NONPROFIT CORPORATE DEBTOR CANNOT BE FORCED INTO A CHAPTER 7 LIQUIDATION = 0%**

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WILL RECEIVE OR RETAIN UNDER THE PLAN: = 100%.**

\* Note:  The deficiency portion of a secured recourse claim, if any, must be added to the total amount of unsecured claims.

\*\* Assumes 8% Cost of liquidation.

\*\*\* Note:  If this percentage is greater than the amount to be paid to the unsecured creditors on a "present value basis" under the Plan, the Plan is <u>not</u> confirmable unless Proponents obtain acceptance by every other creditor in the general unsecured class.

**C.    <u>Feasibility</u>**

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis.  The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date to pay all the claims and expenses which are entitled to be paid on such date.

As discussed above, on the Effective Date, it is anticipated that on the Effective Date, the Debtor will have approximately $115,000 (less amounts for allowed Administrative amounts paid before the Effective Date pursuant to Court order, which will reduce the amounts due on the Effective Date by a corresponding amount).As a result, there is no issue as to feasibility of Effective Date payments.

The second aspect considers whether the Reorganized Debtor will have enough cash over the life of the Plan to make the required Plan payments.  The Debtor's projections, which are attached hereto as **Exhibit "B",** show that the Debtor will have cash to meet its operating obligations as well as make payments under the Plan as listed in **Exhibit "G"**.

# III.

## EFFECT OF CONFIRMATION OF PLAN

**A.    Discharge**

Subject to the provision below, confirmation shall bind the Debtor, all creditors, and other parties in interest to the provisions of the Plan whether or not the claim of such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

Except as otherwise provided herein or in the Plan Confirmation Order, on the Effective Date, the Debtor will be discharged from any debt that arose before confirmation of the Plan, and any debt of a kind specified in Section 502(g), 502(h) or 502(i) of the Bankruptcy Code whether or not a proof of claim based on such debt was filed or deemed filed under Section 501 of the Bankruptcy Code, such claim was allowed under Section 502 of the Bankruptcy Code or the holder of such claim accepted the Plan.

Subject to the provision below, nothing contained herein shall limit the effect of confirmation as described in Sections 524 and/or 1141 of the Bankruptcy Code, and on the Effective Date, the Debtor shall be deemed discharged and released to the fullest extent permitted by Section 1141 of the Bankruptcy Code.

Subject to the provision below, on or after the Effective Date, all parties that have held, currently hold, or may hold a claim discharged pursuant to the terms of the Plan shall be permanently enjoined by Section 524 of the Bankruptcy Code from taking any of the following actions on account of any such discharged claim:  (a) commencing or continuing in any manner any action or other proceeding against the Reorganized Debtor, (b) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order against the Reorganized Debtor, provided, however, that the foregoing injunction shall not apply to bar any claim of recoupment or setoff, (c) creating, perfecting, or enforcing any lien or encumbrance against the Reorganized Debtor, and (d) commencing or continuing any action, in any manner, in any place, that does not comply with or is inconsistent with the provisions of the Plan or the Plan Confirmation Order.  Any person violating such injunction may be liable for actual damage, including costs and attorneys' fees and, in appropriate circumstances, punitive damages.

**B.      Revesting of Property in the Debtor**

Except as provided elsewhere in the Plan, the confirmation of the Plan vests all of the property of the estate in the Reorganized Debtor.  In addition, on the Effective Date, all of the claims against and/or interests in third parties that constitute property of the estate shall be re-vested in the Reorganized Debtor.  Following the Effective Date, the Reorganized Debtor shall have absolute authority to prosecute, waive, adjust or settle any claims without the need for approval by the Court.  Following the Effective Date, the Reorganized Debtor shall have the authority to employ such professionals as it deems necessary to prosecute or defend such claims asserted without the need for Court approval.

**C.      Modification of Plan**

The Debtor may modify the Plan at any time before confirmation.  However, the Court may require a new disclosure statement and/or re-voting on the Plan.  The Debtor may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated <u>and</u> (2) the Court authorizes the proposed modifications after notice and a hearing.

**D.      Post-Confirmation Status Report**

Within 120 days following the entry of the Plan Confirmation Order, the Reorganized Debtor shall file a status report with the Court explaining what progress has been made toward consummation of the confirmed Plan.  The status report shall be served on the United States Trustee, the twenty largest unsecured creditors, and those parties who have requested special notice after the Effective Date.  Further status reports shall be filed every 120 days and served on the same entities.

**E.      Post-Confirmation Quarterly Reports to the United States Trustee**

Each calendar quarter after the Effective Date of the Plan until a final decree is entered, the Debtor shall provide quarterly reports to the United States Trustee, previously defined as OUST, disclosing all its respective disbursements for that quarter.

**F.      Quarterly Fees**

The Reorganized Debtor shall be responsible for the timely payment to the OUST of all fees incurred after the Effective Date pursuant to 28 U.S.C. § 1930(a)(6).

## ~~F~~G.    Notice of Effective Date of the Plan

The Reorganized Debtor shall file a notice of the effective date within five business days of the effective date and from that date forward, the Reorganized Debtor will file post-confirmation quarterly reports until a final decree is entered, the case is dismissed, or the case is converted.

## H.    Post-Confirmation Conversion/Dismissal

A creditor or party in interest may bring a motion to convert or dismiss the Case under § 1112(b) after the Plan is confirmed if there is an uncured default in performing the Plan. If the Court orders the Case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will re-vest in the Chapter 7 estate. The automatic stay will be re-imposed upon the re-vested property, but only to the extent that the Court did not previously authorize relief from stay during the Case. The Plan Confirmation Order may also be revoked under very limited circumstances. The Court may revoke the Plan Confirmation Order if the Plan Confirmation Order was procured by fraud and if the party in interest brings an adversary proceeding to revoke confirmation within 180 days after the entry of the Plan Confirmation Order.

## ~~G~~I.    Default Defined

Except as otherwise expressly specified above, if Debtor fails to make any payment required under the Plan, or to perform any other obligation required under the Plan for more than 14 days after the time specified in the Plan, the affected creditor may serve upon Debtor and Debtor's attorney (if any) a written notice of default. The Debtor is in Material Default under the Plan if the Debtor fails within 14 days of the service of such notice of default either: (i) to cure the default or (ii) to obtain from the Court an extension of time to cure the default or a determination that no default occurred. A definition of default in any approved stipulation attached to the Debtor's confirmed Chapter 11 plan of reorganization governs the claim(s) to which such stipulation relates.

## ~~H~~J.    Notice

Any notice required or permitted to be given hereunder to the Debtor (or Reorganized Debtor after confirmation of a plan of reorganization) shall be sufficient if in writing and if

1    personally delivered, mailed by first class mail (postage prepaid) or by other carrier, and

2    transmitted by electronic mail to the Debtor and its counsel at their current addresses <u>and</u> e-mail

3    addresses noted below.  Delivery of notice by personal delivery shall be effective when so made.

4    Delivery of notice by mail or carrier shall be effective when deposited in the mail or with the

5    carrier.  Delivery of notice by facsimile or electronic mail shall be effective as of the time stated in

6    any notice that the transmitting party receives confirming successful transmission.  The address for

7    notice of the Debtor or party entitled to notice or its respective counsel may be changed by filing it

8    with the Court in this case or serving on members of classes who are entitled to payment under a

9    confirmed plan of reorganization at the time of such change of address of written notice mailed by

10   first class mail (postage prepaid) or by other carrier.

11

To Debtor (as the Reorganized Debtor):       MR. TORTILLA, INC.,
12                                                Attention: Anthony Alcazar
                                                  1112 Arroyo Street, Ste A
13                                                San Fernando, CA 91340

14
With a copy to its counsel:                  The Orantes Law Firm, P.C. Attention:
15                                                Giovanni Orantes, Esq.
                                                  3435 Wilshire Blvd., 27th Floor
16                                                Los Angeles, CA 90010
                                                  go@gobklaw.com
17

18              [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

19

20

21

22

23

24

25

26

27

28

1    ~~I~~K.     **Final Decree**

2          At the earliest opportunity once this estate has been fully administered as referred to in

3 Bankruptcy Rule 3022, the Reorganized Debtor or other party as the Court shall designate in the

4 Plan Confirmation Order shall file a motion with the Court to obtain a final decree to close the

5 Case.

6

7 Date: ~~January 17~~February 26, 2025

_____
Anthony Alcazar, President and Chief Executive
Officer
Mr. Tortilla, Inc., Plan Proponent

8

9

10

11

12 Date: ~~January 17~~February 26, 2025     **THE ORANTES LAW FIRM, P.C.**

13

By: /s/ Giovanni Orantes_____
      Giovanni Orantes
Attorney for Plan Proponent

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IV.

# **SUPPORTING DECLARATIONS**

I, Anthony Alcazar, declare as follows:

1.      I am over 18 years of age and am the President of the Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned bankruptcy case.  Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if I am called upon as a witness, I could and would testify thereto.

2.      Attorney Giovanni Orantes is the individual who prepared this document with my direct input and that of Anthony Alcazar and Ronald Alcazar.

3.      The source of all financial data is the Debtor's books and records, which are maintained in the ordinary course of the Debtor's business.  I am, in fact, a custodian of all such books and records.  I have personally worked on those books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of the Debtor on behalf of the Debtor, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of the Debtor's business at or near the time of the acts, conditions or events to which they relate.  The accounting method used to prepare the cash flow projections and the other financial documents is the "accrual" method. I caused the preparation of the cash flow projections and the other financial documents and they are true and correct.

4.      All facts and representations in the Chapter 11 Disclosure Statement, including its exhibits to which this Declaration is also appended are true and correct to the best of my knowledge. No fact material to a claimant or equity security holder in voting to accept or reject the proposed Plan has been omitted.

5.      I believe that the values set forth in Exhibit A to the Disclosure Statement to which this declaration is appended are true and correct to the best of my knowledge based on my education, training and experience.

6.      I understand that the Debtor is agreeing to make certain payments under the Chapter 11 plan of reorganization ultimately confirmed by the Court.

1    Dated this ~~17th~~26th day of ~~January~~February of 2025, at Los Angeles, California.

2

3    _____
       Anthony Alcazar, Declarant

4

**V.**

**<u>SUPPORTING EXHIBITS</u>**

**EXHIBIT A – ASSETS**

**EXHIBIT B – HISTORICAL AND PROJECTED INCOME AND EXPENSE STATEMENTS**

# EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| The Orantes Law Firm, P.C. | $70,000[1] ~~(estimated)~~ | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Law Offices of Michael J Berger | $69,951.43 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Genesis Credit Partners LLC | ~~TBD~~ $61,460.31 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Lyneer Staffing Solutions, LLC | ~~TBD~~ Pending (Estimate) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Orrick, Herrington & Sutcliffe LLP | ~~TBD~~ $175,000 (estimate through 2/24/25) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Clerk's Office Fees | $0 | The Debtor is not aware of any fees presently owed to the Clerk's Office.  To the extent such fees will |

---

[1] This is an estimate of fees net of retainer received.  It is only an estimate and actual fees may be higher or lower.

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| | | exist on the Effective Date, they shall be paid in full from Estate Funds on the Effective Date. |
| Office of the United States Trustee | $~~250~~3,000 (estimated) | The Debtor anticipates paying the U.S. Trustee quarterly fees as they come due and the amount in the Amount Owed column is used for budgeting purposes. The U.S. Trustee quarterly will stop upon closing of the case, which the Debtor anticipates requesting soon after substantially consummating its plan with the first payments required by its plan. |
| **TOTAL** | **TBD** | |

# EXHIBIT D – LIST OF UNSECURED CREDITORS

**PLEASE SEE EXHIBIT G.**

**EXHIBIT E – LIST OF EQUITY INTERESTS**

Anthony Alcazar        81%

Ronald Alcazar         19%

# EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE ASSUMED OR REJECTED

**To Be Assumed – Debtor is current with leases to be assumed:**

**A.**    Lease for property located at 1112 Arroyo St. Ste. B, San Fernando Valley, CA 91340. It's a warehouse space (2169 sq. ft) with a small office. Lease commence 6/1/2022 and will terminate 5/31/2027. Monthly payment is $3,798. Security deposit is $4,200.

**B.**    Lease for property located at 1104 Arroyo St., San Fernando, CA 91340. The property is a 5200 sq. ft warehouse with small office. Lease commence 10/1/2020. Lease termination 9/30/2025. Monthly lease is $6,534. Security deposit is $7,000.

**C.**    Lease for property located at 1112 Arroyo St. Ste. A, San Fernando Valley, CA 91340 for a tortilla manufacturing warehouse (5200 sq. ft). Lease commence 6/1/2016 and will terminate in on 9/30/2025. Current monthly payment is $7,036.

**D.**    Executory contract with Perpetua Labs, Inc. for managed services for displays . and video advertising using Amazon Demand Side Platform. On March 21, 2024, the Debtor entered into Joint Stipulation To Reject Executory Contract With Perpetua Labs, Inc. [docket no.: 96], which the court approved on March 25, 2025 [docket no.: 102].

**Rejected:**

**E.**    Lease for property located at 8134 Lankershim Blvd., North Hollywood, CA 91605. The premises is used for food production. Lease commence 9/15/2022. Lease termination 10/31/2027. Monthly rent is $17,510.00. Security deposit is $34,000. On March 25, 2024, the Debtor entered into a Stipulation with the landlord to reject the lease [docket no.: 103]. On March 28, 2024, the Court entered an order approving the stipulation [docket no.: 107]. REJECTED

**F.**    Sublease for property located at 1110 Arroyo St., San Fernando, CA 91340. The property is used as an office space (appx. 1875 sq. fi). Lease commence: 11/1/2020. Lease termination 10/31/2024. Monthly rent is $2,400.00. Security deposit is $2,065.50. REJECTED

**EXHIBIT G - CLAIMS SUMMARY, ANALYSIS AND TREATMENT**

# EXHIBIT H - ALLOWANCE AND DISALLOWANCE OF CLAIMS

## 1.    Disputed Claim.

A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest files an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

## 2.    Reservation of Rights to Initiate Post-confirmation Claim Objections

The Debtor reserves the right to commence claim objections after confirmation of its plan.  Claimants whose claims are objected to received notice and an opportunity to respond. Unless a creditor's claim has been expressly allowed by order of the bankruptcy court, no creditor should rely or expect that his/her claim will be allowed in full when voting on the Plan. Anticipated Claim objections include, but are not limited to:

1.    Duplicate Claims.

2.    Claims which have been paid in full.

3.    Claims lacking adequate documentation or support.

4.    Untimely Claims.

5.    Claims as to which there is a disputed amount because of errors in the revenue distribution.

6.    Claims which are not supported by the Debtor's books and records, or in excess thereof.

7.    Claims which are unenforceable against the Debtor and/or property of the estate, under any agreement or applicable law.

8.    Claims for improper or unreasonable interest, attorneys' fees, charges, costs, etc.

9.    Claims for interest which are unmatured as of the petition date.

10.    Claims of a lessor which exceed the §502(b)(6) cap.

11.    Claims of any entity from which property is recoverable under section 542, 543, 550, or 553 or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a), unless such entity or transferee has paid

the amount, or turned over any such property, for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553.

12. Setoff Claims asserted by the government which are premised upon the government being a single entity for the purposes of setoff.

13. Equipment lessor Claims which are disguised security agreements.

14. Bodily injury claims in which the claimant has failed to adequately establish the Debtor's legal liability and/or the claimant's damages.

15. Claims for contingent claims for reimbursement, indemnity or contribution, or any entity that asserts a right of subrogation to the rights of such creditor.

16. Claims which may be subordinated under §§509 or 510.

The Debtor will provide a list of claims to which it may object before its disclosure statement is approved. The foregoing list is not intended to be exhaustive of all potential claim objections. Rather, the Debtor seeks to place all creditors on notice that the Debtor reserve all rights to bring Claim Objections on any and all grounds. The Debtor does not know which claims are subject to objection and will file and serve a list of proofs of claims to which it anticipates objecting within fourteen (14) days of today.

**3.     Delay of Distribution on a Disputed Claim.**

No distribution will be made on account of a disputed claim unless and until such claim is allowed by a final non-appealable order. However, the Debtor shall set aside in an attorney's trust account an amount equal to the payment to which such claim would be entitled if the claimholder prevails.

**4.     Settlement of Disputed Claims.**

After Plan confirmation , the Reorganized Debtor will have the power and authority to settle and compromise a disputed claim without court approval.

# Exhibit 2

Giovanni Orantes, Esq.,SBN. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Tel: 213-389-4362
Fax: 877-789-5776
go@gobklaw.com

Attorney for Debtor and
Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re:<br><br>**MR. TORTILLA, INC.,**<br><br>        Debtor and Debtor-in-<br>        Possession. | Case No.  1:24-bk-10228-VK<br><br>Chapter 11 Proceeding<br><br>**FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Disclosure Statement Hearing**<br><br>Date:     March 5, 2025<br>Time:     1:00 P.M.<br>Place:    Courtroom 301<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA 91367<br><br>**Plan Confirmation Hearing**<br><br>Date:     TBD<br>Time:     TBD<br>Place:    Courtroom 301<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA 91367 |

Table of Contents

I. INTRODUCTION ........................................................................................... - 1 -

   A.       Purpose of This Document ................................................................ - 2 -

   B.       Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing ........ - 3 -

        1.     Time and Place of the Confirmation Hearing .......................................... - 3 -

        2.     Deadline for Voting for or Against the Plan ........................................... - 3 -

        3.     Deadline for Objecting to the Confirmation of the Plan ......................... - 3 -

        4.     Identity of Person to Contact for More Information Regarding the Plan - 3 -

   C.       Disclaimer ......................................................................................... - 3 -

   D.       Source of the Information Contained in the Disclosure Statement ................... - 5 -

   E.       The Accounting Method Used to Produce Financial Information and the Identity of the Accountant(s) or Others Responsible for Such Information ................... - 6 -

II. BACKGROUND ........................................................................................... - 6 -

   A.       Description and History of the Debtor's Business ............................ - 6 -

   B.       Principals/Affiliates of the Debtor's Business .................................. - 11 -

   C.       Management of the Debtor Before and After the Bankruptcy, Including Qualifications and Compensation .................................................... - 12 -

   D.       Relationship of the Debtor With Affiliates, Subsidiaries, Merger or Acquisition Interests, Plan Proponents ............................................................... - 12 -

   E.       Events Leading to Chapter 11 Filing ............................................... - 12 -

   F.       Significant Events ............................................................................ - 13 -

        1.     Bankruptcy Proceedings .................................................................. - 13 -

        2.     Cash Collateral Use ......................................................................... - 13 -

        3.     Administrative Matters .................................................................... - 14 -

        4.     Description of the Available Assets and Their Value ......................... - 14 -

        5.     Actual and Projected Recovery of Preferential or Fraudulent Transfers - 14 -

   G.       Current and Historical Financial Conditions ................................... - 14 -

i

H.        Anticipated Future of the Debtor ........................................................ - 15 -

III. SUMMARY OF PLAN OF REORGANIZATION ......................................................... - 18 -

A.        What Creditors and Interest Holders Will Receive Under the Proposed Plan . - 18 -

B.        Unclassified Claims .............................................................................. - 18 -
          1.        Administrative Expenses ......................................................... - 18 -

          2.        Priority Tax Claims ................................................................ - 20 -

C.        Classified Claims and Interests ............................................................ - 21 -
          1.        Classes of Secured Claims ...................................................... - 21 -

          2.        Classes of Priority Unsecured Claims ...................................... - 37 -

          3.        Classes of General Unsecured Claims ...................................... - 38 -

          4.        Class of Interest Holders ........................................................ - 39 -

D.        Means of Effectuating the Plan ............................................................ - 40 -
          1.        Funding for the Plan ............................................................... - 40 -

          2.        Post-confirmation Management ............................................... - 40 -

          3.        Disbursing Agent ................................................................... - 40 -

E.        Risk Factors ........................................................................................ - 40 -

F.        Other Provisions of the Plan ................................................................ - 41 -
          1.        Executory Contracts and Unexpired Leases ............................. - 41 -

                    a.        Assumptions ................................................................ - 41 -

                    b.        Rejections .................................................................... - 42 -

          2.        Retention of Jurisdiction ........................................................ - 43 -

                    a.        Allowance of Claims or Interests .................................. - 43 -

                    b.        Executory Contract Proceedings ................................... - 43 -

                    c.        Plan Interpretation ....................................................... - 44 -

                    d.        Plan Implementation ..................................................... - 44 -

                    e.        Plan Modification ......................................................... - 44 -

                    f.        Adjudication of Controversies ...................................... - 44 -

ii

g.   Injunctive Relief .................................................................... - 44 -

h.   Correct Minor Defects ........................................................... - 44 -

i.   Post-Confirmation Orders Regarding Confirmation ................ - 45 -

G.   Tax Consequences of the Plan ........................................................... - 45 -

II. CONFIRMATION REQUIREMENTS AND PROCEDURES ........................................ - 47 -

A.   Who May Vote or Object ................................................................... - 47 -

1.   Who May Object to Confirmation of the Plan ....................... - 47 -

2.   Who May Vote to Accept/Reject the Plan .............................. - 47 -

a)   What Is an Allowed Claim/Interest ................................ - 47 -

b)   What Is an Impaired Claim/Interest ................................ - 48 -

3.   Who Is Not Entitled to Vote .................................................. - 48 -

4.   Who Can Vote in More Than One Class ................................ - 49 -

5.   Votes Necessary to Confirm the Plan .................................... - 49 -

6.   Votes Necessary for a Class to Accept the Plan ..................... - 49 -

7.   Treatment of Nonaccepting Classes ...................................... - 49 -

8.   Request for Confirmation Despite Nonacceptance by Impaired
Class(es) ................................................................................ - 50 -

B.   Liquidation Analysis ......................................................................... - 50 -

C.   Feasibility ......................................................................................... - 52 -

III. EFFECT OF CONFIRMATION OF PLAN ........................................................... - 53 -

A.   Discharge .......................................................................................... - 53 -

B.   Revesting of Property in the Debtor ................................................... - 54 -

C.   Modification of Plan .......................................................................... - 54 -

D.   Post-Confirmation Status Report ....................................................... - 54 -

E.   Post-Confirmation Quarterly Reports to the United States Trustee ..... - 54 -

F.   Quarterly Fees ................................................................................... - 54 -

G.   Notice of Effective Date of the Plan .................................................. - 55 -

H.   Post-Confirmation Conversion/Dismissal .......................................... - 55 -

iii

I.        Default Defined ................................................................................................ - 55 -

J.        Notice.............................................................................................................. - 55 -

K.        Final Decree.................................................................................................... - 57 -

IV. SUPPORTING DECLARATIONS................................................................................ - 1 -

V. SUPPORTING exhibits ................................................................................................... - 3 -

EXHIBIT A – ASSETS ....................................................................................................... - 4 -

EXHIBIT B – HISTORICAL AND PROJECTED INCOME AND EXPENSE
        STATEMENTS ......................................................................................... - 5 -

EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS ..................................... - 6 -

EXHIBIT D – LIST OF UNSECURED CREDITORS.......................................................... - 8 -

EXHIBIT E – LIST OF EQUITY INTERESTS ................................................................... - 9 -

EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE
        ASSUMED OR REJECTED .................................................................... - 10 -

EXHIBIT G - CLAIMS SUMMARY, ANALYSIS AND TREATMENT........................... - 11 -

EXHIBIT H - ALLOWANCE AND DISALLOWANCE OF CLAIMS .............................. - 12 -

**I.**

**INTRODUCTION**

The Plan Proponent is Mr. Tortilla, Inc., the Debtor and Debtor-In-Possession (the "<u>Debtor</u>" or "Mr. Tortilla") in the above-captioned chapter 11 bankruptcy case (the "<u>Case</u>"). On February 14, 2024 (the "<u>Petition Date</u>"), the Debtor commenced the Case by filing a voluntary chapter 11 petition under title 11 of the United States Code, sections 101 *et seq*. (the "<u>Bankruptcy Code</u>"). The Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Case.

Chapter 11 allows the Debtor, the creditors and others parties in interest to propose a plan of reorganization. A plan of reorganization may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both. The Debtor is the party proposing the accompanying chapter 11 plan of reorganization (the "<u>Plan</u>") being sent to you in the same envelope as this document. THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT DESCRIBING THE PLAN (the "<u>Disclosure Statement</u>"). The Disclosure Statement is provided to help you understand the Plan. All terms which are not otherwise defined in the Plan shall have the same meaning as such terms are provided in this Disclosure Statement.

The Plan is a reorganizing plan. In other words, the Proponent seeks to accomplish payments under the Plan by its earnings from the operation of the Debtor as tortilla manufacturer and seller including e-commerce. The Plan's effective date (the "<u>Effective Date</u>") will be the first business day of the first full calendar month that is at least fifteen (15) days following the date of entry of the Court order confirming the Plan, as it may be amended (the "<u>Plan Confirmation Order</u>") when and provided that all of the following conditions to the effectiveness of the Plan have been satisfied or waived by the Debtor: (a) there shall not be any stay in effect with respect to the Plan Confirmation Order; or (b) the Plan Confirmation Order shall not be subject to any appeal or rehearing.

Following the Effective Date, the Debtor shall be referred to as the "Reorganized Debtor."

**A.      Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

**(1)      WHO CAN VOTE OR OBJECT,**

**(2)      WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD RECEIVE IN LIQUIDATION,**

**(3)      THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

**(4)      WHAT THINGS THE COURT WILL LOOK AT TO DECIDE WHETHER OR NOT TO CONFIRM THE PLAN,**

**(5)      WHAT IS THE EFFECT OF CONFIRMATION, AND**

**(6)      WHETHER THE PLAN IS FEASIBLE.**

This Disclosure Statement cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how the Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as this Disclosure Statement.  If there are any inconsistencies between the Plan and this Disclosure Statement, the Plan provisions will govern.

The Bankruptcy Code requires a Disclosure Statement to contain "adequate information" concerning the Plan.  The Bankruptcy Court has approved this document as an adequate Disclosure Statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.

**B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT.  IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.    Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take place on **TBD at __P.M.** in Courtroom 301 of the United States Bankruptcy Court, located at 21041 Burbank Blvd. Woodland Hills, CA 91367.

**2.    Deadline for Voting for or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot and return the ballot in the enclosed envelope to Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, California 90010.  Your ballot must be received by 5:00 p.m., Pacific Daylight-Saving Time, on **TBD** or it will not be counted.

**3.    Deadline for Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed by **TBD** with the Court and served by same day service upon Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, California 90010, Telephone:  (213) 389-4362; Facsimile: (877) 789-5776, e-mail: go@gobklaw.com.

**4.    Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact Giovanni Orantes, Esq., Orantes Law Firm, P.C., 3435 Wilshire Blvd., 27th Floor, Los Angeles, CA 90010, Telephone:  (213) 389-4362; Facsimile:  (877) 789-5776, email: go@gobklaw.com.

**C.    Disclaimer**

FOR A COMPLETE UNDERSTANDING OF THE PLAN, YOU SHOULD READ THIS DISCLOSURE STATEMENT, THE PLAN AND THE EXHIBITS HERETO AND THERETO

IN THEIR ENTIRETY.  IF ANY INCONSISTENCY EXISTS BETWEEN THE PLAN AND THIS DISCLOSURE STATEMENT, THE TERMS OF THE PLAN ARE CONTROLLING.

HOLDERS OF CLAIMS SHOULD NOT CONSTRUE THE CONTENTS OF THIS DISCLOSURE STATEMENT AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL OR TAX ADVICE, AND SHOULD CONSULT WITH THEIR OWN ADVISORS BEFORE CASTING A VOTE WITH RESPECT TO THE PLAN.

ALL CREDITORS ARE ADVISED AND ENCOURAGED TO READ THIS DISCLOSURE STATEMENT AND THE PLAN IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THE PLAN.  THE PLAN SUMMARIES AND STATEMENTS MADE IN THIS DISCLOSURE STATEMENT, INCLUDING THE FOLLOWING SUMMARY, ARE QUALIFIED IN THEIR ENTIRETY BY REFERENCE TO THE PLAN, EXHIBITS ANNEXED TO THE PLAN, THIS DISCLOSURE STATEMENT AND ALL EXHIBITS TO THIS DISCLOSURE STATEMENT.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE STATEMENT ARE MADE ONLY AS OF THE DATE HEREOF UNLESS OTHERWISE SPECIFIED, AND THERE CAN BE NO ASSURANCE THAT THE STATEMENTS CONTAINED HEREIN WILL BE CORRECT AT ANY TIME AFTER SUCH DATE.  ALL CREDITORS SHOULD READ CAREFULLY THE "RISK FACTORS" SECTION HEREOF BEFORE VOTING TO ACCEPT OR REJECT THE PLAN.  SEE SECTION V BELOW, "CERTAIN RISK FACTORS TO BE CONSIDERED."

THIS DISCLOSURE STATEMENT HAS BEEN PREPARED IN ACCORDANCE WITH SECTION 1125 OF THE BANKRUPTCY CODE AND RULE 3016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND NOT NECESSARILY IN ACCORDANCE WITH FEDERAL OR STATE SECURITIES LAWS OR OTHER APPLICABLE LAW.  THIS DISCLOSURE STATEMENT HAS BEEN NEITHER APPROVED NOR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION (THE "SEC") NOR HAS THE SEC PASSED UPON THE ACCURACY OR ADEQUACY OF THE STATEMENTS CONTAINED HEREIN.  PERSONS OR ENTITIES TRADING IN OR OTHERWISE PURCHASING, SELLING, OR TRANSFERRING CLAIMS OR INTERESTS OF THE DEBTOR SHOULD

1  EVALUATE THIS DISCLOSURE STATEMENT AND THE PLAN IN LIGHT OF THE

2  PURPOSES FOR WHICH THEY WERE PREPARED.

3      THE INFORMATION IN THIS DISCLOSURE STATEMENT IS BEING PROVIDED

4  SOLELY FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN.  NOTHING IN

5  THIS DISCLOSURE STATEMENT MAY BE USED BY ANY ENTITY FOR ANY OTHER

6  PURPOSE.

7      THE TERMS OF THE PLAN GOVERN IN THE EVENT OF ANY INCONSISTENCY

8  WITH THE PLAN SUMMARY IN THIS DISCLOSURE STATEMENT.  ALL EXHIBITS TO

9  THIS DISCLOSURE STATEMENT ARE INCORPORATED INTO AND ARE A PART OF

10  THIS DISCLOSURE STATEMENT AS IF SET FORTH IN FULL HEREIN.

11      AS TO CONTESTED MATTERS, EXISTING LITIGATION INVOLVING, OR

12  POSSIBLE ADDITIONAL LITIGATION TO BE BROUGHT BY, OR AGAINST, THE

13  DEBTOR, ADVERSARY PROCEEDINGS, AND OTHER ACTIONS OR THREATENED

14  ACTIONS, THIS DISCLOSURE STATEMENT SHALL NOT CONSTITUTE OR BE

15  CONSTRUED AS AN ADMISSION OF ANY FACT OR LIABILITY, A STIPULATION, OR A

16  WAIVER, BUT RATHER AS A STATEMENT MADE WITHOUT PREJUDICE SOLELY FOR

17  SETTLEMENT PURPOSES, WITH FULL RESERVATION OF RIGHTS, AND IS NOT TO BE

18  USED FOR ANY LITIGATION PURPOSE WHATSOEVER BY ANY PERSON, PARTY OR

19  ENTITY.  AS SUCH, THIS DISCLOSURE STATEMENT SHALL NOT BE ADMISSIBLE IN

20  ANY NONBANKRUPTCY PROCEEDING INVOLVING THE DEBTOR OR ANY OTHER

21  PARTY IN INTEREST, NOR SHALL IT BE CONSTRUED TO BE CONCLUSIVE ADVICE

22  ON THE TAX, SECURITIES, FINANCIAL OR OTHER EFFECTS OF THE PLAN AS TO

23  HOLDERS OF CLAIMS AGAINST OR INTERESTS IN THE DEBTOR.

24  **D.**     **Source of the Information Contained in the Disclosure Statement**

25      The financial data relied upon in formulating the Plan is based on the Debtor's books and

26  records which, unless otherwise indicated, is unaudited.  The information contained in this

27  Disclosure Statement is provided by the Debtor.  The Debtor represents that everything stated in

28  this Disclosure Statement is true to the Debtor's best knowledge.  The Bankruptcy Court has not

1    yet determined whether or not the Plan is confirmable and makes no recommendation as to

2    whether or not you should support or oppose the Plan.

3    **E.    The Accounting Method Used to Produce Financial Information and the Identity of**

4    **the Accountant(s) or Others Responsible for Such Information**

5        The accounting methods used to prepare the cash flow projections and the other financial

6    documents is the "accrual" method, unless otherwise expressly specified.  The person responsible

7    for preparing financial information is the Debtor's Chief Financial Officer and Chief Operating

8    Officer, Ronald Alcazar with the input and assistance of Anthony Alcazar, the President and Chief

9    Executive Officer.

10                                    **II.**

11                              **BACKGROUND**

12    **A.    Description and History of the Debtor's Business**

13        Mr. Tortilla commenced its bankruptcy case on February 14, 2024 (the "Petition Date").

14    The Debtor is wholly owned by brothers Anthony and Ronald Alcazar: Anthony owns 81% of the

15    shares and is the President and Chief Executive Officer; Ronald owns 19% of the shares and is the

16    Chief Financial Officer.

17        Throughout their lives, Anthony and Ronald watched their father work tirelessly, leading

18    food companies to success. Despite his significant contributions, he never owned a part of any of

19    these businesses; he was always an employee. Witnessing this, in 2012, Anthony and Ronald

20    became determined to create a company of their own.

21        After graduating from UCLA, Anthony worked for six years and managed to save

22    $120,000. Around the same time, Ronald also graduated from UCLA. With their combined

23    experiences and savings, Anthony proposed that they start their own business.

24        When they consulted their father, he shared his extensive experience in snacks, frozen

25    foods, spices, and tortillas. The moment they heard "tortillas," they knew that was their path. As

26    kids, they had always complained about the bitter taste of store-bought tortillas, and they

27    recognized the market need for a great-tasting, high-quality tortilla.

28

1    With their father as a consultant, they took the plunge and founded their company. The

2    first thing they did was move both their families into one house, dedicating all their time to the

3    business. They knew they would have to go without income for a while, and their wives supported

4    them wholeheartedly as they poured their hearts and souls into their dream.

5    They initially gave the company a placeholder name, "L.A. Tortilla," which no one has

6    happy with. One day, while handing out their business card, someone misread the business name

7    and called them "Mr. Tortilla." To their delight, the name was available, and they quickly

8    trademarked it.

9    They worked tirelessly, designing their logo, printing bags, and perfecting their recipes. The entire

10    family was involved in the R&D process, cooking and tasting different flavors for long hours in

11    their mom's kitchen.

12    In 2013, they rented an office on the third floor of a building and a small warehouse, then

13    began their search for a co-packer—a factory equipped to manufacture products for other

14    companies, often under private label. After a year of preparation, they were ready to launch their

15    line of flavored tortillas. They embarked on their mission to offer their product to the world. Their

16    tortillas are delicious, and everyone loved them.

17    Between 2015 and 2018, they started to grow and needed a truck to transport their finished

18    goods. They applied for an SBA loan through one of the non-profit organizations assigned to

19    handle such loans. Despite having a solid business plan and significant investment of both time

20    and money in their company, their loan application was denied. After persistent inquiries, they

21    were finally told that the organization simply did not have the funds to support their loan.

22    They wrote to the SBA headquarters seeking clarification or assistance but received no

23    response. It was frustrating to see their growth hindered by a system that seemed unable to support

24    small businesses like theirs.

25    After a family discussion about their struggles with the process, they found the solution

26    while watching "The Shawshank Redemption." In the movie, an inmate writes letters every week

27    to request funds for a library, they decided to take a similar approach. They sent letters every day

28

1    expressing their concerns, not just for themselves but for small businesses in general, asking them

2    to review their business plan.

3        Six months later, they received a call from the Valley Economic Development Center

4    (VEDC), one of the institutions handling loans and grants. They informed them that the SBA had

5    directed them to assist them. They were granted a $50,000 microloan, which allowed them to buy

6    a used 16-foot truck, saving them money and facilitating their growth.

7        As they continued to grow, they encountered issues with their co-packer, who was

8    unwilling to maintain quality control standards, ultimately costing them their largest account, the

9    US Military. Thankfully they were able to find a new co-packer quickly. They shared these

10    struggles with VEDC, expressing their need for their own factory. VEDC then approached them to

11    obtain a federal grant to purchase machinery and promised support to build out their factory.

12        It wasn't until VEDC's bankruptcy filing years later that they learned of their dire financial

13    state, and their history of mishandling funds. They had obtained federal grant money for their

14    project but delayed disbursements to them and delaying their machine being built as long as they

15    possibly could. This caused them to incur massive expenses due to the delays and ultimately led to

16    their first Chapter 11 filing when they attempted to auction their company's assets, leaving them

17    with no recourse.

18        Then, when VEDC required the Debtor to lease a larger facility, but did not release the

19    funds from the Department of Health and Human Services (DHHS) that it had contracted to

20    release, the Debtor found itself with a prohibitive amount of unnecessary overhead, which was the

21    catalyst for filing the first bankruptcy petition in 2018.

22        They continued to push forward in both food service and retail, aiming to get their tortillas

23    into supermarkets. Their product was superior to any other on the market in terms of quality and

24    taste, but breaking into the stores proved nearly impossible. Mission Foods held a virtual

25    monopoly over the tortilla market, buying up shelf space and ensuring their dominance. The

26    monopoly in the tortilla industry is more pronounced than in any other. For example, when you go

27    to a store, Coke is not the only refreshment drink available. Despite their superior product, they

28    had no chance in the big supermarkets due to this stranglehold.

1    However, they found opportunities with independent and neighborhood markets that were

2    eager to offer new products. They started delivery routes to these markets and found success.

3    People loved their tortillas, recognized their brand, and it was incredibly rewarding. Every market

4    they visited left with a display full of their product, becoming a part of their growing network.

5    Unfortunately, they could not continue to grow their retail line because of their Co-Packer at the

6    time. The problem started when they started to outsell their co-packer in the neighborhood

7    markets and they refused to continue to produce their tortillas.

8    To emerge from Chapter 11 the first time, they built a restaurant distribution route and

9    food service business, selling their burrito tortillas. This growth was slow and steady. They began

10   research and development on a unique product—a 1-net carb, 15-calorie tortilla aimed at making

11   Mexican food healthier.

12   In 2019, their revenue was $743,000. However, when the pandemic hit in 2020, they lost

13   their distribution route and food service business. They decided to reach consumers through e-

14   commerce and launched their 1-net carb tortilla in the third quarter of 2020.

15   Selling tortillas online at scale was unprecedented, but their venture was an instant success,

16   leading to explosive growth. In 2020, their e-commerce sales approached $4 million, contributing

17   to a total revenue of $4.7 million. Ron and Anthony perfected a combination of UGC, branding,

18   digital marketing, SEO, and photography, which they implemented into highly effective ads

19   targeted at the right consumers—what they call their "Algorithm." To execute and scale their

20   advertising, they had to dedicate 4-6 uninterrupted hours daily. They scaled without financing by

21   reinvesting their profits.  During this time, they were also doing research and development for

22   their low carb chips.

23   In 2021 they grew faster than ever, reaching 13MM in revenue, selling tortillas primarily

24   on their website. This was uncharted territory for them, and when they most needed his guidance,

25   their father, Tony Alcazar, in charge of manufacturing and operations, almost died from COVID-

26   19 and was sidelined and was limited to helping them remotely.

27   At the time, they launched their chips with a new co-packer in late October 2021. The chip

28   launch was successful and they sold close to $25,000 on the first day. They dedicated a

1    tremendous amount of time, effort, money and marketing into this new line over the course of the
2    next year.

3          They initially faced many difficulties with copackers frying their chips and had to seek
4    legal recourse several times. They eventually switched to a new co-packer. They were getting
5    ready for a big push on Amazon for these chips, when they discovered that their co-packer had
6    mishandled their product, and had to stop all sales, as well as return and dispose of all products.

7          The first problem started when their co-packer delayed production of their chips. The
8    normal 7–10-day lead time they were promised was not honored. They kept pushing them back
9    and without an alternative they were forced to wait. This continued until late September when
10   they discovered that their-co-packers mishandled their chips which caused them to become rancid.

11         Finally, in 2023, to avoid the recurring co-packer problems, they focused on expanding
12   their production capacity so that they would not have to work with co-packers, which were
13   instrumental in causing both of the Debtor's bankruptcy cases. They built out their facility as they
14   aimed to raise capital for growth. Their father was fully recovered and would be physically
15   involved with production.

16         In general, they have great relationships with their creditors as they believe in them. They
17   have always had open communication and dialogue. Their plan was to hit the ground running in
18   2024 and use profitability to scale (like in 2020 and 2021) since they had the production capacity
19   to scale, they had their father back, and they have a unique product that people love. Also – they
20   were approached by BenchMark International in December of 2023 assuring them that they could
21   find them the right minority partner that would give them the support needed. They also
22   mentioned that their company was perfect for the Market as E-commerce + food and beverage
23   manufacturing businesses were highly sought after. Benchmark International claims to be the #1
24   M&A Firm in the world so they decided to engage them to raise capital and refinance their debt
25   for their creditors.

26         2024 started off with a bang – All the algorithms Anthony and Ronald worked on during
27   2023 were paying dividends. The Debtor started to grow and everything was looking like it would
28   work out. Benchmark was getting ready to put them on the market all over the world, but

unfortunately a Merchant Cash Advance lender ("MCA"), 8Fig, a junior creditor, froze their e.commerce revenue, the lifeblood of their business, and brought their operation to a halt. After pleading with them and telling them that they were engaging BenchMark and that their freezing their e.commerce revenue would put them into a bankruptcy case, they froze the account anyway. Thus, the Debtor had to file for Chapter 11 for the automatic stay in order to be able to continue to operate.

After initially concentrating on selling the business of the Debtor as requested by the Committee of Unsecured Creditors ("Committee") and the Court-appointed Financial Advisor, Genesis Credit Partners LLC as Financial Advisor and Investment Banker, the Debtor's principals have now focused on the business as an ongoing operation and have adjusted their business model to obtain subscriptions over one-time-purchases. This focus on Monthly Recurring Revenue (MRR) will give their company a better ability to forecast and predict demand, as well as maximize the value from advertising. Lastly, they have built a sizeable local distribution route over the last 2 months, now having over 150 local stores carrying their products. They have signed several new distributors in this time.

They have launched a brand new line of flavored tortillas, including a Spinach & Nopal tortilla flavor that has 7 vegetables and is kid-friendly. This tortilla is targeted to all moms that need their kids to eat vegetables.

Many things that happened to them were beyond their control, but the Debtor's principals take responsibility for everything, and they have learned from this experience. After facing significant challenges, they demonstrated their resilience. That's why the consumers have made them the #1 Tortilla on Amazon.

In 2025, the Debtor is expanding into retail on a nationwide scale with placement on shelves in the following retailers and distributors such as Walmart, Aldi, Home Goods, KeHe, C&S Wholesale Groceries.

**B.    Principals/Affiliates of the Debtor's Business**

Anthony Alcazar is the President and Chief Executive Officer of the Debtor while Ronald Alcazar is its Chief Financial Officer.

- 11 -

**C.      Management of the Debtor Before and After the Bankruptcy, Including**

**Qualifications and Compensation**

As discussed above, Anthony Alcazar is the President and Chief Executive Officer of the

Debtor while Ronald Alcazar is its Chief Financial Officer.  Messrs. Alcazar will continue to

manage the operations of the Debtor after confirmation of the Plan.

**D.      Relationship of the Debtor With Affiliates, Subsidiaries, Merger or Acquisition**

**Interests, Plan Proponents**

The Debtor is the Plan Proponent.

**E.      Events Leading to Chapter 11 Filing**

The Debtor filed a Chapter 11 case in 2018 and confirmed a Chapter 11 plan previously.

The previous filing was required in no small part because of the inability of the Debtor to get a

reliable copacker (that is, a factory that will fry and/or pack its products) combined with

overexpansion. After plan confirmation, there were still difficult growing pains that combined to

require the present case. The Debtor spent time building up its production capacity only to have

the combination of a 7 digit loss caused by co-packer acts and omissions plus a freeze of crucial

working capital to force the Debtor into the instant case to make sure it would have timely access

to capital.

As previously detailed, 2024 started off with a bang – All the algorithms Anthony and

Ronald worked on during 2023 were paying dividends. In January and February 2024, the debtor

had $1,044,118.50 in sales. The Debtor started to grow and everything was looking like it would

work out. Benchmark was getting ready to put them on the market all over the world, but

unfortunately an MCA froze their E-commerce revenue, the lifeblood of their business, and

brought their operation to a halt. After pleading with them and telling them that they were

engaging BenchMark and that their freezing their E-commerce revenue would put them into a

bankruptcy, they froze the account anyway. Thus, the Debtor had to file for Chapter 11 for the

automatic stay in order to be able to continue to operate.

1    **F.      Significant Events.**

2        1.      Bankruptcy Proceedings

3        The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the

4    Bankruptcy Code on February 14, 2024.  The Debtor continues to operate its business and manage

5    its financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

6        On February 26, 2024, Attorney Michael Jay Berger filed his employment application as

7    General Bankruptcy Counsel as Docket No. 36 which was granted by order entered on April 1,

8    2024.

9        On April 8, 2024, the Official Committee of Unsecured Creditor filed its application to

10   Employ Orrick Herrington & Sutcliffe LLP as Counsel as docket No. 117 which was granted by

11   order entered on May 20, 2024.

12       On April 19, 2024, the Official Committee of Unsecured Creditor filed its application to

13   Employ Genesis Credit Partners LLC as Financial Advisor And Investment Banker as docket

14   No. 141 which was granted by order entered on May 24, 2024.

15       On June 27, 2024, Natalie Oliver filed her application to Employ as Bookkeeper as Docket

16   No. 227, which was granted by order entered on July 17, 2024.

17       On December 27, 2024, the Orantes Law Firm, P.C.  filed its employment application as

18   General Insolvency Counsel as Docket No. 308.

19       2.      Cash Collateral Use

20       On February 20, 2024, the Debtor caused to be filed the Debtors Emergency Motion For

21   Order Authorizing Interim Use Of Cash Collateral Pursuant To 11 U.S.C. § 363 and granted by

22   order entered on March 5, 2024.

23       The Debtor continued to operate pursuant to authorization for use of cash collateral but last

24   requested authorization for ongoing use on May 9, 2024, when the Debtor caused to be filed the

25   Debtors Emergency Motion For Order Authorizing Interim Use Of Cash Collateral Pursuant To 11

26   U.S.C. § 363; which was granted by order entered on August 20, 2024.

27

28

3.     Administrative Matters

The Debtor was required to address the various administrative matters attendant to the commencement of this Case.  These matters included the preparation of the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs, and the preparation of the materials required by the Office of the United States Trustee (the "OUST"), including, without limitation, the 7-Day Package for the Debtor and monthly operating reports.  The Debtor made every effort to comply with its duties under 11 U.S.C. Sections 521, 1106 and 1107 and all applicable OUST guidelines, including the filing of the Debtor's monthly operating reports with the OUST.  The Debtor also attended its initial interview with the OUST, and the meeting of creditors required under 11 U.S.C. § 341(a).

4.     Description of the Available Assets and Their Value

As their recent unsuccessful attempt to sell the Debtor's business demonstrated, the Debtor's value is basically just the value of its personal assets and leases. So, the Debtor's liquidation analysis assumes that the value consists of the scheduled assets less the value of the assets subject to leases.  The Debtor places a value on its assets in the liquidation analysis hereinbelow.

5.     Actual and Projected Recovery of Preferential or Fraudulent Transfers

The Debtor is still analyzing its claims and will amend this section prior to the hearing on approval of its disclosure statement, if necessary.

**G.     Current and Historical Financial Conditions**

The Debtor's historical financial condition and some of its current condition is described to a great extent in the "Description and History of the Debtor's Business" to which the Debtor directs the reader's attention. However, further needs to be said about its current and future financial condition.

Genesis, the firm appointed by the creditors' committee, was unable to secure a buyer for Mr. Tortilla. They sought $5 million for a full sale but were unsuccessful. The only potential buyer, Eric Donnelly, was introduced to Genesis by the Debtor's principals who complied with every request made by Genesis and the Committee. Eric Donnelly was already familiar with

- 14 -

Mr. Tortilla prior to the involvement by Genesis and the Committee. Despite initial progress, his

interest waned after a conversation in which Mr. Donnelly was misled into believing the Debtor

had not paid its employees even though Lyneer Staffing Solutions, LLC had kept them paid.

Pivoting, Genesis introduced the debtor to New Mill Holdings, an auctioneer for sales of

Machinery. The Debtor's machinery is antiquated and lacks automation, the debtor shared

information and photographs with New Mill Holdings and they opted not to pursue as it was not

worth their time.

Ultimately, since no purchaser has materialized despite the intense focus on a sale by the

Debtor with the Committee and Genesis' encouragement, the Debtor believes returning the focus

to operations will result in a payment for all parties of 100% of the amounts required by the

Bankruptcy Code.

**H.    Anticipated Future of the Debtor**

The Debtor is confident that a reorganization is quite feasible as it has secured key retail

partnerships for 2025.  The Debtor's plan is built on strategic growth through partnerships with

major retailers, which it has, in fact, been establishing:

**Walmart Golden Ticket**: The Debtor was awarded this prestigious recognition and is set

to launch in Walmart stores in March 2025. Walmart is starting the Debtor off in their top two

states: Texas (#1) and Florida (#2), where the Debtor will be entering a total of 572 stores with

multiple SKUs. California, their #3 state, is expected to follow shortly, though the Debtor is

intentionally pacing itself to ensure a smooth rollout.

Winning Walmart's Golden Ticket is a major milestone and a critical component of the

Debtor's plan to strengthen our position and move forward. This opportunity highlights the

significant growth potential the Debtor has as it works toward emerging stronger.

**Aldi** (California Stores): Approved to stock our products in 108 locations, with potential

for private label collaboration.

**Home Goods**: Initial purchase orders received by the Debtor for distribution to 1,000

stores.

**KeHE** (Nationwide Distributor): Secured nationwide distribution, with first orders shipping in January 2025.

**Retail Expansion Update as of End of February 2025**. Initially, Mr. Tortilla projected first-year sales of approximately $699,056.23 before receiving a full store count or official projections from Walmart. However, on January 24, 2025, Walmart's Replenishment Manager—the individual responsible for purchase orders—provided internally generated estimates of projected sales by units for each of the eight Distribution Centers (DCs) where the Debtor's products will be stocked.

According to Walmart's internal figures, they anticipate ordering $67,781.56 every three weeks, which translates to $1,174,880.37 in first-year sales—significantly higher than the Debtor's initial conservative estimates. Furthermore, Walmart's projections indicate that stores will sell approximately 12 bags per week of the De top-selling product, 8 bags per week of our second-best seller, and 6 bags per week of our third-best seller.

Based on experience in retail, the Debtor has not a retailer sell through its products at such a slow pace. The Debtor believes that Walmart is underestimating sales. Given past performance in other retailers, the Debtor strongly anticipates far surpassing Walmart's projected sales.

Importantly, Walmart's first purchase orders (POs) totaled $85,619.04, which aligns with and verifies the projected order volumes provided by Walmart's internal estimates.

As Walmart Golden Ticket winners, this is just the first step into the Debtor's expansion into Walmart, and the projections do not take into account additional distribution centers that would be added through the first 12 months.  The Debtor has a report about the foregoing but due to confidentiality concerns since aspects of the orders can be used by competitors to the Debtor's detriment, the Debtor can share a report from Walmart about the above subject to a confidentiality agreement.

As to KeHE, HomeGoods, and Aldi. following the Debtor's participation in KeHE's Summer Show in February in Phoenix, Arizona, the Debtor successfully closed deals with several chain retailers, expanding its KeHE distribution network to over 80 stores. These orders are

scheduled for May and include placements with Hugo's, Pete's Fresh Market, Brookshire Brothers, and Strack & Van Til.

The first orders for these retailers amount to $59,508.27, confirming strong demand and retailer confidence in Mr. Tortilla's products. Please see the attached show report for reference.

Additionally, HomeGoods has placed a reorder for our chips at a higher volume than before, indicating strong sell-through and aligning with Mr. Tortilla's projections. This reorder confirms that the Debtor is past the initial testing phase, demonstrating sustained demand for its product in their stores. Again, a reorder purchase order is available to parties-in-interest subject to a confidentiality agreement.

Meanwhile, ALDI's buyers have officially approved the Debtor, and the Debtor isnow in the process of exchanging QA documentation to finalize compliance and onboarding. The Debtor anticipates receiving its first order next month as it moves forward in its expansion into ALDI stores.

Needless to say, it is difficult to predict events for 15 years; however, the Debtor's product is a staple, especially for millions of people from cultures where tortillas are used in many different ways or with virtually all disches, which is unlikely to be less popular in the future after hundreds of years, and the Debtor's product is being received with enthusiasm.  While the Debtor is exceeding its expectations, it is using conservative projections to enhance its ability to deliver on its promises.

The Debtor has prepared Financial Projections which are part of Exhibit B hereto which demonstrate that the Debtor can afford to propose a feasible Chapter 11 plan of reorganization, which pays secured creditors 100% of the value of their assets over 84 months with interest and 100% of their unsecured claims, including the portion of the claims of the secured creditors that exceeds the value of their collateral, over 15 years.

The Debtor has projected its performance over the next few months based on historical sales and anticipated order but is subject to fluctuations in this stage of its path. Note that the Debtor has estimated a significant jump in revenue from April 2025 to May 2025 because the orders from the above retailers were anticipated to result in payment about May of 2025 since

there is a natural delay in payment after product is made and delivered to retailers and the time that

the Debtor would get payment from the above retail clients.  The Debtor may receive payment

earlier, but it erred on the side of caution when making its projections.

**III.**

**SUMMARY OF PLAN OF REORGANIZATION**

**A.    What Creditors and Interest Holders Will Receive Under the Proposed Plan**

As required by the Bankruptcy Code, the Plan classifies claims and interests in various

classes, which are designated as impaired or unimpaired.  The Plan provides the treatment each

class will receive.

**B.    Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified.

They are not considered impaired and they do not vote on the Plan because they are automatically

entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Debtor has

not placed the following claims in a class:

**See Exhibit G to this Disclosure Statement for a list of all claims and a**

**summary of the proposed treatment, which is hereby incorporated by**

**reference as if set forth in full herein.**

**1.    Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Case that are

allowed under Bankruptcy Code Section 507(a)(1).  The Bankruptcy Code requires that all

administrative claims be paid on the Effective Date unless a particular claimant agrees to a

different treatment.

The following chart lists all of the Debtor's 11 U.S.C. § 507(a)(1) administrative claims

and their treatment under the Plan:

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| The Orantes Law Firm, P.C. | $70,000[1] | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. |

[1] This is an estimate of fees net of retainer received.  It is only an estimate and actual fees may be higher or lower.

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| | | The Debtor and the Professional reserve the right to reach agreement on other payment terms. The Debtor and all parties reserve the right to object to such fees. |
| Law Offices of Michael J Berger | $69,951.43 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms. The Debtor and all parties reserve the right to object to such fees. |
| Genesis Credit Partners LLC | $61,460.31 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms. The Debtor and all parties reserve the right to object to such fees. |
| Lyneer Staffing Solutions, LLC | Pending (Estimate) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms. The Debtor and all parties reserve the right to object to such fees. |
| Orrick, Herrington & Sutcliffe LLP | $175,000 (estimate through 2/24/25) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms. The Debtor and all parties reserve the right to object to such fees. |
| Clerk's Office Fees | $0 | The Debtor is not aware of any fees presently owed to the Clerk's Office. To the extent such fees exist on the Effective Date, they shall be paid in full from Estate Funds on the Effective Date. |
| Office of the United States Trustee | $3,000 (estimated) | The Debtor anticipates paying the U.S. Trustee quarterly fees as they come due and the amount in the Amount Owed column is used for budgeting purposes. The U.S. Trustee quarterly will stop upon closing of the case, which the Debtor anticipates requesting soon after substantially consummating its plan with the first payments required by its plan. |
| **TOTAL** | **TBD** | |

<u>Court Approval of Fees Required</u>:

The Court must rule on all pre-plan confirmation fees listed in this chart before the fees will be owed by the estate, except for fees owing to the Clerk's Office and U.S. Trustee or fees to be paid from non-Debtor sources.  The professional in question must file and serve a properly noticed fee application, and the Court must rule on the application.  Only the amount of fees and expenses allowed by the Court will be owed and required to be paid under the Plan by a reorganized debtor.  As discussed in this Disclosure Statement, the Debtor will have sufficient funds from its continued operations to satisfy the foregoing administrative claims.

## 2.    Priority Tax Claims

Priority tax claims are certain unsecured income, employment and other taxes described by Bankruptcy Code Section 507(a)(8).  The Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive the present value of such claim in deferred cash payments, over a period not exceeding five (5) years from the date the bankruptcy petition was filed.

| DESCRIPTION | IMPAIRED | TREATMENT | |
|---|---|---|---|
| Claim of: City of Los Angeles, Office of Finance<br>Proof of Claim = #48<br>Proof of Claim Amount = $18,113.33<br>Allowed Priority Amount = $18,113.33<br>***Total Allowed Claim = $18,113.33 (Same)*** | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $548.21 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 18% |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Employment Development Department<br>Claim = #27<br>Proof of Claim Amount = $41,074.13<br>Allowed Priority Amount = $41,074.13<br>***Total Allowed Claim = $41,074.13 (Same)*** | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $912.76 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 0% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Franchise Tax Board | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $4,998.28 |
| | | Pmts Begin= | Effective Date |

| DESCRIPTION | IMPAIRED | TREATMENT | |
|---|---|---|---|
| Claim = #40<br>Proof of Claim Amount = $395,663.58<br>Anticipated llowed Priority Amount =<br>$224,922.58<br>***Debtor suffered a loss of approximately $4,314,501 in 2022 and anticipated offsetting income from 2022 through 2024 and several more years.*** | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 7% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |
| Claim of: Internal Revenue Service<br>Allowed Claim = #6<br>Proof of Claim Amount = $1,159,496.88<br>Anticipated Allowed Priority Amount =<br>$531,591.58<br>***Debtor suffered a loss of approximately $4,314,501 in 2022 and anticipated offsetting income from 2022 through 2024 and several more years.*** | Y | The Debtor shall make payments as follows: | |
| | | Monthly payment = | $11,813.15 |
| | | Pmts Begin= | Effective Date |
| | | Pmts End = | 44 Months Later (that is, 45 payments will be made in total) |
| | | Interest rate = | 7% or as the Court rules otherwise |
| | | Payments shall be due the first day of the month and be considered late the 16th day of the month. | |

## C.    Classified Claims and Interests

See **Exhibit G** to this Disclosure Statement for a list of all claims and a summary of the proposed treatment, which is hereby incorporated by reference as if set forth in full herein.

### 1.    Classes of Secured Claims

Secured claims are claims secured by liens on property of the estate.

**Section 1111(b) Election** – Under Section 1111(b) of the Bankruptcy Code, a creditor holding a non-recourse claim or a partially secured creditor may elect to be considered a full recourse creditor, which would entitle it to receive payment based on the total amount of its allowed claim unless the Debtor sells the collateral according to 11 U.S.C. § 1129(b)(2)(A)(ii) or elects to provide it with the indubitable equivalent of its claim under 11 U.S.C. § 1129(b)(2)(A)(iii).  However, under Section 1129(a)(7)(B), the Debtor may provide for the recovery of a secured creditor making such election to be equal to payment of the full amount of its allowed claim without interest if such payment has a present value at least equal to the amount of its allowed claim, which may result in a lower total payment amount than what the Debtor otherwise proposes. Kenneth N. Klee, *All You Ever Wanted to Know About Cram Down under the Bankruptcy Code*, 53 Am. Bankr.L.J. 133, 156 (1979). Holders of secured claims are advised to

consult their own counsel to evaluate whether or not it is in their best interest to make the election. Federal Rule of bankruptcy procedure 3014 states that such election must be made prior to the conclusion of the hearing on the disclosure statement.  If this election is made by any claimholder, the Debtor proposes to make the required payments to such claimholder over the term specified for each class below and use the interest rate set forth therein or as otherwise established by the Court as the applicable Discount Rate, if necessary.  Debtor reserves the right to sell or refinance collateral and pay the allowed claim amount in full satisfaction thereof, which shall obligate the claimholder to reconvey or release its deed of trust or other lien in conjunction with such transaction without further order of this Court.

The following charts list the classes containing the Debtor's secured pre-petition claims and their treatment under the Plan:

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| 1 | Claimant's Name = U.S. Small Business Administrative<br>Proof of Claim #, if any= 15<br>Scheduled Amount = $688,130<br><br>Amount in Filed Claim = $745,003.53<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,774,923.67<br>Allowed Secured Amount = $275,916.21<br>Priority of lien = First | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $4,140.16 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 7% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 2 | | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | T |
| | | | | Interest Rate = | NA |
| | | | | Treatment of Lien = | Extinguished upon entry of order confirming plan |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Amazon Capital Services, Inc.<br>Proof of Claim #, if any= 43<br>Scheduled Amount = $751,539.61<br>Amount in Filed Claim = $770,925.36 with nonpriority unsecured balance of $0<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,499,007.46<br>Allowed Secured Amount = $770,925.36<br>Priority of lien = second<br>***Amazon Capital Services, Inc. has agreed to receive no distribution for this claim.*** | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 3 | Claimant's Name = Cedar Advance<br>Proof of Claim #, if any= 43<br>Scheduled Amount = $300,000<br>Amount in Filed Claim = $350,000 with nonpriority unsecured balance of $0<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $1,499,007.46<br>Allowed Secured Amount = $350,000<br>Priority of lien = Third | N | Y | The Debtor shall make payments as follows: |

The Debtor shall make payments as follows (Class 3):

| | |
|---|---|
| Monthly payment = | $5,251.80 |
| Pmts Begin= | Effective Date |
| Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| Interest Rate = | 7% |
| Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 4 | | N | Y | The Debtor shall make payments as follows: |

| | |
|---|---|
| Monthly payment = | $0 |
| Pmts Begin= | Effective Date |
| Pmts End = | NA |
| Interest Rate = | 0% |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Fasanara Securitisation S.A. Acting Proof of Claim #, if any= None Scheduled Amount = Unknown Amount in Filed Claim = None with nonpriority unsecured balance of $0 Alleged Collateral Description = All Assets Value of Collateral = NA Allowed Secured Amount = $0.00 Priority of lien = Fourth | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 5 | Claimant's Name = Sand Park Capital LLC Proof of Claim #, if any= 42 Scheduled Amount = $4,654,334.00 Amount in Filed Claim = $4,848,240.00 Alleged Collateral Description = All Assets Value of Collateral = $1,149,007.46 Allowed Secured Amount = $378,082.10 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $4,470,157.90 Priority of lien = Fifth | N | Y | The Debtor shall make payments as follows: Monthly payment = $17,241.03 / Pmts Begin= Effective Date / Pmts End = 83 months after first payment made on Effective Date – 84 payments in total / Interest Rate = 0% Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 6 | | N | Y | The Debtor shall make payments as follows: Monthly payment = $0 / Pmts Begin= Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Sellers Funding International Portfolio Ltd. Proof of Claim #, if any= 14 Scheduled Amount = $118,500.04 Amount in Filed Claim = $163,055.60 Alleged Collateral Description = All Assets Value of Collateral = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $163,055.60 – See General Unsecured Class for Amount Priority of lien = Sixth | | | Pmts End = 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 7 | Claimant's Name = 8Fig, Inc. Proof of Claim #, if any= None Scheduled Amount = $299,590.14 (Disputed) Amount in Filed Claim = None Alleged Collateral Description = All Assets Value of Collateral = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 as no timely proof of claim was filed – See General Unsecured Class for Amount Priority of lien = Seventh | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |

- 26 -

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| 8 | Claimant's Name = Huntington Valley Bank (First Citizens Community Bank is successor by merger)<br>Proof of Claim #, if any= 31<br>Scheduled Amount = $185,454.12<br>Amount in Filed Claim = $213,652.53<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $213,652.53– See General Unsecured Class for Amount<br>Priority of lien = Eighth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 9 | Claimant's Name = Bluevine<br>Proof of Claim #, if any= 25<br>Scheduled Amount = $180,356.88<br>Amount in Filed Claim = $202,777.54<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $202,777.54– See General Unsecured Class for Amount<br>Priority of lien = Ninth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| **10** | Claimant's Name = Partners Personnel<br>Proof of Claim #, if any= None<br>Scheduled Amount = $289,674.79<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $289,674.79– See General Unsecured Class for Amount<br>Priority of lien = Tenth | **N** | Y | The Debtor shall make payments as follows**:** |

| | |
|---|---|
| Monthly payment = | $0 |
| Pmts Begin= | Effective Date |
| Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| Interest Rate = | 0% |
| Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| **11** | | **N** | Y | The Debtor shall make payments as follows**:** |

| | |
|---|---|
| Monthly payment = | $0 |
| Pmts Begin= | Effective Date |
| Pmts End = | 0 months after first payment made on Effective Date – 0 payments in total |
| Interest Rate = | 0% |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Metropolitan Capital Bank & Trust<br>Proof of Claim #, if any= 37<br>Scheduled Amount = $252,670.14<br>Amount in Filed Claim = $277,762.91<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $277,762.91 See General Unsecured Class for Amount<br>Priority of lien = Eleventh | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 12 | Claimant's Name = Stor RB One Limited<br>Proof of Claim #, if any= None<br>Scheduled Amount = Unknown<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 See General Unsecured Class for Amount<br>Priority of lien = Twelfth | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 0 months after first payment made on Effective Date – 0 payments in total |
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 13 | | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0 |
| | | | | Pmts Begin= Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | Claimant's Name = Parkside Funding Group LLC<br>Proof of Claim #, if any= None<br>Scheduled Amount = 561,867.12 (Disputed)<br>Amount in Filed Claim = None<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $0 See General Unsecured Class for Amount<br>Priority of lien = Thirteenth | | | Pmts End = 0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 14 | Claimant's Name = Spartan Capital aka Spartan Business Solutions LLC<br>Proof of Claim #, if any= 18<br>Scheduled Amount = $69,500.00<br>Amount in Filed Claim = $67,716.00<br>Alleged Collateral Description = All Assets<br>Value of Collateral = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $67,716.00 - See General Unsecured Class for Amount<br>Priority of lien = Fourteenth | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 0 months after first payment made on Effective Date – 0 payments in total<br>Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| **15** | Claimant's Name = Blue Bridge Financial, Inc.<br>Proof of Claim #, if any= 2<br>Scheduled Amount = $212,460.92<br>Amount in Filed Claim = $212,460.92 with nonpriority unsecured balance of $13,228.16<br>Alleged Collateral Description = Model TCO-400 3 Layer Flour Tortilla Oven, GS.<br>Value of Property = $43,050<br>Allowed Secured Amount = $43,050<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $169,410.92 - See General Unsecured Class for Amount<br>Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $189.06 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 7% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| **16** | Claimant's Name = Corporation Service Company.<br>Proof of Claim #, if any<br>Scheduled Amount = Unknown<br>Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00<br>Alleged Collateral Description UCC-1.<br>Value of Property = 0.00<br>Allowed Secured Amount = 0.00<br>Priority of lien = Fifteenth | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0.00 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

- 31 -

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 17 | Claimant's Name = Corporation Service Company. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description UCC-1. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Sixteenth | N | Y | The Debtor shall make payments as follows: |

| | |
|---|---|
| Monthly payment = | $0.00 |
| Pmts Begin= | Effective Date |
| Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| Interest Rate = | 0% |
| Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 18 | Claimant's Name = CT Corporation Service Company. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien =.Seventeenth | N | Y | The Debtor shall make payments as follows: |

| | |
|---|---|
| Monthly payment = | $0.00 |
| Pmts Begin= | Effective Date |
| Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 19 | Claimant's Name = CT Corporation System. Proof of Claim #, if any Scheduled Amount = $2,000.00 Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Eighteenth | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $0.00 |
| | | | | Pmts Begin= Effective Date |
| | | | | Pmts End = 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = 0% |
| | | | | Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 20 | | N | Y | The Debtor shall make payments as follows: |
| | | | | Monthly payment = $189.06 |
| | | | | Pmts Begin= Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
|  | Claimant's Name Financial Pacific Leasing, Inc,. Proof of Claim #, if any= 47 Scheduled Amount = $57,309.87 Amount in Filed Claim = $90,969.31 with nonpriority unsecured balance of $0.00 Alleged Collateral Description 1 UnIon Dough Rounder-divider Model UDD-600 SN BBD3922. Value of Property = $12,600.00 Allowed Secured Amount = $12,600.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $78,369.31 - See General Unsecured Class for Amount Priority of lien = Equipment Lien |  |  | Pmts End =    83 months after first payment made on Effective Date – 84 payments in total |
|  |  |  |  | Interest Rate =    7% |
|  |  |  |  | Treatment of Lien =    Extinguished upon payment of Allowed Secured Amount. |
|  |  |  |  | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 21 | Claimant's Name = First Corporation Solutions. Proof of Claim #, if any Scheduled Amount = Unknown Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00 Alleged Collateral Description UCC-1. Value of Property = 0.00 Allowed Secured Amount = 0.00 Priority of lien = Twenty-First | N | Y | The Debtor shall make payments as follows: |
|  |  |  |  | Monthly payment =    $0.00 |
|  |  |  |  | Pmts Begin=    Effective Date |
|  |  |  |  | Pmts End =    83 months after first payment made on Effective Date – 84 payments in total |
|  |  |  |  | Interest Rate =    0% |
|  |  |  |  | Treatment of Lien =    Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 22 | Claimant's Name = Mercury Capital. Proof of Claim #, if any= Scheduled Amount = $23,634.71 Amount in Filed Claim = $0.00 with nonpriority unsecured balance of $0.00 Alleged Collateral Description = Machine. Value of Property = $2,730.00 Allowed Secured Amount = $2,730.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $20,904.71 - See General Unsecured Class for Amount<br><br>Priority of lien = Equipment Lien | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment = $40.96<br>Pmts Begin= Effective Date<br>Pmts End = 83 months after first payment made on Effective Date – 84 payments in total<br>Interest Rate = 7%<br>Treatment of Lien = Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 23 | | N | Y | The Debtor shall make payments as follows:<br><br>Monthly payment = $0.00 – Property was and is surrendered.<br>Pmts Begin= Effective Date |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| | Claimant's Name = Robert Reiser and Company<br>Proof of Claim #, if any<br>Scheduled Amount = Unknown (Disputed)<br>Amount in Filed Claim = 0.00 with nonpriority unsecured balance of 0.00<br>Alleged Collateral Description = UCC-1 - One VEMAG Model 500 Continuous Stuffer.<br>Value of Property = $0.00<br>Allowed Secured Amount = $0.00<br>Priority of lien = Equipment Lien | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. | |
| 24 | Claimant's Name = Shopify Capital.<br>Proof of Claim #, if any= 22<br>Scheduled Amount = $23,198.85<br>Amount in Filed Claim = $37,485.00 with nonpriority unsecured balance of $0.00<br>Alleged Collateral Description = All Assets<br>Value of Property = $0.00<br>Allowed Secured Amount = $0.00<br>Amount rendered unsecured by operation of 11 U.S.C. § 506 = $37,485.00 - See General Unsecured Class for Amount<br>Priority of lien = None | N | Y | The Debtor shall make payments as follows: | |
| | | | | Monthly payment = | $0.00 |
| | | | | Pmts Begin= | Effective Date |
| | | | | Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| | | | | Interest Rate = | 0% |
| | | | | Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled. |
| 25 | Claimant's Name Slope Advance. Proof of Claim #, if any= 23 Scheduled Amount = $282,898.07 Amount in Filed Claim = $285,395.63 with nonpriority unsecured balance of $0.00 Alleged Collateral Description = . Value of Property = $0.00 Allowed Secured Amount = $0.00 Amount rendered unsecured by operation of 11 U.S.C. § 506 = $285,385.63 - See General Unsecured Class for Amount Priority of lien = None | N | Y | The Debtor shall make payments as follows: |

The following appears in the TREATMENT column for Class 25:

| | |
|---|---|
| Monthly payment = | $0.00 |
| Pmts Begin= | Effective Date |
| Pmts End = | 83 months after first payment made on Effective Date – 84 payments in total |
| Interest Rate = | 0% |
| Treatment of Lien = | Extinguished upon payment of Allowed Secured Amount. |

Debtor may satisfy the Allowed Secured Amount early from any source or by refinancing the collateral, which shall obligate the holder of the claim in this class to reconvey or release its lien in conjunction with such transaction without further order of this Court. Regardless of whether or not this claimholder files a formal release or cancellation of its security interest, it shall be deemed to be released, satisfied and cancelled.

## 2.    **Classes of Priority Unsecured Claims**

Certain priority claims that are referred to in Bankruptcy Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Bankruptcy Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective

Date, equal to the allowed amount of such claims.  The Debtor is not aware of any claims that would qualify as priority unsecured claims under 11 U.S.C. §§ 507(a)(3), (a)(4), (a)(5), (a)(6), or (a)(7).  Except for claims enjoying priority under 507(a)(4), which are set forth immediately below, to the best of Debtor's knowledge, no such claims exist in this case.

None.

**3.    Classes of General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Bankruptcy Code Section 507(a).  The following chart identifies the Plan's treatment of the class containing <u>all</u>

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 30 | All General Unsecured Claims Other than Claims in Convenience class | N | Y | Allowed general unsecured claims shall receive a total of 100% of the amount of their claims over 180 months from the Effective Date in full satisfaction of their claims, commencing at the end of the first calendar quarter after the Effective. Payments will increase over time as administrative, secured and priority claims are paid off or where the Debtor projects higher net income as specifically set forth in the chart attached at the end of the Chapter 11 plan. |

The monthly amounts to be shared proportionately by members of Class 30 are as follows:

| Monthly Payments to Unsecured Creditors | |
|---|---|
| Year | Payment |
| 2025 | $     6,118.79 |
| 2026 | $   19,000.00 |
| 2027 | $   22,000.00 |
| 2028 | $   39,000.00 |
| 2029 | $   49,000.00 |
| 2030 | $   59,000.00 |
| 2031 | $   59,000.00 |
| 2032 | $   70,000.00 |
| 2033 | $   70,000.00 |
| 2034 | $   80,000.00 |
| 2035 | $   90,000.00 |
| 2036 | $   90,000.00 |
| 2037 | $ 100,000.00 |
| 2038 | $ 108,500.00 |
| 2039 | $ 120,712.82 |
| Total | $11,787,979.28 |

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 31 | All Allowed General Unsecured Claims in the amount of $1,000 or less OR as to which its holder elects to receive $500 in full satisfaction thereof ("Convenience Class") | N | Y | The Debtor will pay 100% of such claims on the Effective Date. |

4.    **Class of Interest Holders**

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtor. Debtor's owners will retain their ownership interest in the Debtor.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**D.    Means of Effectuating the Plan**

      1.    <u>Funding for the Plan</u>

It is projected that on the Effective Date, the Debtor will have approximately no less than $115,000 on the Effective Date. The amount available as of the Effective Date may be less than $115,000 by an amount equal to allowed administrative amounts paid before the Effective Date order, which will reduce the amounts due on the Effective Date by a corresponding amount. Please review Exhibit B and Exhibit G for a demonstration that the Debtor can fund its proposed plan payments as the Debtor's projections estimate that the Debtor will have an amount sufficient to make all plan payments at all times.

Based on the foregoing required Plan payments, the Debtor is confident that it will have sufficient cash on hand to make all required Effective Date payments. **Note, however, that the amount of administrative claims may not be determined until after the Effective Date of the Plan; therefore, the Debtor need not have estate funds to make payments to holders of administrative claims until the Court enters an order or orders awarding them.**

After the payments on the Effective Date, the Debtor's projections, which are attached hereto as **Exhibit "B"** show that the Debtor will have cash to meet its obligations.

      2.    <u>Post-confirmation Management</u>

The Reorganized Debtor's post-confirmation management will be the same as the Debtor's management during the Chapter 11 case.  Please see Section II. C.

      3.    <u>Disbursing Agent</u>

The Reorganized Debtor shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan except when made through escrow as part of the planned refinancing transaction.  The Disbursing Agent shall serve without bond and shall not receive any compensation for distribution services rendered and expenses incurred pursuant to the Plan.

**E.    Risk Factors**

The Debtor believes that the Plan has the following risks:

It is difficult to speculate about all the risks that may exist which may prevent the successful consummation of the proposed plan.  However, the Plan (e.g., payments to holders of

1    priority, secured and unsecured claims, etc) is being funded from the future revenue to be

2    generated by the business, which necessarily will require the Reorganized Debtor to continue

3    operating.  The Debtor cannot foresee whether events will occur that would disrupt or interfere

4    with the ability to maintain or improve its operations. The Debtor's projections represent their best

5    efforts to anticipate their future income based on the current state of its facilities, its marketing

6    model, the demand for its products and consumer tastes, among other things.

7    **F.    Other Provisions of the Plan**

8        **1.    Executory Contracts and Unexpired Leases**

9            a.    Assumptions

10            The following are the unexpired leases and executory contracts to be

11    assumed as obligations of the Reorganized Debtor under the Plan:

12    **Debtor is current with leases to be assumed:**

13                **i.**    Lease for property located at 1112 Arroyo St. Ste. B, San Fernando

14                    Valley, CA 91340. It's a warehouse space (2169 sq. ft) with a small

15                    office. Lease commence 6/1/2022 and will terminate 5/31/2027.

16                    Monthly payment is $3,798. Security deposit is $4,200.

17                **ii.**    Lease for property located at 1104 Arroyo St., San Fernando, CA

18                    91340. The property is a 5200 sq. ft warehouse with small office.

19                    Lease commence 10/1/2020. Lease termination 9/30/2025. Monthly

20                    lease is $6,534. Security deposit is $7,000.

21                **iii.**    Lease for property located at 1112 Arroyo St. Ste. A, San Fernando

22                    Valley, CA 91340 for a tortilla manufacturing warehouse (5200 sq.

23                    ft). Lease commence 6/1/2016 and will terminate in on 9/30/2025.

24                    Current monthly payment is $7,036.

25                **iv.**    Executory contract with Perpetua Labs, Inc. for managed services for

26                    displays . and video advertising using Amazon Demand Side

27                    Platform. On March 21, 2024, the Debtor entered into Joint

28                    Stipulation To Reject Executory Contract With Perpetua Labs, Inc.

1          [docket no.: 96], which the court approved on March 25, 2025

2          [docket no.: 102].

3          The Debtor reserves the right to negotiate different terms or file a separate motion to

4 assume the aforementioned lease.

5          On the Effective Date, each of the unexpired leases and executory contracts listed above

6 shall be assumed as obligations of the Reorganized Debtor.  The Order of the Court confirming

7 the Plan shall constitute an Order approving the assumption of each lease and contract listed

8 above.  If you are a party to a lease or contract to be assumed and you object to the assumption of

9 your lease or contract, you must file and serve your objection to the Plan within the deadline for

10 objecting to the confirmation of the Plan.  See Section I of this Disclosure Statement describing

11 the Plan for the specific date.

12             b.      Rejections

13          If not already rejected by order of the Court, on the Effective Date, the following

14 executory contracts and unexpired leases will be rejected:  any executory contracts or unexpired

15 lease not expressly assumed hereby in addition to the following:

16 **Rejected:**

17                 `i.`     Lease for property located at 8134 Lankershim Blvd., North

18                        Hollywood, CA 91605. The premises is used for food production.

19                        Lease commence 9/15/2022. Lease termination 10/31/2027. Monthly

20                        rent is $17,510.00. Security deposit is $34,000. On March 25, 2024,

21                        the Debtor entered into a Stipulation with the landlord to reject the

22                        lease [docket no.: 103]. On March 28, 2024, the Court entered an

23                        order approving the stipulation [docket no.: 107]. REJECTED

24                 `ii.`   Sublease for property located at 1110 Arroyo St., San Fernando, CA

25                        91340. The property is used as an office space (appx. 1875 sq. fi).

26                        Lease commence: 11/1/2020. Lease termination 10/31/2024.

27                        Monthly rent is $2,400.00. Security deposit is $2,065.50.

28                        REJECTED

1    The Order confirming the Plan shall constitute an Order approving the rejection of the

2    lease or contract.  If you are a party to a contract or lease to be rejected and you object to the

3    rejection of your contract or lease, you must file and serve your objection to the Plan within the

4    deadline for objecting to the confirmation of the Plan.  See this Disclosure Statement above for the

5    specific date.

6        THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING

7    FROM THE REJECTION OF A LEASE OR CONTRACT IS THIRTY (30) DAYS FROM THE

8    EFFECTIVE DATE OF THE PLAN.  Any claim based on the rejection of an executory contract

9    or unexpired lease will be barred if the proof of claim is not timely filed, unless the Court later

10    orders otherwise.

11        **2.    Retention of Jurisdiction**

12        Until the Effective Date, the Bankruptcy Court shall retain jurisdiction over the Debtor, its

13    assets and this Estate.  Thereafter, jurisdiction of the Bankruptcy Court over the Debtor, its assets

14    and this Estate shall be limited to the subject matters set forth:

15            a.        Allowance of Claims or Interests

16        The Court shall retain jurisdiction to allowed, disallow, determine, liquidate, classify,

17    estimate or establish the priority or secured or unsecured status of any Claim or Interest (whether

18    filed before or after the Effective Date and whether or not contingent, disputed or unliquidated),

19    including the compromise, settlement and resolution of any request for payment of any

20    Administrative Claim or Priority Claim, the resolution of any objections to the allowance or

21    priority of Claims or Interests and the resolution of any dispute as to the treatment necessary to

22    reinstate a Claim pursuant to the Plan, and to hear and determine any other issue presented hereby

23    or arising hereunder, including during the pendency of any appeal relating to any objection to such

24    Claim or Interest (to the extent permitted under applicable law).

25            b.        Executory Contract Proceedings

26        The Court shall retain jurisdiction to act with respect to proceedings regarding the rejection

27    of any executory contract or unexpired lease of a Debtor pursuant to sections 365 and 1123 of the

28

Bankruptcy Code and to determine the allowance and proper classification of any Claims arising from the resolution of any such proceedings.

c.    Plan Interpretation

The Court shall retain jurisdiction to resolve controversies and disputes regarding the interpretation of the Plan and the Confirmation Order.

d.    Plan Implementation

The Court shall retain jurisdiction to implement and enforce the provisions of the Plan, the Confirmation Order, and otherwise to enter orders in aid of confirmation and implementation of the Plan.

e.    Plan Modification

The Court shall retain jurisdiction to modify the Plan pursuant to section 1127 of the Bankruptcy Code and the applicable Bankruptcy Rules.

f.    Adjudication of Controversies

The Court shall retain jurisdiction to adjudicate such contested matters and adversary proceedings as may be pending or subsequently initiated in the Court including, but not limited to, objections to Claims, or actions relating to taxes.

g.    Injunctive Relief

The Court shall retain jurisdiction to issue any injunction or other relief appropriate to implement the intent of the Plan, and to enter such further orders enforcing any injunctions or other relief issued under the Plan or pursuant to the Confirmation Order.

h.    Correct Minor Defects

The Court shall retain jurisdiction to correct any defect, cure any omission or reconcile any inconsistency or ambiguity in the Plan, the Confirmation Order or any document executed or to be executed in connection therewith, as may be necessary to carry out the purposes and intent of the Plan, provided that the rights of any holder of an Allowed Claim or Allowed Interest are not materially and adversely affected thereby.

i.        Post-Confirmation Orders Regarding Confirmation

The Court shall retain jurisdiction to enter and implement such orders as may be appropriate in the event the Confirmation Order is, for any reason, stayed, reversed, revoked, modified or vacated.

If the Bankruptcy Court abstains from exercising or declines to exercise jurisdiction over any matter arising under, arising in or related to the Debtor's Estate, including with respect to the matters set forth in hereinabove, such provisions shall not prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such subject matter.

**G.        Tax Consequences of the Plan**

The following discussion summarizes certain federal income tax consequences of the Plan to the Debtor.  This summary does not address the federal income tax consequences to creditors or interest holders.  This summary does not address foreign, state or local income tax consequences, estate or gift tax consequences of the Plan.

This summary is based on the Internal Revenue Code of 1986, as amended (the "IRC"), the Treasury Regulations promulgated and proposed thereunder (the "Regulations"), judicial decisions, and published administrative rulings and pronouncements of the Internal Revenue Service (the "IRS") currently in effect.  These authorities are all subject to change, possibly with retroactive effect, and any such change could alter or modify the federal income tax consequences described below.

THE TAX CONSEQUENCES TO CREDITORS OR INTEREST HOLDERS MAY VARY BASED UPON THE INDIVIDUAL CIRCUMSTANCES OF EACH SUCH HOLDER. CREDITORS MAY RECOGNIZE INCOME OR LOSS AS A RESULT OF THE PLAN.  THIS DISCUSSION DOES NOT CONSTITUTE TAX ADVICE OR A TAX OPINION CONCERNING THE MATTERS DESCRIBED.  THERE CAN BE NO ASSURANCE THAT THE INTERNAL REVENUE SERVICE WILL NOT CHALLENGE ANY OR ALL OF THE TAX CONSEQUENCES DESCRIBED HEREIN, OR THAT SUCH A CHALLENGE, IF ASSERTED, WOULD NOT BE SUSTAINED.  ACCORDINGLY, EACH CREDITOR IS

STRONGLY URGED TO CONSULT WITH ITS OWN TAX ADVISOR REGARDING THE FEDERAL, STATE, LOCAL, FOREIGN OR OTHER TAX CONSEQUENCES OF THE PLAN.

In general, the Debtor does not expect the Debtor to incur any substantial tax liability as a result of implementation of the Plan.

The IRC provides that a debtor in a Chapter 11 bankruptcy case must reduce certain of its tax attributes by the amount of any cancellation of indebtedness ("COD") income that is realized as a result of the bankruptcy plan, instead of recognizing the income. COD income is the excess of the amount of a taxpayer's indebtedness that is discharged over the amount or value of the consideration exchanged therefore. As a result of the discharge and satisfaction of Claims pursuant to the Plan, the Debtor will realize some COD income, and, accordingly, the Debtor will reduce certain tax attributes by the amount of unrecognized COD income.

Tax attributes that are subject to reduction include net operating losses, capital losses, loss carryovers, certain tax credits and, subject to certain limitations, and the tax basis of property. The reduction of tax attributes occurs after the determination of the Debtor's tax for the taxable year in which the COD income is realized.

Payments of interest, dividends, and certain other payments are generally subject to withholding unless the payee of such payment furnishes such payee's correct taxpayer identification number (social security number or employer identification number) to the payor. The Debtor may be required to withhold the applicable percentage of any payments made to a holder who does not provide its taxpayer identification number. Backup withholding is not an additional tax, but an advance payment that may be refunded to the extent it results in an overpayment of tax.

THE FOREGOING IS INTENDED TO BE ONLY A SUMMARY OF CERTAIN UNITED STATES FEDERAL INCOME TAX CONSEQUENCES OF THE PLAN, AND IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING WITH A TAX PROFESSIONAL. THE FEDERAL, STATE AND LOCAL INCOME AND OTHER TAX CONSEQUENCES OF THE PLAN ARE COMPLEX AND, IN SOME CASES, UNCERTAIN. SUCH CONSEQUENCES MAY ALSO VARY BASED ON THE INDIVIDUAL CIRCUMSTANCES

1  OF EACH CREDITOR OR INTEREST HOLDER.  ACCORDINGLY, EACH CREDITOR IS

2  STRONGLY URGED TO CONSULT WITH HIS, HER OR ITS OWN TAX ADVISOR

3  REGARDING THE FEDERAL, STATE AND LOCAL INCOME AND OTHER TAX

4  CONSEQUENCES UNDER THE PLAN.

5                                            **II.**

6                        **CONFIRMATION REQUIREMENTS AND PROCEDURES**

7          PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OF THE PLAN

8  SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON

9  CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX.  The following

10  discussion is intended solely for the purpose of alerting readers about basic confirmation issues,

11  which they may wish to consider, as well as certain deadlines for filing claims. The Debtor

12  CANNOT and DOES NOT represent that the discussion contained below is a complete summary

13  of the law on this topic.

14          Many requirements must be met before the Court can confirm the Plan.  Some of the

15  requirements include that the Plan must be proposed in good faith, acceptance of the Plan, whether

16  the Plan pays creditors at least as much as creditors would receive in a chapter 7 liquidation, and

17  whether the Plan is feasible.  These requirements are <u>not</u> the only requirements for confirmation.

18  **A.    Who May Vote or Object**

19          1.      Who May Object to Confirmation of the Plan

20          Any party in interest may object to the confirmation of the Plan, but, as explained below,

21  not everyone is entitled to vote to accept or reject the Plan.

22          2.      Who May Vote to Accept/Reject the Plan

23          A creditor or interest holder has a right to vote for or against the Plan if that creditor or

24  interest holder has a claim which is both (1) allowed or allowed for voting purposes, and (2)

25  classified in an impaired class.

26                  a)      What Is an Allowed Claim/Interest

27          As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to

28  have the right to vote.  Generally, any proof of claim or interest will be allowed, unless a party in

interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

**THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE WAS SET FOR <u>May 31, 2024</u>.**  A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest was not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim.  An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest.

    b)  <u>What Is an Impaired Claim/Interest</u>

  As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan.  A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.  For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed.

  In this Case, the Debtor believes that holders of all claims are impaired.  All holders of claims are entitled to vote. Parties that dispute the Debtor's characterization of their claims or interests as being impaired or unimpaired may file an objection to the Plan and contend that the Debtor has incorrectly characterized the class.

  3. Who Is <u>Not</u> Entitled to Vote

  The following four types of claims are <u>not</u> entitled to vote: (1) claims that are not allowed claims or deemed allowed, which will include claims that are subject to a pending claim objection; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan.  Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan.  Claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Bankruptcy Code.

Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

4.      Who Can Vote in More Than One Class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject the Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

5.      Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, if any, as discussed later in Section IV.A.8.  Debtor will not seek cramdown on any class of creditors.

6.      Votes Necessary for a Class to Accept the Plan

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan.  A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

7.      Treatment of Nonaccepting Classes

As noted above, even if all impaired classes do not accept the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Bankruptcy Code.  The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Bankruptcy Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate

1    unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the

2    Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

3         8.    Request for Confirmation Despite Nonacceptance by Impaired Class(es)

4    The Debtor requests that the Court confirm the Plan and cramdown the Plan on any and all

5    impaired classes that do not vote to accept the Plan.

6    **B.    <u>Liquidation Analysis</u>**

7    Another confirmation requirement is the "Best Interest Test", which requires a liquidation

8    analysis.  Under the Best Interest Test, if a claimant or interest holder is in an impaired class and

9    that claimant or interest holder does not vote to accept the Plan, then that claimant or interest

10    holder must receive or retain under the Plan property of a value not less than the amount that such

11    holder would receive or retain if the Debtor was liquidated under chapter 7 of the Bankruptcy

12    Code.

13    In a chapter 7 case, the Debtor's assets are usually sold by a chapter 7 trustee.  Secured

14    creditors are paid first from the sales proceeds of properties on which the secured creditor has a

15    lien.  Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining

16    sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority

17    share in proportion to the amount of their allowed claim in relationship to the amount of total

18    allowed unsecured claims.  Finally, interest holders receive the balance that remains after all

19    creditors are paid, if any.

20    For the Court to be able to confirm the Plan, the Court must find that all creditors and

21    interest holders who do not accept the Plan will receive at least as much under the Plan as such

22    holders would receive under a chapter 7 liquidation.  Hereinbelow is a chart listing the Debtor's

23    assets and setting forth the value of such assets:

24         [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

25

26

27

28

| | | | | Current Value |
|---|---|---|---|---|
| CURRENT ASSETS | | | | |
| | a.  Cash on hand | | | $0.00 |
| | b.  Bank Accounts | | | $6,552.00 |
| | c.  Security Deposits | | | $54,765.50 |
| | d.  Account Receivable | | | $823,661.81 |
| TOTAL CURRENT ASSETS | | | | **$884,979.31** |
| | | | | |
| FIXED ASSETS | | | | |
| | a.  Automobiles | | | |
| | | 2007 Honda Element | $5,200.00 | |
| | | 2007 INTL Refrigerated truck | $6,200.00 | |
| | Subtotal of Automobiles | | | **$11,400.00** |
| | b.  Buildings & Land | | | |
| | | | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | Subtotal of Buildings & Land | | | $0.00 |
| TOTAL FIXED ASSETS | | | | **$896,379.31** |
| | | | | |
| BUSINESS ASSETS | | | | |
| | a. | Furniture | $34,000.00 | |
| | b. | Raw Material | $243,433.45 | |
| | c. | Office equipment, computer and communication | $41,330.00 | |
| | d. | Trade secrets, formulas, patents for food | unknown | |
| | e. | Debtor anticipates receiving Employee Retention Creditor (ERC) but the amount is unknown at this time. | unknown | |
| | Subtotal | | | **$318,763.45** |
| HOUSEHOLD ASSETS | | | | |
| | a. | Household Goods and Furnishings | $0.00 | |
| | b. | Wearing apparel | $0.00 | |
| | c. | Jewelry | $0.00 | |
| | d. | Electronics, misc. | $0.00 | |
| | e | Claims against third parties | $0.00 | |
| | f | Debtor Owns the equity of TIP TOP KITCHEN & GRILL, INC. & TIP TOP'S BAGUETTES & SANWICHES, INC. | $0.00 | |
| | g | UCC1 against  Boujee F&B, LLC & Roots F&B, LLC | $0.00 | |
| | Subtotal | | | $0.00 |
| | | | | |
| TOTAL BUSINESS , HOUSEHOLD AND OTHER ASSETS | | | | **$318,763.45** |
| | | | | |
| **TOTAL ASSETS AT LIQUIDATION VALUE** | | | | **$2,100,122.07** |
| **Less:** | | | | |
| Secured Creditors Recovery* | | Value | Recovery | |
| | a. Total Current Assets | $884,979.31 | $0.00 | |
| | b. Total Fixed Assets | $11,400.00 | $0.00 | |
| | c.  Buildings & Land | | | |
| | | 1500 -1512 W. Slauson Ave. Los Angeles, CA 90047 | $0.00 | $1,712,387.45 | |
| | | Total Secured Creditors Recovery | | | $1,712,387.45 |
| **Less:** | | | | |
| Priority claims, excluding administrative expense claims | | $45,687.05 | | $45,687.05 |
| **Less:** | | | | |
| Debtor's claimed exemptions | | | | |
| **Less:** | | | | |
| Chapter 7 trustee fees and expenses** | | | | $3,250.00 |
| | | | | |
| **Total Deductions** | | | | $1,761,324.50 |
| (1)   Balance for unsecured claims | | | | -$864,945.19 |
| (2)   Total amount of unsecured claims | | | | **$764,784.90** |

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WOULD RECEIVE OR RETAIN IN A CHAPTER 7 LIQUIDATION BECAUSE AN EXEMPT NONPROFIT CORPORATE DEBTOR CANNOT BE FORCED INTO A CHAPTER 7 LIQUIDATION = 0%**

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WILL RECEIVE OR RETAIN UNDER THE PLAN: = 100%.**

\* Note:  The deficiency portion of a secured recourse claim, if any, must be added to the total amount of unsecured claims.

\*\* Assumes 8% Cost of liquidation.

\*\*\* Note:  If this percentage is greater than the amount to be paid to the unsecured creditors on a "present value basis" under the Plan, the Plan is <u>not</u> confirmable unless Proponents obtain acceptance by every other creditor in the general unsecured class.

**C.**     <u>**Feasibility**</u>

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis.  The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date to pay all the claims and expenses which are entitled to be paid on such date.

As discussed above, on the Effective Date, it is anticipated that on the Effective Date, the Debtor will have approximately $115,000 (less amounts for allowed Administrative amounts paid before the Effective Date pursuant to Court order, which will reduce the amounts due on the Effective Date by a corresponding amount).As a result, there is no issue as to feasibility of Effective Date payments.

The second aspect considers whether the Reorganized Debtor will have enough cash over the life of the Plan to make the required Plan payments.  The Debtor's projections, which are attached hereto as **Exhibit "B",** show that the Debtor will have cash to meet its operating obligations as well as make payments under the Plan as listed in **Exhibit "G"**.

# III.

# EFFECT OF CONFIRMATION OF PLAN

**A.**    **Discharge**

Subject to the provision below, confirmation shall bind the Debtor, all creditors, and other parties in interest to the provisions of the Plan whether or not the claim of such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

Except as otherwise provided herein or in the Plan Confirmation Order, on the Effective Date, the Debtor will be discharged from any debt that arose before confirmation of the Plan, and any debt of a kind specified in Section 502(g), 502(h) or 502(i) of the Bankruptcy Code whether or not a proof of claim based on such debt was filed or deemed filed under Section 501 of the Bankruptcy Code, such claim was allowed under Section 502 of the Bankruptcy Code or the holder of such claim accepted the Plan.

Subject to the provision below, nothing contained herein shall limit the effect of confirmation as described in Sections 524 and/or 1141 of the Bankruptcy Code, and on the Effective Date, the Debtor shall be deemed discharged and released to the fullest extent permitted by Section 1141 of the Bankruptcy Code.

Subject to the provision below, on or after the Effective Date, all parties that have held, currently hold, or may hold a claim discharged pursuant to the terms of the Plan shall be permanently enjoined by Section 524 of the Bankruptcy Code from taking any of the following actions on account of any such discharged claim:  (a) commencing or continuing in any manner any action or other proceeding against the Reorganized Debtor, (b) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order against the Reorganized Debtor, provided, however, that the foregoing injunction shall not apply to bar any claim of recoupment or setoff, (c) creating, perfecting, or enforcing any lien or encumbrance against the Reorganized Debtor, and (d) commencing or continuing any action, in any manner, in any place, that does not comply with or is inconsistent with the provisions of the Plan or the Plan Confirmation Order.  Any person violating such injunction may be liable for actual damage, including costs and attorneys' fees and, in appropriate circumstances, punitive damages.

**B.      Revesting of Property in the Debtor**

Except as provided elsewhere in the Plan, the confirmation of the Plan vests all of the property of the estate in the Reorganized Debtor.  In addition, on the Effective Date, all of the claims against and/or interests in third parties that constitute property of the estate shall be re-vested in the Reorganized Debtor.  Following the Effective Date, the Reorganized Debtor shall have absolute authority to prosecute, waive, adjust or settle any claims without the need for approval by the Court.  Following the Effective Date, the Reorganized Debtor shall have the authority to employ such professionals as it deems necessary to prosecute or defend such claims asserted without the need for Court approval.

**C.      Modification of Plan**

The Debtor may modify the Plan at any time before confirmation.  However, the Court may require a new disclosure statement and/or re-voting on the Plan.  The Debtor may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated and (2) the Court authorizes the proposed modifications after notice and a hearing.

**D.      Post-Confirmation Status Report**

Within 120 days following the entry of the Plan Confirmation Order, the Reorganized Debtor shall file a status report with the Court explaining what progress has been made toward consummation of the confirmed Plan.  The status report shall be served on the United States Trustee, the twenty largest unsecured creditors, and those parties who have requested special notice after the Effective Date.  Further status reports shall be filed every 120 days and served on the same entities.

**E.      Post-Confirmation Quarterly Reports to the United States Trustee**

Each calendar quarter after the Effective Date of the Plan until a final decree is entered, the Debtor shall provide quarterly reports to the United States Trustee, previously defined as OUST, disclosing all its respective disbursements for that quarter.

**F.      Quarterly Fees**

The Reorganized Debtor shall be responsible for the timely payment to the OUST of all fees incurred after the Effective Date pursuant to 28 U.S.C. § 1930(a)(6).

**G.      Notice of Effective Date of the Plan**

The Reorganized Debtor shall file a notice of the effective date within five business days of the effective date and from that date forward, the Reorganized Debtor will file post-confirmation quarterly reports until a final decree is entered, the case is dismissed, or the case is converted.

**H.      Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to convert or dismiss the Case under § 1112(b) after the Plan is confirmed if there is an uncured default in performing the Plan.  If the Court orders the Case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will re-vest in the Chapter 7 estate.  The automatic stay will be re-imposed upon the re-vested property, but only to the extent that the Court did not previously authorize relief from stay during the Case. The Plan Confirmation Order may also be revoked under very limited circumstances.  The Court may revoke the Plan Confirmation Order if the Plan Confirmation Order was procured by fraud and if the party in interest brings an adversary proceeding to revoke confirmation within 180 days after the entry of the Plan Confirmation Order.

**I.      Default Defined**

Except as otherwise expressly specified above, if Debtor fails to make any payment required under the Plan, or to perform any other obligation required under the Plan for more than 14 days after the time specified in the Plan, the affected creditor may serve upon Debtor and Debtor's attorney (if any) a written notice of default. The Debtor is in Material Default under the Plan if the Debtor fails within 14 days of the service of such notice of default either: (i) to cure the default or (ii) to obtain from the Court an extension of time to cure the default or a determination that no default occurred. A definition of default in any approved stipulation attached to the Debtor's confirmed Chapter 11 plan of reorganization governs the claim(s) to which such stipulation relates.

**J.      Notice**

Any notice required or permitted to be given hereunder to the Debtor (or Reorganized Debtor after confirmation of a plan of reorganization) shall be sufficient if in writing and if

1   personally delivered, mailed by first class mail (postage prepaid) or by other carrier, and

2   transmitted by electronic mail to the Debtor and its counsel at their current addresses and e-mail

3   addresses noted below.  Delivery of notice by personal delivery shall be effective when so made.

4   Delivery of notice by mail or carrier shall be effective when deposited in the mail or with the

5   carrier.  Delivery of notice by facsimile or electronic mail shall be effective as of the time stated in

6   any notice that the transmitting party receives confirming successful transmission.  The address for

7   notice of the Debtor or party entitled to notice or its respective counsel may be changed by filing it

8   with the Court in this case or serving on members of classes who are entitled to payment under a

9   confirmed plan of reorganization at the time of such change of address of written notice mailed by

10  first class mail (postage prepaid) or by other carrier.

| | |
|---|---|
| To Debtor (as the Reorganized Debtor): | MR. TORTILLA, INC.,<br>Attention: Anthony Alcazar<br>1112 Arroyo Street, Ste A<br>San Fernando, CA 91340 |
| With a copy to its counsel: | The Orantes Law Firm, P.C. Attention:<br>Giovanni Orantes, Esq.<br>3435 Wilshire Blvd., 27th Floor<br>Los Angeles, CA 90010<br>go@gobklaw.com |

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**K.**     **Final Decree**

At the earliest opportunity once this estate has been fully administered as referred to in

Bankruptcy Rule 3022, the Reorganized Debtor or other party as the Court shall designate in the

Plan Confirmation Order shall file a motion with the Court to obtain a final decree to close the

Case.

Date:  February 26, 2025

_____
Anthony Alcazar, President and Chief Executive
Officer
Mr. Tortilla, Inc., Plan Proponent

Date:  February 26, 2025                    **THE ORANTES LAW FIRM, P.C.**

By: /s/ Giovanni Orantes_____
        Giovanni Orantes
Attorney for Plan Proponent

# IV.

## SUPPORTING DECLARATIONS

I, Anthony Alcazar, declare as follows:

1.      I am over 18 years of age and am the President of the Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned bankruptcy case.  Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if I am called upon as a witness, I could and would testify thereto.

2.      Attorney Giovanni Orantes is the individual who prepared this document with my direct input and that of Anthony Alcazar and Ronald Alcazar.

3.      The source of all financial data is the Debtor's books and records, which are maintained in the ordinary course of the Debtor's business.  I am, in fact, a custodian of all such books and records.  I have personally worked on those books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of the Debtor on behalf of the Debtor, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of the Debtor's business at or near the time of the acts, conditions or events to which they relate.  The accounting method used to prepare the cash flow projections and the other financial documents is the "accrual" method. I caused the preparation of the cash flow projections and the other financial documents and they are true and correct.

4.      All facts and representations in the Chapter 11 Disclosure Statement, including its exhibits to which this Declaration is also appended are true and correct to the best of my knowledge. No fact material to a claimant or equity security holder in voting to accept or reject the proposed Plan has been omitted.

5.      I believe that the values set forth in Exhibit A to the Disclosure Statement to which this declaration is appended are true and correct to the best of my knowledge based on my education, training and experience.

6.      I understand that the Debtor is agreeing to make certain payments under the Chapter 11 plan of reorganization ultimately confirmed by the Court.

1      Dated this 26th day of February of 2025, at Los Angeles, California.

2

3                                            _____

4                                            Anthony Alcazar, Declarant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**V.**

**<u>SUPPORTING EXHIBITS</u>**

**EXHIBIT A – ASSETS**

1  **EXHIBIT B – HISTORICAL AND PROJECTED INCOME AND EXPENSE**

2  **STATEMENTS**

# EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS

| Name | Amount Owed (Estimates) | Treatment |
|---|---|---|
| The Orantes Law Firm, P.C. | $70,000[1] | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Law Offices of Michael J Berger | $69,951.43 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Genesis Credit Partners LLC | $61,460.31 | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Lyneer Staffing Solutions, LLC | Pending (Estimate) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Orrick, Herrington & Sutcliffe LLP | $175,000 (estimate through 2/24/25) | Paid in full from Estate Funds upon entry of interim orders approving or, on a final basis, the later of (a) Effective Date of confirmed of the Plan; and (b) the date of entry of the order allowing the final fee application or as agreed upon by the Firm. The Debtor and the Professional reserve the right to reach agreement on other payment terms.  The Debtor and all parties reserve the right to object to such fees. |
| Clerk's Office Fees | $0 | The Debtor is not aware of any fees presently owed to the Clerk's Office.  To the extent such fees will |

---

[1] This is an estimate of fees net of retainer received.  It is only an estimate and actual fees may be higher or lower.

| Name | Amount Owed (Estimates) | Treatment |
|------|------------------------|-----------|
| | | exist on the Effective Date, they shall be paid in full from Estate Funds on the Effective Date. |
| Office of the United States Trustee | $3,000 (estimated) | The Debtor anticipates paying the U.S. Trustee quarterly fees as they come due and the amount in the Amount Owed column is used for budgeting purposes. The U.S. Trustee quarterly will stop upon closing of the case, which the Debtor anticipates requesting soon after substantially consummating its plan with the first payments required by its plan. |
| TOTAL | TBD | |

# EXHIBIT D – LIST OF UNSECURED CREDITORS

**PLEASE SEE EXHIBIT G.**

**EXHIBIT E – LIST OF EQUITY INTERESTS**

Anthony Alcazar        81%

Ronald Alcazar        19%

# EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE ASSUMED OR REJECTED

**To Be Assumed – Debtor is current with leases to be assumed:**

**A.**    Lease for property located at 1112 Arroyo St. Ste. B, San Fernando Valley, CA 91340. It's a warehouse space (2169 sq. ft) with a small office. Lease commence 6/1/2022 and will terminate 5/31/2027. Monthly payment is $3,798. Security deposit is $4,200.

**B.**    Lease for property located at 1104 Arroyo St., San Fernando, CA 91340. The property is a 5200 sq. ft warehouse with small office. Lease commence 10/1/2020. Lease termination 9/30/2025. Monthly lease is $6,534. Security deposit is $7,000.

**C.**    Lease for property located at 1112 Arroyo St. Ste. A, San Fernando Valley, CA 91340 for a tortilla manufacturing warehouse (5200 sq. ft). Lease commence 6/1/2016 and will terminate in on 9/30/2025. Current monthly payment is $7,036.

**D.**    Executory contract with Perpetua Labs, Inc. for managed services for displays . and video advertising using Amazon Demand Side Platform. On March 21, 2024, the Debtor entered into Joint Stipulation To Reject Executory Contract With Perpetua Labs, Inc. [docket no.: 96], which the court approved on March 25, 2025 [docket no.: 102].

**Rejected:**

**E.**    Lease for property located at 8134 Lankershim Blvd., North Hollywood, CA 91605. The premises is used for food production. Lease commence 9/15/2022. Lease termination 10/31/2027. Monthly rent is $17,510.00. Security deposit is $34,000. On March 25, 2024, the Debtor entered into a Stipulation with the landlord to reject the lease [docket no.: 103]. On March 28, 2024, the Court entered an order approving the stipulation [docket no.: 107]. REJECTED

**F.**    Sublease for property located at 1110 Arroyo St., San Fernando, CA 91340. The property is used as an office space (appx. 1875 sq. fi). Lease commence: 11/1/2020. Lease termination 10/31/2024. Monthly rent is $2,400.00. Security deposit is $2,065.50. REJECTED

**EXHIBIT G - CLAIMS SUMMARY, ANALYSIS AND TREATMENT**

# EXHIBIT H - ALLOWANCE AND DISALLOWANCE OF CLAIMS

**1.    Disputed Claim.**

A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest files an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

**2.    Reservation of Rights to Initiate Post-confirmation Claim Objections**

The Debtor reserves the right to commence claim objections after confirmation of its plan.  Claimants whose claims are objected to received notice and an opportunity to respond. Unless a creditor's claim has been expressly allowed by order of the bankruptcy court, no creditor should rely or expect that his/her claim will be allowed in full when voting on the Plan. Anticipated Claim objections include, but are not limited to:

1.    Duplicate Claims.

2.    Claims which have been paid in full.

3.    Claims lacking adequate documentation or support.

4.    Untimely Claims.

5.    Claims as to which there is a disputed amount because of errors in the revenue distribution.

6.    Claims which are not supported by the Debtor's books and records, or in excess thereof.

7.    Claims which are unenforceable against the Debtor and/or property of the estate, under any agreement or applicable law.

8.    Claims for improper or unreasonable interest, attorneys' fees, charges, costs, etc.

9.    Claims for interest which are unmatured as of the petition date.

10.    Claims of a lessor which exceed the §502(b)(6) cap.

11.    Claims of any entity from which property is recoverable under section 542, 543, 550, or 553 or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a), unless such entity or transferee has paid

the amount, or turned over any such property, for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553.

12.    Setoff Claims asserted by the government which are premised upon the government being a single entity for the purposes of setoff.

13.    Equipment lessor Claims which are disguised security agreements.

14.    Bodily injury claims in which the claimant has failed to adequately establish the Debtor's legal liability and/or the claimant's damages.

15.    Claims for contingent claims for reimbursement, indemnity or contribution, or any entity that asserts a right of subrogation to the rights of such creditor.

16.    Claims which may be subordinated under §§509 or 510.

The Debtor will provide a list of claims to which it may object before its disclosure statement is approved. The foregoing list is not intended to be exhaustive of all potential claim objections. Rather, the Debtor seeks to place all creditors on notice that the Debtor reserve all rights to bring Claim Objections on any and all grounds. The Debtor does not know which claims are subject to objection and will file and serve a list of proofs of claims to which it anticipates objecting within fourteen (14) days of today.

**3.    Delay of Distribution on a Disputed Claim.**

No distribution will be made on account of a disputed claim unless and until such claim is allowed by a final non-appealable order. However, the Debtor shall set aside in an attorney's trust account an amount equal to the payment to which such claim would be entitled if the claimholder prevails.

**4.    Settlement of Disputed Claims.**

After Plan confirmation , the Reorganized Debtor will have the power and authority to settle and compromise a disputed claim without court approval.

# Exhibit 3

**Mr. Tortilla, Inc.**
**1:24-bk-10228-VK - 5/1/25 Projected Effective Date as of 2/26/25**

| Class | Name | Account # | Claim # | Scheduled Claim Amount | C/U/D | Filed Claims Amounts | Property Value | Allowed Claim Amount | Objection/ Comment to Filed Proofs of Claims | Monthly Payments | Total Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ADMINISTRATIVE EXPENSES** | | | | | | | | | | |
| | Orantes Law Firm | | | $70,000.00 | | | | | ESTIMATE ONLY - Payable on Effective Date if Awarded by Court unless claimant agrees otherwise | $ 10,000.00 | $ 70,000.00 |
| | Genesis Credit Partners LLC | | | $61,460.31 | | | | | ESTIMATE ONLY - Payable on Effective Date if Awarded by Court unless claimant agrees otherwise | $ 5,000.00 | $ 61,460.31 |
| | Lyneer Staffing Solutions, LLC | | | $677,000.00 | | | | | ESTIMATE ONLY - Payable on Effective Date if Awarded by Court unless claimant agrees otherwise | $ 27,809.77 | $ 677,000.00 |
| | Orrick Herrington & Sutcliffe LLP | | | $175,000.00 | | | | | ESTIMATE ONLY - Payable on Effective Date if Awarded by Court unless claimant agrees otherwise | $ 15,000.00 | $ 175,000.00 |
| | Law Offices of Michael J. Berger | | | $69,951.43 | | | | | ESTIMATE ONLY - Payable on Effective Date if Awarded by Court unless claimant agrees otherwise | $ 10,000.00 | $ 69,951.43 |
| | Office of the United States Trustee | | | | | U.S. Trustee | | | Paid in ordinary course of business - likelihood is low that Effective Date and Due Date Coincide - Amount due after the effective date quarter is likely to be 0.4% of quarterly disbursements until case is closed, dismissed or converted | Unknown | Unknown |
| | Total | | | | | | | | | $ 67,809.77 | |
| | **Schedule D - SECURED CLAIMS** | | | | | | | | | | |
| 1 | U.S. Small Business Administration | | 15 | $ 688,130.00 | | $ 275,916.21 | $ 1,774,923.67 | $ 275,916.21 | UCC-1 filed 5/22/20 - Self-classifies as secured and unsecured. Interest rate for secured: 3.75% | $ 4,140.16 | $ 347,773.78 |
| 2 | Amazon Capital Services, Inc. | | 43 | $ 751,539.61 | | $ 770,925.36 | $ 1,499,007.46 | $ - | UCC-1 filed 9/8/21 - blanket | $ - | $ - |
| 3 | Cedar Advance | | 41 | $ 300,000.00 | | $ 350,000.00 | $ 1,499,007.46 | $ 350,000.00 | UCC-1 - from 3/30/22 - All accounts and proceeds of accounts - bought $350K with $250K plus 6% interest | $ 5,251.80 | $ 441,151.41 |
| 4 | Fasanara Securitisation S.A. Acting | | | Unknown | D | $ - | | $ - | [DATE UCC-1 FILED?] 9/20/22 | $ - | $ - |
| 5 | Sand Park Capital LLC | | 42 | $ 4,654,334.00 | D | $ 4,848,240.00 | $ 1,149,007.46 | $ 1,149,007.46 | UCC-1 filed 9/20/22 - blanket - $11,192,101 value per creditor 8/16/22 UCC-1; Interest is $1,491,000 - Rate is $1,491,000/$3,550,000 = 42%. Original terms of 42 payments of $120,690 each starting 9/6/22. | $ 17,241.03 | $ 1,448,246.45 |
| 6 | Sellers Funding International Portfolio Ltd. | | 14 | $ 118,500.04 | | $ 163,055.60 | $ - | $ - | UCC-1 filed 9/20/22 - blanket (9% interest rate) - $190,490 for $215,000 of future accounts; doesn't include "accounts" or "deposit accounts" | $ - | $ - |
| 7 | 8Fig, Inc. | | | $ 299,590.14 | D | $ - | $ - | $ - | UCC-1 [DATE UCC-1 FILED?] 12/14/22 | $ - | $ - |
| 8 | Huntington Valley Bank (First Citizens Community Bank is successor by merger) | | 31 | $ 185,464.12 | | $ 213,652.53 | $ - | $ - | UCC-1 filed 12/28/22 | $ - | $ - |
| 9 | Bluevine | | 25 | $ 180,356.88 | | $ 202,777.54 | $ - | $ - | UCC-1 - "Future Receivables" - from 1/31/23 (interest rate varies per page of Dashboard at time of draw request) | $ - | $ - |
| 10 | Partners Personnel | | | $ 289,674.79 | | $ - | $ - | $ - | Alleged UCC-1 [DATE UCC-1 FILED?] 3/13/23 | $ - | $ - |
| 11 | Metropolitan Capital Bank & Trust | | 37 | $ 252,670.14 | | $ 277,762.91 | $ - | $ - | No UCC-1 in POC - POC says that is secured. 16.50% int. rate. Get UCC-1 from claimant [DATE UCC-1 FILED?] 4/7/23 | $ - | $ - |
| 12 | Stor RB One Limited | | | Unknown | | $ - | $ - | $ - | UCC-1 [DATE UCC-1 FILED?] 10/27/23 | $ - | $ - |
| 13 | Parkside Funding Group LLC | | | $ 561,867.12 | D | $ - | $ - | $ - | UCC-1 alleged - need UCC-1 [DATE UCC-1 FILED?] 1/16/24 | $ - | $ - |
| 14 | Spartan Capital aka Spartan Business Solutions LLC | | 18 | $ 69,500.00 | D | $ 64,716.00 | $ - | $ - | UCC-1 filed 1/23/24; "deposit accounts" and "accounts" but no control over them | $ - | $ - |
| 15 | Blue Bridge Financial, Inc. | | 2 | $ 212,460.92 | U | $ 212,460.92 | $ 43,050.00 | $ 43,050.00 | UCC-1/Leased Equipment - Model TCO-400 3 Layer Flour Tortilla Oven, Ga. Bifurcated under Section 506. Treatment of unsecured portion below. | $ 645.97 | $ 54,261.62 |
| 16 | Corporation Service Company | | | Unknown | C/U/D | $ - | $ - | $ - | UCC-1 | $ - | $ - |
| 17 | Corporation Service Company | | | Unknown | C/U/D | $ - | $ - | $ - | | $ - | $ - |
| 18 | CT Corporation Service Company | | | Unknown | C/U/D | $ - | $ - | $ - | | $ - | $ - |
| 19 | CT Corporation System | | | $ 2,000.00 | C/U | $ - | $ - | $ - | UCC-1 | $ - | $ - |
| 20 | Financial Pacific Leasing, Inc. | | 47 | $ 57,309.87 | | $ 90,969.31 | $ 12,600.00 | $ 12,600.00 | UCC-1 - 18% interest rate - 1 Union Dough Rounder-divider Model UDD-600 SN BBD3922 - POC gives no value but claims all secured | $ 189.06 | $ 15,881.45 |
| 21 | First Corporate Solutions | | | Unknown | C/U/D | $ - | $ - | $ - | | $ - | $ - |
| 22 | Mercury Capital | | | $ 23,634.71 | | | $ 2,730.00 | $ 2,730.00 | Machine [DATE UCC-1 FILED?] | $ 40.96 | $ 3,440.98 |
| 23 | Robert Reiser and Company | | | Unknown | D | $ - | $ - | $ - | UCC-1 - One VEMAG Model 500 Continuous Stuffer; WAS SURRENDERED. Any claim would have been secured but no POC filed. | $ - | $ - |
| 24 | Shopify Capital | | 22 | $ 23,198.85 | | $ 37,485.00 | $ - | $ - | No UCC-1 in POC - POC says not secured. | $ - | $ - |
| 25 | Slope Advance | | 23 | $ 282,898.07 | | $ 285,385.63 | $ - | $ - | No UCC-1 in POC - POC says not secured. | $ - | $ - |
| | Total | | | $ 688,130.00 | | $ 6,245,081.57 | | $ 625,916.21 | | $ 27,509.00 | $ 347,773.78 |
| | **Schedule E-UNSECURED PRIORITY CLAIMS** | | | | | | | | | | |
| 26 | City of Los Angeles, Office of Finance | | 48 | $ - | | $ 18,113.33 | | $ 18,113.33 | Taxes | $ 548.21 | $ 24,669.63 |
| 27 | Employment Development Department | 5356 | 27 | $ 40,972.14 | | $ 41,074.13 | | $ 41,074.13 | Taxes | $ 912.76 | $ 41,074.13 |

| Sch | Creditor | Code | No. | Amount | Type | Amount | Amount | Amount | Notes | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Franchise Tax Board | | 40 | $ - | | $ 395,663.58 | | $ 224,922.58 | Debtor will file a motion to object to claim | $ 4,998.28 | $ 224,922.58 |
| 29 | Internal Revenue Service | 5356 | 6 | $ 713,702.51 | | $ 1,159,496.88 | | $ 531,591.71 | Debtor will file a motion to object to claim | $ 11,813.15 | $ 531,591.71 |
| | Total | | | $ 713,702.51 | | $ 1,159,496.88 | | $ 531,591.71 | | $ 18,272.40 | $ 531,591.71 |
| | **Schedule F-GENERAL UNSECURED NONPRIORITY CLAIMS** | | | | | | | | **Paid over 180 months - see charts attached to this spreadsheet** | | |
| 30 | 1102 - 1112 Arroyo Street, LLC | | | $ 7,589.00 | | | | $ 7,589.00 | | | $ 7,589.00 |
| 30 | 1102 - 1112 Arroyo Street, LLC | | | $ 4,041.04 | | | | $ 4,041.04 | | | $ 4,041.04 |
| 30 | 1102-1112 Arroyo Street, LLC | | | $ 7,775.00 | | | | $ 7,775.00 | | | $ 7,775.00 |
| 30 | 8Fig, Inc. | | | $ 299,590.14 | D | $ - | $ - | $ - | UCC-1 [DATE UCC-1 FILED?] 12/14/22. UNSECURED UNDER SECTION 506 - Collateral, if any, Enough for Senior Creditors. No Proof of Claim filed. | | $ - |
| 30 | Allied Blending | | | $ 9,083.57 | | $ - | | $ 9,083.57 | | | $ 9,083.57 |
| 30 | Amazon.com Services LLC | | 44 | $ - | | $ 75,802.24 | | $ 75,802.24 | Treatment of this claim will be refined by parties. | | $ 75,802.24 |
| 30 | American Express National Bank | | 21 | $ - | | $ 69,250.71 | | $ 69,250.71 | | | $ 69,250.71 |
| 30 | American Express National Bank | ` | 24 | $ - | | $ 1,913.68 | | $ 1,913.68 | | | $ 1,913.68 |
| 30 | Aramark | | | $ 7,176.52 | | $ - | | $ 7,176.52 | | | $ 7,176.52 |
| 30 | ArcBest,Inc. | | 1 | $ 6,820.57 | | $ - | | $ 6,820.57 | | | $ 6,820.57 |
| 30 | Arrandas Tortilleria | | | $ 4,500.00 | | $ - | | $ 4,500.00 | | | $ 4,500.00 |
| 30 | Attentive Mobile | | 10 | $ 38,204.46 | | $ 89,204.23 | | $ 89,204.23 | | | $ 89,204.23 |
| 30 | Avask | | | $ 13,500.00 | | | | $ 13,500.00 | | | $ 13,500.00 |
| 30 | Bakers Authority | | | $ 24,000.00 | | | | $ 24,000.00 | | | $ 24,000.00 |
| 30 | Blue Bridge Financial, Inc. | | 2 | $ 212,460.92 | U | $ 212,460.92 | $ 43,050.00 | $ 169,410.92 | UCC-1/Leased Equipment - Model TCO-400 3 Layer Flour Tortilla Oven, Ga. Bifurcated under Section 506. Treatment of secured portion above. | | $ 169,410.92 |
| 30 | Bluevine | | 25 | $ 180,356.88 | | $ 202,777.54 | $ - | $ 202,777.54 | UCC-1 - "Future Receivables" - from 1/31/23 (interest rate varies per page of Dashboard at time of draw request). UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors | | $ 202,777.54 |
| 30 | Brex | | | $ 92,000.00 | | | | $ 92,000.00 | | | $ 92,000.00 |
| 30 | Capital One N.A. | | 19 | $ - | | $ 2,424.25 | | $ 2,424.25 | | | $ 2,424.25 |
| 30 | Chase | | 9 | $ 36,142.99 | | $ 36,142.99 | | $ 36,142.99 | | | $ 36,142.99 |
| 30 | Ciuti | | | $ 22,857.70 | | | | $ 22,857.70 | | | $ 22,857.70 |
| 30 | Corpay Technologies Operating Co., LLC | | 26 | $ - | | $ 197,540.45 | | $ 197,540.45 | | | $ 197,540.45 |
| 30 | Corporation Service Company | | | Unknown | C/U/D | $ - | | $ - | UCC-1. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | | $ - |
| 30 | Corporation Service Company | | | Unknown | C/U/D | $ - | | $ - | UCC-1. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | | $ - |
| 30 | CT Corporation Service Company | | | Unknown | C/U/D | $ - | | $ - | UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | | $ - |
| 30 | CT Corporation System | | | $ 2,000.00 | C/U | $ - | | $ - | UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors, | | $ - |
| 30 | David Rosen Bakery Supplies, Inc. | | 17 | $ - | | $ 26,883.00 | | $ 26,883.00 | | | $ 26,883.00 |
| 30 | Dekirmendjian Family Trust | | 13 | $ 17,510.00 | | $ 28,560.02 | | $ 28,560.02 | PAID (Debtor will file a motion to object to claim/disallow claim) | | $ 28,560.02 |
| 30 | Divvy | | | $ 79,716.75 | | | | $ 79,716.75 | | | $ 79,716.75 |
| 30 | EasyPost | | | $ 571,894.85 | | | | $ 571,894.85 | | | $ 571,894.85 |
| 30 | Executive Financial Enterprises, Inc. | | 36 | $ - | | $ 25,346.24 | | $ 25,346.24 | Parcel service rendered by UPS | | $ 25,346.24 |
| 30 | Facebook | | 28 | $ 368,070.85 | | $ 417,964.51 | | $ 417,964.51 | | | $ 417,964.51 |
| 30 | Fasanara Securitisation S.A. Acting | | | Unknown | D | $ - | | $ - | [DATE UCC-1 FILED?] 9/20/22 - UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors | | $ - |
| 30 | FedEx Corporate Services, LLC | | 30 | $ - | | $ 4,528.75 | | $ 4,528.75 | | | $ 4,528.75 |
| 30 | Financial Pacific Leasing, Inc. | | 47 | $ 57,309.87 | | $ 90,969.31 | $ 12,600.00 | $ 78,369.31 | UCC-1 - 18% interest rate - 1 Union Dough Rounder-divider Model UDD-600 SN BBD3922 - POC gives no value but claims all secured. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors | | $ 78,369.31 |
| 30 | First Corporate Solutions | | | Unknown | C/U/D | $ - | | $ - | UCC-1. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | | $ - |
| 30 | Fleetcor Technologies Inc. | | 12 | $ 197,636.16 | | $ 192,540.55 | | $ 192,540.55 | | | $ 192,540.55 |
| 30 | Franchise Tax Board | | 40 | $ - | | $ 395,663.58 | | $ 40,303.64 | Penalties - general unsecured | | $ 40,303.64 |
| 30 | Frisbi | | | $ 31,797.14 | | | | $ 31,797.14 | | | $ 31,797.14 |
| 30 | Google | | | $ 27,482.47 | | | | $ 27,482.47 | | | $ 27,482.47 |
| 30 | Greenberg Traurig | | 29 | $ 538,200.44 | | $ 601,178.64 | | $ 601,178.64 | | | $ 601,178.64 |
| 30 | Huntington Valley Bank (First Citizens Community Bank is successor by merger) | | 31 | $ 185,464.12 | | $ 213,652.53 | | $ 213,652.53 | UCC-1 filed 12/28/22 | | $ 213,652.53 |
| 30 | Insurance Company of the West (ICW) | | 49 | $ 24,000.00 | | $ 24,058.72 | | $ 24,058.72 | | | $ 24,058.72 |
| 30 | Intelligent Relations | | | $ 7,793.00 | | | | $ 7,793.00 | | | $ 7,793.00 |
| 30 | Internal Revenue Service | 5356 | 6 | $ 713,702.51 | | $ 1,159,496.88 | | $ 50,000.00 | Penalties - general unsecured | | $ 50,000.00 |
| 30 | Intralox LLC | | | $ 1,333.80 | | | | $ 1,333.80 | | | $ 1,333.80 |
| 30 | Jeeves | | 32 | $ 172,419.46 | | $ 190,411.00 | | $ 190,411.00 | | | $ 190,411.00 |
| 30 | Keynes Digital | | | $ 5,463.64 | | | | $ 5,463.64 | | | $ 5,463.64 |
| 30 | KTLA | | 7 | $ 31,800.00 | | $ 31,800.00 | | $ 31,800.00 | | | $ 31,800.00 |
| 30 | Lobasso | | | $ 2,027.65 | | | | $ 2,027.65 | | | $ 2,027.65 |

| Class | Creditor | Claim # | Amount | D | Amount | Amount | Amount | Notes | Final Amount |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Lyneer Staffing Solutions, LLC | 38 | $176,748.74 | | $315,722.46 | | $315,722.46 | Proof of claim subject to full or partial disallowance as the Debtor will object as it has no supporting evidenc, seems to be duplicative and/or include an administrative portion. | $315,722.46 |
| 30 | Lyneer Staffing Solutions, LLC | 39 | $- | | $344,722.46 | | $- | Proof of claim subject to full or partial disallowance as the Debtor will object as it has no supporting evidenc, seems to be duplicative and/or include an administrative portion. The foregoing notwithstanding, the Debtor will be zero as unsecured since it intends to pay post-petition amounts as administrative claims. | $- |
| 30 | Mercury Capital | | $23,634.71 | | $2,730.00 | | $20,904.71 | Machine [DATE UCC-1 FILED?]. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors | $20,904.71 |
| 30 | Metropolitan Capital Bank & Trust | 37 | $252,670.14 | | $277,762.91 | | $277,762.91 | No UCC-1 in POC - POC says that is secured. 16.50% int. rate. Get UCC-1 from claimant [DATE UCC-1 FILED?] 4/7/23. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $277,762.91 |
| 30 | MGC Supply LLC | 16 | $- | | $2,192.61 | | $2,192.61 | | $2,192.61 |
| 30 | MNTN | | $45,299.49 | | | | $45,299.49 | | $45,299.49 |
| 30 | Nielson IQ | | $5,000.00 | | | | $5,000.00 | | $5,000.00 |
| 30 | Old Dominion Freight Line | 3 | $16,378.41 | | $16,378.41 | | $16,378.41 | Rusty Frazier, Asset Recovery Analyst | $16,378.41 |
| 30 | Onetext | | $6,171.14 | | | | $6,171.14 | | $6,171.14 |
| 30 | Open Sponsorship | | $3,000.00 | | | | $3,000.00 | | $3,000.00 |
| 30 | Orkin | | $2,315.91 | | | | $2,315.91 | | $2,315.91 |
| 30 | Parker Group, Inc. | 34 | $354,883.23 | | $352,383.23 | | $352,383.23 | | $352,383.23 |
| 30 | Parkside Funding Group LLC | | $561,867.12 | D | $- | | $- | UCC-1 alleged - need UCC-1 [DATE UCC-1 FILED?] 1/16/24. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $- |
| 30 | Partners Personnel | | $289,674.79 | | $- | | $289,674.79 | Alleged UCC-1 [DATE UCC-1 FILED?] 3/13/23. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $289,674.79 |
| 30 | Partnership Staffing | 33 | $159,436.60 | | $159,436.60 | | $159,436.60 | | $159,436.60 |
| 30 | Pawnee Leasing | 5 | $30,466.63 | | $30,409.93 | | $30,409.93 | | $30,409.93 |
| 30 | Perpetua Labs, Inc. | 35 | $66,356.61 | | $90,361.82 | | $90,361.82 | | $90,361.82 |
| 30 | Post Script | | $10,000.00 | | | | $10,000.00 | | $10,000.00 |
| 30 | Quench USA, Inc. | | $4,866.06 | | | | $4,866.06 | | $4,866.06 |
| 30 | Ramp | | $302,708.98 | | | | $302,708.98 | | $302,708.98 |
| 30 | Rapid Fulfillment LLC | | $36,038.39 | | | | $36,038.39 | | $36,038.39 |
| 30 | Resnik Hayes Moradi LLP | 46 | $52,770.00 | | $52,953.67 | | $52,953.67 | | $52,953.67 |
| 30 | Robert Reiser and Company | | Unknown | D | $- | | $- | UCC-1 - One VEMAG Model 500 Continuous Stuffer; WAS SURRENDERED. Any claim would have been unsecured but no POC filed. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $- |
| 30 | Saker Shoprites, Inc. | | $158,210.00 | | | | $158,210.00 | | $158,210.00 |
| 30 | Sand Park Capital LLC | 42 | $4,654,334.00 | D | $4,848,240.00 | $1,149,007.46 | $3,699,232.54 | UCC-1 filed 9/20/22 - blanket -$11,192,101 value per creditor 8/16/22 UCC-1; Interest is $1,491,000 - Rate is $1,491,000/$3,550,000 = 42%. Original terms of 42 payments of $120,690 each starting 9/6/22. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $3,699,232.54 |
| 30 | Sellers Funding International Portfolio Ltd. | 14 | $118,500.04 | | $163,055.60 | | $163,055.60 | UCC-1 filed 9/20/22 - blanket (9% interest rate) - $190,490 for $215,000 of future accounts; doesn't include "accounts" or "deposit accounts". UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $163,055.60 |
| 30 | Shopify Capital | 22 | $23,198.85 | | $37,485.00 | | $37,485.00 | No UCC-1 in POC - POC says not secured. | $37,485.00 |
| 30 | Slope Advance | 23 | $282,898.07 | | $285,385.63 | | $285,385.63 | No UCC-1 in POC - POC says not secured. | $285,385.63 |
| 30 | SoCalGas | 20 | $- | | $1,451.97 | | $1,451.97 | | $1,451.97 |
| 30 | Southern California Edison | | $85,059.69 | | | | $85,059.69 | | $85,059.69 |
| 30 | Spartan Capital aka Spartan Business Solutions LLC | 18 | $69,500.00 | D | $64,716.00 | | $64,716.00 | UCC-1 filed 1/23/24; "deposit accounts" and "accounts" but no control over them. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $64,716.00 |
| 30 | Stor RB One Limited | | Unknown | | $- | | $- | UCC-1 [DATE UCC-1 FILED?] 10/27/23. UNSECURED UNDER SECTION 506 - Collateral, if any, Only Enough for Senior Creditors. | $- |
| 30 | Storfund | | $126,228.26 | | | | $126,228.26 | | $126,228.26 |
| 30 | Taboola | 11 | $32,171.51 | | $42,221.31 | | $42,221.31 | | $42,221.31 |
| 30 | Take 2 Production Services Inc. | | $7,296.51 | | | | $7,296.51 | | $7,296.51 |
| 30 | Teikametrics | | $3,570.23 | | | | $3,570.23 | | $3,570.23 |
| 30 | Tiktok | 4 | $17,680.82 | | $11,177.24 | | $11,177.24 | | $11,177.24 |
| 30 | Total Quality Logistics | | $6,583.33 | | | | $6,583.33 | | $6,583.33 |
| 30 | U.S. Small Business Administration | 15 | $688,130.00 | | $469,087.32 | | $469,087.32 | UCC-1 filed 5/22/20 - Self-classifies as secured and unsecured. Interest rate for secured: 3.75% | $469,087.32 |
| 30 | Uline | 8 | $21,747.80 | | $20,628.76 | | $20,628.76 | | $20,628.76 |
| 30 | UPS (Executive Financial Enterprises, Inc.) | 45 | $99,993.00 | | $99,993.00 | | $99,993.00 | | $99,993.00 |
| 30 | We Pack It All | | $63,138.86 | | | | $63,138.86 | | $63,138.86 |
| | Total | | $12,860,249.42 | | $11,983,157.24 | | $11,065,018.98 | | $11,065,018.98 |

| Schedule G-UNEXPIRED LEASES AND EXECUTORY CONTRACTS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ - | | $ - | $ - |
| Total | | | $ - | | $ - | | $ - | | $ - | $ - |
| | | | | | | | | Total Recurring Monthly Payment | | |
| | | | | | | | | Total Recurring Monthly Payment plus Administrative Payments | $ 113,591.17 | |

# Exhibit 4

| | Total Claim | Monthly 2025 | Monthly 2026 | Monthly 2027 | Monthly 2028 | Monthly 2029 | Monthly 2030 | Monthly 2031 | Monthly 2032 | Monthly 2033 | Monthly 2034 | Monthly 2035 | Monthly 2036 | Monthly 2037 | Monthly 2038 | Monthly 2039 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1102 - 1112 Arroyo Street, LLC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1102 - 1112 Arroyo Street, LLC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1102-1112 Arroyo Street, LLC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 8Fig, Inc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Allied Blending | $ 9,083.57 | 4.72 | 14.64 | 16.95 | 30.05 | 37.76 | 45.46 | 45.46 | 53.94 | 53.94 | 61.65 | 69.35 | 69.35 | 77.06 | 83.61 | 93.02 |
| Amazon.com Services LLC | $ 75,802.24 | 39.35 | 122.18 | 141.47 | 250.79 | 315.09 | 379.40 | 379.40 | 450.13 | 450.13 | 514.44 | 578.74 | 578.74 | 643.05 | 697.71 | 776.24 |
| American Express National Bank | $ 69,250.71 | 35.95 | 111.62 | 129.24 | 229.11 | 287.86 | 346.61 | 346.61 | 411.23 | 411.23 | 469.98 | 528.72 | 528.72 | 587.47 | 637.40 | 709.15 |
| American Express National Bank | $ 1,913.68 | 0.99 | 3.08 | 3.57 | 6.33 | 7.95 | 9.58 | 9.58 | 11.36 | 11.36 | 12.99 | 14.61 | 14.61 | 16.23 | 17.61 | 19.60 |
| Aramark | $ 7,176.52 | 3.73 | 11.57 | 13.39 | 23.74 | 29.83 | 35.92 | 35.92 | 42.62 | 42.62 | 48.70 | 54.79 | 54.79 | 60.88 | 66.05 | 73.49 |
| ArcBest,Inc. | $ 6,820.57 | 3.54 | 10.99 | 12.73 | 22.57 | 28.35 | 34.14 | 34.14 | 40.50 | 40.50 | 46.29 | 52.07 | 52.07 | 57.86 | 62.78 | 69.84 |
| Arrandas Tortilleria | $ 4,500.00 | 2.34 | 7.25 | 8.40 | 14.89 | 18.71 | 22.52 | 22.52 | 26.72 | 26.72 | 30.54 | 34.36 | 34.36 | 38.17 | 41.42 | 46.08 |
| Attentive Mobile | $ 89,204.23 | 46.30 | 143.78 | 166.48 | 295.13 | 370.80 | 446.48 | 446.48 | 529.72 | 529.72 | 605.39 | 681.07 | 681.07 | 756.74 | 821.06 | 913.48 |
| Avask | $ 13,500.00 | 7.01 | 21.76 | 25.20 | 44.66 | 56.12 | 67.57 | 67.57 | 80.17 | 80.17 | 91.62 | 103.07 | 103.07 | 114.52 | 124.26 | 138.24 |
| Bakers Authority | $ 24,000.00 | 12.46 | 38.68 | 44.79 | 79.40 | 99.76 | 120.12 | 120.12 | 142.52 | 142.52 | 162.88 | 183.24 | 183.24 | 203.60 | 220.90 | 245.77 |
| Blue Bridge Financial, Inc. | $ 169,410.92 | 87.94 | 273.06 | 316.17 | 560.49 | 704.20 | 847.92 | 847.92 | 1,006.00 | 1,006.00 | 1,149.72 | 1,293.43 | 1,293.43 | 1,437.15 | 1,559.31 | 1,734.82 |
| Bluevine | $ 202,777.54 | 105.26 | 326.84 | 378.45 | 670.88 | 842.90 | 1,014.92 | 1,014.92 | 1,204.14 | 1,204.14 | 1,376.16 | 1,548.19 | 1,548.19 | 1,720.21 | 1,866.42 | 2,076.51 |
| Brex | $ 92,000.00 | 47.75 | 148.29 | 171.70 | 304.38 | 382.42 | 460.47 | 460.47 | 546.32 | 546.32 | 624.36 | 702.41 | 702.41 | 780.46 | 846.79 | 942.11 |
| Capital One N.A. | $ 2,424.25 | 1.26 | 3.91 | 4.52 | 8.02 | 10.08 | 12.13 | 12.13 | 14.40 | 14.40 | 16.45 | 18.51 | 18.51 | 20.57 | 22.31 | 24.83 |
| Chase | $ 36,142.99 | 18.76 | 58.26 | 67.45 | 119.58 | 150.24 | 180.90 | 180.90 | 214.63 | 214.63 | 245.29 | 275.95 | 275.95 | 306.61 | 332.67 | 370.12 |
| Ciuti | $ 22,857.70 | 11.86 | 36.84 | 42.66 | 75.62 | 95.01 | 114.41 | 114.41 | 135.73 | 135.73 | 155.13 | 174.52 | 174.52 | 193.91 | 210.39 | 234.07 |
| Corpay Technologies Operating Co., LLC | $ 197,540.45 | 102.54 | 318.40 | 368.67 | 653.55 | 821.13 | 988.71 | 988.71 | 1,173.05 | 1,173.05 | 1,340.62 | 1,508.20 | 1,508.20 | 1,675.78 | 1,818.22 | 2,022.88 |
| Corporation Service Company | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Corporation Service Company | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CT Corporation Service Company | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CT Corporation System | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| David Rosen Bakery Supplies, Inc. | $ 26,883.00 | 13.95 | 43.33 | 50.17 | 88.94 | 111.75 | 134.55 | 134.55 | 159.64 | 159.64 | 182.44 | 205.25 | 205.25 | 228.05 | 247.44 | 275.29 |
| Dekirmendjian Family Trust | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Divvy | $ 79,716.75 | 41.38 | 128.49 | 148.78 | 263.74 | 331.36 | 398.99 | 398.99 | 473.38 | 473.38 | 541.00 | 608.63 | 608.63 | 676.25 | 733.74 | 816.33 |
| EasyPost | $ 571,894.85 | 296.85 | 921.79 | 1,067.33 | 1,892.09 | 2,377.24 | 2,862.39 | 2,862.39 | 3,396.06 | 3,396.06 | 3,881.21 | 4,366.36 | 4,366.36 | 4,851.51 | 5,263.89 | 5,856.39 |
| Executive Financial Enterprises, Inc. | $ 25,346.24 | 13.16 | 40.85 | 47.30 | 83.86 | 105.36 | 126.86 | 126.86 | 150.51 | 150.51 | 172.01 | 193.52 | 193.52 | 215.02 | 233.29 | 259.55 |
| Facebook | $ 417,964.51 | 216.95 | 673.68 | 780.05 | 1,382.82 | 1,737.39 | 2,091.95 | 2,091.95 | 2,481.98 | 2,481.98 | 2,836.55 | 3,191.12 | 3,191.12 | 3,545.68 | 3,847.07 | 4,280.10 |
| Fasanara Securitisation S.A. Acting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| FedEx Corporate Services, LLC | $ 4,528.75 | 2.35 | 7.30 | 8.45 | 14.98 | 18.83 | 22.67 | 22.67 | 26.89 | 26.89 | 30.73 | 34.58 | 34.58 | 38.42 | 41.68 | 46.38 |
| Financial Pacific Leasing, Inc. | $ 78,369.31 | 40.68 | 126.32 | 146.26 | 259.28 | 325.76 | 392.25 | 392.25 | 465.38 | 465.38 | 531.86 | 598.34 | 598.34 | 664.82 | 721.33 | 802.53 |
| First Corporate Solutions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fleetcor Technologies Inc. | $ 192,540.55 | 99.94 | 310.34 | 359.34 | 637.01 | 800.35 | 963.68 | 963.68 | 1,143.35 | 1,143.35 | 1,306.69 | 1,470.03 | 1,470.03 | 1,633.36 | 1,772.20 | 1,971.68 |
| Franchise Tax board | $ 40,303.64 | 20.92 | 64.96 | 75.22 | 133.34 | 167.53 | 201.72 | 201.72 | 239.33 | 239.33 | 273.52 | 307.71 | 307.71 | 341.90 | 370.97 | 412.72 |
| Frisbi | $ 31,797.14 | 16.50 | 51.25 | 59.34 | 105.20 | 132.17 | 159.15 | 159.15 | 188.82 | 188.82 | 215.79 | 242.77 | 242.77 | 269.74 | 292.67 | 325.61 |
| Google | $ 27,482.47 | 14.27 | 44.30 | 51.29 | 90.92 | 114.24 | 137.55 | 137.55 | 163.20 | 163.20 | 186.51 | 209.83 | 209.83 | 233.14 | 252.96 | 281.43 |
| Greenberg Traurig | $ 601,178.64 | 312.05 | 968.99 | 1,121.98 | 1,988.97 | 2,498.97 | 3,008.96 | 3,008.96 | 3,569.95 | 3,569.95 | 4,079.94 | 4,589.94 | 4,589.94 | 5,099.93 | 5,533.42 | 6,156.27 |
| Huntington Valley Bank (FCCB) | $ 213,652.53 | 110.90 | 344.37 | 398.74 | 706.86 | 888.11 | 1,069.35 | 1,069.35 | 1,268.72 | 1,268.72 | 1,449.97 | 1,631.21 | 1,631.21 | 1,812.46 | 1,966.52 | 2,187.87 |
| Insurance Company of the West (ICW) | $ 24,058.72 | 12.49 | 38.78 | 44.90 | 79.60 | 100.01 | 120.42 | 120.42 | 142.87 | 142.87 | 163.28 | 183.69 | 183.69 | 204.10 | 221.44 | 246.37 |
| Internal Revenue Service | $ 50,000.00 | 25.95 | 80.59 | 93.32 | 165.42 | 207.84 | 250.25 | 250.25 | 296.91 | 296.91 | 339.33 | 381.74 | 381.74 | 424.16 | 460.21 | 512.02 |
| Intelligent Relations | $ 7,793.00 | 4.05 | 12.56 | 14.54 | 25.78 | 32.39 | 39.00 | 39.00 | 46.28 | 46.28 | 52.89 | 59.50 | 59.50 | 66.11 | 71.73 | 79.80 |
| Intralox LLC | $ 1,333.80 | 0.69 | 2.15 | 2.49 | 4.41 | 5.54 | 6.68 | 6.68 | 7.92 | 7.92 | 9.05 | 10.18 | 10.18 | 11.31 | 12.28 | 13.66 |
| Jeeves | $ 190,411.00 | 98.84 | 306.91 | 355.37 | 629.97 | 791.50 | 953.03 | 953.03 | 1,130.71 | 1,130.71 | 1,292.24 | 1,453.77 | 1,453.77 | 1,615.30 | 1,752.60 | 1,949.87 |
| Keynes Digital | $ 5,463.64 | 2.84 | 8.81 | 10.20 | 18.08 | 22.71 | 27.35 | 27.35 | 32.44 | 32.44 | 37.08 | 41.71 | 41.71 | 46.35 | 50.29 | 55.95 |
| KTLA | $ 31,800.00 | 16.51 | 51.26 | 59.35 | 105.21 | 132.19 | 159.16 | 159.16 | 188.84 | 188.84 | 215.81 | 242.79 | 242.79 | 269.77 | 292.70 | 325.64 |
| Lobasso | $ 2,027.65 | 1.05 | 3.27 | 3.78 | 6.71 | 8.43 | 10.15 | 10.15 | 12.04 | 12.04 | 13.76 | 15.48 | 15.48 | 17.20 | 18.66 | 20.76 |
| Lyneer Staffing Solutions, LLC | $ 315,722.46 | 163.88 | 508.89 | 589.24 | 1,044.55 | 1,312.39 | 1,580.22 | 1,580.22 | 1,874.84 | 1,874.84 | 2,142.67 | 2,410.51 | 2,410.51 | 2,678.34 | 2,906.00 | 3,233.10 |
| Mercury Capital | $ 20,904.71 | 10.85 | 33.69 | 39.01 | 69.16 | 86.90 | 104.63 | 104.63 | 124.14 | 124.14 | 141.87 | 159.61 | 159.61 | 177.34 | 192.41 | 214.07 |
| Metropolitan Capital Bank & Trust | $ 277,762.91 | 144.18 | 447.70 | 518.39 | 918.97 | 1,154.60 | 1,390.23 | 1,390.23 | 1,649.43 | 1,649.43 | 1,885.06 | 2,120.69 | 2,120.69 | 2,356.32 | 2,556.61 | 2,844.38 |
| MGC Supply LLC | $ 2,192.61 | 1.14 | 3.53 | 4.09 | 7.25 | 9.11 | 10.97 | 10.97 | 13.02 | 13.02 | 14.88 | 16.74 | 16.74 | 18.60 | 20.18 | 22.45 |
| MNTN | $ 45,299.49 | 23.51 | 73.01 | 84.54 | 149.87 | 188.30 | 226.73 | 226.73 | 269.00 | 269.00 | 307.43 | 345.86 | 345.86 | 384.29 | 416.95 | 463.88 |
| Nielson IQ | $ 5,000.00 | 2.60 | 8.06 | 9.33 | 16.54 | 20.78 | 25.03 | 25.03 | 29.69 | 29.69 | 33.93 | 38.17 | 38.17 | 42.42 | 46.02 | 51.20 |
| Old Dominion Freight Line | $ 16,378.41 | 8.50 | 26.40 | 30.57 | 54.19 | 68.08 | 81.98 | 81.98 | 97.26 | 97.26 | 111.15 | 125.05 | 125.05 | 138.94 | 150.75 | 167.72 |
| Onetext | $ 6,171.14 | 3.20 | 9.95 | 11.52 | 20.42 | 25.65 | 30.89 | 30.89 | 36.65 | 36.65 | 41.88 | 47.12 | 47.12 | 52.35 | 56.80 | 63.19 |
| Open Sponsorship | $ 3,000.00 | 1.56 | 4.84 | 5.60 | 9.93 | 12.47 | 15.02 | 15.02 | 17.81 | 17.81 | 20.36 | 22.90 | 22.90 | 25.45 | 27.61 | 30.72 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Orkin | $ 2,315.91 | $ 1.20 | $ 3.73 | $ 4.32 | $ 7.66 | $ 9.63 | $ 11.59 | $ 11.59 | $ 13.75 | $ 13.75 | $ 15.72 | $ 17.68 | $ 17.68 | $ 19.65 | $ 21.32 | $ 23.72 |
| Parker Group, Inc. | $ 352,383.23 | $ 182.91 | $ 567.98 | $ 657.66 | $ 1,165.84 | $ 1,464.78 | $ 1,763.71 | $ 1,763.71 | $ 2,092.54 | $ 2,092.54 | $ 2,391.48 | $ 2,690.41 | $ 2,690.41 | $ 2,989.34 | $ 3,243.44 | $ 3,608.52 |
| Parkside Funding Group LLC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Partners Personnel | $ 289,674.79 | $ 150.36 | $ 466.90 | $ 540.62 | $ 958.38 | $ 1,204.11 | $ 1,449.85 | $ 1,449.85 | $ 1,720.16 | $ 1,720.16 | $ 1,965.90 | $ 2,211.64 | $ 2,211.64 | $ 2,457.37 | $ 2,666.25 | $ 2,966.37 |
| Partnership Staffing | $ 159,436.60 | $ 82.76 | $ 256.98 | $ 297.56 | $ 527.49 | $ 662.74 | $ 798.00 | $ 798.00 | $ 946.77 | $ 946.77 | $ 1,082.03 | $ 1,217.28 | $ 1,217.28 | $ 1,352.54 | $ 1,467.50 | $ 1,632.68 |
| Pawnee Leasing | $ 30,409.93 | $ 15.78 | $ 49.02 | $ 56.75 | $ 100.61 | $ 126.41 | $ 152.20 | $ 152.20 | $ 180.58 | $ 180.58 | $ 206.38 | $ 232.18 | $ 232.18 | $ 257.97 | $ 279.90 | $ 311.41 |
| Perpetua Labs, Inc. | $ 90,361.82 | $ 46.90 | $ 145.65 | $ 168.64 | $ 298.96 | $ 375.61 | $ 452.27 | $ 452.27 | $ 536.59 | $ 536.59 | $ 613.25 | $ 689.90 | $ 689.90 | $ 766.56 | $ 831.72 | $ 925.33 |
| Post Script | $ 10,000.00 | $ 5.19 | $ 16.12 | $ 18.66 | $ 33.08 | $ 41.57 | $ 50.05 | $ 50.05 | $ 59.38 | $ 59.38 | $ 67.87 | $ 76.35 | $ 76.35 | $ 84.83 | $ 92.04 | $ 102.40 |
| Quench USA, Inc. | $ 4,866.06 | $ 2.53 | $ 7.84 | $ 9.08 | $ 16.10 | $ 20.23 | $ 24.36 | $ 24.36 | $ 28.90 | $ 28.90 | $ 33.02 | $ 37.15 | $ 37.15 | $ 41.28 | $ 44.79 | $ 49.83 |
| Ramp | $ 302,708.98 | $ 157.13 | $ 487.91 | $ 564.95 | $ 1,001.50 | $ 1,258.29 | $ 1,515.09 | $ 1,515.09 | $ 1,797.56 | $ 1,797.56 | $ 2,054.36 | $ 2,311.15 | $ 2,311.15 | $ 2,567.95 | $ 2,786.22 | $ 3,099.84 |
| Rapid Fulfillment LLC | $ 36,038.39 | $ 18.71 | $ 58.09 | $ 67.26 | $ 119.23 | $ 149.80 | $ 180.38 | $ 180.38 | $ 214.01 | $ 214.01 | $ 244.58 | $ 275.15 | $ 275.15 | $ 305.72 | $ 331.71 | $ 369.05 |
| Resnik Hayes Moradi LLP | $ 52,953.67 | $ 27.49 | $ 85.35 | $ 98.83 | $ 175.19 | $ 220.12 | $ 265.04 | $ 265.04 | $ 314.45 | $ 314.45 | $ 359.37 | $ 404.30 | $ 404.30 | $ 449.22 | $ 487.40 | $ 542.26 |
| Robert Reiser and Company | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Saker Shoprites, Inc. | $ 158,210.00 | $ 82.12 | $ 255.00 | $ 295.27 | $ 523.43 | $ 657.64 | $ 791.86 | $ 791.86 | $ 939.49 | $ 939.49 | $ 1,073.70 | $ 1,207.92 | $ 1,207.92 | $ 1,342.13 | $ 1,456.21 | $ 1,620.12 |
| Sand Park Capital LLC | $ 4,470,157.90 | $ 2,320.33 | $ 7,205.05 | $ 8,342.69 | $ 14,789.32 | $ 18,581.45 | $ 22,373.58 | $ 22,373.58 | $ 26,544.93 | $ 26,544.93 | $ 30,337.06 | $ 34,129.19 | $ 34,129.19 | $ 37,921.32 | $ 41,144.64 | $ 45,775.90 |
| Sellers Funding International | $ 163,055.60 | $ 84.64 | $ 262.81 | $ 304.31 | $ 539.46 | $ 677.79 | $ 816.11 | $ 816.11 | $ 968.27 | $ 968.27 | $ 1,106.59 | $ 1,244.91 | $ 1,244.91 | $ 1,383.24 | $ 1,500.81 | $ 1,669.74 |
| Shopify Capital | $ 37,485.00 | $ 19.46 | $ 60.42 | $ 69.96 | $ 124.02 | $ 155.82 | $ 187.62 | $ 187.62 | $ 222.60 | $ 222.60 | $ 254.39 | $ 286.19 | $ 286.19 | $ 317.99 | $ 345.02 | $ 383.86 |
| Slope Advance | $ 285,385.63 | $ 148.14 | $ 459.99 | $ 532.62 | $ 944.19 | $ 1,186.28 | $ 1,428.38 | $ 1,428.38 | $ 1,694.69 | $ 1,694.69 | $ 1,936.79 | $ 2,178.89 | $ 2,178.89 | $ 2,420.99 | $ 2,626.77 | $ 2,922.44 |
| SoCalGas | $ 1,451.97 | $ 0.75 | $ 2.34 | $ 2.71 | $ 4.80 | $ 6.04 | $ 7.27 | $ 7.27 | $ 8.62 | $ 8.62 | $ 9.85 | $ 11.09 | $ 11.09 | $ 12.32 | $ 13.36 | $ 14.87 |
| Southern California Edison | $ 85,059.69 | $ 44.15 | $ 137.10 | $ 158.75 | $ 281.42 | $ 353.57 | $ 425.73 | $ 425.73 | $ 505.11 | $ 505.11 | $ 577.26 | $ 649.42 | $ 649.42 | $ 721.58 | $ 782.91 | $ 871.04 |
| Spartan Capital | $ 64,716.00 | $ 33.59 | $ 104.31 | $ 120.78 | $ 214.11 | $ 269.01 | $ 323.91 | $ 323.91 | $ 384.30 | $ 384.30 | $ 439.20 | $ 494.10 | $ 494.10 | $ 549.00 | $ 595.66 | $ 662.71 |
| Stor RB One Limited | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Storfund | $ 126,228.26 | $ 65.52 | $ 203.46 | $ 235.58 | $ 417.62 | $ 524.70 | $ 631.78 | $ 631.78 | $ 749.58 | $ 749.58 | $ 856.66 | $ 963.74 | $ 963.74 | $ 1,070.82 | $ 1,161.84 | $ 1,292.62 |
| Taboola | $ 42,221.31 | $ 21.92 | $ 68.05 | $ 78.80 | $ 139.69 | $ 175.50 | $ 211.32 | $ 211.32 | $ 250.72 | $ 250.72 | $ 286.54 | $ 322.36 | $ 322.36 | $ 358.17 | $ 388.62 | $ 432.36 |
| Take 2 Production Services Inc. | $ 7,296.51 | $ 3.79 | $ 11.76 | $ 13.62 | $ 24.14 | $ 30.33 | $ 36.52 | $ 36.52 | $ 43.33 | $ 43.33 | $ 49.52 | $ 55.71 | $ 55.71 | $ 61.90 | $ 67.16 | $ 74.72 |
| Teikametrics | $ 3,570.23 | $ 1.85 | $ 5.75 | $ 6.66 | $ 11.81 | $ 14.84 | $ 17.87 | $ 17.87 | $ 21.20 | $ 21.20 | $ 24.23 | $ 27.26 | $ 27.26 | $ 30.29 | $ 32.86 | $ 36.56 |
| Tiktok | $ 11,177.24 | $ 5.80 | $ 18.02 | $ 20.86 | $ 36.98 | $ 46.46 | $ 55.94 | $ 55.94 | $ 66.37 | $ 66.37 | $ 75.86 | $ 85.34 | $ 85.34 | $ 94.82 | $ 102.88 | $ 114.46 |
| Total Quality Logistics | $ 6,583.33 | $ 3.42 | $ 10.61 | $ 12.29 | $ 21.78 | $ 27.37 | $ 32.95 | $ 32.95 | $ 39.09 | $ 39.09 | $ 44.68 | $ 50.26 | $ 50.26 | $ 55.85 | $ 60.59 | $ 67.42 |
| U.S. Small Business Administration | $ 469,087.32 | $ 243.49 | $ 756.08 | $ 875.46 | $ 1,551.95 | $ 1,949.89 | $ 2,347.83 | $ 2,347.83 | $ 2,785.56 | $ 2,785.56 | $ 3,183.50 | $ 3,581.43 | $ 3,581.43 | $ 3,979.37 | $ 4,317.62 | $ 4,803.61 |
| Uline | $ 20,628.76 | $ 10.71 | $ 33.25 | $ 38.50 | $ 68.25 | $ 85.75 | $ 103.25 | $ 103.25 | $ 122.50 | $ 122.50 | $ 140.00 | $ 157.50 | $ 157.50 | $ 175.00 | $ 189.87 | $ 211.25 |
| UPS (Executive Financial Enterprises, Inc.) | $ 99,993.00 | $ 51.90 | $ 161.17 | $ 186.62 | $ 330.82 | $ 415.65 | $ 500.47 | $ 500.47 | $ 593.78 | $ 593.78 | $ 678.61 | $ 763.44 | $ 763.44 | $ 848.26 | $ 920.36 | $ 1,023.96 |
| We Pack It All | $ 63,138.86 | $ 32.77 | $ 101.77 | $ 117.84 | $ 208.89 | $ 262.45 | $ 316.02 | $ 316.02 | $ 374.93 | $ 374.93 | $ 428.50 | $ 482.06 | $ 482.06 | $ 535.62 | $ 581.15 | $ 646.56 |
| **Total Monthly Payment** | $ 11,787,979.28 | $ 6,118.79 | $ 19,000.00 | $ 22,000.00 | $ 39,000.00 | $ 49,000.00 | $ 59,000.00 | $ 59,000.00 | $ 70,000.00 | $ 70,000.00 | $ 80,000.00 | $ 90,000.00 | $ 90,000.00 | $ 100,000.00 | $ 108,500.00 | $ 120,712.82 |

# Exhibit 5

Projected Income and Expenses - Mr. Tortilla, Inc. in 2025

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $4,332.20 | $4,548.81 | $4,776.25 | $5,015.06 | $5,265.82 | $5,529.11 | $5,805.56 | $6,095.84 | $6,400.63 | $6,720.66 | $7,056.70 | $7,409.53 | $68,956.17 |
| Amazon Sales - CAD | $60,056.78 | $62,459.05 | $65,582.00 | $66,893.64 | $68,231.52 | $69,596.15 | $70,988.07 | $72,407.83 | $73,855.99 | $75,333.11 | $76,839.77 | $78,376.57 | $840,620.47 |
| Amazon Sales - US | $4,071.15 | $4,274.71 | $4,488.45 | $4,712.87 | $4,948.51 | $5,195.94 | $5,455.74 | $5,728.52 | $6,014.95 | $6,315.70 | $6,631.48 | $6,963.06 | $64,801.09 |
| Amazon Sales - Vendor US | $162,879.10 | $171,023.05 | $179,574.21 | $161,616.78 | $177,778.46 | $181,334.03 | $183,147.37 | $184,978.85 | $186,828.64 | $177,487.20 | $168,612.84 | $160,182.20 | $2,095,442.74 |
| Other Sales | $45,880.78 | $46,018.42 | $46,156.48 | $46,294.95 | $46,433.83 | $46,573.13 | $46,712.85 | $46,852.99 | $46,993.55 | $47,134.53 | $46,898.86 | $46,664.36 | $558,614.74 |
| Walmart (Golden Ticket 572 Stores) | | | $32,754.89 | $42,581.36 | $55,355.76 | $58,123.55 | $59,867.26 | $61,663.28 | $63,513.17 | $65,418.57 | $65,091.48 | $64,766.02 | $569,135.34 |
| Kehe | $22,185.67 | $22,296.60 | $37,271.93 | $38,762.80 | $57,398.77 | $60,268.70 | $60,871.39 | $61,480.10 | $62,094.91 | $62,715.85 | $62,402.28 | $62,090.26 | $609,839.26 |
| Home Goods | $7,200.00 | $14,400.00 | $15,120.00 | $16,632.00 | $24,948.00 | $27,442.80 | $30,187.08 | $33,205.79 | $36,526.37 | $40,179.00 | $39,978.11 | $39,778.22 | $325,597.36 |
| ALDI | | $32,426.45 | $42,154.39 | $50,585.26 | $96,112.00 | $96,592.56 | $97,075.52 | $97,560.90 | $98,538.95 | $98,046.25 | $97,556.02 | | $904,696.99 |
| Sales Tax | $1,639.94 | $1,721.94 | $1,808.04 | $1,898.44 | $1,993.36 | $2,093.03 | $2,197.68 | $2,307.56 | $2,422.94 | $2,544.09 | $2,531.37 | $2,518.71 | $25,677.08 |
| Shopify Promotional Discounts | -$20,672.52 | -$21,706.15 | -$22,791.46 | -$23,931.03 | -$25,127.58 | -$26,383.96 | -$27,703.16 | -$29,088.32 | -$30,542.73 | -$32,069.87 | -$31,909.52 | -$31,749.97 | -$323,676.29 |
| Shopify Sales | $121,237.36 | $123,662.11 | $126,135.35 | $128,658.06 | $131,231.22 | $133,855.84 | $136,532.96 | $139,263.62 | $142,048.89 | $144,889.87 | $144,165.42 | $143,444.59 | $1,615,125.31 |
| Shopify Shipping | $2,596.27 | $2,648.20 | $2,701.16 | $2,755.19 | $2,810.29 | $2,866.49 | $2,923.82 | $2,982.30 | $3,041.95 | $3,102.79 | $3,087.27 | $3,071.84 | $34,587.57 |
| Walmart.com Sales | $15,240.24 | $15,545.04 | $15,855.95 | $16,173.06 | $16,496.53 | $16,826.46 | $17,162.99 | $17,506.25 | $17,856.37 | $18,213.50 | $18,122.43 | $18,031.82 | $203,030.62 |
| **Gross Income** | **$426,646.97** | **$479,318.24** | **$551,587.62** | **$558,648.45** | **$663,876.48** | **$679,913.83** | **$691,225.13** | **$702,945.51** | **$715,104.32** | **$716,523.95** | **$707,554.73** | **$699,103.22** | **$7,592,448.47** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $18,507.14 | $19,384.45 | $20,353.67 | $19,059.07 | $20,497.94 | $20,932.42 | $21,231.74 | $21,536.88 | $21,848.02 | $21,268.53 | $20,731.26 | $20,234.51 | $245,585.64 |
| Amazon Seller Fees | $27,384.05 | $28,513.03 | $29,938.68 | $30,648.63 | $31,378.34 | $32,128.48 | $32,899.75 | $33,692.88 | $34,508.63 | $35,347.79 | $36,211.18 | $37,099.66 | $389,751.09 |
| Amazon Vendor Fees | $30,947.03 | $32,494.38 | $34,119.10 | $30,707.19 | $33,777.91 | $34,453.47 | $34,798.00 | $35,145.98 | $35,497.44 | $33,722.57 | $32,036.44 | $30,434.62 | $398,134.12 |
| Raw Materials | $74,188.66 | $83,347.54 | $95,914.30 | $97,142.09 | $115,439.95 | $118,228.65 | $120,195.54 | $122,233.57 | $124,347.84 | $124,594.70 | $123,035.06 | $121,565.45 | $1,320,233.36 |
| Payroll | $91,039.30 | $102,278.46 | $117,699.53 | $119,206.19 | $141,660.09 | $145,082.19 | $147,495.83 | $149,996.76 | $152,591.25 | $152,894.17 | $150,980.29 | $149,176.88 | $1,620,100.97 |
| Payroll Taxes | $9,832.24 | $11,046.07 | $12,711.55 | $12,874.27 | $15,299.29 | $15,668.88 | $15,929.55 | $16,199.65 | $16,479.86 | $16,512.57 | $16,305.87 | $16,111.10 | $174,970.90 |
| Worker's Comp (estimated) | $1,634.56 | $1,836.35 | $2,113.23 | $2,140.28 | $2,543.42 | $2,604.86 | $2,648.20 | $2,693.10 | $2,739.69 | $2,745.12 | $2,710.76 | $2,678.38 | $29,087.95 |
| Ebay Fees | $99.13 | $111.37 | $128.16 | $129.80 | $154.25 | $157.98 | $160.61 | $163.33 | $166.16 | $166.49 | $164.40 | $162.44 | $1,764.14 |
| PayPal Fees | $13.13 | $14.75 | $16.97 | $17.19 | $20.43 | $20.92 | $21.27 | $21.63 | $22.00 | $22.05 | $21.77 | $21.51 | $233.60 |
| Sales Tax Expense | $1,173.57 | $1,318.45 | $1,517.24 | $1,536.66 | $1,826.11 | $1,870.22 | $1,901.33 | $1,933.57 | $1,967.02 | $1,970.92 | $1,946.25 | $1,923.00 | $20,884.32 |
| Shipping, Freight & Delivery | $31,119.80 | $34,961.67 | $40,233.03 | $40,748.05 | $48,423.42 | $49,593.19 | $50,418.24 | $51,273.13 | $52,160.00 | $52,263.55 | $51,609.33 | $50,992.87 | $553,796.29 |
| Shopify Fees | $2,873.72 | $3,228.49 | $3,715.27 | $3,762.82 | $4,471.60 | $4,579.62 | $4,655.81 | $4,734.75 | $4,816.65 | $4,826.21 | $4,765.79 | $4,708.87 | $51,139.58 |
| Shopify Refunds | $1,582.92 | $1,778.34 | $2,046.47 | $2,072.66 | $2,463.08 | $2,522.58 | $2,564.54 | $2,608.03 | $2,653.14 | $2,658.40 | $2,625.13 | $2,593.77 | $28,169.05 |
| Walmart Fees | $4,246.62 | $4,770.88 | $5,490.21 | $5,560.49 | $6,607.87 | $6,767.50 | $6,880.09 | $6,996.75 | $7,117.77 | $7,131.90 | $7,042.62 | $6,958.50 | $75,571.19 |
| **COGS** | **$294,641.86** | **$325,084.22** | **$365,997.40** | **$365,605.39** | **$424,563.70** | **$434,610.95** | **$441,800.50** | **$449,230.02** | **$456,915.45** | **$456,124.97** | **$450,186.17** | **$444,661.57** | **$4,909,422.20** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2025

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insider Compensation | $25,500.00 | $25,500.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $301,000.00 |
| Auto Expense | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $14,400.00 |
| Car Lease | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $35,400.00 |
| Insurance | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Repair & Maintenance | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $9,600.00 | $115,200.00 |
| Outside Sales | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $117,600.00 |
| Digital Marketing and Advertising | $15,000.00 | $21,000.00 | $21,210.00 | $21,422.10 | $21,636.32 | $21,852.68 | $22,071.21 | $22,291.92 | $22,514.84 | $22,739.99 | $22,967.39 | $23,197.06 | $257,903.53 |
| Licenses & Fees | $3,566.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $3,673.85 | $43,979.24 |
| Marketing Expenses | $6,193.77 | $7,186.60 | $8,613.47 | $9,655.16 | $10,916.03 | $11,528.25 | $11,745.73 | $11,967.72 | $12,194.34 | $12,265.64 | $12,419.35 | $12,589.04 | $127,275.11 |
| Office Expenses | $2,673.03 | $3,101.50 | $3,717.29 | $4,166.85 | $4,711.00 | $4,975.21 | $5,069.07 | $5,164.87 | $5,262.67 | $5,293.44 | $5,359.78 | $5,433.01 | $54,927.71 |
| Equipment Rental | $1,994.70 | $2,605.74 | $3,267.60 | $3,803.88 | $4,214.22 | $4,590.64 | $5,007.83 | $5,471.13 | $5,924.53 | $6,322.76 | $6,222.47 | $6,126.80 | $55,552.30 |
| 1112 Arroyo St. Unit A | $7,986.00 | $7,986.00 | $7,986.00 | $7,986.00 | $7,986.00 | $8,225.58 | $8,385.30 | $8,385.30 | $8,385.30 | $8,385.30 | $8,385.30 | $8,385.30 | $98,467.38 |
| 1112 Arroyo St. Unit B | $4,143.00 | $4,143.00 | $4,143.00 | $4,143.00 | $4,143.00 | $4,267.29 | $4,350.15 | $4,350.15 | $4,350.15 | $4,350.15 | $4,350.15 | $4,350.15 | $51,083.19 |
| JSUS Stipulated Backpay | $4,756.93 | $4,756.93 | | | | | | | | | | | $9,513.86 |
| 1104 Arroyo St. | $7,589.00 | $7,589.00 | $7,589.00 | $7,589.00 | $7,589.00 | $7,816.67 | $7,968.45 | $7,968.45 | $7,968.45 | $7,968.45 | $7,968.45 | $7,968.45 | $93,572.37 |
| Software Subscription License | $4,578.94 | $5,981.62 | $7,500.96 | $8,732.02 | $9,673.97 | $10,538.05 | $11,495.75 | $12,559.26 | $13,600.08 | $14,514.24 | $14,284.01 | $14,064.39 | $127,523.29 |
| Travel | $1,316.10 | $1,527.06 | $1,830.26 | $2,051.60 | $2,319.52 | $2,449.61 | $2,495.83 | $2,543.00 | $2,591.15 | $2,606.30 | $2,638.96 | $2,675.02 | $27,044.42 |
| Utilities | $2,914.13 | $3,381.25 | $4,052.59 | $4,542.69 | $5,135.93 | $5,423.97 | $5,526.30 | $5,630.74 | $5,737.36 | $5,770.91 | $5,843.23 | $5,923.07 | $59,882.17 |
| U.S. Small Business Administration (SBA) | $1,237.00 | $1,237.00 | $1,237.00 | $1,237.00 | | | | | | | | | $4,948.00 |
| City of Los Angeles Office of Finance | | | | | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $4,385.68 |
| EDD | | | | | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $7,302.08 |
| IRS | | | | | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $94,505.20 |
| FTB | | | | | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $39,986.24 |
| Secured Creditors | | | | | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $220,072.00 |
| Unsecured Creditors | | | | | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $48,950.32 |
| Michael Berger | | | | | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $60,000.00 |
| Lyneer Staffing | | | | | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $142,478.18 |
| Orrick/Genesis | | | | | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $90,000.00 |
| Giovanni Orantes | | $5,000.00 | $5,000.00 | $5,000.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $75,000.00 |
| Adequate Protection Payments to Amazon Capital Services, Inc. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | | | | | | | | | $20,000.00 |
| Deborah Tyrell (Bookkeeping Services)- For Preparation of MOR | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | | | | | | | | | $8,000.00 |
| **Total Other Expenses** | **$123,349.45** | **$138,569.55** | **$138,721.03** | **$142,903.16** | **$228,608.82** | **$231,951.77** | **$235,699.44** | **$237,916.36** | **$242,612.69** | **$244,301.01** | **$244,522.91** | **$244,796.10** | **$2,453,952.27** |
| **Total Expenses** | **$417,991.31** | **$463,653.78** | **$504,718.42** | **$508,508.55** | **$653,172.51** | **$666,562.72** | **$677,499.94** | **$687,146.38** | **$699,528.13** | **$700,425.98** | **$694,709.08** | **$689,457.67** | **$4,606,904.54** |
| **Net Income** | **$8,655.66** | **$15,664.46** | **$46,869.20** | **$50,139.90** | **$10,703.97** | **$13,351.11** | **$13,725.20** | **$15,799.13** | **$15,576.19** | **$16,097.97** | **$12,845.65** | **$9,645.55** | **$229,073.99** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2026

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $7,424.35 | $7,439.20 | $7,454.08 | $7,468.99 | $7,483.92 | $7,498.89 | $7,513.89 | $7,528.92 | $7,543.98 | $7,559.06 | $7,521.27 | $7,483.66 | $89,920.20 |
| Amazon Sales - CAD | $78,533.32 | $78,690.39 | $78,847.77 | $79,005.46 | $79,163.47 | $79,321.80 | $79,480.44 | $79,639.40 | $79,798.68 | $79,958.28 | $79,558.49 | $79,160.70 | $951,158.20 |
| Amazon Sales - US | $6,976.98 | $6,990.94 | $7,004.92 | $7,018.93 | $7,032.97 | $7,047.03 | $7,061.13 | $7,075.25 | $7,089.40 | $7,103.58 | $7,068.06 | $7,032.72 | $84,501.89 |
| Amazon Sales - Vendor US | $160,502.57 | $160,823.57 | $161,145.22 | $161,467.51 | $161,790.44 | $162,114.02 | $162,438.25 | $162,763.13 | $163,088.66 | $163,414.83 | $162,597.76 | $161,784.77 | $1,943,930.73 |
| Other Sales | $46,757.69 | $46,851.21 | $46,944.91 | $47,038.80 | $47,132.88 | $47,227.14 | $47,321.60 | $47,416.24 | $47,511.07 | $47,606.10 | $47,368.07 | $47,131.23 | $566,306.93 |
| Walmart (Golden Ticket 572 Stores) | $64,895.55 | $65,025.34 | $65,155.39 | $65,285.70 | $65,416.28 | $65,547.11 | $65,678.20 | $65,809.56 | $65,941.18 | $66,073.06 | $65,742.70 | $65,413.98 | $785,984.06 |
| Kehe | $62,214.44 | $62,338.87 | $62,463.55 | $62,588.48 | $62,713.66 | $62,839.08 | $62,964.76 | $63,090.69 | $63,216.87 | $63,343.31 | $63,026.59 | $62,711.46 | $753,511.76 |
| Home Goods | $39,857.77 | $39,937.49 | $40,017.36 | $40,097.40 | $40,177.59 | $40,257.95 | $40,338.47 | $40,419.14 | $40,499.98 | $40,580.98 | $40,378.08 | $40,176.19 | $482,738.40 |
| ALDI | $97,751.13 | $97,946.63 | $98,142.53 | $98,338.81 | $98,535.49 | $98,732.56 | $98,930.03 | $99,127.89 | $99,326.14 | $99,524.79 | $99,027.17 | $98,532.03 | $1,183,915.21 |
| Sales Tax | $2,523.75 | $2,528.79 | $2,533.85 | $2,538.92 | $2,544.00 | $2,549.09 | $2,554.18 | $2,559.29 | $2,564.41 | $2,569.54 | $2,556.69 | $2,543.91 | $30,566.43 |
| Shopify Promotional Discounts | -$31,813.47 | -$31,877.10 | -$31,940.85 | -$32,004.74 | -$32,068.75 | -$32,132.88 | -$32,197.15 | -$32,261.54 | -$32,326.07 | -$32,390.72 | -$32,228.77 | -$32,067.62 | -$385,309.66 |
| Shopify Sales | $143,731.48 | $144,018.95 | $144,306.98 | $144,595.60 | $144,884.79 | $145,174.56 | $145,464.91 | $145,755.84 | $146,047.35 | $146,339.44 | $145,607.75 | $144,879.71 | $1,740,807.36 |
| Shopify Shipping | $3,077.98 | $3,084.14 | $3,090.30 | $3,096.48 | $3,102.68 | $3,108.88 | $3,115.10 | $3,121.33 | $3,127.57 | $3,133.83 | $3,118.16 | $3,102.57 | $37,279.02 |
| Walmart.com Sales | $18,067.88 | $18,104.02 | $18,140.23 | $18,176.51 | $18,212.86 | $18,249.28 | $18,285.78 | $18,322.35 | $18,359.00 | $18,395.72 | $18,303.74 | $18,212.22 | $218,829.59 |
| | $0.00 | | | | | | | | | | | | |
| **Gross Income** | $700,501.43 | $701,902.43 | $703,306.24 | $704,712.85 | $706,122.28 | $707,534.52 | $708,949.59 | $710,367.49 | $711,788.23 | $713,211.80 | $709,645.74 | $706,097.51 | $8,484,140.12 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $20,274.98 | $20,315.53 | $20,356.16 | $20,396.87 | $20,437.66 | $20,478.54 | $20,519.50 | $20,560.54 | $20,601.66 | $20,642.86 | $20,539.65 | $20,436.95 | $245,560.88 |
| Amazon Seller Fees | $37,173.86 | $37,248.21 | $37,322.70 | $37,397.35 | $37,472.14 | $37,547.09 | $37,622.18 | $37,697.43 | $37,772.82 | $37,848.37 | $37,659.13 | $37,470.83 | $450,232.12 |
| Amazon Vendor Fees | $30,495.49 | $30,556.48 | $30,617.59 | $30,678.83 | $30,740.18 | $30,801.66 | $30,863.27 | $30,924.99 | $30,986.84 | $31,048.82 | $30,893.57 | $30,739.11 | $369,346.84 |
| Raw Materials | $121,808.58 | $122,052.20 | $122,296.30 | $122,540.89 | $122,785.97 | $123,031.55 | $123,277.61 | $123,524.16 | $123,771.21 | $124,018.76 | $123,398.66 | $122,781.67 | $1,475,287.56 |
| Payroll | $149,475.24 | $149,774.19 | $150,073.74 | $150,373.88 | $150,674.63 | $150,975.98 | $151,277.93 | $151,580.49 | $151,883.65 | $152,187.42 | $151,426.48 | $150,669.35 | $1,810,372.99 |
| Payroll Taxes | $16,143.33 | $16,175.61 | $16,207.96 | $16,240.38 | $16,272.86 | $16,305.41 | $16,338.02 | $16,370.69 | $16,403.43 | $16,436.24 | $16,354.06 | $16,272.29 | $195,520.28 |
| Worker's Comp (estimated) | $2,683.74 | $2,689.11 | $2,694.49 | $2,699.87 | $2,705.27 | $2,710.68 | $2,716.11 | $2,721.54 | $2,726.98 | $2,732.44 | $2,718.77 | $2,705.18 | $32,504.18 |
| Ebay Fees | $162.76 | $163.09 | $163.42 | $163.74 | $164.07 | $164.40 | $164.73 | $165.06 | $165.39 | $165.72 | $164.89 | $164.06 | $1,971.33 |
| PayPal Fees | $21.55 | $21.60 | $21.64 | $21.68 | $21.73 | $21.77 | $21.81 | $21.86 | $21.90 | $21.94 | $21.83 | $21.71 | $261.03 |
| Sales Tax Expense | $1,926.85 | $1,930.70 | $1,934.56 | $1,938.43 | $1,942.31 | $1,946.19 | $1,950.09 | $1,953.99 | $1,957.89 | $1,961.81 | $1,952.00 | $1,942.24 | $23,337.07 |
| Shipping, Freight & Delivery | $51,094.86 | $51,197.05 | $51,299.44 | $51,402.04 | $51,504.85 | $51,607.86 | $51,711.07 | $51,814.49 | $51,918.12 | $52,021.96 | $51,761.85 | $51,503.04 | $618,836.64 |
| Shopify Fees | $4,718.29 | $4,727.72 | $4,737.18 | $4,746.65 | $4,756.15 | $4,765.66 | $4,775.19 | $4,784.74 | $4,794.31 | $4,803.90 | $4,779.88 | $4,755.98 | $57,145.64 |
| Shopify Refunds | $2,598.96 | $2,604.16 | $2,609.37 | $2,614.58 | $2,619.81 | $2,625.05 | $2,630.30 | $2,635.56 | $2,640.83 | $2,646.12 | $2,632.89 | $2,619.72 | $31,477.35 |
| Walmart Fees | $6,972.42 | $6,986.36 | $7,000.34 | $7,014.34 | $7,028.37 | $7,042.42 | $7,056.51 | $7,070.62 | $7,084.76 | $7,098.93 | $7,063.44 | $7,028.12 | $84,446.62 |
| **COGS** | $445,550.90 | $446,442.00 | $447,334.88 | $448,229.55 | $449,126.01 | $450,024.26 | $450,924.31 | $451,826.16 | $452,729.81 | $453,635.27 | $451,367.10 | $449,110.26 | $5,396,300.53 |
| | | | | | | | | | | | | | |
| Insider Compensation | $25,000.00 | $25,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $350,000.00 |
| Auto Expense | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| Car Lease | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $38,400.00 |
| Insurance | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Repair & Maintenance | $9,600.00 | $9,600.00 | $9,600.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $136,800.00 |
| Outside Services | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $117,600.00 |
| Digital Marketing and Advertising | $23,243.46 | $23,289.95 | $23,336.53 | $23,383.20 | $23,429.97 | $23,476.82 | $23,523.78 | $23,570.83 | $23,617.97 | $23,665.20 | $23,712.53 | $23,759.96 | $282,010.19 |
| Licenses & Fees | $3,681.20 | $3,688.56 | $3,695.94 | $3,703.33 | $3,710.74 | $3,718.16 | $3,725.60 | $3,733.05 | $3,740.51 | $3,748.00 | $3,755.49 | $3,763.00 | $44,663.59 |
| Marketing Expenses | $12,614.21 | $12,639.44 | $12,664.72 | $12,690.05 | $12,715.43 | $12,740.86 | $12,766.34 | $12,791.88 | $12,817.46 | $12,843.10 | $12,868.78 | $12,894.52 | $153,046.80 |
| Office Expenses | $5,443.88 | $5,454.76 | $5,465.67 | $5,476.60 | $5,487.56 | $5,498.53 | $5,509.53 | $5,520.55 | $5,531.59 | $5,542.65 | $5,553.74 | $5,564.85 | $66,049.92 |
| Equipment Rental | $6,139.05 | $6,151.33 | $6,163.63 | $6,175.96 | $6,188.31 | $6,200.69 | $6,213.09 | $6,225.51 | $6,237.97 | $6,250.44 | $6,262.94 | $6,275.47 | $74,484.38 |
| 1112 Arroyo St. Unit A | $8,385.30 | $8,385.30 | $8,385.30 | $8,385.30 | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $102,636.07 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2026

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1112 Arroyo St. Unit B | $4,350.15 | $4,350.15 | $4,350.15 | $4,350.15 | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $53,245.84 |
| 1104 Arroyo St. | $7,968.45 | $7,968.45 | $7,968.45 | $7,968.45 | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $97,533.83 |
| Software Subscription License | $14,092.52 | $14,120.70 | $14,148.94 | $14,177.24 | $14,205.60 | $14,234.01 | $14,262.48 | $14,291.00 | $14,319.58 | $14,348.22 | $14,376.92 | $14,405.67 | $170,982.89 |
| Travel | $2,680.37 | $2,685.73 | $2,691.10 | $2,696.48 | $2,701.88 | $2,707.28 | $2,712.69 | $2,718.12 | $2,723.56 | $2,729.00 | $2,734.46 | $2,739.93 | $32,520.59 |
| | | | | | | | | | | | | | |
| Utilities | $5,934.91 | $5,946.78 | $5,958.68 | $5,970.59 | $5,982.53 | $5,994.50 | $6,006.49 | $6,018.50 | $6,030.54 | $6,042.60 | $6,054.68 | $6,066.79 | $72,007.60 |
| City of Los Angeles Office of Finance | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $6,578.52 |
| EDD | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $10,953.12 |
| IRS | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $141,757.80 |
| FTB | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $59,979.36 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $6,118.79 | $6,118.79 | $6,118.79 | $6,118.79 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $176,475.16 |
| Michael Berger | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | | | | | $40,000.00 |
| Lyner Staffing | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $17,809.77 | $22,809.77 | $22,809.77 | $22,809.77 | $22,809.77 | $233,717.26 |
| Orrick/Genesis | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | | $146,460.31 |
| Giovanni Orantes | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | | | | | $40,000.00 |
| Total Other Expenses | $244,943.46 | $245,091.12 | $250,239.08 | $252,787.33 | $256,438.20 | $256,587.04 | $256,736.19 | $255,885.63 | $257,035.36 | $257,185.40 | $257,335.74 | $253,946.69 | $3,045,211.22 |
| Total Expenses | $690,494.36 | $691,533.12 | $697,573.96 | $701,016.88 | $705,564.21 | $706,611.31 | $707,660.50 | $708,711.79 | $709,765.18 | $710,820.67 | $708,702.84 | $703,056.95 | $5,740,422.45 |
| | | | | | | | | | | | | | |
| Net Income | $10,007.07 | $10,369.31 | $5,732.28 | $3,695.97 | $558.07 | $923.21 | $1,289.00 | $1,655.70 | $2,023.05 | $2,391.13 | $942.91 | $3,040.56 | $42,628.37 |

Projected  Income and Expenses - Mr. Tortilla, Inc. in 2027

| | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $7,498.63 | $7,513.63 | $7,528.65 | $7,543.71 | $7,558.80 | $7,573.92 | $7,589.06 | $7,604.24 | $7,619.45 | $7,634.69 | $7,596.52 | $7,558.53 | $90,819.82 |
| Amazon Sales - CAD | $79,319.02 | $79,477.66 | $79,636.61 | $79,795.88 | $79,955.48 | $80,115.39 | $80,275.62 | $80,436.17 | $80,597.04 | $80,758.24 | $80,354.44 | $79,952.67 | $960,674.21 |
| Amazon Sales - US | $7,046.78 | $7,060.88 | $7,075.00 | $7,089.15 | $7,103.33 | $7,117.54 | $7,131.77 | $7,146.03 | $7,160.33 | $7,174.65 | $7,138.77 | $7,103.08 | $85,347.31 |
| Amazon Sales - Vendor US | $162,108.34 | $162,432.56 | $162,757.42 | $163,082.94 | $163,409.10 | $163,735.92 | $164,063.39 | $164,391.52 | $164,720.30 | $165,049.74 | $164,224.49 | $163,403.37 | $1,963,379.09 |
| Other Sales | $47,225.49 | $47,319.94 | $47,414.58 | $47,509.41 | $47,604.43 | $47,699.64 | $47,795.03 | $47,890.62 | $47,986.41 | $48,082.38 | $47,841.97 | $47,602.76 | $571,972.64 |
| Walmart (Golden Ticket 572 Stores) | $65,544.81 | $65,675.90 | $65,807.25 | $65,938.87 | $66,070.74 | $66,202.88 | $66,335.29 | $66,467.96 | $66,600.90 | $66,734.10 | $66,400.43 | $66,068.43 | $793,847.56 |
| Kehe | $62,836.88 | $62,962.55 | $63,088.48 | $63,214.65 | $63,341.08 | $63,467.77 | $63,594.70 | $63,721.89 | $63,849.33 | $63,977.03 | $63,657.15 | $63,338.86 | $761,050.39 |
| Home Goods | $40,256.54 | $40,337.05 | $40,417.72 | $40,498.56 | $40,579.56 | $40,660.72 | $40,742.04 | $40,823.52 | $40,905.17 | $40,986.98 | $40,782.04 | $40,578.13 | $487,568.04 |
| ALDI | $98,729.10 | $98,926.56 | $99,124.41 | $99,322.66 | $99,521.30 | $99,720.35 | $99,919.79 | $100,119.63 | $100,319.87 | $100,520.51 | $100,017.90 | $99,517.81 | $1,195,759.88 |
| Sales Tax | $2,549.00 | $2,554.09 | $2,559.20 | $2,564.32 | $2,569.45 | $2,574.59 | $2,579.74 | $2,584.90 | $2,590.07 | $2,595.25 | $2,582.27 | $2,569.36 | $30,872.24 |
| Shopify Promotional Discounts | -$32,131.76 | -$32,196.02 | -$32,260.41 | -$32,324.93 | -$32,389.58 | -$32,454.36 | -$32,519.27 | -$32,584.31 | -$32,649.48 | -$32,714.78 | -$32,551.20 | -$32,388.45 | -$389,164.55 |
| Shopify Sales | $145,169.47 | $145,459.81 | $145,750.73 | $146,042.23 | $146,334.31 | $146,626.98 | $146,920.24 | $147,214.08 | $147,508.50 | $147,803.52 | $147,064.50 | $146,329.18 | $1,758,223.54 |
| Shopify Shipping | $3,108.77 | $3,114.90 | $3,121.22 | $3,127.46 | $3,133.72 | $3,139.99 | $3,146.27 | $3,152.56 | $3,158.86 | $3,165.18 | $3,149.36 | $3,133.61 | $37,651.98 |
| Walmart.com  Sales | $18,248.64 | $18,285.14 | $18,321.71 | $18,358.36 | $18,395.07 | $18,431.86 | $18,468.73 | $18,505.66 | $18,542.67 | $18,579.76 | $18,486.86 | $18,394.43 | $221,018.90 |
| **Gross Income** | **$707,509.71** | **$708,924.73** | **$710,342.58** | **$711,763.26** | **$713,186.79** | **$714,613.16** | **$716,042.39** | **$717,474.47** | **$718,909.42** | **$720,347.24** | **$716,745.51** | **$713,161.78** | **$8,569,021.04** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $20,477.82 | $20,518.78 | $20,559.81 | $20,600.93 | $20,642.14 | $20,683.42 | $20,724.79 | $20,766.24 | $20,807.77 | $20,849.38 | $20,745.14 | $20,641.41 | $248,017.63 |
| Amazon Seller Fees | $37,545.77 | $37,620.86 | $37,696.11 | $37,771.50 | $37,847.04 | $37,922.73 | $37,998.58 | $38,074.58 | $38,150.73 | $38,227.03 | $38,035.89 | $37,845.71 | $454,736.54 |
| Amazon Vendor Fees | $30,800.58 | $30,862.19 | $30,923.91 | $30,985.76 | $31,047.73 | $31,109.82 | $31,172.04 | $31,234.39 | $31,296.86 | $31,359.45 | $31,202.65 | $31,046.64 | $373,042.03 |
| Raw Materials | $123,027.23 | $123,273.29 | $123,519.83 | $123,766.87 | $124,014.41 | $124,262.44 | $124,510.96 | $124,759.98 | $125,009.50 | $125,259.52 | $124,633.22 | $124,010.06 | $1,490,047.31 |
| Payroll | $150,970.69 | $151,272.63 | $151,575.17 | $151,878.32 | $152,182.08 | $152,486.44 | $152,791.42 | $153,097.00 | $153,403.19 | $153,710.00 | $152,941.45 | $152,176.74 | $1,828,485.15 |
| Payroll Taxes | $16,304.83 | $16,337.44 | $16,370.12 | $16,402.86 | $16,435.66 | $16,468.54 | $16,501.47 | $16,534.48 | $16,567.55 | $16,600.68 | $16,517.68 | $16,435.09 | $197,476.40 |
| Worker's Comp (estimated) | $2,710.59 | $2,716.01 | $2,721.44 | $2,726.89 | $2,732.34 | $2,737.80 | $2,743.28 | $2,748.77 | $2,754.26 | $2,759.77 | $2,745.97 | $2,732.24 | $32,829.37 |
| Ebay Fees | $164.39 | $164.72 | $165.05 | $165.38 | $165.71 | $166.04 | $166.38 | $166.71 | $167.04 | $167.38 | $166.54 | $165.71 | $1,991.05 |
| PayPal Fees | $21.77 | $21.81 | $21.86 | $21.90 | $21.94 | $21.99 | $22.03 | $22.07 | $22.12 | $22.16 | $22.05 | $21.94 | $263.64 |
| Sales Tax Expense | $1,946.13 | $1,950.02 | $1,953.92 | $1,957.83 | $1,961.74 | $1,965.67 | $1,969.60 | $1,973.54 | $1,977.48 | $1,981.44 | $1,971.53 | $1,961.67 | $23,570.55 |
| Shipping, Freight & Delivery | $51,606.05 | $51,709.26 | $51,812.68 | $51,916.30 | $52,020.14 | $52,124.18 | $52,228.42 | $52,332.88 | $52,437.55 | $52,542.42 | $52,279.71 | $52,018.31 | $625,027.89 |
| Shopify Fees | $4,765.49 | $4,775.02 | $4,784.57 | $4,794.14 | $4,803.73 | $4,813.34 | $4,822.96 | $4,832.61 | $4,842.28 | $4,851.96 | $4,827.70 | $4,803.56 | $57,717.37 |
| Shopify Refunds | $2,624.96 | $2,630.21 | $2,635.47 | $2,640.74 | $2,646.02 | $2,651.32 | $2,656.62 | $2,661.93 | $2,667.26 | $2,672.59 | $2,659.23 | $2,645.93 | $31,792.27 |
| Walmart Fees | $7,042.18 | $7,056.26 | $7,070.37 | $7,084.51 | $7,098.68 | $7,112.88 | $7,127.11 | $7,141.36 | $7,155.64 | $7,169.95 | $7,134.10 | $7,098.43 | $85,291.48 |
| **COGS** | **$450,008.48** | **$450,908.50** | **$451,810.32** | **$452,713.94** | **$453,619.36** | **$454,526.60** | **$455,435.66** | **$456,346.53** | **$457,259.22** | **$458,173.74** | **$455,882.87** | **$453,603.46** | **$5,450,288.67** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2027

| | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $380,000.00 |
| Auto Expense | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| Car Lease | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $38,400.00 |
| Insurance | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| Repair & Maintenance | $12,000.00 | $12,000.00 | $12,000.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $149,400.00 |
| Outside Sales | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $117,600.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $23,759.96 | $23,807.48 | $23,855.09 | $23,902.80 | $23,950.61 | $23,998.51 | $24,046.51 | $24,094.60 | $24,142.79 | $24,191.08 | $24,239.46 | $24,287.94 | $288,276.83 |
| Licenses & Fees | $3,770.53 | $3,778.07 | $3,785.63 | $3,793.20 | $3,800.78 | $3,808.38 | $3,816.00 | $3,823.63 | $3,831.28 | $3,838.94 | $3,846.62 | $3,854.31 | $45,747.38 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $12,894.52 | $12,920.31 | $12,946.15 | $12,972.04 | $12,997.99 | $13,023.98 | $13,050.03 | $13,076.13 | $13,102.28 | $13,128.49 | $13,154.74 | $13,181.05 | $156,447.71 |
| Office Expenses | $5,564.85 | $5,575.98 | $5,587.13 | $5,598.30 | $5,609.50 | $5,620.72 | $5,631.96 | $5,643.22 | $5,654.51 | $5,665.82 | $5,677.15 | $5,688.50 | $67,517.63 |
| | | | | | | | | | | | | | |
| Equipment Rental | $6,275.47 | $6,288.02 | $6,300.59 | $6,313.20 | $6,325.82 | $6,338.47 | $6,351.15 | $6,363.85 | $6,376.58 | $6,389.33 | $6,402.11 | $6,414.92 | $76,139.53 |
| 1112 Arroyo St. Unit A | $8,636.86 | $8,636.86 | $8,636.86 | $8,636.86 | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $105,715.15 |
| 1112 Arroyo St. Unit B | $4,480.65 | $4,480.65 | $4,480.65 | $4,480.65 | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $54,843.21 |
| 1104 Arroyo St. | $8,207.50 | $8,207.50 | $8,207.50 | $8,207.50 | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $100,459.84 |
| Software Subscription License | $14,434.48 | $14,463.35 | $14,492.28 | $14,521.26 | $14,550.31 | $14,579.41 | $14,608.57 | $14,637.78 | $14,667.06 | $14,696.39 | $14,725.79 | $14,755.24 | $175,131.92 |
| Travel | $2,745.41 | $2,750.90 | $2,756.40 | $2,761.91 | $2,767.44 | $2,772.97 | $2,778.52 | $2,784.08 | $2,789.64 | $2,795.22 | $2,800.81 | $2,806.42 | $33,309.73 |
| | | | | | | | | | | | | | |
| Utilities | $6,078.93 | $6,091.08 | $6,103.27 | $6,115.47 | $6,127.70 | $6,139.96 | $6,152.24 | $6,164.54 | $6,176.87 | $6,189.23 | $6,201.61 | $6,214.01 | $73,754.92 |
| City of Los Angeles Office of Finance | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $6,578.52 |
| EDD | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $10,953.12 |
| IRS | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $141,757.80 |
| FTB | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $59,979.36 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $252,000.00 |
| Lyoner Staffing | $22,809.77 | $22,809.77 | $22,809.77 | $22,809.77 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $224,572.44 |
| Total Other Expenses | $246,040.33 | $246,191.38 | $246,342.73 | $247,094.38 | $247,242.99 | $247,395.25 | $247,547.81 | $247,700.68 | $247,853.86 | $248,007.34 | $248,161.13 | $248,315.23 | $2,967,023.09 |
| Total Expenses | $696,040.81 | $697,099.88 | $698,153.04 | $699,808.32 | $700,862.35 | $701,921.85 | $702,983.47 | $704,047.21 | $705,113.08 | $706,181.08 | $704,044.00 | $701,918.68 | $5,555,786.18 |
| | | | | | | | | | | | | | |
| Net Income | $11,460.90 | $11,824.85 | $12,189.53 | $11,954.95 | $12,324.44 | $12,691.31 | $13,058.92 | $13,427.26 | $13,796.34 | $14,166.16 | $12,701.51 | $11,243.10 | $150,839.28 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2028

| | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $7,588.77 | $7,611.53 | $7,634.37 | $7,657.27 | $7,680.24 | $7,703.28 | $7,726.39 | $7,749.57 | $7,772.82 | $7,796.14 | $7,757.16 | $7,718.37 | $92,395.93 |
| Amazon Sales - CAD | $80,272.48 | $80,513.30 | $80,754.84 | $80,997.10 | $81,240.10 | $81,483.82 | $81,728.27 | $81,973.45 | $82,219.37 | $82,466.03 | $82,053.70 | $81,643.43 | $977,345.89 |
| Amazon Sales - US | $7,131.49 | $7,152.89 | $7,174.34 | $7,195.87 | $7,217.46 | $7,239.11 | $7,260.83 | $7,282.61 | $7,304.46 | $7,326.37 | $7,289.74 | $7,253.29 | $86,828.44 |
| Amazon Sales - Vendor US | $164,056.98 | $164,549.16 | $165,042.80 | $165,537.93 | $166,034.54 | $166,532.65 | $167,032.25 | $167,533.34 | $168,035.94 | $168,540.05 | $167,697.35 | $166,858.86 | $1,997,451.86 |
| Other Sales | $47,793.17 | $47,936.55 | $48,080.36 | $48,224.60 | $48,369.27 | $48,514.38 | $48,659.92 | $48,805.90 | $48,952.32 | $49,099.18 | $48,853.68 | $48,609.41 | $581,898.74 |
| Walmart (Golden Ticket 572 Stores) | $66,332.70 | $66,531.70 | $66,731.29 | $66,931.49 | $67,132.28 | $67,333.68 | $67,535.68 | $67,738.29 | $67,941.50 | $68,145.33 | $67,804.60 | $67,465.58 | $807,624.11 |
| Kehe | $63,592.22 | $63,782.99 | $63,974.34 | $64,166.27 | $64,358.77 | $64,551.84 | $64,745.50 | $64,939.73 | $65,134.55 | $65,329.96 | $65,003.31 | $64,678.29 | $774,257.77 |
| Home Goods | $40,740.45 | $40,862.67 | $40,985.26 | $41,108.21 | $41,231.54 | $41,355.23 | $41,479.30 | $41,603.73 | $41,728.55 | $41,853.73 | $41,644.46 | $41,436.24 | $496,029.37 |
| ALDI | $99,915.89 | $100,215.63 | $100,516.28 | $100,817.83 | $101,120.28 | $101,423.64 | $101,727.91 | $102,033.10 | $102,339.20 | $102,646.21 | $102,132.98 | $101,622.32 | $1,216,511.28 |
| Sales Tax | $2,579.64 | $2,587.38 | $2,595.14 | $2,602.92 | $2,610.73 | $2,618.56 | $2,626.42 | $2,634.30 | $2,642.20 | $2,650.13 | $2,636.88 | $2,623.69 | $31,408.00 |
| Shopify Promotional Discounts | -$32,518.00 | -$32,615.55 | -$32,713.40 | -$32,811.54 | -$32,909.98 | -$33,008.71 | -$33,107.73 | -$33,207.06 | -$33,306.68 | -$33,406.60 | -$33,239.56 | -$33,073.37 | -$395,918.17 |
| Shopify Sales | $146,914.50 | $147,355.24 | $147,797.31 | $148,240.70 | $148,685.42 | $149,131.48 | $149,578.87 | $150,027.61 | $150,477.69 | $150,929.12 | $150,174.48 | $149,423.61 | $1,788,736.02 |
| Shopify Shipping | $3,146.14 | $3,155.58 | $3,165.05 | $3,174.54 | $3,184.07 | $3,193.62 | $3,203.20 | $3,212.81 | $3,222.45 | $3,232.12 | $3,215.95 | $3,199.87 | $38,305.40 |
| Walmart.com Sales | $18,468.00 | $18,523.41 | $18,578.98 | $18,634.72 | $18,690.62 | $18,746.69 | $18,802.93 | $18,859.34 | $18,915.92 | $18,972.67 | $18,877.80 | $18,783.41 | $224,854.50 |
| **Gross Income** | $716,014.43 | $718,162.47 | $720,316.96 | $722,477.91 | $724,645.34 | $726,819.28 | $728,999.73 | $731,186.73 | $733,380.29 | $735,580.43 | $731,902.53 | $728,243.02 | $8,717,729.12 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $20,682.70 | $20,724.06 | $20,765.51 | $20,807.04 | $20,848.65 | $20,890.35 | $20,932.13 | $20,974.00 | $21,015.94 | $21,057.98 | $20,952.69 | $20,847.92 | $250,498.97 |
| Amazon Seller Fees | $37,921.41 | $37,997.25 | $38,073.24 | $38,149.39 | $38,225.69 | $38,302.14 | $38,378.74 | $38,455.50 | $38,532.41 | $38,609.48 | $38,416.43 | $38,224.35 | $459,286.02 |
| Amazon Vendor Fees | $31,108.73 | $31,170.95 | $31,233.29 | $31,295.76 | $31,358.35 | $31,421.07 | $31,483.91 | $31,546.88 | $31,609.97 | $31,673.19 | $31,514.83 | $31,357.25 | $376,774.18 |
| Raw Materials | $124,258.08 | $124,506.59 | $124,755.61 | $125,005.12 | $125,255.13 | $125,505.64 | $125,756.65 | $126,008.16 | $126,260.18 | $126,512.70 | $125,880.14 | $125,250.74 | $1,504,954.73 |
| Payroll | $153,698.51 | $154,005.91 | $154,313.92 | $154,622.55 | $154,931.79 | $155,241.66 | $155,552.14 | $155,863.24 | $156,174.97 | $156,487.32 | $155,704.88 | $154,926.36 | $1,861,523.26 |
| Payroll Taxes | $16,599.44 | $16,632.64 | $16,665.90 | $16,699.24 | $16,732.63 | $16,766.10 | $16,799.63 | $16,833.23 | $16,866.90 | $16,900.63 | $16,816.13 | $16,732.05 | $201,044.51 |
| Worker's Comp (estimated) | $2,759.57 | $2,765.08 | $2,770.62 | $2,776.16 | $2,781.71 | $2,787.27 | $2,792.85 | $2,798.43 | $2,804.03 | $2,809.64 | $2,795.59 | $2,781.61 | $33,422.55 |
| Ebay Fees | $166.04 | $166.37 | $166.70 | $167.04 | $167.37 | $167.70 | $168.04 | $168.38 | $168.71 | $169.05 | $168.21 | $167.36 | $2,010.97 |
| PayPal Fees | $21.99 | $22.03 | $22.07 | $22.12 | $22.16 | $22.21 | $22.25 | $22.30 | $22.34 | $22.38 | $22.27 | $22.16 | $266.28 |
| Sales Tax Expense | $1,965.60 | $1,969.53 | $1,973.47 | $1,977.41 | $1,981.37 | $1,985.33 | $1,989.30 | $1,993.28 | $1,997.27 | $2,001.26 | $1,991.25 | $1,981.30 | $23,806.37 |
| Shipping, Freight & Delivery | $52,122.35 | $52,226.59 | $52,331.05 | $52,435.71 | $52,540.58 | $52,645.66 | $52,750.95 | $52,856.45 | $52,962.17 | $53,068.09 | $52,802.75 | $52,538.74 | $631,281.08 |
| Shopify Fees | $4,813.17 | $4,822.79 | $4,832.44 | $4,842.11 | $4,851.79 | $4,861.49 | $4,871.22 | $4,880.96 | $4,890.72 | $4,900.50 | $4,876.00 | $4,851.62 | $58,294.81 |
| Shopify Refunds | $2,651.22 | $2,656.52 | $2,661.84 | $2,667.16 | $2,672.50 | $2,677.84 | $2,683.20 | $2,688.56 | $2,693.94 | $2,699.33 | $2,685.83 | $2,672.40 | $32,110.34 |
| Walmart Fees | $7,112.63 | $7,126.86 | $7,141.11 | $7,155.39 | $7,169.70 | $7,184.04 | $7,198.41 | $7,212.81 | $7,227.23 | $7,241.69 | $7,205.48 | $7,169.45 | $86,144.79 |
| **COGS** | $455,881.42 | $456,793.18 | $457,706.76 | $458,622.18 | $459,539.42 | $460,458.50 | $461,379.42 | $462,302.18 | $463,226.78 | $464,153.24 | $461,832.47 | $459,523.31 | $5,521,418.85 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2028

| | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $390,000.00 |
| Auto Expense | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| Car Lease | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $38,400.00 |
| Insurance | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $72,000.00 |
| Repair & Maintenance | $12,600.00 | $12,600.00 | $12,600.00 | $12,600.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $156,240.00 |
| Machinery and Equipment | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Outside Sales | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $9,800.00 | $117,600.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $24,336.51 | $24,385.19 | $24,433.96 | $24,482.82 | $24,531.79 | $24,580.85 | $24,630.02 | $24,679.28 | $24,728.63 | $24,778.09 | $24,827.65 | $24,877.30 | $295,272.09 |
| Licenses & Fees | $3,862.02 | $3,869.75 | $3,877.49 | $3,885.24 | $3,893.01 | $3,900.80 | $3,908.60 | $3,916.42 | $3,924.25 | $3,932.10 | $3,939.96 | $3,947.84 | $46,857.48 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $13,207.41 | $13,233.83 | $13,260.30 | $13,286.82 | $13,313.39 | $13,340.02 | $13,366.70 | $13,393.43 | $13,420.22 | $13,447.06 | $13,473.95 | $13,500.90 | $160,244.03 |
| Office Expenses | $5,699.88 | $5,711.28 | $5,722.70 | $5,734.15 | $5,745.62 | $5,757.11 | $5,768.62 | $5,780.16 | $5,791.72 | $5,803.30 | $5,814.91 | $5,826.54 | $69,156.00 |
| | | | | | | | | | | | | | |
| Equipment Rental | $6,427.75 | $6,440.60 | $6,453.48 | $6,466.39 | $6,479.32 | $6,492.28 | $6,505.27 | $6,518.28 | $6,531.31 | $6,544.38 | $6,557.47 | $6,570.58 | $77,987.11 |
| 1112 Arroyo St. Unit A | $8,895.96 | $8,895.96 | $8,895.96 | $8,895.96 | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $108,886.61 |
| 1112 Arroyo St. Unit B | $4,615.07 | $4,615.07 | $4,615.07 | $4,615.07 | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $56,488.51 |
| 1104 Arroyo St. | $8,453.73 | $8,453.73 | $8,453.73 | $8,453.73 | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $103,473.64 |
| Software Subscription License | $14,784.75 | $14,814.32 | $14,843.95 | $14,873.63 | $14,903.38 | $14,933.19 | $14,963.05 | $14,992.98 | $15,022.97 | $15,053.01 | $15,083.12 | $15,113.28 | $179,381.63 |
| Travel | $2,812.03 | $2,817.65 | $2,823.29 | $2,828.93 | $2,834.59 | $2,840.26 | $2,845.94 | $2,851.63 | $2,857.34 | $2,863.05 | $2,868.78 | $2,874.52 | $34,118.02 |
| | | | | | | | | | | | | | |
| Utilities | $6,226.44 | $6,238.89 | $6,251.37 | $6,263.87 | $6,276.40 | $6,288.95 | $6,301.53 | $6,314.13 | $6,326.76 | $6,339.41 | $6,352.09 | $6,364.80 | $75,544.64 |
| City of Los Angeles Office of Finance | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $548.21 | $6,578.52 |
| EDD | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $912.76 | $10,953.12 |
| IRS | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $11,813.15 | $141,757.80 |
| FTB | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $4,998.28 | $59,979.36 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $22,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $400,000.00 |
| Lyoner Staffing | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | | | | | | | | | $66,666.68 |
| Total Other Expenses | $251,969.63 | $252,124.34 | $252,279.37 | $252,434.70 | $254,212.62 | $254,368.57 | $254,524.84 | $254,681.42 | $254,838.31 | $254,995.52 | $255,153.04 | $255,310.87 | $3,046,893.22 |
| Total Expenses | $707,851.05 | $708,917.52 | $709,986.13 | $711,056.88 | $713,752.04 | $714,827.07 | $715,904.26 | $716,983.60 | $718,065.09 | $719,148.75 | $716,985.51 | $714,834.18 | $5,703,786.45 |
| | | | | | | | | | | | | | |
| Net Income | $8,163.38 | $9,244.95 | $10,330.82 | $11,421.03 | $10,893.30 | $11,992.20 | $13,095.48 | $14,203.14 | $15,315.20 | $16,431.68 | $14,917.03 | $13,408.84 | $149,417.05 |

Projected  Income and Expenses - Mr. Tortilla, Inc. in 2029

| | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $7,749.25 | $7,772.49 | $7,795.81 | $7,819.20 | $7,842.66 | $7,866.18 | $7,889.78 | $7,913.45 | $7,937.19 | $7,961.00 | $7,921.20 | $7,881.59 | $94,349.82 |
| Amazon Sales - CAD | $81,970.01 | $82,215.92 | $82,462.56 | $82,709.95 | $82,958.08 | $83,206.96 | $83,456.58 | $83,706.95 | $83,958.07 | $84,209.94 | $83,788.89 | $83,369.95 | $998,013.84 |
| Amazon Sales - US | $7,282.30 | $7,304.15 | $7,326.06 | $7,348.04 | $7,370.08 | $7,392.19 | $7,414.37 | $7,436.61 | $7,458.92 | $7,481.30 | $7,443.89 | $7,406.67 | $88,664.60 |
| Amazon Sales - Vendor US | $167,526.30 | $168,028.88 | $168,532.96 | $169,038.56 | $169,545.68 | $170,054.32 | $170,564.48 | $171,076.17 | $171,589.40 | $172,104.17 | $171,243.65 | $170,387.43 | $2,039,692.01 |
| Other Sales | $48,803.85 | $48,950.26 | $49,097.11 | $49,244.40 | $49,392.14 | $49,540.31 | $49,688.93 | $49,838.00 | $49,987.52 | $50,137.48 | $49,886.79 | $49,637.36 | $594,204.16 |
| Walmart (Golden Ticket 572 Stores) | $67,735.44 | $67,938.64 | $68,142.46 | $68,346.89 | $68,551.93 | $68,757.58 | $68,963.86 | $69,170.75 | $69,378.26 | $69,586.40 | $69,238.46 | $68,892.27 | $824,702.95 |
| Kehe | $64,937.00 | $65,131.81 | $65,327.21 | $65,523.19 | $65,719.76 | $65,916.92 | $66,114.67 | $66,313.02 | $66,511.95 | $66,711.49 | $66,377.93 | $66,046.04 | $790,631.01 |
| Home Goods | $41,601.99 | $41,726.79 | $41,851.97 | $41,977.53 | $42,103.46 | $42,229.77 | $42,356.46 | $42,483.53 | $42,610.98 | $42,738.81 | $42,525.12 | $42,312.49 | $506,518.90 |
| ALDI | $102,028.81 | $102,334.89 | $102,641.90 | $102,949.82 | $103,258.67 | $103,568.45 | $103,879.16 | $104,190.79 | $104,503.37 | $104,816.88 | $104,292.79 | $103,771.33 | $1,242,236.86 |
| Sales Tax | $2,634.19 | $2,642.09 | $2,650.02 | $2,657.97 | $2,665.94 | $2,673.94 | $2,681.96 | $2,690.01 | $2,698.08 | $2,706.17 | $2,692.64 | $2,679.18 | $32,072.18 |
| Shopify Promotional Discounts | -$33,205.66 | -$33,305.28 | -$33,405.19 | -$33,505.41 | -$33,605.92 | -$33,706.74 | -$33,807.86 | -$33,909.29 | -$34,011.01 | -$34,113.05 | -$33,942.48 | -$33,772.77 | -$404,290.66 |
| Shopify Sales | $150,021.30 | $150,471.36 | $150,922.78 | $151,375.55 | $151,829.67 | $152,285.16 | $152,742.02 | $153,200.24 | $153,659.84 | $154,120.82 | $153,350.22 | $152,583.47 | $1,826,562.45 |
| Shopify Shipping | $3,212.67 | $3,222.31 | $3,231.98 | $3,241.68 | $3,251.40 | $3,261.15 | $3,270.94 | $3,280.75 | $3,290.59 | $3,300.46 | $3,283.96 | $3,267.54 | $39,115.45 |
| Walmart.com  Sales | $18,858.55 | $18,915.12 | $18,971.87 | $19,028.78 | $19,085.87 | $19,143.13 | $19,200.56 | $19,258.16 | $19,315.93 | $19,373.88 | $19,277.01 | $19,180.63 | $229,609.50 |
| **Gross Income** | **$731,155.99** | **$733,349.46** | **$735,549.51** | **$737,756.16** | **$739,969.43** | **$742,189.33** | **$744,415.90** | **$746,649.15** | **$748,889.10** | **$751,135.76** | **$747,380.09** | **$743,643.18** | **$8,902,083.06** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $20,889.62 | $20,931.40 | $20,973.26 | $21,015.21 | $21,057.24 | $21,099.35 | $21,141.55 | $21,183.83 | $21,226.20 | $21,268.65 | $21,162.31 | $21,056.50 | $253,005.12 |
| Amazon Seller Fees | $38,300.80 | $38,377.40 | $38,454.15 | $38,531.06 | $38,608.12 | $38,685.34 | $38,762.71 | $38,840.23 | $38,917.92 | $38,995.75 | $38,800.77 | $38,606.77 | $463,881.02 |
| Amazon Vendor Fees | $31,419.97 | $31,482.81 | $31,545.77 | $31,608.86 | $31,672.08 | $31,735.42 | $31,798.90 | $31,862.49 | $31,926.22 | $31,990.07 | $31,830.12 | $31,670.97 | $380,543.68 |
| Raw Materials | $125,501.24 | $125,752.24 | $126,003.74 | $126,255.75 | $126,508.26 | $126,761.28 | $127,014.80 | $127,268.83 | $127,523.37 | $127,778.42 | $127,139.52 | $126,503.83 | $1,520,011.28 |
| Payroll | $158,024.89 | $158,340.94 | $158,657.62 | $158,974.93 | $159,292.88 | $159,611.47 | $159,930.69 | $160,250.55 | $160,571.05 | $160,892.20 | $160,087.74 | $159,287.30 | $1,913,922.26 |
| Payroll Taxes | $17,066.69 | $17,100.82 | $17,135.02 | $17,169.29 | $17,203.63 | $17,238.04 | $17,272.51 | $17,307.06 | $17,341.67 | $17,376.36 | $17,289.48 | $17,203.03 | $206,703.60 |
| Worker's Comp (estimated) | $2,837.24 | $2,842.92 | $2,848.60 | $2,854.30 | $2,860.01 | $2,865.73 | $2,871.46 | $2,877.20 | $2,882.96 | $2,888.72 | $2,874.28 | $2,859.91 | $34,363.34 |
| Ebay Fees | $167.70 | $168.03 | $168.37 | $168.71 | $169.04 | $169.38 | $169.72 | $170.06 | $170.40 | $170.74 | $169.89 | $169.04 | $2,031.09 |
| PayPal Fees | $22.21 | $22.25 | $22.29 | $22.34 | $22.38 | $22.43 | $22.47 | $22.52 | $22.56 | $22.61 | $22.50 | $22.38 | $268.94 |
| Sales Tax Expense | $1,985.26 | $1,989.23 | $1,993.21 | $1,997.20 | $2,001.19 | $2,005.19 | $2,009.20 | $2,013.22 | $2,017.25 | $2,021.28 | $2,011.18 | $2,001.12 | $24,044.54 |
| Shipping, Freight & Delivery | $52,643.81 | $52,749.10 | $52,854.60 | $52,960.31 | $53,066.23 | $53,172.36 | $53,278.71 | $53,385.26 | $53,492.03 | $53,599.02 | $53,331.02 | $53,064.37 | $637,596.83 |
| Shopify Fees | $4,861.32 | $4,871.05 | $4,880.79 | $4,890.55 | $4,900.33 | $4,910.13 | $4,919.95 | $4,929.79 | $4,939.65 | $4,949.53 | $4,924.78 | $4,900.16 | $58,878.03 |
| Shopify Refunds | $2,677.75 | $2,683.10 | $2,688.47 | $2,693.85 | $2,699.23 | $2,704.63 | $2,710.04 | $2,715.46 | $2,720.89 | $2,726.33 | $2,712.70 | $2,699.14 | $32,431.60 |
| Walmart Fees | $7,183.79 | $7,198.16 | $7,212.55 | $7,226.98 | $7,241.43 | $7,255.92 | $7,270.43 | $7,284.97 | $7,299.54 | $7,314.14 | $7,277.57 | $7,241.18 | $87,006.64 |
| **COGS** | **$463,582.27** | **$464,509.44** | **$465,438.46** | **$466,369.33** | **$467,302.07** | **$468,236.68** | **$469,173.15** | **$470,111.50** | **$471,051.72** | **$471,993.82** | **$469,633.85** | **$467,285.68** | **$5,614,687.98** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2029

| | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $390,000.00 |
| Auto Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Car Lease | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $43,200.00 |
| Insurance | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Repair & Maintenance | $13,230.00 | $13,230.00 | $13,230.00 | $13,230.00 | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $164,052.00 |
| Machinery and Equipment | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| Outside Sales | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $24,877.30 | $24,927.06 | $24,976.91 | $25,026.86 | $25,076.92 | $25,127.07 | $25,177.33 | $25,227.68 | $25,278.14 | $25,328.69 | $25,379.35 | $25,430.11 | $301,833.42 |
| Licenses & Fees | $3,947.84 | $3,955.74 | $3,963.65 | $3,971.58 | $3,979.52 | $3,987.48 | $3,995.45 | $4,003.45 | $4,011.45 | $4,019.47 | $4,027.51 | $4,035.57 | $47,898.72 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $13,500.90 | $13,527.90 | $13,554.96 | $13,582.07 | $13,609.23 | $13,636.45 | $13,663.72 | $13,691.05 | $13,718.43 | $13,745.87 | $13,773.36 | $13,800.91 | $163,804.87 |
| Office Expenses | $5,826.54 | $5,838.19 | $5,849.87 | $5,861.57 | $5,873.29 | $5,885.04 | $5,896.81 | $5,908.60 | $5,920.42 | $5,932.26 | $5,944.13 | $5,956.01 | $70,692.74 |
| | | | | | | | | | | | | | |
| Equipment Rental | $6,570.58 | $6,583.72 | $6,596.89 | $6,610.08 | $6,623.30 | $6,636.55 | $6,649.82 | $6,663.12 | $6,676.45 | $6,689.80 | $6,703.18 | $6,716.59 | $79,720.09 |
| 1112 Arroyo St. Unit A | $9,162.84 | $9,162.84 | $9,162.84 | $9,162.84 | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $112,153.21 |
| 1112 Arroyo St. Unit B | $4,753.53 | $4,753.53 | $4,753.53 | $4,753.53 | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $58,183.16 |
| 1104 Arroyo St. | $8,707.34 | $8,707.34 | $8,707.34 | $8,707.34 | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $106,577.85 |
| Software Subscription License | $15,113.28 | $15,143.51 | $15,173.80 | $15,204.15 | $15,234.55 | $15,265.02 | $15,295.55 | $15,326.14 | $15,356.80 | $15,387.51 | $15,418.28 | $15,449.12 | $183,367.73 |
| Travel | $2,874.52 | $2,880.26 | $2,886.03 | $2,891.80 | $2,897.58 | $2,903.38 | $2,909.18 | $2,915.00 | $2,920.83 | $2,926.67 | $2,932.53 | $2,938.39 | $34,876.16 |
| | | | | | | | | | | | | | |
| Utilities | $6,364.80 | $6,377.53 | $6,390.28 | $6,403.06 | $6,415.87 | $6,428.70 | $6,441.56 | $6,454.44 | $6,467.35 | $6,480.28 | $6,493.24 | $6,506.23 | $77,223.34 |
| City of Los Angeles Office of Finance | $548.21 | | | | | | | | | | | | $548.21 |
| EDD | $912.76 | | | | | | | | | | | | $912.76 |
| IRS | $11,813.15 | | | | | | | | | | | | $11,813.15 |
| FTB | $4,998.28 | | | | | | | | | | | | $4,998.28 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $548,000.00 |
| Total Other Expenses | $261,810.87 | $243,696.63 | $243,855.09 | $244,013.88 | $255,513.19 | $255,672.61 | $255,832.35 | $255,992.41 | $256,152.79 | $256,313.49 | $256,474.51 | $256,635.85 | $3,041,963.67 |
| Total Expenses | $725,393.15 | $708,206.06 | $709,293.55 | $710,383.21 | $722,815.26 | $723,909.29 | $725,005.50 | $726,103.91 | $727,204.51 | $728,307.31 | $726,108.36 | $723,921.54 | $5,693,927.35 |
| | | | | | | | | | | | | | |
| Net Income | $5,762.84 | $25,143.40 | $26,255.96 | $27,372.95 | $17,154.16 | $18,280.04 | $19,410.40 | $20,545.24 | $21,684.59 | $22,828.45 | $21,271.72 | $19,721.65 | $245,431.40 |

Projected  Income and Expenses - Mr. Tortilla, Inc. in 2030

| | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 | Nov-30 | Dec-30 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $7,913.12 | $7,936.86 | $7,960.67 | $7,984.55 | $8,008.51 | $8,032.53 | $8,056.63 | $8,080.80 | $8,105.04 | $8,129.36 | $8,088.71 | $8,048.27 | $96,345.04 |
| Amazon Sales - CAD | $83,703.43 | $83,954.54 | $84,206.40 | $84,459.02 | $84,712.40 | $84,966.53 | $85,221.43 | $85,477.10 | $85,733.53 | $85,990.73 | $85,560.78 | $85,132.97 | $1,019,118.85 |
| Amazon Sales - US | $7,436.30 | $7,458.61 | $7,480.99 | $7,503.43 | $7,525.94 | $7,548.52 | $7,571.16 | $7,593.88 | $7,616.66 | $7,639.51 | $7,601.31 | $7,563.30 | $90,539.59 |
| Amazon Sales - Vendor US | $171,068.98 | $171,582.19 | $172,096.93 | $172,613.22 | $173,131.06 | $173,650.46 | $174,171.41 | $174,693.92 | $175,218.00 | $175,743.66 | $174,864.94 | $173,990.62 | $2,082,825.40 |
| Other Sales | $49,835.91 | $49,985.41 | $50,135.37 | $50,285.78 | $50,436.63 | $50,587.94 | $50,739.71 | $50,891.93 | $51,044.60 | $51,197.74 | $50,941.75 | $50,687.04 | $606,769.80 |
| Walmart (Golden Ticket 572 Stores) | $69,167.84 | $69,375.34 | $69,583.47 | $69,792.22 | $70,001.60 | $70,211.60 | $70,422.24 | $70,633.50 | $70,845.40 | $71,057.94 | $70,702.65 | $70,349.14 | $842,142.95 |
| Kehe | $66,310.23 | $66,509.16 | $66,708.69 | $66,908.81 | $67,109.54 | $67,310.87 | $67,512.80 | $67,715.34 | $67,918.48 | $68,122.24 | $67,781.63 | $67,442.72 | $807,350.49 |
| Home Goods | $42,481.74 | $42,609.19 | $42,737.02 | $42,865.23 | $42,993.82 | $43,122.80 | $43,252.17 | $43,381.93 | $43,512.08 | $43,642.61 | $43,424.40 | $43,207.28 | $517,230.27 |
| ALDI | $104,186.41 | $104,498.97 | $104,812.47 | $105,126.91 | $105,442.29 | $105,758.61 | $106,075.89 | $106,394.12 | $106,713.30 | $107,033.44 | $106,498.27 | $105,965.78 | $1,268,506.46 |
| Sales Tax | $2,689.89 | $2,697.96 | $2,706.06 | $2,714.18 | $2,722.32 | $2,730.49 | $2,738.68 | $2,746.89 | $2,755.13 | $2,763.40 | $2,749.58 | $2,735.83 | $32,750.41 |
| Shopify Promotional Discounts | -$33,907.86 | -$34,009.58 | -$34,111.61 | -$34,213.95 | -$34,316.59 | -$34,419.54 | -$34,522.80 | -$34,626.37 | -$34,730.24 | -$34,834.44 | -$34,660.26 | -$34,486.96 | -$412,840.20 |
| Shopify Sales | $153,193.80 | $153,653.38 | $154,114.34 | $154,576.69 | $155,040.42 | $155,505.54 | $155,972.06 | $156,439.97 | $156,909.29 | $157,380.02 | $156,593.12 | $155,810.15 | $1,865,188.79 |
| Shopify Shipping | $3,280.61 | $3,290.45 | $3,300.33 | $3,310.23 | $3,320.16 | $3,330.12 | $3,340.11 | $3,350.13 | $3,360.18 | $3,370.26 | $3,353.41 | $3,336.64 | $39,942.62 |
| Walmart.com  Sales | $19,257.35 | $19,315.12 | $19,373.07 | $19,431.19 | $19,489.48 | $19,547.95 | $19,606.59 | $19,665.41 | $19,724.41 | $19,783.58 | $19,684.66 | $19,586.24 | $234,465.05 |
| **Gross Income** | **$746,617.76** | **$748,857.61** | **$751,104.18** | **$753,357.50** | **$755,617.57** | **$757,884.42** | **$760,158.07** | **$762,438.55** | **$764,725.86** | **$767,020.04** | **$763,184.94** | **$759,369.02** | **$9,090,335.53** |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $21,098.61 | $21,140.81 | $21,183.09 | $21,225.46 | $21,267.91 | $21,310.44 | $21,353.06 | $21,395.77 | $21,438.56 | $21,481.44 | $21,374.03 | $21,267.16 | $255,536.35 |
| Amazon Seller Fees | $38,683.98 | $38,761.35 | $38,838.87 | $38,916.55 | $38,994.38 | $39,072.37 | $39,150.52 | $39,228.82 | $39,307.28 | $39,385.89 | $39,188.96 | $38,993.02 | $468,521.99 |
| Amazon Vendor Fees | $31,734.31 | $31,797.78 | $31,861.38 | $31,925.10 | $31,988.95 | $32,052.93 | $32,117.03 | $32,181.27 | $32,245.63 | $32,310.12 | $32,148.57 | $31,987.83 | $384,350.89 |
| Raw Materials | $126,756.83 | $127,010.35 | $127,264.37 | $127,518.90 | $127,773.93 | $128,029.48 | $128,285.54 | $128,542.11 | $128,799.20 | $129,056.80 | $128,411.51 | $127,769.45 | $1,535,218.48 |
| Payroll | $159,605.87 | $159,925.08 | $160,244.93 | $160,565.42 | $160,886.55 | $161,208.33 | $161,530.74 | $161,853.81 | $162,177.51 | $162,501.87 | $161,689.36 | $160,880.91 | $1,933,070.40 |
| Payroll Taxes | $17,237.43 | $17,271.91 | $17,306.45 | $17,341.07 | $17,375.75 | $17,410.50 | $17,445.32 | $17,480.21 | $17,515.17 | $17,550.20 | $17,462.45 | $17,375.14 | $208,771.60 |
| Worker's Comp (estimated) | $2,865.63 | $2,871.36 | $2,877.10 | $2,882.86 | $2,888.62 | $2,894.40 | $2,900.19 | $2,905.99 | $2,911.80 | $2,917.62 | $2,903.04 | $2,888.52 | $34,707.14 |
| Ebay Fees | $169.38 | $169.72 | $170.05 | $170.39 | $170.74 | $171.08 | $171.42 | $171.76 | $172.11 | $172.45 | $171.59 | $170.73 | $2,051.41 |
| PayPal Fees | $22.43 | $22.47 | $22.52 | $22.56 | $22.61 | $22.65 | $22.70 | $22.74 | $22.79 | $22.83 | $22.72 | $22.61 | $271.64 |
| Sales Tax Expense | $2,005.12 | $2,009.13 | $2,013.15 | $2,017.18 | $2,021.21 | $2,025.25 | $2,029.31 | $2,033.36 | $2,037.43 | $2,041.51 | $2,031.30 | $2,021.14 | $24,285.10 |
| Shipping, Freight & Delivery | $53,170.50 | $53,276.84 | $53,383.39 | $53,490.16 | $53,597.14 | $53,704.33 | $53,811.74 | $53,919.37 | $54,027.20 | $54,135.26 | $53,864.58 | $53,595.26 | $643,975.77 |
| Shopify Fees | $4,909.96 | $4,919.78 | $4,929.62 | $4,939.48 | $4,949.36 | $4,959.25 | $4,969.17 | $4,979.11 | $4,989.07 | $4,999.05 | $4,974.05 | $4,949.18 | $59,467.08 |
| Shopify Refunds | $2,704.54 | $2,709.95 | $2,715.37 | $2,720.80 | $2,726.24 | $2,731.69 | $2,737.15 | $2,742.63 | $2,748.11 | $2,753.61 | $2,739.84 | $2,726.14 | $32,756.06 |
| Walmart Fees | $7,255.66 | $7,270.17 | $7,284.71 | $7,299.28 | $7,313.88 | $7,328.51 | $7,343.17 | $7,357.85 | $7,372.57 | $7,387.31 | $7,350.38 | $7,313.62 | $87,877.11 |
| **COGS** | **$468,220.26** | **$469,156.70** | **$470,095.01** | **$471,035.20** | **$471,977.27** | **$472,921.22** | **$473,867.07** | **$474,814.80** | **$475,764.43** | **$476,715.96** | **$474,332.38** | **$471,960.72** | **$5,670,861.02** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2030

| | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 | Nov-30 | Dec-30 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $420,000.00 |
| Auto Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Car Lease | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $43,200.00 |
| Insurance | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Repair & Maintenance | $13,891.50 | $13,891.50 | $13,891.50 | $13,891.50 | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $172,254.60 |
| Machinery and Equipment | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $90,000.00 |
| Outside Sales | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $25,430.11 | $25,480.97 | $25,531.93 | $25,583.00 | $25,634.16 | $25,685.43 | $25,736.80 | $25,788.27 | $25,839.85 | $25,891.53 | $25,943.31 | $25,995.20 | $308,540.56 |
| Licenses & Fees | $4,035.57 | $4,043.64 | $4,051.73 | $4,059.83 | $4,067.95 | $4,076.09 | $4,084.24 | $4,092.41 | $4,100.59 | $4,108.79 | $4,117.01 | $4,125.24 | $48,963.09 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $13,800.91 | $13,828.51 | $13,856.17 | $13,883.88 | $13,911.65 | $13,939.47 | $13,967.35 | $13,995.28 | $14,023.28 | $14,051.32 | $14,079.42 | $14,107.58 | $167,444.83 |
| Office Expenses | $5,956.01 | $5,967.93 | $5,979.86 | $5,991.82 | $6,003.81 | $6,015.81 | $6,027.84 | $6,039.90 | $6,051.98 | $6,064.08 | $6,076.21 | $6,088.36 | $72,263.62 |
| | | | | | | | | | | | | | |
| Equipment Rental | $6,716.59 | $6,730.02 | $6,743.48 | $6,756.97 | $6,770.48 | $6,784.02 | $6,797.59 | $6,811.19 | $6,824.81 | $6,838.46 | $6,852.13 | $6,865.84 | $81,491.57 |
| 1112 Arroyo St. Unit A | $9,437.73 | $9,437.73 | $9,437.73 | $9,437.73 | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $115,517.80 |
| 1112 Arroyo St. Unit B | $4,896.13 | $4,896.13 | $4,896.13 | $4,896.13 | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $59,928.66 |
| 1104 Arroyo St. | $8,968.56 | $8,968.56 | $8,968.56 | $8,968.56 | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $109,775.18 |
| Software Subscription License | $15,449.12 | $15,480.02 | $15,510.98 | $15,542.00 | $15,573.09 | $15,604.23 | $15,635.44 | $15,666.71 | $15,698.04 | $15,729.44 | $15,760.90 | $15,792.42 | $187,442.40 |
| Travel | $2,938.39 | $2,944.27 | $2,950.16 | $2,956.06 | $2,961.97 | $2,967.89 | $2,973.83 | $2,979.78 | $2,985.74 | $2,991.71 | $2,997.69 | $3,003.69 | $35,651.16 |
| | | | | | | | | | | | | | |
| Utilities | $6,506.23 | $6,519.24 | $6,532.28 | $6,545.35 | $6,558.44 | $6,571.55 | $6,584.70 | $6,597.87 | $6,611.06 | $6,624.28 | $6,637.53 | $6,650.81 | $78,939.34 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $49,000.00 | $49,000.00 | $49,000.00 | $49,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $668,000.00 |
| Total Other Expenses | $261,635.85 | $261,797.52 | $261,959.51 | $262,121.82 | $273,678.11 | $273,841.07 | $274,004.36 | $274,167.97 | $274,331.92 | $274,496.19 | $274,660.79 | $274,825.72 | $3,241,520.82 |
| Total Expenses | $729,856.11 | $730,954.22 | $732,054.52 | $733,157.02 | $745,655.38 | $746,762.29 | $747,871.43 | $748,982.78 | $750,096.35 | $751,212.15 | $748,993.17 | $746,786.43 | $6,063,041.64 |
| | | | | | | | | | | | | | |
| Net Income | $16,761.65 | $17,903.40 | $19,049.67 | $20,200.47 | $9,962.19 | $11,122.13 | $12,286.65 | $13,455.77 | $14,629.52 | $15,807.89 | $14,191.77 | $12,582.58 | $177,953.69 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2031

| | Jan-31 | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 | Jul-31 | Aug-31 | Sep-31 | Oct-31 | Nov-31 | Dec-31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,080.46 | $8,104.70 | $8,129.01 | $8,153.40 | $8,177.86 | $8,202.40 | $8,227.00 | $8,251.68 | $8,276.44 | $8,301.27 | $8,259.76 | $8,218.46 | $98,382.45 |
| Amazon Sales - CAD | $85,473.50 | $85,729.92 | $85,987.11 | $86,245.08 | $86,503.81 | $86,763.32 | $87,023.61 | $87,284.68 | $87,546.54 | $87,809.18 | $87,370.13 | $86,933.28 | $1,040,670.17 |
| Amazon Sales - US | $7,593.56 | $7,616.34 | $7,639.19 | $7,662.10 | $7,685.09 | $7,708.14 | $7,731.27 | $7,754.46 | $7,777.73 | $7,801.06 | $7,762.05 | $7,723.24 | $92,454.23 |
| Amazon Sales - Vendor US | $174,686.58 | $175,210.64 | $175,736.27 | $176,263.48 | $176,792.27 | $177,322.65 | $177,854.61 | $178,388.18 | $178,923.34 | $179,460.11 | $178,562.81 | $177,670.00 | $2,126,870.94 |
| Other Sales | $50,889.79 | $51,042.46 | $51,195.58 | $51,349.17 | $51,503.22 | $51,657.73 | $51,812.70 | $51,968.14 | $52,124.04 | $52,280.42 | $52,019.01 | $51,758.92 | $619,601.17 |
| Walmart (Golden Ticket 572 Stores) | $70,630.53 | $70,842.43 | $71,054.95 | $71,268.12 | $71,481.92 | $71,696.37 | $71,911.46 | $72,127.19 | $72,343.57 | $72,560.60 | $72,197.80 | $71,836.81 | $859,951.76 |
| Kehe | $67,712.49 | $67,915.63 | $68,119.37 | $68,323.73 | $68,528.70 | $68,734.29 | $68,940.49 | $69,147.31 | $69,354.76 | $69,562.82 | $69,215.01 | $68,868.93 | $824,423.54 |
| Home Goods | $43,380.11 | $43,510.25 | $43,640.78 | $43,771.70 | $43,903.01 | $44,034.72 | $44,166.83 | $44,299.33 | $44,432.23 | $44,565.52 | $44,342.69 | $44,120.98 | $528,168.14 |
| ALDI | $106,389.64 | $106,708.81 | $107,028.94 | $107,350.03 | $107,672.08 | $107,995.09 | $108,319.08 | $108,644.04 | $108,969.97 | $109,296.88 | $108,750.39 | $108,206.64 | $1,295,331.58 |
| Sales Tax | $2,746.78 | $2,755.02 | $2,763.28 | $2,771.57 | $2,779.89 | $2,788.23 | $2,796.59 | $2,804.98 | $2,813.40 | $2,821.84 | $2,807.73 | $2,793.69 | $33,442.99 |
| Shopify Promotional Discounts | -$34,624.91 | -$34,728.78 | -$34,832.97 | -$34,937.47 | -$35,042.28 | -$35,147.41 | -$35,252.85 | -$35,358.61 | -$35,464.69 | -$35,571.08 | -$35,393.22 | -$35,216.26 | -$421,570.54 |
| Shopify Sales | $156,433.39 | $156,902.69 | $157,373.40 | $157,845.52 | $158,319.06 | $158,794.02 | $159,270.40 | $159,748.21 | $160,227.45 | $160,708.14 | $159,904.60 | $159,105.07 | $1,904,631.96 |
| Shopify Shipping | $3,349.99 | $3,360.04 | $3,370.12 | $3,380.23 | $3,390.37 | $3,400.54 | $3,410.74 | $3,420.97 | $3,431.24 | $3,441.53 | $3,424.32 | $3,407.20 | $40,787.29 |
| Walmart.com Sales | $19,664.59 | $19,723.58 | $19,782.75 | $19,842.10 | $19,901.62 | $19,961.33 | $20,021.21 | $20,081.28 | $20,141.52 | $20,201.95 | $20,100.94 | $20,000.43 | $239,423.29 |
| **Gross Income** | **$762,406.49** | **$764,693.71** | **$766,987.79** | **$769,288.76** | **$771,596.62** | **$773,911.41** | **$776,233.15** | **$778,561.85** | **$780,897.53** | **$783,240.23** | **$779,324.02** | **$775,427.40** | **$9,282,568.97** |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $21,309.70 | $21,352.32 | $21,395.02 | $21,437.81 | $21,480.69 | $21,523.65 | $21,566.69 | $21,609.83 | $21,653.05 | $21,696.35 | $21,587.87 | $21,479.93 | $258,092.91 |
| Amazon Seller Fees | $39,071.00 | $39,149.14 | $39,227.44 | $39,305.90 | $39,384.51 | $39,463.28 | $39,542.20 | $39,621.29 | $39,700.53 | $39,779.93 | $39,581.03 | $39,383.13 | $473,209.39 |
| Amazon Vendor Fees | $32,051.80 | $32,115.91 | $32,180.14 | $32,244.50 | $32,308.99 | $32,373.61 | $32,438.35 | $32,503.23 | $32,568.24 | $32,633.37 | $32,470.21 | $32,307.85 | $388,196.19 |
| Raw Materials | $128,024.99 | $128,281.04 | $128,537.60 | $128,794.68 | $129,052.27 | $129,310.37 | $129,568.99 | $129,828.13 | $130,087.79 | $130,347.96 | $129,696.22 | $129,047.74 | $1,550,577.81 |
| Payroll | $164,098.53 | $164,426.73 | $164,755.58 | $165,085.09 | $165,415.26 | $165,746.09 | $166,077.58 | $166,409.74 | $166,742.56 | $167,076.04 | $166,240.66 | $165,409.46 | $1,987,483.34 |
| Payroll Taxes | $17,722.64 | $17,758.09 | $17,793.60 | $17,829.19 | $17,864.85 | $17,900.58 | $17,936.38 | $17,972.25 | $18,008.20 | $18,044.21 | $17,953.99 | $17,864.22 | $214,648.20 |
| Worker's Comp (estimated) | $2,946.29 | $2,952.18 | $2,958.09 | $2,964.01 | $2,969.93 | $2,975.87 | $2,981.82 | $2,987.79 | $2,993.76 | $2,999.75 | $2,984.75 | $2,969.83 | $35,684.09 |
| Ebay Fees | $171.07 | $171.41 | $171.76 | $172.10 | $172.44 | $172.79 | $173.13 | $173.48 | $173.83 | $174.18 | $173.30 | $172.44 | $2,071.93 |
| PayPal Fees | $22.65 | $22.70 | $22.74 | $22.79 | $22.83 | $22.88 | $22.93 | $22.97 | $23.02 | $23.06 | $22.93 | $22.81 | $274.35 |
| Sales Tax Expense | $2,025.18 | $2,029.23 | $2,033.29 | $2,037.36 | $2,041.43 | $2,045.52 | $2,049.61 | $2,053.71 | $2,057.81 | $2,061.93 | $2,051.62 | $2,041.36 | $24,528.06 |
| Shipping, Freight & Delivery | $53,702.45 | $53,809.85 | $53,917.47 | $54,025.31 | $54,133.36 | $54,241.63 | $54,350.11 | $54,458.81 | $54,567.73 | $54,676.86 | $54,403.48 | $54,131.46 | $650,418.53 |
| Shopify Fees | $4,959.08 | $4,969.00 | $4,978.94 | $4,988.90 | $4,998.87 | $5,008.87 | $5,018.89 | $5,028.93 | $5,038.98 | $5,049.06 | $5,023.82 | $4,998.70 | $60,062.03 |
| Shopify Refunds | $2,731.59 | $2,737.06 | $2,742.53 | $2,748.02 | $2,753.51 | $2,759.02 | $2,764.54 | $2,770.07 | $2,775.61 | $2,781.16 | $2,767.25 | $2,753.42 | $33,083.78 |
| Walmart Fees | $7,328.25 | $7,342.91 | $7,357.59 | $7,372.31 | $7,387.05 | $7,401.83 | $7,416.63 | $7,431.46 | $7,446.33 | $7,461.22 | $7,423.91 | $7,386.79 | $88,756.29 |
| **COGS** | **$476,165.24** | **$477,117.57** | **$478,071.81** | **$479,027.95** | **$479,986.01** | **$480,945.98** | **$481,907.87** | **$482,871.69** | **$483,837.43** | **$484,805.11** | **$482,381.08** | **$479,969.17** | **$5,767,086.91** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2031

| | Jan-31 | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 | Jul-31 | Aug-31 | Sep-31 | Oct-31 | Nov-31 | Dec-31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $420,000.00 |
| Auto Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Car Lease | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $43,200.00 |
| Insurance | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Repair & Maintenance | $14,586.08 | $14,586.08 | $14,586.08 | $14,586.08 | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $180,867.33 |
| Machinery and Equipment | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Outside Sales | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $25,995.20 | $26,047.19 | $26,099.28 | $26,151.48 | $26,203.79 | $26,256.19 | $26,308.71 | $26,361.32 | $26,414.05 | $26,466.87 | $26,519.81 | $26,572.85 | $315,396.74 |
| Licenses & Fees | $4,125.24 | $4,133.50 | $4,141.76 | $4,150.05 | $4,158.35 | $4,166.66 | $4,175.00 | $4,183.35 | $4,191.71 | $4,200.10 | $4,208.50 | $4,216.91 | $50,051.11 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $14,107.58 | $14,135.80 | $14,164.07 | $14,192.40 | $14,220.78 | $14,249.22 | $14,277.72 | $14,306.28 | $14,334.89 | $14,363.56 | $14,392.29 | $14,421.07 | $171,165.67 |
| Office Expenses | $6,088.36 | $6,100.54 | $6,112.74 | $6,124.97 | $6,137.22 | $6,149.49 | $6,161.79 | $6,174.11 | $6,186.46 | $6,198.84 | $6,211.23 | $6,223.66 | $73,869.42 |
| | | | | | | | | | | | | | |
| Equipment Rental | $6,865.84 | $6,879.57 | $6,893.33 | $6,907.12 | $6,920.93 | $6,934.77 | $6,948.64 | $6,962.54 | $6,976.46 | $6,990.42 | $7,004.40 | $7,018.41 | $83,302.42 |
| 1112 Arroyo St. Unit A | $9,720.86 | $9,720.86 | $9,720.86 | $9,720.86 | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $118,983.34 |
| 1112 Arroyo St. Unit B | $5,043.02 | $5,043.02 | $5,043.02 | $5,043.02 | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $61,726.52 |
| 1104 Arroyo St. | $9,237.62 | $9,237.62 | $9,237.62 | $9,237.62 | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $113,068.44 |
| Software Subscription License | $15,792.42 | $15,824.01 | $15,855.65 | $15,887.37 | $15,919.14 | $15,950.98 | $15,982.88 | $16,014.85 | $16,046.88 | $16,078.97 | $16,111.13 | $16,143.35 | $191,607.62 |
| Travel | $3,003.69 | $3,009.69 | $3,015.71 | $3,021.74 | $3,027.79 | $3,033.84 | $3,039.91 | $3,045.99 | $3,052.08 | $3,058.19 | $3,064.30 | $3,070.43 | $36,443.37 |
| | | | | | | | | | | | | | |
| Utilities | $6,650.81 | $6,664.11 | $6,677.44 | $6,690.79 | $6,704.17 | $6,717.58 | $6,731.02 | $6,744.48 | $6,757.97 | $6,771.48 | $6,785.03 | $6,798.60 | $80,693.48 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | $330,108.00 |
| Unsecured Creditors | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $708,000.00 |
| Total Other Expenses | $277,325.72 | $277,490.97 | $277,656.56 | $277,822.48 | $279,438.08 | $279,604.67 | $279,771.58 | $279,938.84 | $280,106.42 | $280,274.34 | $280,442.60 | $280,611.19 | $3,350,483.47 |
| Total Expenses | $753,490.96 | $754,608.55 | $755,728.37 | $756,850.43 | $759,424.09 | $760,550.65 | $761,679.46 | $762,810.52 | $763,943.85 | $765,079.45 | $762,823.68 | $760,580.37 | $6,280,966.93 |
| | | | | | | | | | | | | | |
| Net Income | $8,915.54 | $10,085.17 | $11,259.42 | $12,438.32 | $12,172.53 | $13,360.77 | $14,553.69 | $15,751.32 | $16,953.68 | $18,160.78 | $16,500.34 | $14,847.04 | $164,998.60 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2032

| | Jan-32 | Feb-32 | Mar-32 | Apr-32 | May-32 | Jun-32 | Jul-32 | Aug-32 | Sep-32 | Oct-32 | Nov-32 | Dec-32 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,251.34 | $8,276.09 | $8,300.92 | $8,325.82 | $8,350.80 | $8,375.85 | $8,400.98 | $8,426.18 | $8,451.46 | $8,476.81 | $8,434.43 | $8,392.26 | $100,462.94 |
| Amazon Sales - CAD | $87,281.01 | $87,542.86 | $87,805.48 | $88,068.90 | $88,333.11 | $88,598.11 | $88,863.90 | $89,130.49 | $89,397.88 | $89,666.08 | $89,217.75 | $88,771.66 | $1,062,677.24 |
| Amazon Sales - US | $7,754.14 | $7,777.40 | $7,800.73 | $7,824.13 | $7,847.61 | $7,871.15 | $7,894.76 | $7,918.45 | $7,942.20 | $7,966.03 | $7,926.20 | $7,886.57 | $94,409.36 |
| Amazon Sales - Vendor US | $178,380.68 | $178,915.82 | $179,452.57 | $179,990.92 | $180,530.90 | $181,072.49 | $181,615.71 | $182,160.56 | $182,707.04 | $183,255.16 | $182,338.88 | $181,427.19 | $2,171,847.90 |
| Other Sales | $51,965.95 | $52,121.85 | $52,278.22 | $52,435.05 | $52,592.36 | $52,750.13 | $52,908.38 | $53,067.11 | $53,226.31 | $53,385.99 | $53,119.06 | $52,853.46 | $632,703.89 |
| Walmart (Golden Ticket 572 Stores) | $72,124.16 | $72,340.53 | $72,557.55 | $72,775.23 | $72,993.55 | $73,212.53 | $73,432.17 | $73,652.47 | $73,873.42 | $74,095.04 | $73,724.57 | $73,355.95 | $878,137.17 |
| Kehe | $69,144.41 | $69,351.84 | $69,559.90 | $69,768.58 | $69,977.88 | $70,187.82 | $70,398.38 | $70,609.57 | $70,821.40 | $71,033.87 | $70,678.70 | $70,325.30 | $841,857.64 |
| Home Goods | $44,297.47 | $44,430.36 | $44,563.65 | $44,697.34 | $44,831.43 | $44,965.93 | $45,100.82 | $45,236.13 | $45,371.83 | $45,507.95 | $45,280.41 | $45,054.01 | $539,337.32 |
| ALDI | $108,639.47 | $108,965.39 | $109,292.28 | $109,620.16 | $109,949.02 | $110,278.87 | $110,609.70 | $110,941.53 | $111,274.36 | $111,608.18 | $111,050.14 | $110,494.89 | $1,322,723.98 |
| Sales Tax | $2,804.86 | $2,813.28 | $2,821.72 | $2,830.18 | $2,838.67 | $2,847.19 | $2,855.73 | $2,864.30 | $2,872.89 | $2,881.51 | $2,867.10 | $2,852.77 | $34,150.21 |
| Shopify Promotional Discounts | -$35,357.12 | -$35,463.19 | -$35,569.58 | -$35,676.29 | -$35,783.32 | -$35,890.67 | -$35,998.34 | -$36,106.34 | -$36,214.66 | -$36,323.30 | -$36,141.69 | -$35,960.98 | -$430,485.49 |
| Shopify Sales | $159,741.49 | $160,220.72 | $160,701.38 | $161,183.48 | $161,667.03 | $162,152.04 | $162,638.49 | $163,126.41 | $163,615.79 | $164,106.63 | $163,286.10 | $162,469.67 | $1,944,909.24 |
| Shopify Shipping | $3,420.83 | $3,431.09 | $3,441.39 | $3,451.71 | $3,462.07 | $3,472.45 | $3,482.87 | $3,493.32 | $3,503.80 | $3,514.31 | $3,496.74 | $3,479.20 | $41,649.82 |
| Walmart.com Sales | $20,080.43 | $20,140.67 | $20,201.10 | $20,261.70 | $20,322.48 | $20,383.45 | $20,444.60 | $20,505.94 | $20,567.45 | $20,629.16 | $20,526.01 | $20,423.38 | $244,486.38 |
| **Gross Income** | **$778,529.11** | **$780,864.70** | **$783,207.29** | **$785,556.92** | **$787,913.59** | **$790,277.33** | **$792,648.16** | **$795,026.10** | **$797,411.18** | **$799,803.42** | **$795,804.40** | **$791,825.38** | **$9,478,867.58** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $21,522.89 | $21,565.94 | $21,609.07 | $21,652.29 | $21,695.59 | $21,738.98 | $21,782.46 | $21,826.03 | $21,869.68 | $21,913.42 | $21,803.85 | $21,694.83 | $260,675.04 |
| Amazon Seller Fees | $39,461.89 | $39,540.82 | $39,619.90 | $39,699.14 | $39,778.54 | $39,858.09 | $39,937.81 | $40,017.69 | $40,097.72 | $40,177.92 | $39,977.03 | $39,777.14 | $477,943.69 |
| Amazon Vendor Fees | $32,377.47 | $32,437.22 | $32,502.09 | $32,567.09 | $32,632.23 | $32,697.49 | $32,762.89 | $32,828.41 | $32,894.07 | $32,959.86 | $32,795.06 | $32,631.08 | $392,079.96 |
| Raw Materials | $129,305.84 | $129,564.45 | $129,823.58 | $130,083.23 | $130,343.39 | $130,604.08 | $130,865.29 | $131,127.02 | $131,389.27 | $131,652.05 | $130,993.79 | $130,338.82 | $1,566,090.81 |
| Payroll | $166,236.51 | $166,568.98 | $166,902.12 | $167,235.92 | $167,570.40 | $167,905.54 | $168,241.35 | $168,577.83 | $168,914.99 | $169,252.82 | $168,406.55 | $167,564.52 | $2,013,377.51 |
| Payroll Taxes | $17,953.54 | $17,989.45 | $18,025.43 | $18,061.48 | $18,097.60 | $18,133.80 | $18,170.07 | $18,206.41 | $18,242.82 | $18,279.30 | $18,187.91 | $18,096.97 | $217,444.77 |
| Worker's Comp (estimated) | $2,984.68 | $2,990.65 | $2,996.63 | $3,002.62 | $3,008.63 | $3,014.64 | $3,020.67 | $3,026.72 | $3,032.77 | $3,038.83 | $3,023.64 | $3,008.52 | $36,149.00 |
| Ebay Fees | $172.78 | $173.13 | $173.47 | $173.82 | $174.17 | $174.52 | $174.87 | $175.22 | $175.57 | $175.92 | $175.04 | $174.16 | $2,092.66 |
| PayPal Fees | $22.88 | $22.92 | $22.97 | $23.02 | $23.06 | $23.11 | $23.15 | $23.20 | $23.25 | $23.29 | $23.18 | $23.06 | $277.10 |
| Sales Tax Expense | $2,045.44 | $2,049.54 | $2,053.63 | $2,057.74 | $2,061.86 | $2,065.98 | $2,070.11 | $2,074.25 | $2,078.40 | $2,082.56 | $2,072.15 | $2,061.79 | $24,773.46 |
| Shipping, Freight & Delivery | $54,239.72 | $54,348.20 | $54,456.90 | $54,565.81 | $54,674.95 | $54,784.30 | $54,893.86 | $55,003.65 | $55,113.66 | $55,223.89 | $54,947.77 | $54,673.03 | $656,925.74 |
| Shopify Fees | $5,008.69 | $5,018.71 | $5,028.75 | $5,038.81 | $5,048.88 | $5,058.98 | $5,069.10 | $5,079.24 | $5,089.40 | $5,099.58 | $5,074.08 | $5,048.71 | $60,662.93 |
| Shopify Refunds | $2,758.92 | $2,764.44 | $2,769.97 | $2,775.51 | $2,781.06 | $2,786.62 | $2,792.20 | $2,797.78 | $2,803.38 | $2,808.98 | $2,794.94 | $2,780.96 | $33,414.77 |
| Walmart Fees | $7,401.57 | $7,416.37 | $7,431.20 | $7,446.07 | $7,460.96 | $7,475.88 | $7,490.83 | $7,505.81 | $7,520.83 | $7,535.87 | $7,498.19 | $7,460.70 | $89,644.27 |
| **COGS** | **$481,487.84** | **$482,450.82** | **$483,415.72** | **$484,382.55** | **$485,351.32** | **$486,322.02** | **$487,294.66** | **$488,269.25** | **$489,245.79** | **$490,224.28** | **$487,773.16** | **$485,334.30** | **$5,831,551.72** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2032

| | Jan-32 | Feb-32 | Mar-32 | Apr-32 | May-32 | Jun-32 | Jul-32 | Aug-32 | Sep-32 | Oct-32 | Nov-32 | Dec-32 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $460,000.00 |
| Auto Expense | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Car Lease | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $43,200.00 |
| Insurance | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Repair & Maintenance | $15,315.38 | $15,315.38 | $15,315.38 | $15,315.38 | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $189,910.70 |
| Machinery and Equipment | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $150,000.00 |
| Outside Sales | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $26,572.85 | $26,625.99 | $26,679.25 | $26,732.60 | $26,786.07 | $26,839.64 | $26,893.32 | $26,947.11 | $27,001.00 | $27,055.00 | $27,109.11 | $27,163.33 | $322,405.28 |
| Licenses & Fees | $4,216.91 | $4,225.35 | $4,233.80 | $4,242.27 | $4,250.75 | $4,259.25 | $4,267.77 | $4,276.31 | $4,284.86 | $4,293.43 | $4,302.01 | $4,310.62 | $51,163.32 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $14,421.07 | $14,449.91 | $14,478.81 | $14,507.77 | $14,536.79 | $14,565.86 | $14,594.99 | $14,624.18 | $14,653.43 | $14,682.74 | $14,712.10 | $14,741.53 | $174,969.20 |
| Office Expenses | $6,223.66 | $6,236.10 | $6,248.58 | $6,261.07 | $6,273.59 | $6,286.14 | $6,298.71 | $6,311.31 | $6,323.93 | $6,336.58 | $6,349.26 | $6,361.95 | $75,510.89 |
| | | | | | | | | | | | | | |
| Equipment Rental | $7,018.41 | $7,032.44 | $7,046.51 | $7,060.60 | $7,074.72 | $7,088.87 | $7,103.05 | $7,117.26 | $7,131.49 | $7,145.75 | $7,160.04 | $7,174.36 | $85,153.51 |
| 1112 Arroyo St. Unit A | $10,012.49 | $10,012.49 | $10,012.49 | $10,012.49 | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $122,552.84 |
| 1112 Arroyo St. Unit B | $5,194.31 | $5,194.31 | $5,194.31 | $5,194.31 | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $63,578.31 |
| 1104 Arroyo St. | $9,514.75 | $9,514.75 | $9,514.75 | $9,514.75 | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $116,460.49 |
| Software Subscription License | $16,143.35 | $16,175.64 | $16,207.99 | $16,240.40 | $16,272.88 | $16,305.43 | $16,338.04 | $16,370.72 | $16,403.46 | $16,436.27 | $16,469.14 | $16,502.08 | $195,865.39 |
| Travel | $3,070.43 | $3,076.57 | $3,082.73 | $3,088.89 | $3,095.07 | $3,101.26 | $3,107.46 | $3,113.68 | $3,119.90 | $3,126.14 | $3,132.40 | $3,138.66 | $37,253.19 |
| | | | | | | | | | | | | | |
| Utilities | $6,798.60 | $6,812.19 | $6,825.82 | $6,839.47 | $6,853.15 | $6,866.86 | $6,880.59 | $6,894.35 | $6,908.14 | $6,921.96 | $6,935.80 | $6,949.67 | $82,486.60 |
| Secured Creditors | $27,509.00 | $27,509.00 | $27,509.00 | $27,509.00 | | | | | | | | | $110,036.00 |
| Unsecured Creditors | $59,000.00 | $59,000.00 | $59,000.00 | $59,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $796,000.00 |
| Total Other Expenses | $284,111.19 | $284,280.12 | $284,449.39 | $284,619.00 | $274,787.36 | $274,957.65 | $275,128.27 | $275,299.24 | $275,470.55 | $275,642.20 | $275,814.20 | $275,986.54 | $3,340,545.72 |
| Total Expenses | $765,599.04 | $766,730.94 | $767,865.11 | $769,001.55 | $760,138.68 | $761,279.67 | $762,422.94 | $763,568.49 | $764,716.34 | $765,866.49 | $763,587.36 | $761,320.83 | $6,221,091.44 |
| | | | | | | | | | | | | | |
| Net Income | $12,930.08 | $14,133.76 | $15,342.18 | $16,555.37 | $27,774.91 | $28,997.66 | $30,225.22 | $31,457.61 | $32,694.84 | $33,936.93 | $32,217.04 | $30,504.54 | $306,770.14 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2033

| | Jan-33 | Feb-33 | Mar-33 | Apr-33 | May-33 | Jun-33 | Jul-33 | Aug-33 | Sep-33 | Oct-33 | Nov-33 | Dec-33 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,425.83 | $8,451.11 | $8,476.46 | $8,501.89 | $8,527.39 | $8,552.98 | $8,578.63 | $8,604.37 | $8,630.18 | $8,656.07 | $8,612.79 | $8,569.73 | $102,587.44 |
| Amazon Sales - CAD | $89,126.75 | $89,394.13 | $89,662.31 | $89,931.30 | $90,201.09 | $90,471.69 | $90,743.11 | $91,015.34 | $91,288.38 | $91,562.25 | $91,104.44 | $90,648.91 | $1,085,149.69 |
| Amazon Sales - US | $7,918.11 | $7,941.87 | $7,965.69 | $7,989.59 | $8,013.56 | $8,037.60 | $8,061.71 | $8,085.90 | $8,110.16 | $8,134.49 | $8,093.81 | $8,053.34 | $96,405.84 |
| Amazon Sales - Vendor US | $182,152.90 | $182,699.36 | $183,247.45 | $183,797.20 | $184,348.59 | $184,901.63 | $185,456.34 | $186,012.71 | $186,570.74 | $187,130.46 | $186,194.80 | $185,263.83 | $2,217,776.00 |
| Other Sales | $53,064.88 | $53,224.07 | $53,383.75 | $53,543.90 | $53,704.53 | $53,865.64 | $54,027.24 | $54,189.32 | $54,351.89 | $54,514.94 | $54,242.37 | $53,971.16 | $646,083.68 |
| Walmart (Golden Ticket 572 Stores) | $73,649.37 | $73,870.32 | $74,091.93 | $74,314.20 | $74,537.15 | $74,760.76 | $74,985.04 | $75,210.00 | $75,435.63 | $75,661.93 | $75,283.62 | $74,907.20 | $896,707.15 |
| Kehe | $70,606.61 | $70,818.43 | $71,030.88 | $71,243.97 | $71,457.70 | $71,672.08 | $71,887.09 | $72,102.76 | $72,319.06 | $72,536.02 | $72,173.34 | $71,812.47 | $859,660.42 |
| Home Goods | $45,234.22 | $45,369.93 | $45,506.04 | $45,642.55 | $45,779.48 | $45,916.82 | $46,054.57 | $46,192.74 | $46,331.31 | $46,470.31 | $46,237.96 | $46,006.77 | $550,742.69 |
| ALDI | $110,936.87 | $111,269.68 | $111,603.49 | $111,938.30 | $112,274.11 | $112,610.93 | $112,948.77 | $113,287.61 | $113,627.48 | $113,968.36 | $113,398.52 | $112,831.52 | $1,350,695.64 |
| Sales Tax | $2,864.18 | $2,872.77 | $2,881.39 | $2,890.03 | $2,898.70 | $2,907.40 | $2,916.12 | $2,924.87 | $2,933.64 | $2,942.45 | $2,927.73 | $2,913.09 | $34,872.38 |
| Shopify Promotional Discounts | -$36,104.82 | -$36,213.14 | -$36,321.77 | -$36,430.74 | -$36,540.03 | -$36,649.65 | -$36,759.60 | -$36,869.88 | -$36,980.49 | -$37,091.43 | -$36,905.97 | -$36,721.44 | -$439,588.98 |
| Shopify Sales | $163,119.55 | $163,608.91 | $164,099.73 | $164,592.03 | $165,085.81 | $165,581.07 | $166,077.81 | $166,576.04 | $167,075.77 | $167,577.00 | $166,739.11 | $165,905.42 | $1,986,038.26 |
| Shopify Shipping | $3,493.17 | $3,503.65 | $3,514.16 | $3,524.70 | $3,535.28 | $3,545.88 | $3,556.52 | $3,567.19 | $3,577.89 | $3,588.63 | $3,570.68 | $3,552.83 | $42,530.59 |
| Walmart.com Sales | $20,505.07 | $20,566.59 | $20,628.29 | $20,690.17 | $20,752.24 | $20,814.50 | $20,876.94 | $20,939.58 | $21,002.39 | $21,065.40 | $20,960.07 | $20,855.27 | $249,656.53 |
| **Gross Income** | **$794,992.68** | **$797,377.66** | **$799,769.79** | **$802,169.10** | **$804,575.61** | **$806,989.33** | **$809,410.30** | **$811,838.53** | **$814,274.05** | **$816,716.87** | **$812,633.29** | **$808,570.12** | **$9,679,317.32** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $21,738.22 | $21,781.70 | $21,825.26 | $21,868.91 | $21,912.65 | $21,956.48 | $22,000.39 | $22,044.39 | $22,088.48 | $22,132.65 | $22,021.99 | $21,911.88 | $263,283.00 |
| Amazon Seller Fees | $39,856.70 | $39,936.41 | $40,016.28 | $40,096.32 | $40,176.51 | $40,256.86 | $40,337.38 | $40,418.05 | $40,498.89 | $40,579.88 | $40,376.98 | $40,175.10 | $482,725.35 |
| Amazon Vendor Fees | $32,696.35 | $32,761.74 | $32,827.26 | $32,892.92 | $32,958.70 | $33,024.62 | $33,090.67 | $33,156.85 | $33,223.16 | $33,289.61 | $33,123.16 | $32,957.55 | $396,002.59 |
| Raw Materials | $130,599.50 | $130,860.70 | $131,122.42 | $131,384.66 | $131,647.43 | $131,910.73 | $132,174.55 | $132,438.90 | $132,703.78 | $132,969.19 | $132,304.34 | $131,642.82 | $1,581,759.02 |
| Payroll | $167,899.65 | $168,235.45 | $168,571.92 | $168,909.06 | $169,246.88 | $169,585.37 | $169,924.54 | $170,264.39 | $170,604.92 | $170,946.13 | $170,240.94 | $169,240.94 | $2,033,520.67 |
| Payroll Taxes | $18,133.16 | $18,169.43 | $18,205.77 | $18,242.18 | $18,278.66 | $18,315.22 | $18,351.85 | $18,388.55 | $18,425.33 | $18,462.18 | $18,369.87 | $18,278.02 | $219,620.23 |
| Worker's Comp (estimated) | $3,014.54 | $3,020.57 | $3,026.61 | $3,032.66 | $3,038.73 | $3,044.81 | $3,050.89 | $3,057.00 | $3,063.11 | $3,069.24 | $3,053.89 | $3,038.62 | $36,510.66 |
| Ebay Fees | $174.51 | $174.86 | $175.21 | $175.56 | $175.91 | $176.26 | $176.62 | $176.97 | $177.32 | $177.68 | $176.79 | $175.91 | $2,113.60 |
| PayPal Fees | $23.11 | $23.15 | $23.20 | $23.25 | $23.29 | $23.34 | $23.39 | $23.43 | $23.48 | $23.53 | $23.41 | $23.29 | $279.87 |
| Sales Tax Expense | $2,065.91 | $2,070.04 | $2,074.18 | $2,078.33 | $2,082.49 | $2,086.65 | $2,090.82 | $2,095.01 | $2,099.20 | $2,103.39 | $2,092.88 | $2,082.41 | $25,021.31 |
| Shipping, Freight & Delivery | $54,782.37 | $54,891.94 | $55,001.72 | $55,111.73 | $55,221.95 | $55,332.39 | $55,443.06 | $55,553.94 | $55,665.05 | $55,776.38 | $55,497.50 | $55,220.01 | $663,498.06 |
| Shopify Fees | $5,058.81 | $5,068.92 | $5,079.06 | $5,089.22 | $5,099.40 | $5,109.60 | $5,119.82 | $5,130.05 | $5,140.31 | $5,150.60 | $5,124.84 | $5,099.22 | $61,269.84 |
| Shopify Refunds | $2,786.53 | $2,792.10 | $2,797.68 | $2,803.28 | $2,808.88 | $2,814.50 | $2,820.13 | $2,825.77 | $2,831.42 | $2,837.09 | $2,822.90 | $2,808.79 | $33,749.07 |
| Walmart Fees | $7,475.62 | $7,490.57 | $7,505.55 | $7,520.56 | $7,535.60 | $7,550.67 | $7,565.78 | $7,580.91 | $7,596.07 | $7,611.26 | $7,573.20 | $7,535.34 | $90,541.13 |
| **COGS** | **$486,304.96** | **$487,277.57** | **$488,252.13** | **$489,228.63** | **$490,207.09** | **$491,187.51** | **$492,169.88** | **$493,154.22** | **$494,140.53** | **$495,128.81** | **$492,653.17** | **$490,189.90** | **$5,889,894.40** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2033

| | Jan-33 | Feb-33 | Mar-33 | Apr-33 | May-33 | Jun-33 | Jul-33 | Aug-33 | Sep-33 | Oct-33 | Nov-33 | Dec-33 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $16,081.15 | $16,081.15 | $16,081.15 | $16,081.15 | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $199,406.23 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $27,163.33 | $27,217.66 | $27,272.09 | $27,326.64 | $27,381.29 | $27,436.05 | $27,490.93 | $27,545.91 | $27,601.00 | $27,656.20 | $27,711.51 | $27,766.94 | $329,569.55 |
| Licenses & Fees | $4,310.62 | $4,319.24 | $4,327.88 | $4,336.53 | $4,345.21 | $4,353.90 | $4,362.61 | $4,371.33 | $4,380.07 | $4,388.83 | $4,397.61 | $4,406.41 | $52,300.23 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $14,741.53 | $14,771.01 | $14,800.55 | $14,830.15 | $14,859.81 | $14,889.53 | $14,919.31 | $14,949.15 | $14,979.05 | $15,009.01 | $15,039.03 | $15,069.10 | $178,857.25 |
| Office Expenses | $6,361.95 | $6,374.68 | $6,387.43 | $6,400.20 | $6,413.00 | $6,425.83 | $6,438.68 | $6,451.56 | $6,464.46 | $6,477.39 | $6,490.34 | $6,503.32 | $77,188.85 |
| | | | | | | | | | | | | | |
| Equipment Rental | $7,174.36 | $7,188.71 | $7,203.09 | $7,217.50 | $7,231.93 | $7,246.40 | $7,260.89 | $7,275.41 | $7,289.96 | $7,304.54 | $7,319.15 | $7,333.79 | $87,045.74 |
| 1112 Arroyo St. Unit A | $10,312.86 | $10,312.86 | $10,312.86 | $10,312.86 | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $126,229.42 |
| 1112 Arroyo St. Unit B | $5,350.14 | $5,350.14 | $5,350.14 | $5,350.14 | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $65,485.66 |
| 1104 Arroyo St. | $9,800.19 | $9,800.19 | $9,800.19 | $9,800.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $119,954.31 |
| Software Subscription License | $16,502.08 | $16,535.08 | $16,568.15 | $16,601.29 | $16,634.49 | $16,667.76 | $16,701.09 | $16,734.50 | $16,767.97 | $16,801.50 | $16,835.10 | $16,868.77 | $200,217.78 |
| Travel | $3,138.66 | $3,144.94 | $3,151.23 | $3,157.53 | $3,163.85 | $3,170.17 | $3,176.51 | $3,182.87 | $3,189.23 | $3,195.61 | $3,202.00 | $3,208.41 | $38,081.01 |
| | | | | | | | | | | | | | |
| Utilities | $6,949.67 | $6,963.57 | $6,977.50 | $6,991.45 | $7,005.44 | $7,019.45 | $7,033.49 | $7,047.55 | $7,061.65 | $7,075.77 | $7,089.92 | $7,104.10 | $84,319.56 |
| Unsecured Creditors | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $840,000.00 |
| Total Other Expenses | $294,386.54 | $294,559.22 | $294,732.25 | $294,905.63 | $296,647.30 | $296,821.37 | $296,995.79 | $297,170.56 | $297,345.68 | $297,521.14 | $297,696.96 | $297,873.13 | $3,556,655.58 |
| Total Expenses | $780,691.50 | $781,836.80 | $782,984.38 | $784,134.26 | $786,854.40 | $788,008.88 | $789,165.67 | $790,324.78 | $791,486.20 | $792,649.95 | $790,350.13 | $788,063.03 | $6,573,311.17 |
| | | | | | | | | | | | | | |
| Net Income | $14,301.18 | $15,540.86 | $16,785.41 | $18,034.84 | $17,721.21 | $18,980.45 | $20,244.63 | $21,513.75 | $22,787.84 | $24,066.92 | $22,283.16 | $20,507.09 | $232,767.34 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2034

| | Jan-34 | Feb-34 | Mar-34 | Apr-34 | May-34 | Jun-34 | Jul-34 | Aug-34 | Sep-34 | Oct-34 | Nov-34 | Dec-34 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,604.01 | $8,629.82 | $8,655.71 | $8,681.68 | $8,707.72 | $8,733.85 | $8,760.05 | $8,786.33 | $8,812.69 | $8,839.12 | $8,794.93 | $8,750.95 | $104,756.85 |
| Amazon Sales - CAD | $91,011.51 | $91,284.55 | $91,558.40 | $91,833.07 | $92,108.57 | $92,384.90 | $92,662.05 | $92,940.04 | $93,218.86 | $93,498.52 | $93,031.02 | $92,565.87 | $1,108,097.36 |
| Amazon Sales - US | $8,085.56 | $8,109.81 | $8,134.14 | $8,158.54 | $8,183.02 | $8,207.57 | $8,232.19 | $8,256.89 | $8,281.66 | $8,306.51 | $8,264.97 | $8,223.65 | $98,444.53 |
| Amazon Sales - Vendor US | $186,004.89 | $186,562.90 | $187,122.59 | $187,683.96 | $188,247.01 | $188,811.75 | $189,378.19 | $189,946.32 | $190,516.16 | $191,087.71 | $190,132.27 | $189,181.61 | $2,264,675.34 |
| Other Sales | $54,187.04 | $54,349.60 | $54,512.65 | $54,676.19 | $54,840.22 | $55,004.74 | $55,169.75 | $55,335.26 | $55,501.27 | $55,667.77 | $55,389.43 | $55,112.49 | $659,746.42 |
| Walmart (Golden Ticket 572 Stores) | $75,206.83 | $75,432.45 | $75,658.75 | $75,885.73 | $76,113.38 | $76,341.73 | $76,570.75 | $76,800.46 | $77,030.86 | $77,261.96 | $76,875.65 | $76,491.27 | $915,669.83 |
| Kehe | $72,099.72 | $72,316.02 | $72,532.97 | $72,750.57 | $72,968.82 | $73,187.73 | $73,407.29 | $73,627.51 | $73,848.40 | $74,069.94 | $73,699.59 | $73,331.09 | $877,839.67 |
| Home Goods | $46,190.79 | $46,329.37 | $46,468.35 | $46,607.76 | $46,747.58 | $46,887.82 | $47,028.49 | $47,169.57 | $47,311.08 | $47,453.02 | $47,215.75 | $46,979.67 | $562,389.26 |
| ALDI | $113,282.85 | $113,622.70 | $113,963.57 | $114,305.46 | $114,648.37 | $114,992.32 | $115,337.30 | $115,683.31 | $116,030.36 | $116,378.45 | $115,796.56 | $115,217.57 | $1,379,258.82 |
| Sales Tax | $2,924.75 | $2,933.52 | $2,942.32 | $2,951.15 | $2,960.00 | $2,968.88 | $2,977.79 | $2,986.72 | $2,995.68 | $3,004.67 | $2,989.65 | $2,974.70 | $35,609.83 |
| Shopify Promotional Discounts | -$36,868.33 | -$36,978.94 | -$37,089.87 | -$37,201.14 | -$37,312.74 | -$37,424.68 | -$37,536.96 | -$37,649.57 | -$37,762.52 | -$37,875.80 | -$37,686.43 | -$37,497.99 | -$448,884.97 |
| Shopify Sales | $166,569.04 | $167,068.75 | $167,569.95 | $168,072.66 | $168,576.88 | $169,082.61 | $169,589.86 | $170,098.63 | $170,608.93 | $171,120.75 | $170,265.15 | $169,413.82 | $2,028,037.04 |
| Shopify Shipping | $3,567.04 | $3,577.74 | $3,588.48 | $3,599.24 | $3,610.04 | $3,620.87 | $3,631.73 | $3,642.63 | $3,653.55 | $3,664.51 | $3,646.19 | $3,627.96 | $43,429.98 |
| Walmart.com Sales | $20,938.69 | $21,001.51 | $21,064.52 | $21,127.71 | $21,191.09 | $21,254.67 | $21,318.43 | $21,382.38 | $21,446.53 | $21,510.87 | $21,403.32 | $21,296.30 | $254,936.02 |
| **Gross Income** | **$811,804.40** | **$814,239.81** | **$816,682.53** | **$819,132.58** | **$821,589.98** | **$824,054.75** | **$826,526.91** | **$829,006.49** | **$831,493.51** | **$833,987.99** | **$829,818.05** | **$825,668.96** | **$9,884,005.98** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $21,955.71 | $21,999.62 | $22,043.62 | $22,087.70 | $22,131.88 | $22,176.14 | $22,220.49 | $22,264.94 | $22,309.47 | $22,354.08 | $22,242.31 | $22,131.10 | $265,917.06 |
| Amazon Seller Fees | $40,255.45 | $40,335.96 | $40,416.63 | $40,497.47 | $40,578.46 | $40,659.62 | $40,740.94 | $40,822.42 | $40,904.06 | $40,985.87 | $40,780.94 | $40,577.04 | $487,554.86 |
| Amazon Vendor Fees | $33,023.46 | $33,089.51 | $33,155.69 | $33,222.00 | $33,288.44 | $33,355.02 | $33,421.73 | $33,488.57 | $33,555.55 | $33,622.66 | $33,454.55 | $33,287.28 | $399,964.46 |
| Raw Materials | $131,906.10 | $132,169.92 | $132,434.26 | $132,699.12 | $132,964.52 | $133,230.45 | $133,496.91 | $133,763.91 | $134,031.43 | $134,299.50 | $133,628.00 | $132,959.86 | $1,597,583.98 |
| Payroll | $177,702.99 | $178,058.40 | $178,414.51 | $178,771.34 | $179,128.89 | $179,487.14 | $179,846.12 | $180,205.81 | $180,566.22 | $180,927.35 | $180,022.72 | $179,122.60 | $2,152,254.11 |
| Payroll Taxes | $19,191.92 | $19,230.31 | $19,268.77 | $19,307.31 | $19,345.92 | $19,384.61 | $19,423.38 | $19,462.23 | $19,501.15 | $19,540.15 | $19,442.45 | $19,345.24 | $232,443.44 |
| Worker's Comp (estimated) | $3,190.55 | $3,196.93 | $3,203.33 | $3,209.73 | $3,216.15 | $3,222.59 | $3,229.03 | $3,235.49 | $3,241.96 | $3,248.44 | $3,232.20 | $3,216.04 | $38,642.45 |
| Ebay Fees | $176.26 | $176.61 | $176.96 | $177.32 | $177.67 | $178.03 | $178.38 | $178.74 | $179.10 | $179.46 | $178.56 | $177.67 | $2,134.74 |
| PayPal Fees | $23.34 | $23.39 | $23.43 | $23.48 | $23.53 | $23.57 | $23.62 | $23.67 | $23.71 | $23.76 | $23.64 | $23.53 | $282.67 |
| Sales Tax Expense | $2,086.58 | $2,090.75 | $2,094.93 | $2,099.12 | $2,103.32 | $2,107.53 | $2,111.74 | $2,115.97 | $2,120.20 | $2,124.44 | $2,113.82 | $2,103.25 | $25,271.64 |
| Shipping, Freight & Delivery | $55,330.45 | $55,441.11 | $55,552.00 | $55,663.10 | $55,774.43 | $55,885.98 | $55,997.75 | $56,109.74 | $56,221.96 | $56,334.41 | $56,052.73 | $55,772.47 | $670,136.13 |
| Shopify Fees | $5,109.42 | $5,119.64 | $5,129.87 | $5,140.13 | $5,150.41 | $5,160.72 | $5,171.04 | $5,181.38 | $5,191.74 | $5,202.13 | $5,176.11 | $5,150.23 | $61,882.83 |
| Shopify Refunds | $2,814.40 | $2,820.03 | $2,825.67 | $2,831.32 | $2,836.99 | $2,842.66 | $2,848.35 | $2,854.04 | $2,859.75 | $2,865.47 | $2,851.14 | $2,836.89 | $34,086.72 |
| Walmart Fees | $7,550.41 | $7,565.51 | $7,580.64 | $7,595.80 | $7,610.99 | $7,626.22 | $7,641.47 | $7,656.75 | $7,672.06 | $7,687.41 | $7,648.97 | $7,610.73 | $91,446.96 |
| **COGS** | **$500,317.04** | **$501,317.68** | **$502,320.31** | **$503,324.95** | **$504,331.60** | **$505,340.27** | **$506,350.95** | **$507,363.65** | **$508,378.38** | **$509,395.13** | **$506,848.16** | **$504,313.92** | **$6,059,602.04** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2034

| | Jan-34 | Feb-34 | Mar-34 | Apr-34 | May-34 | Jun-34 | Jul-34 | Aug-34 | Sep-34 | Oct-34 | Nov-34 | Dec-34 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $16,885.21 | $16,885.21 | $16,885.21 | $16,885.21 | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $209,376.54 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| Digital Marketing and Advertising | $27,766.94 | $27,822.47 | $27,878.12 | $27,933.87 | $27,989.74 | $28,045.72 | $28,101.81 | $28,158.01 | $28,214.33 | $28,270.76 | $28,327.30 | $28,383.95 | $336,893.02 |
| Licenses & Fees | $4,406.41 | $4,415.22 | $4,424.05 | $4,432.90 | $4,441.76 | $4,450.65 | $4,459.55 | $4,468.47 | $4,477.40 | $4,486.36 | $4,495.33 | $4,504.32 | $53,462.41 |
| Marketing Expenses | $15,069.10 | $15,099.24 | $15,129.44 | $15,159.70 | $15,190.02 | $15,220.40 | $15,250.84 | $15,281.34 | $15,311.90 | $15,342.53 | $15,373.21 | $15,403.96 | $182,831.69 |
| Office Expenses | $6,503.32 | $6,516.33 | $6,529.36 | $6,542.42 | $6,555.51 | $6,568.62 | $6,581.76 | $6,594.92 | $6,608.11 | $6,621.33 | $6,634.57 | $6,647.84 | $78,904.09 |
| Equipment Rental | $7,333.79 | $7,348.46 | $7,363.15 | $7,377.88 | $7,392.64 | $7,407.42 | $7,422.24 | $7,437.08 | $7,451.95 | $7,466.86 | $7,481.79 | $7,496.76 | $88,980.01 |
| 1112 Arroyo St. Unit A | $10,622.25 | $10,622.25 | $10,622.25 | $10,622.25 | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $130,016.31 |
| 1112 Arroyo St. Unit B | $5,510.64 | $5,510.64 | $5,510.64 | $5,510.64 | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $67,450.23 |
| 1104 Arroyo St. | $10,094.19 | $10,094.19 | $10,094.19 | $10,094.19 | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $123,552.94 |
| Software Subscription License | $16,868.77 | $16,902.51 | $16,936.32 | $16,970.19 | $17,004.13 | $17,038.14 | $17,072.21 | $17,106.36 | $17,140.57 | $17,174.85 | $17,209.20 | $17,243.62 | $204,666.89 |
| Travel | $3,208.41 | $3,214.82 | $3,221.25 | $3,227.70 | $3,234.15 | $3,240.62 | $3,247.10 | $3,253.59 | $3,260.10 | $3,266.62 | $3,273.15 | $3,279.70 | $38,927.22 |
| Utilities | $7,104.10 | $7,118.31 | $7,132.55 | $7,146.81 | $7,161.11 | $7,175.43 | $7,189.78 | $7,204.16 | $7,218.57 | $7,233.00 | $7,247.47 | $7,261.96 | $86,193.25 |
| Unsecured Creditors | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $920,000.00 |
| Total Other Expenses | $297,873.13 | $298,049.65 | $298,226.53 | $298,403.75 | $310,212.41 | $310,390.35 | $310,568.64 | $310,747.29 | $310,926.30 | $311,105.67 | $311,285.39 | $311,465.48 | $3,679,254.59 |
| Total Expenses | $798,190.17 | $799,367.33 | $800,546.84 | $801,728.71 | $814,544.01 | $815,730.62 | $816,919.59 | $818,110.94 | $819,304.68 | $820,500.80 | $818,133.55 | $815,779.39 | $6,818,509.19 |
| Net Income | $13,614.23 | $14,872.48 | $16,135.69 | $17,403.87 | $7,045.96 | $8,324.13 | $9,607.32 | $10,895.55 | $12,188.83 | $13,487.19 | $11,684.50 | $9,889.57 | $145,149.35 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2035

| | Jan-35 | Feb-35 | Mar-35 | Apr-35 | May-35 | Jun-35 | Jul-35 | Aug-35 | Sep-35 | Oct-35 | Nov-35 | Dec-35 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,785.96 | $8,812.32 | $8,838.75 | $8,865.27 | $8,891.86 | $8,918.54 | $8,945.30 | $8,972.13 | $8,999.05 | $9,026.05 | $8,980.92 | $8,936.01 | $106,972.15 |
| Amazon Sales - CAD | $92,936.13 | $93,214.94 | $93,494.59 | $93,775.07 | $94,056.39 | $94,338.56 | $94,621.58 | $94,905.44 | $95,190.16 | $95,475.73 | $94,998.35 | $94,523.36 | $1,131,530.31 |
| Amazon Sales - US | $8,256.54 | $8,281.31 | $8,306.16 | $8,331.08 | $8,356.07 | $8,381.14 | $8,406.28 | $8,431.50 | $8,456.79 | $8,482.16 | $8,439.75 | $8,397.55 | $100,526.34 |
| Amazon Sales - Vendor US | $189,938.33 | $190,508.15 | $191,079.67 | $191,652.91 | $192,227.87 | $192,804.55 | $193,382.97 | $193,963.12 | $194,545.01 | $195,128.64 | $194,153.00 | $193,182.23 | $2,312,566.46 |
| Other Sales | $55,332.94 | $55,498.94 | $55,665.43 | $55,832.43 | $55,999.93 | $56,167.93 | $56,336.43 | $56,505.44 | $56,674.95 | $56,844.98 | $56,560.75 | $56,277.95 | $673,698.09 |
| Walmart (Golden Ticket 572 Stores) | $76,797.23 | $77,027.63 | $77,258.71 | $77,490.48 | $77,722.96 | $77,956.12 | $78,189.99 | $78,424.56 | $78,659.84 | $78,895.82 | $78,501.34 | $78,108.83 | $935,033.51 |
| Kehe | $73,624.42 | $73,845.29 | $74,066.83 | $74,289.03 | $74,511.89 | $74,735.43 | $74,959.64 | $75,184.52 | $75,410.07 | $75,636.30 | $75,258.12 | $74,881.83 | $896,403.35 |
| Home Goods | $47,167.59 | $47,309.09 | $47,451.02 | $47,593.37 | $47,736.15 | $47,879.36 | $48,023.00 | $48,167.07 | $48,311.57 | $48,456.50 | $48,214.22 | $47,973.15 | $574,282.11 |
| ALDI | $115,678.44 | $116,025.48 | $116,373.56 | $116,722.68 | $117,072.85 | $117,424.06 | $117,776.34 | $118,129.67 | $118,484.05 | $118,839.51 | $118,245.31 | $117,654.08 | $1,408,426.02 |
| Sales Tax | $2,986.60 | $2,995.56 | $3,004.54 | $3,013.56 | $3,022.60 | $3,031.66 | $3,040.76 | $3,049.88 | $3,059.03 | $3,068.21 | $3,052.87 | $3,037.60 | $36,362.87 |
| Shopify Promotional Discounts | -$37,647.99 | -$37,760.93 | -$37,874.21 | -$37,987.83 | -$38,101.80 | -$38,216.10 | -$38,330.75 | -$38,445.74 | -$38,561.08 | -$38,676.76 | -$38,483.38 | -$38,290.96 | -$458,377.55 |
| Shopify Sales | $170,091.48 | $170,601.75 | $171,113.56 | $171,626.90 | $172,141.78 | $172,658.20 | $173,176.18 | $173,695.71 | $174,216.79 | $174,739.44 | $173,865.75 | $172,996.42 | $2,070,923.96 |
| Shopify Shipping | $3,642.47 | $3,653.40 | $3,664.36 | $3,675.35 | $3,686.38 | $3,697.44 | $3,708.53 | $3,719.66 | $3,730.82 | $3,742.01 | $3,723.30 | $3,704.68 | $44,348.40 |
| Walmart.com Sales | $21,381.49 | $21,445.63 | $21,509.97 | $21,574.50 | $21,639.22 | $21,704.14 | $21,769.25 | $21,834.56 | $21,900.06 | $21,965.76 | $21,855.93 | $21,746.65 | $260,327.16 |
| **Gross Income** | **$828,971.64** | **$831,458.55** | **$833,952.93** | **$836,454.79** | **$838,964.15** | **$841,481.04** | **$844,005.49** | **$846,537.50** | **$849,077.12** | **$851,624.35** | **$847,366.23** | **$843,129.40** | **$10,093,023.18** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $22,175.36 | $22,219.72 | $22,264.15 | $22,308.68 | $22,353.30 | $22,398.01 | $22,442.80 | $22,487.69 | $22,532.66 | $22,577.73 | $22,464.84 | $22,352.52 | $268,577.47 |
| Amazon Seller Fees | $40,658.19 | $40,739.51 | $40,820.99 | $40,902.63 | $40,984.43 | $41,066.40 | $41,148.54 | $41,230.83 | $41,313.29 | $41,395.92 | $41,188.94 | $40,983.00 | $492,432.68 |
| Amazon Vendor Fees | $33,353.85 | $33,420.56 | $33,487.40 | $33,554.37 | $33,621.48 | $33,688.73 | $33,756.10 | $33,823.61 | $33,891.26 | $33,959.04 | $33,789.25 | $33,620.30 | $403,965.97 |
| Raw Materials | $133,225.78 | $133,492.23 | $133,759.21 | $134,026.73 | $134,294.79 | $134,563.38 | $134,832.50 | $135,102.17 | $135,372.37 | $135,643.12 | $134,964.90 | $134,290.08 | $1,613,567.26 |
| Payroll | $182,705.06 | $183,070.47 | $183,436.61 | $183,803.48 | $184,171.09 | $184,539.43 | $184,908.51 | $185,278.33 | $185,648.88 | $186,020.18 | $185,090.08 | $184,164.63 | $2,212,836.73 |
| Payroll Taxes | $19,732.15 | $19,771.61 | $19,811.15 | $19,850.78 | $19,890.48 | $19,930.26 | $19,970.12 | $20,010.06 | $20,050.08 | $20,090.18 | $19,989.73 | $19,889.78 | $238,986.37 |
| Worker's Comp (estimated) | $3,280.36 | $3,286.92 | $3,293.50 | $3,300.08 | $3,306.68 | $3,313.30 | $3,319.92 | $3,326.56 | $3,333.22 | $3,339.88 | $3,323.18 | $3,306.57 | $39,730.17 |
| Ebay Fees | $178.02 | $178.38 | $178.73 | $179.09 | $179.45 | $179.81 | $180.17 | $180.53 | $180.89 | $181.25 | $180.34 | $179.44 | $2,156.10 |
| PayPal Fees | $23.57 | $23.62 | $23.67 | $23.71 | $23.76 | $23.81 | $23.86 | $23.90 | $23.95 | $24.00 | $23.88 | $23.76 | $285.50 |
| Sales Tax Expense | $2,107.45 | $2,111.67 | $2,115.89 | $2,120.12 | $2,124.36 | $2,128.61 | $2,132.87 | $2,137.14 | $2,141.41 | $2,145.69 | $2,134.96 | $2,124.29 | $25,524.47 |
| Shipping, Freight & Delivery | $55,884.02 | $55,995.78 | $56,107.78 | $56,219.99 | $56,332.43 | $56,445.10 | $56,557.99 | $56,671.10 | $56,784.44 | $56,898.01 | $56,613.52 | $56,330.46 | $676,840.62 |
| Shopify Fees | $5,160.53 | $5,170.86 | $5,181.20 | $5,191.56 | $5,201.94 | $5,212.35 | $5,222.77 | $5,233.22 | $5,243.68 | $5,254.17 | $5,227.90 | $5,201.76 | $62,501.94 |
| Shopify Refunds | $2,842.56 | $2,848.25 | $2,853.94 | $2,859.65 | $2,865.37 | $2,871.10 | $2,876.84 | $2,882.60 | $2,888.36 | $2,894.14 | $2,879.67 | $2,865.27 | $34,427.75 |
| Walmart Fees | $7,625.95 | $7,641.20 | $7,656.48 | $7,671.80 | $7,687.14 | $7,702.51 | $7,717.92 | $7,733.35 | $7,748.82 | $7,764.32 | $7,725.50 | $7,686.87 | $92,361.86 |
| **COGS** | **$508,952.85** | **$509,970.76** | **$510,990.70** | **$512,012.68** | **$513,036.71** | **$514,062.78** | **$515,090.91** | **$516,121.09** | **$517,153.33** | **$518,187.64** | **$515,596.70** | **$513,018.72** | **$6,164,194.87** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2035

| | Jan-35 | Feb-35 | Mar-35 | Apr-35 | May-35 | Jun-35 | Jul-35 | Aug-35 | Sep-35 | Oct-35 | Nov-35 | Dec-35 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $17,729.47 | $17,729.47 | $17,729.47 | $17,729.47 | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $219,845.37 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $28,383.95 | $28,440.72 | $28,497.60 | $28,554.60 | $28,611.71 | $28,668.93 | $28,726.27 | $28,783.72 | $28,841.29 | $28,898.97 | $28,956.77 | $29,014.68 | $344,379.23 |
| Licenses & Fees | $4,504.32 | $4,513.33 | $4,522.36 | $4,531.40 | $4,540.46 | $4,549.55 | $4,558.65 | $4,567.76 | $4,576.90 | $4,586.05 | $4,595.22 | $4,604.41 | $54,650.42 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $15,403.96 | $15,434.77 | $15,465.64 | $15,496.57 | $15,527.56 | $15,558.62 | $15,589.73 | $15,620.91 | $15,652.16 | $15,683.46 | $15,714.83 | $15,746.26 | $186,894.46 |
| Office Expenses | $6,647.84 | $6,661.13 | $6,674.46 | $6,687.80 | $6,701.18 | $6,714.58 | $6,728.01 | $6,741.47 | $6,754.95 | $6,768.46 | $6,782.00 | $6,795.56 | $80,657.44 |
| | | | | | | | | | | | | | |
| Equipment Rental | $7,496.76 | $7,511.75 | $7,526.77 | $7,541.83 | $7,556.91 | $7,572.02 | $7,587.17 | $7,602.34 | $7,617.55 | $7,632.78 | $7,648.05 | $7,663.34 | $90,957.26 |
| 1112 Arroyo St. Unit A | $10,940.91 | $10,940.91 | $10,940.91 | $10,940.91 | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $133,916.79 |
| 1112 Arroyo St. Unit B | $5,675.96 | $5,675.96 | $5,675.96 | $5,675.96 | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $69,473.74 |
| 1104 Arroyo St. | $10,397.02 | $10,397.02 | $10,397.02 | $10,397.02 | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $127,259.52 |
| Software Subscription License | $17,243.62 | $17,278.11 | $17,312.66 | $17,347.29 | $17,381.98 | $17,416.75 | $17,451.58 | $17,486.49 | $17,521.46 | $17,556.50 | $17,591.61 | $17,626.80 | $209,214.86 |
| Travel | $3,279.70 | $3,286.26 | $3,292.83 | $3,299.42 | $3,306.02 | $3,312.63 | $3,319.25 | $3,325.89 | $3,332.55 | $3,339.21 | $3,345.89 | $3,352.58 | $39,792.23 |
| | | | | | | | | | | | | | |
| Utilities | $7,261.96 | $7,276.49 | $7,291.04 | $7,305.62 | $7,320.24 | $7,334.88 | $7,349.55 | $7,364.24 | $7,378.97 | $7,393.73 | $7,408.52 | $7,423.34 | $88,108.58 |
| Unsecured Creditors | $80,000.00 | $80,000.00 | $80,000.00 | $80,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $1,040,000.00 |
| Total Other Expenses | $311,465.48 | $311,645.92 | $311,826.72 | $312,007.89 | $323,886.31 | $324,068.20 | $324,250.46 | $324,433.08 | $324,616.06 | $324,799.42 | $324,983.13 | $325,167.22 | $3,843,149.90 |
| Total Expenses | $820,418.33 | $821,616.68 | $822,817.43 | $824,020.57 | $836,923.02 | $838,130.98 | $839,341.37 | $840,554.17 | $841,769.40 | $842,987.05 | $840,579.83 | $838,185.94 | $7,146,299.80 |
| | | | | | | | | | | | | | |
| Net Income | $8,553.31 | $9,841.87 | $11,135.50 | $12,434.21 | $2,041.13 | $3,350.06 | $4,664.12 | $5,983.34 | $7,307.72 | $8,637.29 | $6,786.39 | $4,943.46 | $85,678.41 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2036

| | Jan-36 | Feb-36 | Mar-36 | Apr-36 | May-36 | Jun-36 | Jul-36 | Aug-36 | Sep-36 | Oct-36 | Nov-36 | Dec-36 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $8,971.75 | $8,998.67 | $9,025.67 | $9,052.74 | $9,079.90 | $9,107.14 | $9,134.46 | $9,161.87 | $9,189.35 | $9,216.92 | $9,170.83 | $9,124.98 | $109,234.29 |
| Amazon Sales - CAD | $94,901.45 | $95,186.16 | $95,471.72 | $95,758.13 | $96,045.41 | $96,333.54 | $96,622.54 | $96,912.41 | $97,203.15 | $97,494.76 | $97,007.28 | $96,522.25 | $1,155,458.80 |
| Amazon Sales - US | $8,431.14 | $8,456.44 | $8,481.81 | $8,507.25 | $8,532.77 | $8,558.37 | $8,584.05 | $8,609.80 | $8,635.63 | $8,661.54 | $8,618.23 | $8,575.14 | $102,652.17 |
| Amazon Sales - Vendor US | $193,954.96 | $194,536.83 | $195,120.44 | $195,705.80 | $196,292.92 | $196,881.80 | $197,472.44 | $198,064.86 | $198,659.05 | $199,255.03 | $198,258.75 | $197,267.46 | $2,361,470.33 |
| Other Sales | $56,503.06 | $56,672.57 | $56,842.59 | $57,013.12 | $57,184.16 | $57,355.71 | $57,527.78 | $57,700.36 | $57,873.46 | $58,047.08 | $57,756.85 | $57,468.06 | $687,944.79 |
| Walmart (Golden Ticket 572 Stores) | $78,421.27 | $78,656.53 | $78,892.50 | $79,129.18 | $79,366.56 | $79,604.66 | $79,843.48 | $80,083.01 | $80,323.26 | $80,564.23 | $80,161.41 | $79,760.60 | $954,806.67 |
| Kehe | $75,181.35 | $75,406.90 | $75,633.12 | $75,860.02 | $76,087.60 | $76,315.86 | $76,544.81 | $76,774.44 | $77,004.77 | $77,235.78 | $76,849.60 | $76,465.35 | $915,359.61 |
| Home Goods | $48,165.04 | $48,309.54 | $48,454.47 | $48,599.83 | $48,745.63 | $48,891.87 | $49,038.54 | $49,185.66 | $49,333.22 | $49,481.22 | $49,233.81 | $48,987.64 | $586,426.46 |
| ALDI | $118,124.70 | $118,479.07 | $118,834.51 | $119,191.01 | $119,548.59 | $119,907.23 | $120,266.95 | $120,627.75 | $120,989.64 | $121,352.61 | $120,745.84 | $120,142.11 | $1,438,210.03 |
| Sales Tax | $3,049.75 | $3,058.90 | $3,068.08 | $3,077.28 | $3,086.52 | $3,095.78 | $3,105.06 | $3,114.38 | $3,123.72 | $3,133.09 | $3,117.43 | $3,101.84 | $37,131.83 |
| Shopify Promotional Discounts | -$38,444.13 | -$38,559.46 | -$38,675.14 | -$38,791.16 | -$38,907.54 | -$39,024.26 | -$39,141.33 | -$39,258.76 | -$39,376.53 | -$39,494.66 | -$39,297.19 | -$39,100.70 | -$468,070.86 |
| Shopify Sales | $173,688.40 | $174,209.47 | $174,732.10 | $175,256.29 | $175,782.06 | $176,309.41 | $176,838.34 | $177,368.85 | $177,900.96 | $178,434.66 | $177,542.49 | $176,654.78 | $2,114,717.82 |
| Shopify Shipping | $3,719.50 | $3,730.66 | $3,741.85 | $3,753.08 | $3,764.34 | $3,775.63 | $3,786.96 | $3,798.32 | $3,809.71 | $3,821.14 | $3,802.03 | $3,783.02 | $45,286.23 |
| Walmart.com Sales | $21,833.64 | $21,899.14 | $21,964.84 | $22,030.73 | $22,096.83 | $22,163.12 | $22,229.61 | $22,296.29 | $22,363.18 | $22,430.27 | $22,318.12 | $22,206.53 | $265,832.30 |
| **Gross Income** | **$846,501.91** | **$849,041.42** | **$851,588.54** | **$854,143.31** | **$856,705.74** | **$859,275.86** | **$861,853.68** | **$864,439.24** | **$867,032.56** | **$869,633.66** | **$865,285.49** | **$860,959.06** | **$10,306,460.48** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $22,397.22 | $22,442.02 | $22,486.90 | $22,531.87 | $22,576.94 | $22,622.09 | $22,667.34 | $22,712.67 | $22,758.10 | $22,803.61 | $22,689.59 | $22,576.15 | $271,264.49 |
| Amazon Seller Fees | $41,064.96 | $41,147.09 | $41,229.39 | $41,311.85 | $41,394.47 | $41,477.26 | $41,560.21 | $41,643.33 | $41,726.62 | $41,810.07 | $41,601.02 | $41,393.02 | $497,359.30 |
| Amazon Vendor Fees | $33,687.54 | $33,754.92 | $33,822.43 | $33,890.07 | $33,957.85 | $34,025.77 | $34,093.82 | $34,162.01 | $34,230.33 | $34,298.79 | $34,127.30 | $33,956.66 | $408,007.51 |
| Raw Materials | $136,975.88 | $137,249.83 | $137,524.33 | $137,799.38 | $138,074.98 | $138,351.13 | $138,627.83 | $138,905.09 | $139,182.90 | $139,461.26 | $138,763.95 | $138,070.13 | $1,658,986.68 |
| Payroll | $187,847.92 | $188,223.62 | $188,600.06 | $188,977.26 | $189,355.22 | $189,733.93 | $190,113.40 | $190,493.62 | $190,874.61 | $191,256.36 | $190,300.08 | $189,348.58 | $2,275,124.67 |
| Payroll Taxes | $20,287.58 | $20,328.15 | $20,368.81 | $20,409.54 | $20,450.36 | $20,491.26 | $20,532.25 | $20,573.31 | $20,614.46 | $20,655.69 | $20,552.41 | $20,449.65 | $245,713.46 |
| Worker's Comp (estimated) | $3,372.70 | $3,379.44 | $3,386.20 | $3,392.98 | $3,399.76 | $3,406.56 | $3,413.37 | $3,420.20 | $3,427.04 | $3,433.89 | $3,416.73 | $3,399.64 | $40,848.52 |
| Ebay Fees | $179.80 | $180.16 | $180.52 | $180.88 | $181.24 | $181.61 | $181.97 | $182.33 | $182.70 | $183.06 | $182.15 | $181.24 | $2,177.67 |
| PayPal Fees | $23.81 | $23.86 | $23.90 | $23.94 | $24.00 | $24.05 | $24.10 | $24.14 | $24.19 | $24.24 | $24.12 | $24.00 | $288.35 |
| Sales Tax Expense | $2,128.54 | $2,132.79 | $2,137.06 | $2,141.33 | $2,145.62 | $2,149.91 | $2,154.21 | $2,158.52 | $2,162.83 | $2,167.16 | $2,156.32 | $2,145.54 | $25,779.83 |
| Shipping, Freight & Delivery | $56,443.12 | $56,556.00 | $56,669.11 | $56,782.45 | $56,896.02 | $57,009.81 | $57,123.83 | $57,238.08 | $57,352.55 | $57,467.26 | $57,179.92 | $56,894.02 | $683,612.17 |
| Shopify Fees | $5,212.16 | $5,222.59 | $5,233.03 | $5,243.50 | $5,253.99 | $5,264.49 | $5,275.02 | $5,285.57 | $5,296.14 | $5,306.74 | $5,280.20 | $5,253.80 | $63,127.25 |
| Shopify Refunds | $2,871.00 | $2,876.74 | $2,882.50 | $2,888.26 | $2,894.04 | $2,899.82 | $2,905.62 | $2,911.44 | $2,917.26 | $2,923.09 | $2,908.48 | $2,893.94 | $34,772.19 |
| Walmart Fees | $7,702.24 | $7,717.65 | $7,733.08 | $7,748.55 | $7,764.05 | $7,779.57 | $7,795.13 | $7,810.72 | $7,826.35 | $7,842.00 | $7,802.79 | $7,763.77 | $93,285.91 |
| **COGS** | **$520,194.47** | **$521,234.86** | **$522,277.33** | **$523,321.89** | **$524,368.53** | **$525,417.27** | **$526,468.10** | **$527,521.04** | **$528,576.08** | **$529,633.23** | **$526,985.07** | **$524,350.14** | **$6,300,348.01** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2036

| | Jan-36 | Feb-36 | Mar-36 | Apr-36 | May-36 | Jun-36 | Jul-36 | Aug-36 | Sep-36 | Oct-36 | Nov-36 | Dec-36 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $18,615.94 | $18,615.94 | $18,615.94 | $18,615.94 | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $230,837.64 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $29,014.68 | $29,072.71 | $29,130.86 | $29,189.12 | $29,247.50 | $29,305.99 | $29,364.61 | $29,423.33 | $29,482.18 | $29,541.15 | $29,600.23 | $29,659.43 | $352,031.79 |
| Licenses & Fees | $4,604.41 | $4,613.62 | $4,622.85 | $4,632.10 | $4,641.36 | $4,650.64 | $4,659.94 | $4,669.26 | $4,678.60 | $4,687.96 | $4,697.34 | $4,706.73 | $55,864.82 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $15,746.26 | $15,777.75 | $15,809.30 | $15,840.92 | $15,872.60 | $15,904.35 | $15,936.16 | $15,968.03 | $15,999.97 | $16,031.97 | $16,064.03 | $16,096.16 | $191,047.50 |
| Office Expenses | $6,795.56 | $6,809.15 | $6,822.77 | $6,836.42 | $6,850.09 | $6,863.79 | $6,877.52 | $6,891.27 | $6,905.05 | $6,918.86 | $6,932.70 | $6,946.57 | $82,449.75 |
| | | | | | | | | | | | | | |
| Equipment Rental | $7,663.34 | $7,678.67 | $7,694.03 | $7,709.42 | $7,724.83 | $7,740.28 | $7,755.76 | $7,771.28 | $7,786.82 | $7,802.39 | $7,818.00 | $7,833.63 | $92,978.45 |
| 1112 Arroyo St. Unit A | $11,269.14 | $11,269.14 | $11,269.14 | $11,269.14 | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $137,934.30 |
| 1112 Arroyo St. Unit B | $5,846.24 | $5,846.24 | $5,846.24 | $5,846.24 | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $71,557.95 |
| 1104 Arroyo St. | $10,708.93 | $10,708.93 | $10,708.93 | $10,708.93 | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $131,077.31 |
| Software Subscription License | $17,626.80 | $17,662.05 | $17,697.38 | $17,732.77 | $17,768.24 | $17,803.77 | $17,839.38 | $17,875.06 | $17,910.81 | $17,946.63 | $17,982.52 | $18,018.49 | $213,863.89 |
| Travel | $3,352.58 | $3,359.29 | $3,366.00 | $3,372.74 | $3,379.48 | $3,386.24 | $3,393.01 | $3,399.80 | $3,406.60 | $3,413.41 | $3,420.24 | $3,427.08 | $40,676.47 |
| | | | | | | | | | | | | | |
| Utilities | $7,423.34 | $7,438.18 | $7,453.06 | $7,467.96 | $7,482.90 | $7,497.87 | $7,512.86 | $7,527.89 | $7,542.94 | $7,558.03 | $7,573.15 | $7,588.29 | $90,066.47 |
| Unsecured Creditors | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $1,080,000.00 |
| Total Other Expenses | $325,167.22 | $325,351.67 | $325,536.50 | $325,721.69 | $327,672.78 | $327,858.71 | $328,045.02 | $328,231.70 | $328,418.75 | $328,606.18 | $328,793.98 | $328,982.15 | $3,928,386.34 |
| Total Expenses | $845,361.69 | $846,586.54 | $847,813.83 | $849,043.58 | $852,041.31 | $853,275.98 | $854,513.12 | $855,752.74 | $856,994.83 | $858,239.41 | $855,779.04 | $853,332.29 | $7,316,772.69 |
| | | | | | | | | | | | | | |
| Net Income | $1,140.22 | $2,454.88 | $3,774.71 | $5,099.73 | $4,664.43 | $5,999.88 | $7,340.56 | $8,686.51 | $10,037.73 | $11,394.25 | $9,506.45 | $7,626.77 | $77,726.13 |

Projected  Income and Expenses - Mr. Tortilla, Inc. in 2037

| | Jan-37 | Feb-37 | Mar-37 | Apr-37 | May-37 | Jun-37 | Jul-37 | Aug-37 | Sep-37 | Oct-37 | Nov-37 | Dec-37 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $9,161.48 | $9,188.96 | $9,216.53 | $9,244.18 | $9,271.91 | $9,299.73 | $9,327.63 | $9,355.61 | $9,383.68 | $9,411.83 | $9,364.77 | $9,317.95 | $111,544.27 |
| Amazon Sales - CAD | $96,908.34 | $97,199.06 | $97,490.66 | $97,783.13 | $98,076.48 | $98,370.71 | $98,665.82 | $98,961.82 | $99,258.70 | $99,556.48 | $99,058.70 | $98,563.40 | $1,179,893.30 |
| Amazon Sales - US | $8,609.44 | $8,635.27 | $8,661.17 | $8,687.16 | $8,713.22 | $8,739.36 | $8,765.58 | $8,791.87 | $8,818.25 | $8,844.70 | $8,800.48 | $8,756.48 | $104,822.96 |
| Amazon Sales - Vendor US | $198,056.53 | $198,650.70 | $199,246.65 | $199,844.39 | $200,443.93 | $201,045.26 | $201,648.39 | $202,253.34 | $202,860.10 | $203,468.68 | $202,451.34 | $201,439.08 | $2,411,408.38 |
| Other Sales | $57,697.93 | $57,871.03 | $58,044.64 | $58,218.77 | $58,393.43 | $58,568.61 | $58,744.32 | $58,920.55 | $59,097.31 | $59,274.60 | $58,978.23 | $58,683.34 | $702,492.77 |
| Walmart (Golden Ticket 572 Stores) | $80,079.64 | $80,319.88 | $80,560.84 | $80,802.52 | $81,044.93 | $81,288.06 | $81,531.93 | $81,776.52 | $82,021.85 | $82,267.92 | $81,856.58 | $81,447.30 | $974,997.98 |
| Kehe | $76,771.22 | $77,001.53 | $77,232.53 | $77,464.23 | $77,696.62 | $77,929.71 | $78,163.50 | $78,397.99 | $78,633.19 | $78,869.09 | $78,474.74 | $78,082.37 | $934,716.73 |
| Home Goods | $49,183.59 | $49,331.14 | $49,479.13 | $49,627.57 | $49,776.46 | $49,925.78 | $50,075.56 | $50,225.79 | $50,376.47 | $50,527.60 | $50,274.96 | $50,023.58 | $598,827.63 |
| ALDI | $120,622.68 | $120,984.55 | $121,347.50 | $121,711.55 | $122,076.68 | $122,442.91 | $122,810.24 | $123,178.67 | $123,548.21 | $123,918.85 | $123,299.26 | $122,682.76 | $1,468,623.87 |
| Sales Tax | $3,114.25 | $3,123.59 | $3,132.96 | $3,142.36 | $3,151.79 | $3,161.24 | $3,170.73 | $3,180.24 | $3,189.78 | $3,199.35 | $3,183.35 | $3,167.43 | $37,917.06 |
| Shopify Promotional Discounts | -$39,257.11 | -$39,374.88 | -$39,493.00 | -$39,611.48 | -$39,730.32 | -$39,849.51 | -$39,969.05 | -$40,088.96 | -$40,209.23 | -$40,329.86 | -$40,128.21 | -$39,927.57 | -$477,969.17 |
| Shopify Sales | $177,361.40 | $177,893.48 | $178,427.16 | $178,962.44 | $179,499.33 | $180,037.83 | $180,577.94 | $181,119.67 | $181,663.03 | $182,208.02 | $181,296.98 | $180,390.50 | $2,159,437.78 |
| Shopify Shipping | $3,798.16 | $3,809.55 | $3,820.98 | $3,832.44 | $3,843.94 | $3,855.47 | $3,867.04 | $3,878.64 | $3,890.28 | $3,901.95 | $3,882.44 | $3,863.02 | $46,243.90 |
| Walmart.com  Sales | $22,295.36 | $22,362.24 | $22,429.33 | $22,496.62 | $22,564.11 | $22,631.80 | $22,699.69 | $22,767.79 | $22,836.10 | $22,904.61 | $22,790.08 | $22,676.13 | $271,453.86 |
| **Gross Income** | **$864,402.90** | **$866,996.11** | **$869,597.10** | **$872,205.89** | **$874,822.51** | **$877,446.97** | **$880,079.31** | **$882,719.55** | **$885,367.71** | **$888,023.81** | **$883,583.70** | **$879,165.78** | **$10,524,411.34** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $22,621.30 | $22,666.54 | $22,711.87 | $22,757.30 | $22,802.81 | $22,848.42 | $22,894.11 | $22,939.90 | $22,985.78 | $23,031.75 | $22,916.60 | $22,802.01 | $273,978.40 |
| Amazon Seller Fees | $41,475.80 | $41,558.76 | $41,641.87 | $41,725.16 | $41,808.61 | $41,892.22 | $41,976.01 | $42,059.96 | $42,144.08 | $42,228.37 | $42,017.23 | $41,807.14 | $502,335.21 |
| Amazon Vendor Fees | $34,024.58 | $34,092.63 | $34,160.81 | $34,229.13 | $34,297.59 | $34,366.19 | $34,434.92 | $34,503.79 | $34,572.80 | $34,641.94 | $34,468.73 | $34,296.39 | $412,089.48 |
| Raw Materials | $138,346.28 | $138,622.97 | $138,900.21 | $139,178.01 | $139,456.37 | $139,735.28 | $140,014.75 | $140,294.78 | $140,575.37 | $140,856.52 | $140,152.24 | $139,451.48 | $1,675,584.28 |
| Payroll | $189,727.28 | $190,106.73 | $190,486.94 | $190,867.92 | $191,249.65 | $191,632.15 | $192,015.42 | $192,399.45 | $192,784.25 | $193,169.82 | $192,203.97 | $191,242.95 | $2,297,886.51 |
| Payroll Taxes | $20,490.55 | $20,531.53 | $20,572.59 | $20,613.74 | $20,654.96 | $20,696.27 | $20,737.67 | $20,779.14 | $20,820.70 | $20,862.34 | $20,758.03 | $20,654.24 | $248,171.74 |
| Worker's Comp (estimated) | $3,406.44 | $3,413.25 | $3,420.08 | $3,426.92 | $3,433.77 | $3,440.64 | $3,447.52 | $3,454.42 | $3,461.33 | $3,468.25 | $3,450.91 | $3,433.65 | $41,257.19 |
| Ebay Fees | $181.60 | $181.96 | $182.33 | $182.69 | $183.06 | $183.42 | $183.79 | $184.16 | $184.53 | $184.90 | $183.97 | $183.05 | $2,199.46 |
| PayPal Fees | $24.05 | $24.09 | $24.14 | $24.19 | $24.24 | $24.29 | $24.34 | $24.39 | $24.43 | $24.48 | $24.36 | $24.24 | $291.24 |
| Sales Tax Expense | $2,149.83 | $2,154.13 | $2,158.44 | $2,162.76 | $2,167.08 | $2,171.42 | $2,175.76 | $2,180.11 | $2,184.47 | $2,188.84 | $2,177.90 | $2,167.01 | $26,037.75 |
| Shipping, Freight & Delivery | $57,007.81 | $57,121.83 | $57,236.07 | $57,350.54 | $57,465.24 | $57,580.17 | $57,695.33 | $57,810.72 | $57,926.35 | $58,042.20 | $57,751.99 | $57,463.23 | $690,451.48 |
| Shopify Fees | $5,264.31 | $5,274.84 | $5,285.39 | $5,295.96 | $5,306.55 | $5,317.16 | $5,327.80 | $5,338.45 | $5,349.13 | $5,359.83 | $5,333.03 | $5,306.37 | $63,758.82 |
| Shopify Refunds | $2,899.72 | $2,905.52 | $2,911.33 | $2,917.16 | $2,922.99 | $2,928.84 | $2,934.69 | $2,940.56 | $2,946.44 | $2,952.34 | $2,937.58 | $2,922.89 | $35,120.07 |
| Walmart Fees | $7,779.30 | $7,794.86 | $7,810.45 | $7,826.07 | $7,841.72 | $7,857.41 | $7,873.12 | $7,888.87 | $7,904.65 | $7,920.45 | $7,880.85 | $7,841.45 | $94,219.20 |
| **COGS** | **$525,398.84** | **$526,449.64** | **$527,502.54** | **$528,557.54** | **$529,614.66** | **$530,673.89** | **$531,735.23** | **$532,798.71** | **$533,864.30** | **$534,932.03** | **$532,257.37** | **$529,596.08** | **$6,363,380.84** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2037

| | Jan-37 | Feb-37 | Mar-37 | Apr-37 | May-37 | Jun-37 | Jul-37 | Aug-37 | Sep-37 | Oct-37 | Nov-37 | Dec-37 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $19,546.74 | $19,546.74 | $19,546.74 | $19,546.74 | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $242,379.52 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $29,659.43 | $29,718.75 | $29,778.19 | $29,837.74 | $29,897.42 | $29,957.21 | $30,017.13 | $30,077.16 | $30,137.31 | $30,197.59 | $30,257.98 | $30,318.50 | $359,854.41 |
| Licenses & Fees | $4,706.73 | $4,716.14 | $4,725.58 | $4,735.03 | $4,744.50 | $4,753.99 | $4,763.49 | $4,773.02 | $4,782.57 | $4,792.13 | $4,801.72 | $4,811.32 | $57,106.21 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $16,096.16 | $16,128.35 | $16,160.61 | $16,192.93 | $16,225.31 | $16,257.77 | $16,290.28 | $16,322.86 | $16,355.51 | $16,388.22 | $16,420.99 | $16,453.84 | $195,292.83 |
| Office Expenses | $6,946.57 | $6,960.46 | $6,974.38 | $6,988.33 | $7,002.31 | $7,016.31 | $7,030.34 | $7,044.40 | $7,058.49 | $7,072.61 | $7,086.76 | $7,100.93 | $84,281.90 |
| | | | | | | | | | | | | | |
| Equipment Rental | $7,833.63 | $7,849.30 | $7,865.00 | $7,880.73 | $7,896.49 | $7,912.28 | $7,928.11 | $7,943.96 | $7,959.85 | $7,975.77 | $7,991.72 | $8,007.71 | $95,044.56 |
| 1112 Arroyo St. Unit A | $11,607.22 | $11,607.22 | $11,607.22 | $11,607.22 | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $142,072.33 |
| 1112 Arroyo St. Unit B | $6,021.62 | $6,021.62 | $6,021.62 | $6,021.62 | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $73,704.69 |
| 1104 Arroyo St. | $11,030.20 | $11,030.20 | $11,030.20 | $11,030.20 | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $135,009.63 |
| Software Subscription License | $18,018.49 | $18,054.53 | $18,090.63 | $18,126.82 | $18,163.07 | $18,199.40 | $18,235.79 | $18,272.27 | $18,308.81 | $18,345.43 | $18,382.12 | $18,418.88 | $218,616.23 |
| Travel | $3,427.08 | $3,433.93 | $3,440.80 | $3,447.68 | $3,454.58 | $3,461.49 | $3,468.41 | $3,475.35 | $3,482.30 | $3,489.26 | $3,496.24 | $3,503.23 | $41,580.35 |
| | | | | | | | | | | | | | |
| Utilities | $7,588.29 | $7,603.47 | $7,618.68 | $7,633.91 | $7,649.18 | $7,664.48 | $7,679.81 | $7,695.17 | $7,710.56 | $7,725.98 | $7,741.43 | $7,756.91 | $92,067.86 |
| Unsecured Creditors | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $1,160,000.00 |
| **Total Other Expenses** | **$328,982.15** | **$329,170.71** | **$329,359.64** | **$329,548.94** | **$341,575.74** | **$341,765.80** | **$341,956.25** | **$342,147.08** | **$342,338.28** | **$342,529.87** | **$342,721.85** | **$342,914.21** | **$4,055,010.51** |
| **Total Expenses** | **$854,380.99** | **$855,620.34** | **$856,862.17** | **$858,106.49** | **$871,190.39** | **$872,439.69** | **$873,691.48** | **$874,945.78** | **$876,202.59** | **$877,461.91** | **$874,979.22** | **$872,510.29** | **$7,570,021.03** |
| | | | | | | | | | | | | | |
| **Net Income** | **$10,021.91** | **$11,375.77** | **$12,734.92** | **$14,099.40** | **$3,632.11** | **$5,007.28** | **$6,387.83** | **$7,773.77** | **$9,165.12** | **$10,561.91** | **$8,604.48** | **$6,655.49** | **$106,019.99** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2038

| | Jan-38 | Feb-38 | Mar-38 | Apr-38 | May-38 | Jun-38 | Jul-38 | Aug-38 | Sep-38 | Oct-38 | Nov-38 | Dec-38 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $9,355.22 | $9,383.28 | $9,411.43 | $9,439.67 | $9,467.99 | $9,496.39 | $9,524.88 | $9,553.46 | $9,582.12 | $9,610.86 | $9,562.81 | $9,514.99 | $113,903.10 |
| Amazon Sales - CAD | $98,957.66 | $99,254.53 | $99,552.29 | $99,850.95 | $100,150.50 | $100,450.96 | $100,752.31 | $101,054.57 | $101,357.73 | $101,661.80 | $101,153.49 | $100,647.73 | $1,204,844.52 |
| Amazon Sales - US | $8,791.50 | $8,817.88 | $8,844.33 | $8,870.86 | $8,897.48 | $8,924.17 | $8,950.94 | $8,977.79 | $9,004.73 | $9,031.74 | $8,986.58 | $8,941.65 | $107,039.65 |
| Amazon Sales - Vendor US | $202,244.83 | $202,851.57 | $203,460.12 | $204,070.50 | $204,682.72 | $205,296.76 | $205,912.65 | $206,530.39 | $207,149.98 | $207,771.43 | $206,732.58 | $205,698.91 | $2,462,402.46 |
| Other Sales | $58,918.07 | $59,094.83 | $59,272.11 | $59,449.93 | $59,628.28 | $59,807.16 | $59,986.58 | $60,166.54 | $60,347.04 | $60,528.08 | $60,225.44 | $59,924.32 | $717,348.40 |
| Walmart (Golden Ticket 572 Stores) | $81,773.09 | $82,018.41 | $82,264.46 | $82,511.25 | $82,758.79 | $83,007.06 | $83,256.09 | $83,505.85 | $83,756.37 | $84,007.64 | $83,587.60 | $83,169.66 | $995,616.28 |
| Kehe | $78,394.70 | $78,629.88 | $78,865.77 | $79,102.37 | $79,339.68 | $79,577.69 | $79,816.43 | $80,055.88 | $80,296.04 | $80,536.93 | $80,134.25 | $79,733.58 | $954,483.20 |
| Home Goods | $50,223.68 | $50,374.35 | $50,525.47 | $50,677.05 | $50,829.08 | $50,981.57 | $51,134.51 | $51,287.91 | $51,441.78 | $51,596.10 | $51,338.12 | $51,081.43 | $611,491.05 |
| ALDI | $123,173.49 | $123,543.01 | $123,913.64 | $124,285.38 | $124,658.24 | $125,032.21 | $125,407.31 | $125,783.53 | $126,160.88 | $126,539.37 | $125,906.67 | $125,277.14 | $1,499,680.88 |
| Sales Tax | $3,180.10 | $3,189.64 | $3,199.21 | $3,208.81 | $3,218.44 | $3,228.09 | $3,237.78 | $3,247.49 | $3,257.23 | $3,267.00 | $3,250.67 | $3,234.42 | $38,718.89 |
| Shopify Promotional Discounts | -$40,087.28 | -$40,207.54 | -$40,328.16 | -$40,449.15 | -$40,570.49 | -$40,692.20 | -$40,814.28 | -$40,936.72 | -$41,059.53 | -$41,182.71 | -$40,976.80 | -$40,771.92 | -$488,076.79 |
| Shopify Sales | $181,112.06 | $181,655.40 | $182,200.36 | $182,746.96 | $183,295.20 | $183,845.09 | $184,396.62 | $184,949.81 | $185,504.66 | $186,061.18 | $185,130.87 | $184,205.22 | $2,205,103.44 |
| Shopify Shipping | $3,878.48 | $3,890.11 | $3,901.78 | $3,913.49 | $3,925.23 | $3,937.00 | $3,948.81 | $3,960.66 | $3,972.54 | $3,984.46 | $3,964.54 | $3,944.72 | $47,221.82 |
| Walmart.com Sales | $22,766.84 | $22,835.14 | $22,903.64 | $22,972.35 | $23,041.27 | $23,110.39 | $23,179.73 | $23,249.26 | $23,319.01 | $23,388.97 | $23,272.02 | $23,155.66 | $277,194.30 |
| **Gross Income** | **$882,682.44** | **$885,330.49** | **$887,986.48** | **$890,650.44** | **$893,322.39** | **$896,002.36** | **$898,690.36** | **$901,386.43** | **$904,090.59** | **$906,802.87** | **$902,268.85** | **$897,757.51** | **$10,746,971.21** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $22,847.62 | $22,893.31 | $22,939.10 | $22,984.98 | $23,030.95 | $23,077.01 | $23,123.16 | $23,169.41 | $23,215.75 | $23,262.18 | $23,145.87 | $23,030.14 | $276,719.46 |
| Amazon Seller Fees | $41,890.76 | $41,974.54 | $42,058.49 | $42,142.60 | $42,226.89 | $42,311.34 | $42,395.96 | $42,480.76 | $42,565.72 | $42,650.85 | $42,437.59 | $42,225.41 | $507,360.90 |
| Amazon Vendor Fees | $34,364.98 | $34,433.71 | $34,502.58 | $34,571.58 | $34,640.73 | $34,710.01 | $34,779.43 | $34,848.99 | $34,918.68 | $34,988.52 | $34,813.58 | $34,639.51 | $416,212.30 |
| Raw Materials | $139,730.38 | $140,009.84 | $140,289.86 | $140,570.44 | $140,851.58 | $141,133.29 | $141,415.55 | $141,698.38 | $141,981.78 | $142,265.74 | $141,554.42 | $140,846.64 | $1,692,347.92 |
| Payroll | $191,625.43 | $192,008.68 | $192,392.70 | $192,777.49 | $193,163.04 | $193,549.37 | $193,936.47 | $194,324.34 | $194,712.99 | $195,102.41 | $194,126.90 | $193,156.27 | $2,320,876.08 |
| Payroll Taxes | $20,695.55 | $20,736.94 | $20,778.41 | $20,819.97 | $20,861.61 | $20,903.33 | $20,945.14 | $20,987.03 | $21,029.00 | $21,071.06 | $20,965.71 | $20,860.88 | $250,654.62 |
| Worker's Comp (estimated) | $3,440.52 | $3,447.40 | $3,454.30 | $3,461.21 | $3,468.13 | $3,475.06 | $3,482.01 | $3,488.98 | $3,495.96 | $3,502.95 | $3,485.43 | $3,468.01 | $41,669.96 |
| Ebay Fees | $183.42 | $183.78 | $184.15 | $184.52 | $184.89 | $185.26 | $185.63 | $186.00 | $186.37 | $186.75 | $185.81 | $184.88 | $2,221.46 |
| PayPal Fees | $24.29 | $24.34 | $24.38 | $24.42 | $24.48 | $24.53 | $24.58 | $24.63 | $24.68 | $24.73 | $24.60 | $24.48 | $294.15 |
| Sales Tax Expense | $2,171.34 | $2,175.68 | $2,180.04 | $2,184.40 | $2,188.76 | $2,193.14 | $2,197.53 | $2,201.92 | $2,206.33 | $2,210.74 | $2,199.69 | $2,188.69 | $26,298.25 |
| Shipping, Freight & Delivery | $57,578.15 | $57,693.31 | $57,808.70 | $57,924.31 | $58,040.16 | $58,156.24 | $58,272.56 | $58,389.10 | $58,505.88 | $58,622.89 | $58,329.78 | $58,038.13 | $697,359.21 |
| Shopify Fees | $5,316.98 | $5,327.61 | $5,338.27 | $5,348.94 | $5,359.64 | $5,370.36 | $5,381.10 | $5,391.86 | $5,402.65 | $5,413.45 | $5,386.39 | $5,359.45 | $64,396.71 |
| Shopify Refunds | $2,928.73 | $2,934.59 | $2,940.46 | $2,946.34 | $2,952.23 | $2,958.14 | $2,964.06 | $2,969.98 | $2,975.92 | $2,981.87 | $2,966.97 | $2,952.13 | $35,471.43 |
| Walmart Fees | $7,857.13 | $7,872.85 | $7,888.59 | $7,904.37 | $7,920.18 | $7,936.02 | $7,951.89 | $7,967.79 | $7,983.73 | $7,999.70 | $7,959.70 | $7,919.90 | $95,161.83 |
| **COGS** | **$530,655.28** | **$531,716.59** | **$532,780.02** | **$533,845.58** | **$534,913.27** | **$535,983.10** | **$537,055.06** | **$538,129.17** | **$539,205.43** | **$540,283.84** | **$537,582.42** | **$534,894.51** | **$6,427,044.29** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2038

| | Jan-38 | Feb-38 | Mar-38 | Apr-38 | May-38 | Jun-38 | Jul-38 | Aug-38 | Sep-38 | Oct-38 | Nov-38 | Dec-38 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $20,524.07 | $20,524.07 | $20,524.07 | $20,524.07 | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $254,498.50 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $30,318.50 | $30,379.14 | $30,439.90 | $30,500.78 | $30,561.78 | $30,622.90 | $30,684.15 | $30,745.51 | $30,807.01 | $30,868.62 | $30,930.36 | $30,992.22 | $367,850.85 |
| Licenses & Fees | $4,811.32 | $4,820.94 | $4,830.58 | $4,840.25 | $4,849.93 | $4,859.63 | $4,869.35 | $4,879.08 | $4,888.84 | $4,898.62 | $4,908.42 | $4,918.23 | $58,375.19 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $16,453.84 | $16,486.74 | $16,519.72 | $16,552.76 | $16,585.86 | $16,619.03 | $16,652.27 | $16,685.58 | $16,718.95 | $16,752.39 | $16,785.89 | $16,819.46 | $199,632.49 |
| Office Expenses | $7,100.93 | $7,115.13 | $7,129.36 | $7,143.62 | $7,157.91 | $7,172.22 | $7,186.57 | $7,200.94 | $7,215.34 | $7,229.77 | $7,244.23 | $7,258.72 | $86,154.75 |
| | | | | | | | | | | | | | |
| Equipment Rental | $8,007.71 | $8,023.72 | $8,039.77 | $8,055.85 | $8,071.96 | $8,088.10 | $8,104.28 | $8,120.49 | $8,136.73 | $8,153.00 | $8,169.31 | $8,185.65 | $97,156.57 |
| 1112 Arroyo St. Unit A | $11,955.43 | $11,955.43 | $11,955.43 | $11,955.43 | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $146,334.50 |
| 1112 Arroyo St. Unit B | $6,202.27 | $6,202.27 | $6,202.27 | $6,202.27 | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $75,915.83 |
| 1104 Arroyo St. | $11,361.10 | $11,361.10 | $11,361.10 | $11,361.10 | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $139,059.92 |
| Software Subscription License | $18,418.88 | $18,455.72 | $18,492.63 | $18,529.62 | $18,566.68 | $18,603.81 | $18,641.02 | $18,678.30 | $18,715.66 | $18,753.09 | $18,790.59 | $18,828.17 | $223,474.17 |
| Travel | $3,503.23 | $3,510.24 | $3,517.26 | $3,524.29 | $3,531.34 | $3,538.41 | $3,545.48 | $3,552.57 | $3,559.68 | $3,566.80 | $3,573.93 | $3,581.08 | $42,504.33 |
| | | | | | | | | | | | | | |
| Utilities | $7,756.91 | $7,772.43 | $7,787.97 | $7,803.55 | $7,819.16 | $7,834.79 | $7,850.46 | $7,866.16 | $7,881.90 | $7,897.66 | $7,913.46 | $7,929.28 | $94,113.73 |
| Unsecured Creditors | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $1,268,000.00 |
| Total Other Expenses | $342,914.21 | $343,106.95 | $343,300.08 | $343,493.59 | $354,099.26 | $354,293.55 | $354,488.23 | $354,683.30 | $354,878.75 | $355,074.60 | $355,270.84 | $355,467.47 | $4,211,070.83 |
| Total Expenses | $873,569.48 | $874,823.54 | $876,080.10 | $877,339.17 | $889,012.53 | $890,276.65 | $891,543.29 | $892,812.47 | $894,084.19 | $895,358.44 | $892,853.26 | $890,361.99 | $7,882,141.65 |
| | | | | | | | | | | | | | |
| Net Income | $9,112.96 | $10,506.95 | $11,906.38 | $13,311.27 | $4,309.86 | $5,725.71 | $7,147.07 | $8,573.97 | $10,006.41 | $11,444.42 | $9,415.59 | $7,395.52 | $108,856.10 |

Projected  Income and Expenses - Mr. Tortilla, Inc. in 2039

| | Jan-39 | Feb-39 | Mar-39 | Apr-39 | May-39 | Jun-39 | Jul-39 | Aug-39 | Sep-39 | Oct-39 | Nov-39 | Dec-39 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $9,553.05 | $9,581.71 | $9,610.46 | $9,639.29 | $9,668.21 | $9,697.21 | $9,726.30 | $9,755.48 | $9,784.75 | $9,814.10 | $9,765.03 | $9,716.21 | $116,311.81 |
| Amazon Sales - CAD | $101,050.32 | $101,353.47 | $101,657.53 | $101,962.50 | $102,268.39 | $102,575.19 | $102,882.92 | $103,191.57 | $103,501.14 | $103,811.65 | $103,292.59 | $102,776.12 | $1,230,323.39 |
| Amazon Sales - US | $8,977.42 | $9,004.35 | $9,031.36 | $9,058.46 | $9,085.63 | $9,112.89 | $9,140.23 | $9,167.65 | $9,195.15 | $9,222.74 | $9,176.62 | $9,130.74 | $109,303.22 |
| Amazon Sales - Vendor US | $206,521.71 | $207,141.27 | $207,762.70 | $208,385.99 | $209,011.14 | $209,638.18 | $210,267.09 | $210,897.89 | $211,530.59 | $212,165.18 | $211,104.35 | $210,048.83 | $2,514,474.92 |
| | | | | | | | | | | | | | |
| Other Sales | $60,164.01 | $60,344.51 | $60,525.54 | $60,707.12 | $60,889.24 | $61,071.91 | $61,255.12 | $61,438.89 | $61,623.20 | $61,808.07 | $61,499.03 | $61,191.54 | $732,518.17 |
| | | | | | | | | | | | | | |
| Walmart (Golden Ticket 572 Stores) | $83,502.34 | $83,752.85 | $84,004.11 | $84,256.12 | $84,508.89 | $84,762.42 | $85,016.70 | $85,271.75 | $85,527.57 | $85,784.15 | $85,355.23 | $84,928.45 | $1,016,670.59 |
| | | | | | | | | | | | | | |
| Kehe | $80,052.51 | $80,292.67 | $80,533.55 | $80,775.15 | $81,017.47 | $81,260.53 | $81,504.31 | $81,748.82 | $81,994.07 | $82,240.05 | $81,828.85 | $81,419.70 | $974,667.66 |
| | | | | | | | | | | | | | |
| Home Goods | $51,285.76 | $51,439.61 | $51,593.93 | $51,748.72 | $51,903.96 | $52,059.67 | $52,215.85 | $52,372.50 | $52,529.62 | $52,687.21 | $52,423.77 | $52,161.65 | $624,422.26 |
| | | | | | | | | | | | | | |
| ALDI | $125,778.24 | $126,155.58 | $126,534.05 | $126,913.65 | $127,294.39 | $127,676.27 | $128,059.30 | $128,443.48 | $128,828.81 | $129,215.30 | $128,569.22 | $127,926.37 | $1,531,394.65 |
| Sales Tax | $3,247.35 | $3,257.10 | $3,266.87 | $3,276.67 | $3,286.50 | $3,296.36 | $3,306.25 | $3,316.17 | $3,326.11 | $3,336.09 | $3,319.41 | $3,302.81 | $39,537.68 |
| | | | | | | | | | | | | | |
| Shopify Promotional Discounts | -$40,935.00 | -$41,057.81 | -$41,180.98 | -$41,304.52 | -$41,428.44 | -$41,552.72 | -$41,677.38 | -$41,802.41 | -$41,927.82 | -$42,053.60 | -$41,843.34 | -$41,634.12 | -$498,398.15 |
| Shopify Sales | $184,942.04 | $185,496.86 | $186,053.36 | $186,611.52 | $187,171.35 | $187,732.86 | $188,296.06 | $188,860.95 | $189,427.53 | $189,995.82 | $189,045.84 | $188,100.61 | $2,251,734.80 |
| Shopify Shipping | $3,960.49 | $3,972.38 | $3,984.29 | $3,996.25 | $4,008.23 | $4,020.26 | $4,032.32 | $4,044.42 | $4,056.55 | $4,068.72 | $4,048.38 | $4,028.13 | $48,220.42 |
| Walmart.com  Sales | $23,248.29 | $23,318.03 | $23,387.99 | $23,458.15 | $23,528.52 | $23,599.11 | $23,669.91 | $23,740.92 | $23,812.14 | $23,883.58 | $23,764.16 | $23,645.34 | $283,056.13 |
| | | | | | | | | | | | | | |
| **Gross Income** | **$901,348.54** | **$904,052.58** | **$906,764.74** | **$909,485.03** | **$912,213.49** | **$914,950.13** | **$917,694.98** | **$920,448.07** | **$923,209.41** | **$925,979.04** | **$921,349.14** | **$916,742.40** | **$10,974,237.55** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $23,076.20 | $23,122.35 | $23,168.60 | $23,214.93 | $23,261.36 | $23,307.89 | $23,354.50 | $23,401.21 | $23,448.01 | $23,494.91 | $23,377.43 | $23,260.55 | $279,487.95 |
| Amazon Seller Fees | $42,309.86 | $42,394.48 | $42,479.27 | $42,564.22 | $42,649.35 | $42,734.65 | $42,820.12 | $42,905.76 | $42,991.57 | $43,077.56 | $42,862.17 | $42,647.86 | $512,436.87 |
| Amazon Vendor Fees | $34,708.79 | $34,778.21 | $34,847.76 | $34,917.46 | $34,987.29 | $35,057.27 | $35,127.38 | $35,197.64 | $35,268.03 | $35,338.57 | $35,161.88 | $34,986.07 | $420,376.36 |
| Raw Materials | $141,128.34 | $141,410.59 | $141,693.42 | $141,976.80 | $142,260.76 | $142,545.28 | $142,830.37 | $143,116.03 | $143,402.26 | $143,689.06 | $142,970.62 | $142,255.77 | $1,709,279.29 |
| Payroll | $193,542.58 | $193,929.66 | $194,317.52 | $194,706.16 | $195,095.57 | $195,485.76 | $195,876.73 | $196,268.49 | $196,661.02 | $197,054.35 | $196,069.07 | $195,088.73 | $2,344,095.65 |
| Payroll Taxes | $20,902.60 | $20,944.40 | $20,986.29 | $21,028.27 | $21,070.32 | $21,112.46 | $21,154.69 | $21,197.00 | $21,239.39 | $21,281.87 | $21,175.46 | $21,069.58 | $253,162.33 |
| Worker's Comp (estimated) | $3,474.94 | $3,481.89 | $3,488.86 | $3,495.83 | $3,502.83 | $3,509.83 | $3,516.85 | $3,523.88 | $3,530.93 | $3,537.99 | $3,520.30 | $3,502.70 | $42,086.85 |
| Ebay Fees | $185.25 | $185.62 | $185.99 | $186.37 | $186.74 | $187.11 | $187.49 | $187.86 | $188.24 | $188.61 | $187.67 | $186.73 | $2,243.69 |
| PayPal Fees | $24.53 | $24.58 | $24.62 | $24.63 | $24.68 | $24.73 | $24.78 | $24.83 | $24.88 | $24.93 | $24.94 | $24.73 | $297.10 |
| Sales Tax Expense | $2,193.06 | $2,197.45 | $2,201.85 | $2,206.25 | $2,210.66 | $2,215.08 | $2,219.51 | $2,223.95 | $2,228.40 | $2,232.86 | $2,221.69 | $2,210.58 | $26,561.36 |
| Shipping, Freight & Delivery | $58,154.20 | $58,270.51 | $58,387.05 | $58,503.83 | $58,620.83 | $58,738.08 | $58,855.55 | $58,973.26 | $59,091.21 | $59,209.39 | $58,913.35 | $58,618.78 | $704,336.05 |
| Shopify Fees | $5,370.17 | $5,380.91 | $5,391.67 | $5,402.46 | $5,413.26 | $5,424.09 | $5,434.94 | $5,445.81 | $5,456.70 | $5,467.61 | $5,440.27 | $5,413.07 | $65,040.97 |
| Shopify Refunds | $2,958.04 | $2,963.95 | $2,969.88 | $2,975.82 | $2,981.77 | $2,987.73 | $2,993.71 | $2,999.70 | $3,005.70 | $3,011.71 | $2,996.65 | $2,981.67 | $35,826.31 |
| Walmart Fees | $7,935.74 | $7,951.61 | $7,967.51 | $7,983.45 | $7,999.42 | $8,015.41 | $8,031.45 | $8,047.51 | $8,063.60 | $8,079.73 | $8,039.33 | $7,999.13 | $96,113.89 |
| **COGS** | **$535,964.30** | **$537,036.23** | **$538,110.30** | **$539,186.52** | **$540,264.90** | **$541,345.43** | **$542,428.12** | **$543,512.97** | **$544,600.00** | **$545,689.20** | **$542,960.75** | **$540,245.95** | **$6,491,344.67** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2039

| | Jan-39 | Feb-39 | Mar-39 | Apr-39 | May-39 | Jun-39 | Jul-39 | Aug-39 | Sep-39 | Oct-39 | Nov-39 | Dec-39 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $21,550.28 | $21,550.28 | $21,550.28 | $21,550.28 | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $267,223.42 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $30,992.22 | $31,054.20 | $31,116.31 | $31,178.54 | $31,240.90 | $31,303.38 | $31,365.99 | $31,428.72 | $31,491.58 | $31,554.56 | $31,617.67 | $31,680.91 | $376,024.98 |
| Licenses & Fees | $4,918.23 | $4,928.07 | $4,937.93 | $4,947.80 | $4,957.70 | $4,967.61 | $4,977.55 | $4,987.50 | $4,997.48 | $5,007.47 | $5,017.49 | $5,027.52 | $59,672.36 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $16,819.46 | $16,853.10 | $16,886.81 | $16,920.58 | $16,954.42 | $16,988.33 | $17,022.31 | $17,056.35 | $17,090.47 | $17,124.65 | $17,158.90 | $17,193.21 | $204,068.59 |
| Office Expenses | $7,258.72 | $7,273.24 | $7,287.79 | $7,302.36 | $7,316.97 | $7,331.60 | $7,346.26 | $7,360.96 | $7,375.68 | $7,390.43 | $7,405.21 | $7,420.02 | $88,069.23 |
| | | | | | | | | | | | | | |
| Equipment Rental | $8,185.65 | $8,202.02 | $8,218.42 | $8,234.86 | $8,251.33 | $8,267.83 | $8,284.37 | $8,300.94 | $8,317.54 | $8,334.17 | $8,350.84 | $8,367.54 | $99,315.52 |
| 1112 Arroyo St. Unit A | $12,314.10 | $12,314.10 | $12,314.10 | $12,314.10 | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $150,724.53 |
| 1112 Arroyo St. Unit B | $6,388.34 | $6,388.34 | $6,388.34 | $6,388.34 | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $78,193.31 |
| 1104 Arroyo St. | $11,701.94 | $11,701.94 | $11,701.94 | $11,701.94 | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $143,231.71 |
| Software Subscription License | $18,828.17 | $18,865.83 | $18,903.56 | $18,941.37 | $18,979.25 | $19,017.21 | $19,055.25 | $19,093.36 | $19,131.54 | $19,169.81 | $19,208.15 | $19,246.56 | $228,440.06 |
| Travel | $3,581.08 | $3,588.24 | $3,595.42 | $3,602.61 | $3,609.81 | $3,617.03 | $3,624.27 | $3,631.52 | $3,638.78 | $3,646.06 | $3,653.35 | $3,660.66 | $43,448.83 |
| | | | | | | | | | | | | | |
| Utilities | $7,929.28 | $7,945.14 | $7,961.03 | $7,976.95 | $7,992.91 | $8,008.89 | $8,024.91 | $8,040.96 | $8,057.04 | $8,073.16 | $8,089.30 | $8,105.48 | $96,205.07 |
| Unsecured Creditors | $108,500.00 | $108,500.00 | $108,500.00 | $108,500.00 | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | $1,399,702.53 |
| Total Other Expenses | $355,467.47 | $355,664.50 | $355,861.92 | $356,059.73 | $370,460.40 | $370,659.01 | $370,858.01 | $371,057.42 | $371,257.22 | $371,457.42 | $371,658.02 | $371,859.02 | $4,392,320.14 |
| Total Expenses | $891,431.77 | $892,700.73 | $893,972.22 | $895,246.26 | $910,725.30 | $912,004.44 | $913,286.13 | $914,570.39 | $915,857.22 | $917,146.62 | $914,618.77 | $912,104.97 | $8,244,640.28 |
| | | | | | | | | | | | | | |
| Net Income | $9,916.76 | $11,351.85 | $12,792.52 | $14,238.78 | $1,488.19 | $2,945.69 | $4,408.85 | $5,877.68 | $7,352.19 | $8,832.42 | $6,730.37 | $4,637.43 | $90,572.74 |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2040

| | Jan-40 | Feb-40 | Mar-40 | Apr-40 | May-40 | Jun-40 | Jul-40 | Aug-40 | Sep-40 | Oct-40 | Nov-40 | Dec-40 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Amazon Credits | $9,755.07 | $9,784.34 | $9,813.69 | $9,843.13 | $9,872.66 | $9,902.28 | $9,931.99 | $9,961.78 | $9,991.67 | $10,021.64 | $9,971.53 | $9,921.68 | $118,771.45 |
| Amazon Sales - CAD | $103,187.23 | $103,496.79 | $103,807.28 | $104,118.70 | $104,431.06 | $104,744.35 | $105,058.59 | $105,373.76 | $105,689.88 | $106,006.95 | $105,476.92 | $104,949.53 | $1,256,341.05 |
| Amazon Sales - US | $9,167.26 | $9,194.76 | $9,222.35 | $9,250.01 | $9,277.76 | $9,305.60 | $9,333.52 | $9,361.52 | $9,389.60 | $9,417.77 | $9,370.68 | $9,323.83 | $111,614.66 |
| Amazon Sales - Vendor US | $210,889.03 | $211,521.69 | $212,156.26 | $212,792.73 | $213,431.11 | $214,071.40 | $214,713.61 | $215,357.75 | $216,003.83 | $216,651.84 | $215,568.58 | $214,490.74 | $2,567,648.56 |
| Other Sales | $61,436.30 | $61,620.61 | $61,805.47 | $61,990.89 | $62,176.86 | $62,363.39 | $62,550.48 | $62,738.14 | $62,926.35 | $63,115.13 | $62,799.55 | $62,485.56 | $748,008.74 |
| Walmart (Golden Ticket 572 Stores) | $85,268.17 | $85,523.97 | $85,780.54 | $86,037.89 | $86,296.00 | $86,554.89 | $86,814.55 | $87,075.00 | $87,336.22 | $87,598.23 | $87,160.24 | $86,724.44 | $1,038,170.14 |
| Kehe | $81,745.38 | $81,990.62 | $82,236.59 | $82,483.30 | $82,730.75 | $82,978.94 | $83,227.88 | $83,477.56 | $83,728.00 | $83,979.18 | $83,559.28 | $83,141.49 | $995,278.97 |
| Home Goods | $52,370.30 | $52,527.41 | $52,684.99 | $52,843.05 | $53,001.58 | $53,160.58 | $53,320.06 | $53,480.02 | $53,640.46 | $53,801.38 | $53,532.38 | $53,264.71 | $637,626.92 |
| ALDI | $128,438.08 | $128,823.39 | $129,209.86 | $129,597.49 | $129,986.28 | $130,376.24 | $130,767.37 | $131,159.67 | $131,553.15 | $131,947.81 | $131,288.07 | $130,631.63 | $1,563,779.08 |
| Sales Tax | $3,316.03 | $3,325.97 | $3,335.95 | $3,345.96 | $3,356.00 | $3,366.07 | $3,376.16 | $3,386.29 | $3,396.45 | $3,406.64 | $3,389.61 | $3,372.66 | $40,373.79 |
| Shopify Promotional Discounts | -$41,800.66 | -$41,926.06 | -$42,051.84 | -$42,177.99 | -$42,304.53 | -$42,431.44 | -$42,558.73 | -$42,686.41 | -$42,814.47 | -$42,942.91 | -$42,728.20 | -$42,514.56 | -$508,937.78 |
| Shopify Sales | $188,853.01 | $189,419.57 | $189,987.83 | $190,557.79 | $191,129.46 | $191,702.85 | $192,277.96 | $192,854.80 | $193,433.36 | $194,013.66 | $193,043.59 | $192,078.37 | $2,299,352.26 |
| Shopify Shipping | $4,044.25 | $4,056.38 | $4,068.55 | $4,080.75 | $4,093.00 | $4,105.28 | $4,117.59 | $4,129.94 | $4,142.33 | $4,154.76 | $4,133.99 | $4,113.32 | $49,240.14 |
| Walmart.com Sales | $23,739.92 | $23,811.14 | $23,882.57 | $23,954.22 | $24,026.08 | $24,098.16 | $24,170.46 | $24,242.97 | $24,315.70 | $24,388.64 | $24,266.70 | $24,145.37 | $289,041.92 |
| **Gross Income** | **$920,409.37** | **$923,170.59** | **$925,940.11** | **$928,717.93** | **$931,504.08** | **$934,298.59** | **$937,101.49** | **$939,912.79** | **$942,732.53** | **$945,560.73** | **$940,832.93** | **$936,128.76** | **$11,206,309.90** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Amazon Cost of Advertising | $23,307.07 | $23,353.68 | $23,400.39 | $23,447.19 | $23,494.09 | $23,541.07 | $23,588.16 | $23,635.33 | $23,682.60 | $23,729.97 | $23,611.32 | $23,493.26 | $282,284.13 |
| Amazon Seller Fees | $42,733.15 | $42,818.62 | $42,904.26 | $42,990.07 | $43,076.05 | $43,162.20 | $43,248.52 | $43,335.02 | $43,421.69 | $43,508.53 | $43,290.99 | $43,074.53 | $517,563.63 |
| Amazon Vendor Fees | $35,056.04 | $35,126.15 | $35,196.40 | $35,266.80 | $35,337.33 | $35,408.01 | $35,478.82 | $35,549.78 | $35,620.88 | $35,692.12 | $35,513.66 | $35,336.09 | $424,582.08 |
| Raw Materials | $142,540.28 | $142,825.36 | $143,111.01 | $143,397.23 | $143,684.03 | $143,971.39 | $144,259.34 | $144,547.86 | $144,836.95 | $145,126.62 | $144,400.99 | $143,678.99 | $1,726,380.04 |
| Payroll | $195,478.91 | $195,869.86 | $196,261.60 | $196,654.13 | $197,047.44 | $197,441.53 | $197,836.41 | $198,232.09 | $198,628.55 | $199,025.81 | $198,030.68 | $197,040.53 | $2,367,547.53 |
| Payroll Taxes | $21,111.72 | $21,153.95 | $21,196.25 | $21,238.65 | $21,281.12 | $21,323.69 | $21,366.33 | $21,409.07 | $21,451.88 | $21,494.79 | $21,387.31 | $21,280.38 | $255,695.13 |
| Worker's Comp (estimated) | $3,509.71 | $3,516.73 | $3,523.76 | $3,530.81 | $3,537.87 | $3,544.95 | $3,552.04 | $3,559.14 | $3,566.26 | $3,573.39 | $3,555.52 | $3,537.75 | $42,507.92 |
| Ebay Fees | $187.11 | $187.48 | $187.85 | $188.23 | $188.61 | $188.98 | $189.36 | $189.74 | $190.12 | $190.50 | $189.55 | $188.60 | $2,266.13 |
| PayPal Fees | $24.78 | $24.82 | $24.87 | $24.92 | $24.97 | $25.02 | $25.07 | $25.12 | $25.17 | $25.22 | $25.15 | $25.10 | $300.07 |
| Sales Tax Expense | $2,215.01 | $2,219.44 | $2,223.87 | $2,228.32 | $2,232.78 | $2,237.24 | $2,241.72 | $2,246.20 | $2,250.69 | $2,255.20 | $2,243.92 | $2,232.70 | $26,827.09 |
| Shipping, Freight & Delivery | $58,736.02 | $58,853.49 | $58,971.20 | $59,089.14 | $59,207.32 | $59,325.73 | $59,444.38 | $59,563.27 | $59,682.40 | $59,801.76 | $59,502.75 | $59,205.24 | $711,382.69 |
| Shopify Fees | $5,423.90 | $5,434.75 | $5,445.62 | $5,456.51 | $5,467.42 | $5,478.36 | $5,489.31 | $5,500.29 | $5,511.29 | $5,522.31 | $5,494.70 | $5,467.23 | $65,691.69 |
| Shopify Refunds | $2,987.63 | $2,993.60 | $2,999.59 | $3,005.59 | $3,011.60 | $3,017.63 | $3,023.66 | $3,029.71 | $3,035.77 | $3,041.84 | $3,026.63 | $3,011.50 | $36,184.74 |
| Walmart Fees | $8,015.13 | $8,031.16 | $8,047.23 | $8,063.32 | $8,079.45 | $8,095.61 | $8,111.80 | $8,128.02 | $8,144.28 | $8,160.57 | $8,119.76 | $8,079.16 | $97,075.48 |
| **COGS** | **$541,326.44** | **$542,409.09** | **$543,493.91** | **$544,580.90** | **$545,670.06** | **$546,761.40** | **$547,854.92** | **$548,950.63** | **$550,048.54** | **$551,148.63** | **$548,392.89** | **$545,650.93** | **$6,556,288.35** |

Projected Income and Expenses - Mr. Tortilla, Inc. in 2040

| | Jan-40 | Feb-40 | Mar-40 | Apr-40 | May-40 | Jun-40 | Jul-40 | Aug-40 | Sep-40 | Oct-40 | Nov-40 | Dec-40 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Insider Compensation | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $540,000.00 |
| Auto Expense | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Car Lease | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Repair & Maintenance | $22,627.79 | $22,627.79 | $22,627.79 | $22,627.79 | $23,759.18 | $23,759.18 | $23,759.18 | $23,759.18 | $23,759.18 | $23,759.18 | $23,759.18 | $23,759.18 | $280,584.59 |
| Machinery and Equipment | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 |
| Outside Sales | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $180,000.00 |
| | | | | | | | | | | | | | |
| Digital Marketing and Advertising | $31,680.91 | $31,744.27 | $31,807.76 | $31,871.37 | $31,935.11 | $31,998.98 | $32,062.98 | $32,127.11 | $32,191.36 | $32,255.75 | $32,320.26 | $32,384.90 | $384,380.76 |
| Licenses & Fees | $5,027.52 | $5,037.58 | $5,047.65 | $5,057.75 | $5,067.86 | $5,078.00 | $5,088.16 | $5,098.33 | $5,108.53 | $5,118.75 | $5,128.98 | $5,139.24 | $60,998.36 |
| | | | | | | | | | | | | | |
| Marketing Expenses | $17,193.21 | $17,227.60 | $17,262.06 | $17,296.58 | $17,331.17 | $17,365.83 | $17,400.57 | $17,435.37 | $17,470.24 | $17,505.18 | $17,540.19 | $17,575.27 | $208,603.27 |
| Office Expenses | $7,420.02 | $7,434.86 | $7,449.73 | $7,464.63 | $7,479.56 | $7,494.52 | $7,509.51 | $7,524.53 | $7,539.57 | $7,554.65 | $7,569.76 | $7,584.90 | $90,026.24 |
| | | | | | | | | | | | | | |
| Equipment Rental | $8,367.54 | $8,384.28 | $8,401.05 | $8,417.85 | $8,434.69 | $8,451.56 | $8,468.46 | $8,485.40 | $8,502.37 | $8,519.37 | $8,536.41 | $8,553.48 | $101,522.44 |
| 1112 Arroyo St. Unit A | $12,683.52 | $12,683.52 | $12,683.52 | $12,683.52 | $13,064.02 | $13,064.02 | $13,064.02 | $13,064.02 | $13,064.02 | $13,064.02 | $13,064.02 | $13,064.02 | $155,246.27 |
| 1112 Arroyo St. Unit B | $6,579.99 | $6,579.99 | $6,579.99 | $6,579.99 | $6,777.39 | $6,777.39 | $6,777.39 | $6,777.39 | $6,777.39 | $6,777.39 | $6,777.39 | $6,777.39 | $80,539.10 |
| 1104 Arroyo St. | $12,053.00 | $12,053.00 | $12,053.00 | $12,053.00 | $12,414.59 | $12,414.59 | $12,414.59 | $12,414.59 | $12,414.59 | $12,414.59 | $12,414.59 | $12,414.59 | $147,528.67 |
| Software Subscription License | $19,246.56 | $19,285.05 | $19,323.63 | $19,362.27 | $19,401.00 | $19,439.80 | $19,478.68 | $19,517.64 | $19,556.67 | $19,595.78 | $19,634.98 | $19,674.25 | $233,516.30 |
| Travel | $3,660.66 | $3,667.98 | $3,675.31 | $3,682.66 | $3,690.03 | $3,697.41 | $3,704.80 | $3,712.21 | $3,719.64 | $3,727.08 | $3,734.53 | $3,742.00 | $44,414.32 |
| | | | | | | | | | | | | | |
| Utilities | $8,105.48 | $8,121.69 | $8,137.94 | $8,154.21 | $8,170.52 | $8,186.86 | $8,203.24 | $8,219.64 | $8,236.08 | $8,252.55 | $8,269.06 | $8,285.60 | $98,342.87 |
| Unsecured Creditors | $120,712.82 | $120,712.82 | $120,712.82 | $120,712.82 | | | | | | | | | $482,851.27 |
| Total Other Expenses | $371,859.02 | $372,060.42 | $372,262.23 | $372,464.44 | $254,025.12 | $254,228.14 | $254,431.57 | $254,635.40 | $254,839.64 | $255,044.29 | $255,249.35 | $255,454.82 | $3,526,554.45 |
| Total Expenses | $913,185.46 | $914,469.52 | $915,756.14 | $917,045.34 | $799,695.19 | $800,989.55 | $802,286.49 | $803,586.04 | $804,888.18 | $806,192.92 | $803,642.24 | $801,105.74 | $6,513,108.91 |
| | | | | | | | | | | | | | |
| Net Income | $7,223.91 | $8,701.08 | $10,183.96 | $11,672.59 | $131,808.90 | $133,309.05 | $134,815.00 | $136,326.76 | $137,844.35 | $139,367.81 | $137,190.69 | $135,023.02 | $1,123,467.09 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **OMNIBUS REPLY TO OBJECTIONS TO DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Other Professional Michael Jay Berger
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Jeffrey N Brown on behalf of Creditor Metropolitan Capital Bank & Trust
jbrown@thompsoncoburn.com, cmamayson@thompsoncoburn.com,smagnus@thompsoncoburn.com,DocketLA@thompsoncoburn.com

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Brian T Corrigan on behalf of Creditor Sand Park Capital, LLC
bcorrigan@cormorllp.com, scm@cormorllp.com

Keith S Dobbins on behalf of Creditor JS/JS Properties, Inc
keith@kdobbinslaw.com

Jeffrey Garfinkle on behalf of Creditor Blue Bridge Financial, LLC
jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Anthony F. Giuliano on behalf of Interested Party Spartan Business Solutions, LLC
afg@glpcny.com

Jeffery D Hermann on behalf of Creditor Committee Official Committee of Unsecured Creditors
jhermann@orrick.com, casestream@ecf.courtdrive.com

Matthew C. Heyn on behalf of Creditor California Franchise Tax Board
Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

John E Johnson on behalf of Creditor 8fig Inc.
jjohnson@padfieldstout.com

Elan S Levey on behalf of Creditor U.S. Small Business Administration
elan.levey@usdoj.gov, julie.morales@usdoj.gov

Bret D Lewis on behalf of Creditor The Dekirmenjian Family Trust, dated February 22, 2002 Garo Dekirmenjian, Trustee
Bretlewis@aol.com, bdlawyager@gmail.com

Giovanni Orantes on behalf of Debtor Mr. Tortilla, Inc.
go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Dakota Pearce on behalf of Creditor Blue Bridge Financial, LLC
dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com

Robert L Rentto on behalf of Creditor Lyneer Staffing Solutions, LLC
rentto@sbcglobal.net

Matthew D. Resnik on behalf of Other Professional Matthew Resnik
matt@rhmfirm.com, roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Brandy A Sargent on behalf of Creditor Amazon Capital Services, Inc.
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor Amazon.com Services LLC
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)  __February 26, 2025_____,
I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL-
United States Bankruptcy Court
Honorable Judge Victoria S. Kaufman
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2025 | Andrea M. Castro | /s/ Andrea M. Castro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**