FILED & ENTERED

JUN 09 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>MR. TORTILLA, INC.,<br><br><br><br>Debtor and Debtor in Possession. | Case No.: 1:24-bk-10228-VK<br><br>Chapter 11<br><br>**ORDER CONTINUING CHAPTER 11 CASE STATUS CONFERENCE**<br><br>Continued Status Conference:<br>Date:   September 24, 2025<br>Time:  1:00 p.m.<br>Place:  Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91347 |

On June 4, 2025 at 1:00 p.m., the Court held a chapter 11 case status conference (the "Status Conference") in the above-referenced bankruptcy case, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Appearances were as noted on the record.

For the reasons set forth on the record at the Status Conference, and for good cause appearing, it is hereby

ORDERED, that, on **September 24, 2025 at 1:00 p.m.**, the Court will hold a continued chapter 11 case status conference; and it is further

ORDERED, that that the debtor in possession or any appointed chapter 11 trustee must file a status report, addressing the debtor's progress to confirming a chapter 11 plan, to be served on the Official Committee of Unsecured Creditors, all secured creditors and the United States trustee, **no later than September 10, 2025**.  The status report must be supported by evidence in the form of declarations and supporting documents; and it is further

ORDERED, that Judge Kaufman has resumed in-person hearings.  However, parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video.  **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.**

**MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE.  ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED, IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED.  HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

///

///

///

///

///

///

///

///

///

///

///

///

1    The following instructions will apply to the ZoomGov hearing:

2        Meeting Information: **September 24, 2025**

3        Meeting URL: https://cacb.zoomgov.com/j/1618318324

4        Meeting ID: 161 831 8324

5        Password: 012308

6        Join by Telephone: 1-669-254-5252 or 1-646-828-7666

7    (1) The audio portion of each hearing will be recorded electronically by the Court

8        and constitute its official record.

9    (2) All persons (other than Court staff creating the official record of the hearing) are

10       strictly prohibited from making any audio or video recording of the

11       proceedings.

12                                    ###

23

24   Date: June 9, 2025

                                 Victoria S. Kaufman
                                 United States Bankruptcy Judge